IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREDERICK MAWALLA, <br> 509 CASTLEFORD ST., <br> ROCKVILLE, MD 20851 <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary, <br> U.S. Department of Homeland Security, <br><br> EDUARDO AGUIRRE, Director, <br> United States Citizenship and Immigration <br> Service, <br><br> RICHARD CATERISANO, District Dir., <br> United States Citizenship and Immigration <br> Service in Baltimore, MD, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 1:06-cv-00584 (RMC) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF FILING**

Plaintiff, through Counsel, gives notice that we have filed with the Clerk of Court of the District of Columbia the original copy of Complaint and Request for Declaratory Judgment on March 31, 2006. However, attachments were inadvertently omitted from the original filing. Thus, we are submitting herewith the attachments to form part of the original filing.

Respectfully submitted,

*Paul Allen*

Paul Shearman Allen, J.D.
DC Bar No. 167940
Paul Shearman Allen & Associates
1329 18th St. NW
Washington, DC 20036
Ph. 202-638-2777
Fax. 202-638-1677

Certificate of Service

I hereby certify that on this 20th day of April 2006, a copy of Notice of Filing was forwarded via certified mail to the following address:

Michael Chertoff
Secretary,
U.S. Department of Homeland Security,

Eduardo Aguirre, Director
United States Citizenship and Immigration Service,

Richard Caterisano, Director
U.S. Department of Homeland Security
USCIS
Fallon Federal Building
31 Hopkins Plaza, 1st Floor
Baltimore, Maryland 21201

Alberto Gonzales
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

United States Attorney
555 4th Street, NW
Washington, DC 20530

Paul Shearman Allen, J.D.
DC Bar No. 167940
Paul Shearman Allen & Associates
1329 18th St. NW
Washington, DC 20036
Ph. 202-638-2777
Fax. 202-638-1677

## List of Exhibits

| | | |
|---|---|---|
| **Exhibit A** | - | Copy of Department of Labor Approval of Labor Certification |
| **Exhibit B** | - | Copy of I-140 Immigrant Petition for Alien Worker Approval Notice |
| **Exhibit C** | - | Copy of I-485 – Application to Adjust to Permanent Resident Status Receipt Notice |
| **Exhibit D** | - | Copy of Notice of Intent to Deny |
| **Exhibit E** | - | Copy of Response dated April 6, 2005 to Notice of Intent To Deny |
| E-1 | - | Copy of Written Request for Reconsideration under AC21 |
| E-2 | - | Copy of Offer of Employment |
| E-3 | - | Copy of Letter Accepting Employment |
| **Exhibit F** | - | Copy of USCIS letter dated June 29, 2006 Denying I-485 |
| **Exhibit G** | - | Copy of Motion to Reconsider filed by Dennis Baird |
| **Exhibit H** | - | Copy of USICS Denial Notice dated August 29, 2005 |
| **Exhibit I** | - | Copy of Motion to Reopen/Reconsider dated September 26, 2005 |
| **Exhibit J** | - | Copy of USCIS Dismissal Notice Dated March 13, 2006 to Second Motion to Reopen/Reconsider |