# EXHIBIT A

Copy of Department of Labor Approval of
Labor Certification

U.S. DEPARTMENT OF LABOR
EMPLOYMENT AND TRAINING ADMINISTRATION
The Curtis Center
170 S. Independence Mall West
Suite 825 East
Philadelphia, Pennsylvania 19106-3315

## FINAL DETERMINATION

P2002-DC-03371216

In reply refer to:  REP

March 18, 2002

Frederick MAWALLA
Alien's name

Electronics Test Engineer
Alien's Occupation

INTELSAT GLOBAL SERVICE CORPORATION
Linda Hoffman, Esquire
c/o Freilicher & Hoffman   PC
1925 K Street, N.W., Suite 200
Washington,  DC  20006

October 25, 2001
Date of acceptance for processing

The Department of Labor has made a determination on your Application for Employment Certification pursuant to Title 20, Code of Federal Regulations, Part 656 and as required by the Immigration and Nationality Act, as amended.

Form ETA 750 **has been certified** and is enclosed. This certification must be attached to the I-140 petition and filed with the Immigration and Naturalization Service, U.S. Department of Justice, Eastern Service Center, 75 Lower Welden Street, St. Albans, Vermont 05479-0001.

Sincerely,

Richard E. Panati
Certifying Officer

cc:    State ES Agency - DC
       INTELSAT GLOBAL SERVICE CORPORATION
       Frederick MAWALLA

Attachments:  ETA 750A, ETA 750B

ETA 7145PA(REV.MAR.,1990)

OMB Approval No. 44-R1301

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

**APPLICATION**
**FOR**
**ALIEN EMPLOYMENT CERTIFICATION**

IMPORTANT: READ CAREFULLY BEFORE COMPLETING THIS FORM

*PRINT legibly in ink or use a typewriter. If you need more space to answer questions on this form, use a separate sheet. Identify each answer with the number of the corresponding question. SIGN AND DATE each sheet in original signature.*

*To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary, or both (18 U.S.C. 1001).*

| PART A. OFFER OF EMPLOYMENT |
|---|

**1. Name of Alien** *(Family name in capital letter, First, Middle, Maiden)*

MAWALLA                Frederick            Eliampenzi Sombiro

| 2. Present Address of Alien *(Number, Street, City and Town, State ZIP Code or Province, Country)* | 3. Type of Visa *(If in U.S.)* |
|---|---|
| 509 Castleford Street        Rockville        MD    20851    USA | G-4 |

The following information is submitted as evidence of an offer of employment.

| 4. Name of Employer *(Full name of organization)* | 5. Telephone *(Area Code and Number)* |
|---|---|
| Intelsat Global Service Corporation | 202-944-6800 |

**6. Address** *(Number, Street, City or Town, Country, State, Zip Code)*

3400 International Drive, N.W., Washington, DC 20008 USA

**7. Address Where Alien Will Work** *(if different from item 6)*

Same address as #6

| 8. Nature of Employer's Business Activity | 9. Name of Job Title | 10. Total Hours Per Week | | 11. Work Schedule *(Hourly)* | 12. Rate of Pay | |
|---|---|---|---|---|---|---|
| | | a. Basic | b. Overtime | | a. Basic | b. Overtime |
| Global Telecommunications | Technical Support Engineer, Earth Station Support | 40 | N/A | 8:30 a.m. 5:15 p.m. | $69,660.00 per Year | $N/A per hour |

**13. Describe Fully the Job to be Performed** *(Duties)*

Process earth station application which involves determination of proper authorization of the party submitting the application, entering the critical earth station information into the database, authorizing the earth station to perform verification testing using Intelsat facilities and obtaining any missing or unclear information; develop the earth station verification test plan, coordinating and scheduling verification tests; knowledge of earth station technology and satellite beam coverages is necessary to properly assign capacity which is capable of supporting the testing; evaluating the verification test results to determine whether station performance is compliant with the Intelsat mandatory specifications as contained in the Intelsat Earth Station Standards (IESS); An understanding of earth station technology is required to understand the potential anomalies, improper equipment configurations, mis-allignments or improper test techniques that can result in the earth station performance not meeting the specification; interface and interact directly with the customer, and/or his designated engineer, in completing the earth station application, developing the verification test plan, scheduling the verification tests and analyzing the test results and otherwise assisting the customer in the earth station approval and certification process; SEE ATTACHED.

| 14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactory the job duties described in Item 13 above. | | | | 15. Other Special Requirements |
|---|---|---|---|---|
| **EDU-CATION** *(Enter number of years)* | Grade School | High School | College | College Degree Required *(specify)* **Master's Degree** |
| | Completed | | 6 | Major Field of Study **Electrical, Electronics, or *** |
| **TRAIN-ING** | No. Yrs. | No. Mos. | | Type of Training |
| | | | | * Telecommunications Engineering; or a Bachelor's degree in Electrical, Electronics, or Telecommunications Engineering and 5 years of experience in Telecommunications Satellite Engineering. |
| **EXPERI-ENCE** | Job Offered | Related Occupation | | Related Occupation *(specify)* N/A |
| | Yrs. Mos. | Number Yrs. Mos. | | |
| | N/A  N/A | N/A  N/A | | |

| 16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor ▶ Manager Earth Station Systems | 17. Number of Employees Alien Will Supervise  0 |
|---|---|

PURSUANT TO THE PROVISIONS OF SECTION 212(a) (14) OF THE IMMIGRATION AND NATIONALITY ACT AS AMENDED, I HEREBY CERTIFY THAT THERE ARE NOT SUFFICIENT U.S. WORKERS AVAILABLE AND THE EMPLOYMENT OF THE ABOVE WORKERS WILL NOT ADVERSELY AFFECT THE WAGES AND WORKING CONDITIONS OF WORKERS IN THE U.S. SIMILARLY EMPLOYED.

◀ ENDORSEMENTS *(Make no entry in section - for government use only)*

Date Forms Received

| L.O. | S.O. |
|---|---|
| 10/28/01 | |
| R.O. 1/23/02 | N.O. |
| Ind. Code 4899 | Occ. Code 0030061045 |
| | Occ. Title Electronics Engineer |

MAR 18 2002

[DATE]                [signature]

| 18. COMPLETE ITEMS ONLY IF JOB IS UNIONIZED | | | 19. IF JOB IS UNIONIZED (Complete) | |
|---|---|---|---|---|
| a. No. of Openings To Be Filled By Aliens Under Job Offer | b. Exact Dates You Expect To Employ Alien | | a. Number of Local | b. Name of Local |
| | From | To | | |
| | | | | c. City and State |

| 20. | STATEMENT FOR LIVE-AT-WORK JOB OFFERS | (Complete for Private Household Job ONLY) | | | | |
|---|---|---|---|---|---|---|

| a. Description of Residence | | b. No. Persons Residing at Place of Employment | | | | c. Will free board and private room not shared with anyone be provided? | ("X" one) |
|---|---|---|---|---|---|---|---|
| ("X" one) | Number of Rooms | Adults | BOYS | Children | Ages | | ☐ YES  ☐ NO |
| ☐ House | | | | | | | |
| ☐ Apartment | | | GIRLS | | | | |

**21. DESCRIBE EFFORTS TO RECRUIT U.S. WORKERS AND THE RESULTS.** *(Specify Sources of Recruitment by Name)*

Employer advertised as follows:

The Washington Post; Sunday, September 9, 2001
The Washington Post; Sunday, July 1, 2001
The Washington Post; Monday, April 16, 2001
The Washington Post; Sunday, March 11, 2001
The Washington Post; Sunday, February 11, 2001

Results of the recruitment, including the results from the Posting Notice, are attached.

**22.** Applications require various types of documentation. Please read PART II of the instructions to assure that appropriate supporting documentation is included with your application.

## 23. EMPLOYER CERTIFICATIONS

*By virtue of my signature below, I HEREBY CERTIFY the following conditions of employment.*

a. I have enough funds available to pay the wage or salary offered the alien.

b. The wage offered equals or exceeds the prevailing wage and I guarantee that, if a labor certification is granted, the wage paid to the alien when the alien begins work will equal or exceed the prevailing wage which is applicable at the time the alien begins work.

c. The wage offered is not based on commissions, bonuses, or other incentives, unless I guarantee a wage paid on a weekly, bi-weekly or monthly basis.

d. I will be able to place the alien on the payroll on or before the date of the alien's proposed entrance into the United States.

e. The job opportunity does not involve unlawful discrimination by race, creed, color, national origin, age, sex, religion, handicap, or citizenship.

f. The job opportunity is not:

(1) Vacant because the former occupant is on strike or is being locked out in the course of a labor dispute involving a work stoppage.

(2) At issue in a labor dispute involving a work stoppage.

g. The job opportunity's terms, conditions and occupational environment are not contrary to Federal, State or local law.

h. The job opportunity has been and is clearly open to any qualified U.S. worker.

## 24. DECLARATIONS

DECLARATION OF EMPLOYER ➤ *Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury the foregoing is true and correct.*

| SIGNATURE | DATE |
|---|---|
| | Sept 14, 2001 |

| NAME (Type or Print) | TITLE |
|---|---|
| Benjamin H.        Katcoff | Senior Director, Human Resources Division |

AUTHORIZATION OF AGENT OF EMPLOYER ➤ *I HEREBY DESIGNATE the agent below to represent me for the purposes of labor certification and I TAKE FULL RESPONSIBILITY for accuracy of any representations made by my agent.*

| SIGNATURE OF EMPLOYER | DATE |
|---|---|
| | |

| NAME OF AGENT (Type or Print) | ADDRESS OF AGENT (Number, Street, City, State, ZIP Code) |
|---|---|
| | |

**FORM ETA 750A Addendum**
**Re: MAWALLA, Frederick Eliampenzi Sombiro**

**Question #13 Continued:**

Coordinate resources and activities with various Intelsat departments such as Service Implementation, operations Center (IOC), Satellite Control Facility (SCF) and Network Operations (NOD); offer technical assistance and suggestions to customer and make real-time priority decisions in the event of poor earth station performance results, based on detailed technical knowledge of the CSM, earth station engineering and experience with the AVT process; assist with the development of refinements of the AVT process and procedures and the SSOG; and provide technical assistance to, and cross-training of fellow staff within the department.

Sept 14, 2001
**DATE**

**BENJAMIN H. KATCOFF**
**Director, Human Resources Division**

8

# EXHIBIT B

## Copy of I-140 Immigrant Petition for Alien Worker Approval Notice

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE I140 |
|---|---|---|
| EAC-02-192-50905 | | IMMIGRANT PETITION FOR ALIEN WORKER |

| RECEIPT DATE | PRIORITY DATE | PETITIONER |
|---|---|---|
| May 17, 2002 | October 25, 2001 | INTELSAT GLOBAL SERV |

| NOTICE DATE | PAGE | BENEFICIARY |
|---|---|---|
| November 1, 2002 | 1 of 1 | MAWALLA, FREDERICK E. |

LINDA M. HOFFMAN
FREILICHER & HOFFMAN PC
1925 K ST NW STE 200
WASHINGTON DC 20006

Notice Type: Approval Notice
Section: Mem of Profession w/Adv Deg,or
of Exceptn'l Ability
Sec.203(b)(2)

The above petition has been approved. The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status. He or she should contact the local INS office to obtain Form I-485, Application for Permanent Residence. A copy of this notice should be submitted with the application, with appropriate fee, to this Service Center. Additional information about eligibility for adjustment of status may be obtained from the local INS office serving the area where he or she lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based on this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

CLIENT COPY

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
5 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (802) 527-4913



Form I-797 (Rev. 09/07/93)N

10

# EXHIBIT C

Copy of I-485 – Application to Adjust to Permanent
Resident Status Receipt Notice

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Action**

---

| | |
|---|---|
| **RECEIPT NUMBER** EAC-04-163-50660 | **CASE TYPE** I485   APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
| **RECEIVED DATE** April 29, 2004   **PRIORITY DATE** | **APPLICANT** A97 709 901 MAWALLA, FREDERICK E. |
| **NOTICE DATE** May 11, 2004   **PAGE** 1 of 1 | |

| | |
|---|---|
| DENNIS A. BAIRD ESQ LAW OFFICES OF DENNIS A BAIRD ESQ 1323 FENWICK LANE 100 SILVER SPRING MD 20910 | **Notice Type:** Receipt Notice<br><br>Amount received: $ 305.00 Section: Adjustment as direct beneficiary of immigrant petition |

---

The above application or petition has been received. It usually takes 365 to 540 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (800) 375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call our TDD at **1-800-767-1833**.

You can also visit the INS on the internet at www.bcis.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone: (800) 375-5283**



12

# EXHIBIT D

Copy of Notice of Intent to Deny

**U.S. Department of Homeland Security**
75 Lower Welden Street
St. Albans, VT 05479



**U.S. Citizenship
and Immigration
Services**

March 11, 2005

FREDERICK E S MAWALLA
C/O DENNIS A BAIRD ESQ
1323 FENWICK LANE 100
SILVER SPRING MD 20910

A Number: A97709901
File Receipt Number: EAC0416350660

Dear Sir/Madam:

Pursuant to Title 8, Code of Federal Regulations, part 103.2(b)(16)(i), you are hereby notified of the United States Citizenship and Immigration Services' intent to deny the Application to Register Permanent Residence or Adjust Status (Form I-485) that you filed under section 245 of the Immigration and Nationality Act (the Act).

This letter is being sent to you because you do not appear to be eligible to adjust your status to that of a lawful permanent resident, <u>unless you submit certain additional material</u>. An explanation follows.

Section 245(a) of the Act as amended provides that adjustment of status may be approved for an applicant only if the applicant was inspected and admitted or paroled into the United States and if the applicant meets all of the following three criteria:

1)  the alien makes an application for such adjustment,
2)  the alien is eligible to receive an immigrant visa and is admissible to the United States,
3)  an immigrant visa is immediately available to him at the time his application is approved.

On March 1, 2005, the immigrant visa petition (Form I-140) that was filed and approved on your behalf was revoked. Based on the current record, you do not appear to be eligible to adjust status to Lawful Permanent Resident since there is no longer an immigrant visa immediately available to you.

However, section 106(c) of The American Competitiveness in the Twenty First Century Act (AC21) provides that you may still adjust status, despite the grounds of ineligibility listed above, if your application has been pending for 180 days or more and you can establish that you have a bona fide offer of employment from a new employer in a same or similar occupation.

14

S

Page 2
A97709901
EAC0416350660

In order for the validity of the revoked immigrant visa petition (Form I-140) to be preserved for adjustment of status based upon a new offer of employment pursuant to section 106(c) of the AC21 Act, you must submit the following:

    1) A written request to have your application considered under section 106(c) of the AC21 Act.

    2) An original letter on company letterhead outlining your employment or offer of employment by your current or prospective employer containing a detailed description of the offered position, duties, remuneration and prospect for continued employment.

Should you establish that you are eligible to adjust status pursuant to section 106(c) of the AC21 Act, provide the following additional supporting documents.

Please submit **an original**, completed Form I-508, Waiver of Rights, Privileges, Exemptions, and Immunities. Form I-508 must be submitted for aliens who hold A, E, or G status. As indicated on the directions for the Application to Register Permanent Residence or Adjust Status (Form I-485), due to your claimed nonimmigrant status, "you are not eligible for adjustment of status...unless you complete Form I-508 (I-508F for French Nationals) to waive diplomatic rights, privileges and immunities..." Form I-508 must be submitted by all applicants who were admitted as an A, E, or G nonimmigrant and have not changed status to another nonimmigrant classification. This form is required regardless of whether you continue to maintain A, E, or G status.

- Please submit **an original** completed Form I-566, Interagency Record of Individual Requesting Change/Adjustment to or from A or G status. Form I-566 must be submitted for aliens who hold A or G status. As indicated on the directions for the Application to Register Permanent Residence or Adjust Status (Form I-485), due to your claimed nonimmigrant status, "you are not eligible for adjustment of status...unless you submit a completed Form I-566."

- Under Step 1, the appropriate reason would be ***Adjustment from A, G, or NATO nonimmigrant to immigrant status.*** Complete Parts 1, 3 (check box "2d"), 4, and 5. Also complete Part 2 if you are not applying to be the principal alien.

Along with your response, please also attach the following supporting documents (if not previously submitted with your I-485 application):

- Form I-94,
- Form I-508,
- Form I-508F, if you are a French National.

A final decision will not be made on your application for 30 days. During that time, you may submit the additional item(s) requested above. In the alternative, you may submit evidence showing you are not ineligible to adjust status on the basis of any of the grounds cited above.

Page 3
A 97709901
EAC0416350660


Send your response and a copy of this letter to:

      United States Citizenship and Immigration Services
      Vermont Service Center
      75 Lower Welden Street
      St. Albans, VT  05479


Sincerely,

Paul E. Novak, Jr.
Center Director


Enclosure(s)

16

# Exhibit E

Copy of Response dated April 6, 2005 to
Notice of Intent to Deny

LAW OFFICES

# DENNIS A. BAIRD, ESQ., P.C.

1323 FENWICK LANE, SUITE 100
SILVER SPRING, MD 20910

TEL: (301) 650-2030
FAX: (301) 650-2033

EMAIL: dbairdlaw@verizon.net
Admitted in MD, PA. & DC

April 6, 2005

Paul E. Novak, Jr.
U.S. Citizenship & Immigration Services
75 Lower Welden Street
St. Albans, VT 05479

**RE:   FREDERICK E S MAWALLA**
   **ALIEN NO.: A97 709 901**
   **EAC NO.:   EAC0416350660**

Dear Mr. Novak, Jr.:

Pursuant to your letter dated March 11, 2005, please construe this as a response to the revocation of the Form I-140 Petition. Allegedly based upon the current record the beneficiary/applicant does not appear to be eligible to adjust his status.

However, we would like to invoke section 106 (c) of the American Competitiveness in the Twenty First Century Act (AC21) which provides that a person may still adjust status, despite the grounds of any ineligibility listed above, if the application has been pending for 180 days or more and he can establish that he has a bona fide offer of employment from a new employer in the same or similar occupation.

Based on the foregoing, we are requesting validity of the revoked immigrant visa petition (Form I-140) to be preserved for adjustment of status based upon a new offer of employment pursuant to Section 106 (c) of the AC21 Act.

Accordingly, we attach hereto and incorporate by reference herein the following documentation.

1.   A written request for consideration under section 106 (c) of the AC21.
2.   An original letter on company letterhead outlining employment or offer of employment by prospective employer.
3.   Letter accepting Employment;

*18*

4.    Original, completed Form I-508 – Waiver of Rights, Privileges,
      Exemptions and Immunities;

5.    Original, completed Form I-566 – Interagency Record of Individual
      Requesting Change/Adjustment to or from A or G Status;

6.    Form G-28 – Notice of appearance as Attorney

Please note that his wife who is a G-4 is a derivative beneficiary's and has been
assigned Alien number A72 422 313.  The three children are also derivative
beneficiaries and they have been assigned EAC Numbers, Koichi K. Mawalla EAC-
04-163-50721, Sombiro K. Mawalla Jr., EAC-04-163-50736 and Wene F. Mawalla
EAC-04-163-50699.

Thank you for your cooperation in this regard.

Sincerely,

Dennis A. Baird, Esq.
DAB/mo

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Entry of Appearance
as Attorney or Representative**

**Appearances** - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: FREDERICK E.S. MAWALLA | Date: |
| | File No. |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

Name: FREDERICK E.S. MAWALLA
☐ Petitioner    ☐ Beneficiary    ☑ Applicant

Address: (Apt. No.)    (Number & Street)    509 CASTLEFORD STREET    (City) ROCKVILLE    (State) MD    (Zip Code) 20851

Name:
☐ Petitioner    ☐ Beneficiary    ☐ Applicant

Address: (Apt. No.)    (Number & Street)    (City)    (State)    (Zip Code)

Check Applicable Item(s) below:

☑ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

UNITED STATES        SUPREME COURT _____ and am not under a court or administrative agency
                          Name of Court
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with _____
the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. (If you check this item, also check item 1 or 2 whichever is appropriate.)

☐ 4. Others (Explain Fully.)

| SIGNATURE | COMPLETE ADDRESS Law Offices of Dennis A. Baird, Esq. 1323 Fenwick Lane 100 Silver Spring MD 20910 |
| NAME (Type or Print) DENNIS A. BAIRD, ESQ. | TELEPHONE NUMBER 301-650-2030 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*
    DENNIS A. BAIRD, ESQ.
                          (Name of Attorney or Representative)

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

| Name of Person Consenting FREDERICK E.S. MAWALLA | Signature of Person Consenting | Date 5/6/05 |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09/26/00)Y

20

# Exhibit E-1

Copy of Written Request for Reconsideration
Under AC21

April 6, 2005


District Director
U.S. Citizenship & Immigration Services
75 Lower Welden Street
St. Albans, VT 05479

RE:    **REQUEST LETTER FOR CONSIDERATION**
       **A97 709 907**
       **EAC01-163-50660**

Dear District Director:

This is to confirm that I would like to be considered under section 106 (C) of the AC21
Act.

Thank you for your consideration in this regard.

Sincerely,

Frederick Mawalla

# Exhibit E-2

Copy of Offer of Employment

WATERPROOFING
DRAIN TILE
SPRAY COATINGS

DAMPPROOFING
SILCONE
ELASTOMERIC

# Bethesda Asphalt & Bituminous Co.

## WATERPROOFING CONTRACTORS
1090 TAFT STREET
ROCKVILLE, MARYLAND 20850
Phone (301) 424-7213
Fax (301) 424-4127

Mr. Frederick E. Mawalla
509 Castleford Street
Rockville, MD-20851

02rd.0February.05

### EMPLOYMENT OFFER

Dear Mr. Mawalla:

As we discussed in our recent telephone call, I was very impressed with your credentials and background when we met in my office at 1090 Taft Street in Rockville Maryland. We need an engineer to consult with us. I am pleased to offer you a regular appointment with the Bethesda Asphalt & Bituminous Co., and your employment prospect is good and and exspect you to start at 22nd August 2005

Much of your work will be done at the head quarters, on 1090 Taft Street, Rockville MD-20850, and occasionally on new testing site in Virginia and D.C area This appointment is offered on the basis, inter alia, of provision of a letter of acceptance of this position  stating that you will continuously be with us..

Initial Appointment

- Title:                      Testing Engineer
- Salary:                 $ 49075.00.00 to 67,710.00 per annum.
- Effective Date:       22 August 2005.

Job description

- Develop testing and analytical tools to support the electronics elastomeric, silicone and damp roofing electrical testing equipment and process.
- Evaluate the test results and prepare a report presenting data on the outcome of the tests
- Provide technical input for the further expansion of the product line
- Drafting instruction for use of the product by the consumers
- Monitoring and review product use and  Consult with the management on the performance of the system

The salary shown above does not include any travel and future relocation benefits to which you may be entitled. As a staff member on regular appointment, you are entitled to all the regular staff benefits described in the McCarthy Medical Marketing, Inc. Administration Procedure Manual. Deduction will be made for premium for any group life, accident and health insurance you may elect.

The Bethesda Asphalt & Bituminous Co. Administration Procedure Manual with detailed benefit package, action forms etc, will be provided to you after the confirmation of your employment.

If you accept appointed to the position described above, please sign and return to me the original of this letter and retain the enclosed copy for you records.

Sincerely,

Roger Weeks
President

I hereby accept the appointment described in this letter, subjected to the terms and conditions herein specified.

Signature:_____     Date: 06Th APRIL 2005

Subscribed and sworn to before me. in my presence,
this 6th day of APRIL  2005 a Notary Public
in and for the  STATE  of MARYLAND.

Gladys Betancourt
Notary Public

Telephone: 1 301-424-4213 Fax: 301-424-4127
1090 Taft Street.
Rockville

24

# Exhibit E-3

Copy of Letter Accepting Employment

Mr. Frederick E.S. Mawalla                                    17th March, 2005
P.O. BOX 503
509 Castleford Street
Rockville
MD-20851

Dear Roger Week

## RE: TEST ENGINEER JOB OFFER

I am writing in reference to our telephone call today the 17th March, 2005 on the update of the availability of my job offer, which you said it is still open to me as was mentioned on the job offer.

I am pleased to accept the test engineering job offer, with Bethesda Asphalt & Bituminous Co. As you can see from my resume and in our recent telephone call, my engineering wide experience and my ability to work as a team will be beneficial to Bethesda Asphalt & Bituminous Co, and I will endeavor to perform this job to the best of my ability.

I accordingly accept the offer of employment to work with Bethesda Asphalt & Bituminous Co. as a permanent employee develop testing and analytical tools to support the new electronic elastomeric, silicone and damp roofing testing equipment and process.

I accept the terms of my employment listed bellows:

- Title:             Testing Engineer
- Salary:            $ 49,075.00 to 67,710.00 per annum.
- Effective Date:    22nd August, 2005

I will be readily available to start working on the effective date and I look forward to the opportunity of coming aboard.

Thank you so much for all your support

Sincerely

Frederick E.S. Mawalla
**SS # 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**

**Subscribed and sworn to before me this....... Day of April 2005**

**NOTARY PUBLIC**

Subscribed and sworn to before me. in my presence, this 6th day of APRIL 2006 Notary Public in and for the STATE of MARYLAND
Gladys Betancourt
Notary Public
My commission expires MARCH 01 2006

1    26