# Exhibit F

Copy of USCIS letter dated June 29, 2005 Denying I-485

Page 2
A97709901
EAC0416350660

The record does not contain evidence that you are the beneficiary of an approved immigrant petition, or that there is a concurrently filed immigrant petition awaiting review in your behalf. For that reason, you have not established that there is an immigrant visa immediately available to you.

Therefore, your application is denied.

The regulations do not provide for an appeal from this decision.

Sincerely,

*Paul E. Novak Jr.*

Paul E. Novak, Jr.
Center Director

CC:     FREDERICK E S MAWALLA
           509 CASTLEFORD STREET
           ROCKVILLE MD 20851

# Exhibit G

Copy of Motion to Reconsider filed by Dennis Baird

LAW OFFICES

# DENNIS A. BAIRD, ESQ., P.C.

1323 FENWICK LANE, SUITE 100
SILVER SPRING, MD 20910

TEL: (301) 650-2030
FAX: (301) 650-2033

EMAIL: dbairdlaw@verizon.net
Admitted in MD, PA, & DC

July 14, 2005

U.S. Citizenship and Immigration Services
75 Lower Welden Street
St. Albans, VT 05479

Re:   **Frederick Mawalla**
      **A No.: A97709901**
      **File Reciept No.: EAC0416350660**

Dear Sir or Madam:

Pursuant to your letter dated June 29, 2005, this response shall serve as Mr. Mawalla's Motion to Reconsider denying his I-485 application to adjust his status as that of a lawful permanent resident. Enclosed please find a G-28, Notice of Entry as Attorney of Record and a check in the amount of $110, the requisite filing fee for a Motion to Reconsider.

A brief review of the facts in this matter is necessary. On May 15, 2002, Intelsat Global Service an I-140, Immigrant Petition for an Alien Worker on behalf of Mr. Mawalla. On October 31, 2002. Allegedly, in a letter dated August 20, 2004 and received on September 17, 2004, Intelsat stated that Mr. Mawalla was no longer employed at the company and they were requesting a withdrawal of the already approved petition. However, on April 29, 2004 Mr. Mawalla allegedly filed an I-485 application to adjust his status to that of a lawful permanent resident. On March 1, 2005 the previously approved I-140 was revoked by the Service.

On March 11, 2005 Mr. Mawalla received a letter from the Service stating that the I-140 was revoked however, under section 106(c) of The American Competitiveness in the Twenty First Century Act (AC21), provided that Mr. Mawalla may still adjust his status, despite the grounds of any ineligibility listed above, if the application has been pending for 180 days or more and he can establish that he has a bona fide offer of employment from a new employer in the same or similar occupation.

On April 6, 2005, this office responded by invoking section 106(c) of the AC21 Act by providing the required documents:
   1.   A written request for consideration under section 106(c) of the AC21.

1

3/

2. An original letter on company letterhead outlining employment or offer of employment by prospective employer.
3. Letter accepting employment;
4. Original, completed Form I-508 Waiver of Rights, Privileges, Exemptions and Immunities;
5. Original completed Form I-566- Interagency Record of Individual Requesting Change/adjustment to or from A or G Status;

As previously mentioned on June 29, 2005 the Service denied the applicant's adjustment of status application.

From the inception, it should be reiterated that the service has indicated that the petition was revoked on March 1, 2005. Accordingly, this is approximately 1 year after the applicant filed his adjustment of status application on April 29, 2004. The Service has alleged that the I-485 was pending less than 180 days at the time of the withdrawal of the petition.

However, it should be noted that to the present date the USCIS has not promulgated regulations relating to AC21. The USCIS has issued two internal memorandums collectively known as the William R. Yates memorandums written on August 4, 2003 and May 12, 2005. Moreover, it should be noted that these memorandums were not written at the time the applicant's I-140 petition was approved. In addition, the second memorandum was not written at the time the applicant filed his I-485 application. Therefore, neither memorandum should be applied retroactively.

Furthermore, it is incomprehensible why the Service would state in its letter dated March 11, 2005 that applicant was eligible of The American Competitiveness in the Twenty First Century Act (AC21) and then deny said application after the applicant has provided the requested documents for eligibility under AC21. Accordingly, the applicant's I-485 application warrants approval under AC21.

Lastly, on June 29, 2005 the service issued adjustment of status denial letters to Mr. Mawalla's wife, A No: A72 422313, Mr. Mawalla's three children namely; Koichi K. Mawalla, A No: A98364706, Sombiro K. Mawalla, A98364708, and Wene F. Mawalla, A No: A98364707. Accordingly, the above-mentioned are all derivative beneficiaries and we hereby incorporate reference herein this motion to reconcile and have it apply to all the derivative beneficiaries as they warrant adjudication and approval based upon the primary beneficiary's AC21 eligibility.

Thank you for your cooperation in this regard.

Sincerely,

Dennis Baird, Esq.
DAB/sb

2

April 6, 2005

District Director
U.S. Citizenship & Immigration Services
75 Lower Welden Street
St. Albans, VT 05479

RE: **REQUEST LETTER FOR CONSIDERATION**
    **A97 709 907**
    **EAC01-163-50660**

Dear District Director:

This is to confirm that I would like to be considered under section 106 (C) of the AC21 Act.

Thank you for your consideration in this regard.

Sincerely,

*[signature]*
Frederick Mawalla

33

WATERPROOFING  
DRAIN TILE  
SPRAY COATINGS

*Bethesda Asphalt & Bituminous Co.*

DAMPPROOFING  
SILCONE  
ELASTOMERIC

WATERPROOFING CONTRACTORS  
1090 TAFT STREET  
ROCKVILLE, MARYLAND 20850  
Phone (301) 424-7213  
Fax (301) 424-4127

Mr. Frederick E. Mawalla  
509 Castleford Street  
Rockville, MD-20851

02rd.0February.05

## EMPLOYMENT OFFER

Dear Mr. Mawalla:

As we discussed in our recent telephone call, I was very impressed with your credentials and background when we met in my office at 1090 Taft Street in Rockville Maryland. We need an engineer to consult with us. I am pleased to offer you a regular appointment with the Bethesda Asphalt & Bituminous Co., and your employment prospect is good and and exspect you to start at 22nd August 2005

Much of your work will be done at the head quarters, on 1090 Taft Street, Rockville MD-20850, and occasionally on new testing site in Virginia and D.C area This appointment is offered on the basis, <u>inter alia</u>, of provision of a letter of acceptance of this position stating that you will continuously be with us..

Initial Appointment

- Title:
- Salary:
- Effective Date:

Testing Engineer  
$ 49075.00.00 to 67,710.00 per annum.  
22 August 2005.

Job description

- Develop testing and analytical tools to support the electronics elastomeric, silicone and damp roofing electrical testing equipment and process.
- Evaluate the test results and prepare a report presenting data on the outcome of the tests
- Provide technical input for the further expansion of the product line
- Drafting instruction for use of the product by the consumers
- Monitoring and review product use and Consult with the management on the performance of the system

The salary shown above does not include any travel and future relocation benefits to which you may be entitled. As a staff member on regular appointment, you are entitled to all the regular staff benefits described in the McCarthy Medical Marketing, Inc. Administration Procedure Manual. Deduction will be made for premium for any group life, accident and health insurance you may elect.

The Bethesda Asphalt & Bituminous Co. Administration Procedure Manual with detailed benefit package, action forms etc, will be provided to you after the confirmation of your employment.

If you accept appointed to the position described above, please sign and return to me the original of this letter and retain the enclosed copy for you records.

Sincerely,

Roger Weeks  
President

I hereby accept the appointment described in this letter, subjected to the terms and conditions herein specified.

Signature: _Mawalla_    Date: 06Th APRIL 2005

Subscribed and sworn to before me. in my presence, this 6th day of APRIL 2005 a Notary Public in and for the STATE of MARYLAND.

_Cindy Betancourt_  
Notary Public

My commission expires MARCH. 01 2006

Telephone: 1 301-424-4213 Fax: 301-424-4127  
1090 Taft Street.  
Rockville  
MD-20850

**WAIVER OF RIGHTS, PRIVILEGES, EXEMPTIONS AND IMMUNITIES**
(Under Section 247(b) of the Immigration & Nationality Act)

The authority for collection of the information requested on this form is contained in 8 U. S. C. 1257(b). Submission of the information by an alien to request that he be permitted to retain status as an immigrant lawfully admitted for permanent residence is voluntary. The solicited information will be used principally by the Service to determine whether the status of the alien applicant shall be adjusted under the provisions of section 247(a) of the Immigration and Nationality Act. 8 U. S. C. 1257(a), to that of a nonimmigrant as described by section 101(a)(15)(A), (E), or (G) of the Immigration and Nationality Act, 8 U. S. C. 1101(a)(15)(A), (E), or (G). The information solicited may also, as a matter of routine use, be disclosed to other federal, state, local, or foreign law enforcement and regulatory agencies, the Department of Defense including any component thereof (if the applicant has served in the Armed Forces of the United States), the Department of State, Central Intelligence Agency, Interpol and individuals and organizations during the course of investigation to elicit further information required by this Service to carry out its functions. Failure to provide any or all of the solicited information may result in the alien's adjustment of status from that of a lawful permanent resident to that of a nonimmigrant classification under paragraphs 15(A), 15(E) or 15(G) of section 101(a) of the Immigration and Nationality Act.

FORM I-508 (Rev. 10-1-80) Y    (Tear off this sheet before executing form)

---

(Under Section 247(b) of the Immigration & Nationality Act)

I, (name) **Frederick E.S. Mauralla**    File No. **A57 709 901**    believing that I
have an occupational status entitling me to a nonimmigrant classification under paragraph 15(A) (Government official) 15(E) (Treaty Trader) or 15(G) (International Organization Representative), of Section 101(a) of the Immigration and Nationality Act and desiring to acquire and/or retain the status of an alien lawfully admitted for permanent residence, do hereby waive all rights, privileges, exemptions and immunities which would otherwise accrue to me under any law or executive order by reason of such occupational status. French Nationals receiving salary from French Republic are required to execute additional waiver on Form I-508F)

I WAS BORN ON: (Month, Day, Year)    AT: (City and Country)
**4-25-1955**    **Moshi    Tanzania**

I AM EMPLOYED BY: (Name and Address of Mission or Organization)
**Job offer Medical Marketing Inc McCarthy 1661 Lincoln Av. WA**

SIGNATURE    DATE
**[signature]**    **04/01/05**

FOR GOVERNMENT USE ONLY (FRENCH NATIONALS PAID BY FRENCH REPUBLIC)
☐ FORM I-508F EXECUTED.    ☐ EXEMPT    ☐ NOT EXEMPT FROM U.S. TAXES

Form I-508 A (Rev. 10-1-80) Y    FILE COPY

35

OMB No. 1615-0027; Expires 1/31/07

# I-566, Interagency Record of Request - A, G or NATO Dependent Employment Authorization or Change/Adjustment to/from A, G or NATO Status

U.S. Department of Homeland Security
Bureau of Citizenship and Immigration Services

**START HERE - Please Type or Print in Black Ink.**

### Part 1. Information about you. *(The person seeking employment authorization or change/adjustment of status.)*

1. Family Name: MAWALLA | Given Name: FREDERICK | Middle Name: ELIAMPENZI SOMBIRO
2. Home Address - Street Number and Name: 509 CASTLEFORD STREET | Apt.#:
   City: ROCKVILLE | State: MD | Zip Code: 20851
3. Mailing Address - Street Number and Name: 509 CASTLEFORD STREET | Apt. # | C/O (in care of):
   City: ROCKVILLE | State: MD | Zip Code: 20851 | Daytime Phone # (with area code): 240-388-7107
4. Date of Birth (mm/dd/yyyy): 04/25/1955 | 5. Country of Birth: TANZANIA | 6. Country of Citizenship: TANZANIA
7. Gender: ☑ Male ☐ Female | 8. Marital Status: ☑ Married ☐ Not Married | 9. A # (if any): 97 709 901
10. Social Security # (if any): 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 | 11. I-94 # (Arrival/Departure Document): 41059799007 | 12. DOS Personal Identification # (PID): EAC0416350660
13. Date of Last Entry into the U.S. (mm/dd/yyyy): 08/04/2002 | 14. Current Immigration Status: G-4 | 15. Relationship to Principal (if applicable): SELF

### Part 2. Information about principal alien.

1. Family Name: | Given Name: | Middle Name:
2. Home Address - Street Number and Name: | Apt.# | City: | State: | Zip Code:
3. Date Tour of Duty Expected to End (mm/dd/yyyy): | 4. Country of Citizenship: | 5. Marital Status: ☐ Married ☐ Not Married
6. Job Title: | 7. I-94 # (Arrival/Departure Document): | 8. DOS Personal Identification # (PID):

### Part 3. Type of request. *(See instructions for complete information on the different types of requests.)*

1. ☑ I am requesting employment authorization as a:
   a. ☑ spouse.    b. ☐ son or daughter, age: ___, who: ☐ is a full-time, post-secondary student.   ☐ is disabled.
2. ☑ I am requesting change/adjustment of status. *(Select one.)*
   a. ☐ Change of nonimmigrant status to A, G or NATO nonimmigrant - specifically to: ___
   b. ☐ Section 247(a), immigrant to A or G nonimmigrant.
   c. ☐ Change to other nonimmigrant status from A, G or NATO - specifically to: ___
   d. ☑ Adjustment from A, G or NATO nonimmigrant to immigrant.
   e. ☐ A-1, A-2, G-1 or G-2 nonimmigrant applying under Section 13 of the Act of September 11, 1957.

### Part 4. Certification - Submit 2 copies with original signatures - "For Official Use Only" page must also be attached.

I certify under penalty of perjury that the foregoing is true and correct. I understand false information is a basis for denial or termination of the benefit requested and for other penalties provided by law and regulation. If I am requesting employment authorization, I further certify that I do not have a criminal record. I have not violated United States immigration and/or visa laws, I have not worked illegally in the United States, and I have paid Social Security and all applicable taxes on all employment in the United States.

Signature: *Mawalla* | Date (mm/dd/yyyy): 04/01/2005

Copy 1: CIS    Copy 2: DOS/NATO/HQ SACT/USUN/VISA OFFICE    36    Form I-566 (Rev. 02/23/04) N

**Part 5. Your personal information.**

Your Name *(family, given, middle)*: MAWALLA, FREDERICK E.S.
Date of Birth *(mm/dd/yyyy)*: 04/25/1955
DOS Personal Identification # *(PID)*: EAC-04-163-50660

**For Official Use Only**

**Part 6. Certification by Diplomatic Mission, International Organization, NATO/HQ SACT or NATO Member State.** *(Certifying official must have this information and page to complete process.)*

☐ I certify that the information provided on the first page of this Form I-566 is true and correct to the best of my knowledge and according to our official records.

☐ As an applicant for employment authorization, I further certify that his or her eligibility has been verified under the provisions of:

☐ A bilateral agreement with: _____
☐ A *de facto* agreement with: _____

Check each of the following that apply:
☐ Without a numerical limit.
☐ With a numerical limit and this applicant is within the limit; and
☐ Schedule B eligibility
☐ Based on principal alien's G-4 status

☐ As an applicant for status as a principal alien, I further certify that he or she is being offered the position of: _____
and was notified to the DOS on *(date)*: _____

Signature of Certifying Officer or Official: _____
Printed Name: _____
Official Seal

Name and Address of Diplomatic Mission, International Organization, NATO/HQ SACT or NATO Member State: _____

Duty/Title: _____
Phone Number *(include area code)*: _____
Date *(mm/dd/yyyy)*: _____

**Part 7. DOS, NATO/HQ SACT and/or USUN use only.**

1. The Department of State, NATO/HQ SACT and/or USUN:
   ☐ Recommends the request be granted.
   ☐ Recommends the request be denied.
   If the recommendation is for denial, provide a reason(s) for such recommendation: _____

2. Date *(mm/dd/yyyy)*: _____  Phone Number *(include area code)*: _____
3. Office: ☐ Protocol ☐ USUN ☐ NATO/HQ SACT ☐ Visa
4. Signature 1: _____  Signature 2: _____

**Part 8. CIS use only.**

1. From:
   Adjudicator's Identification #: _____  CIS Office: _____  Office Phone Number *(with area code)*: _____  A # / File #: _____

2. To:
   ☐ Protocol ☐ USUN ☐ NATO/HQ SACT ☐ Visa Office (Subject filed under Section 13. Please advise CIS of your findings.)

3. Adjustment or Change of Status:
   ☐ Granted ☐ Denied
   Date of Decision *(mm/dd/yyyy)*: _____  If change of status granted, give new status: _____

4. Request for Employment Authorization:
   ☐ Granted ☐ Denied
   Date of Decision *(mm/dd/yyyy)*: _____  Valid to *(mm/dd/yyyy)*: _____  Classification: _____

5. DOS/NATO/HQ SACT/USUN/Visa Office Notified:
   ☐ Yes ☐ No
   Date of Notification *(mm/dd/yyyy)*: _____

Copy 1: CIS    Copy 2: DOS/NATO/HQ SACT/USUN/VISA OFFICE

37

Form I-566 (Rev. 02/23/04) N Page 2

U.S. Department of Justice
Immigration and Naturalization Service

# Notice of Entry of Appearance as Attorney or Representative

Appearances - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

In re: FREDERICK E.S. MAWALLA

Date:

File No.

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

Name: FREDERICK E.S. MAWALLA
☐ Petitioner    ☑ Applicant
☐ Beneficiary

Address: (Apt. No.)    (Number & Street) 509 CASTLEFORD STREET    (City) ROCKVILLE    (State) MD    (Zip Code) 20851

Name:
☐ Petitioner    ☐ Applicant
☐ Beneficiary

Address: (Apt. No.)    (Number & Street)    (City)    (State)    (Zip Code)

Check Applicable Item(s) below:

☑ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia
UNITED STATES    SUPREME COURT
_Name of Court_    and am not under a court or administrative agency order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with _____
the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. (If you check this item, also check item 1 or 2 whichever is appropriate.)

☐ 4. Others (Explain Fully.)

SIGNATURE

NAME (Type or Print)
DENNIS A. BAIRD, ESQ.

COMPLETE ADDRESS
Law Offices of Dennis A. Baird, Esq. 1323 Fenwick Lane 100
Silver Spring MD 20910

TELEPHONE NUMBER
301-650-2030

PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:
DENNIS A. BAIRD, ESQ.

(Name of Attorney or Representative)

THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:

Name of Person Consenting
FREDERICK E.S. MAWALLA

Signature of Person Consenting
Mawalla

Date: 9/6/05

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09/26/00)Y

38

# Exhibit H

Copy of USCIS Denial Notice dated August 29, 2005



U.S. Department of Homeland Security
75 Lower Welden Street
St. Albans, VT 05479

**U.S. Citizenship and Immigration Services**

August 29, 2005

FREDERICK MAWALLA
C/O DENNIS A BAIRD ESQ
1323 FENWICK LANE SUITE 100
SILVER SPRING MD 20910

A Number: A97709901
File Receipt Number: EAC0416350660
Motion Number: EAC0520951481

Dear Sir/Madam:

This refers to your motion filed on July 18, 2005. You seek the reopening or reconsideration of the decision rendered by the United States Citizenship and Immigration Services (the Service) on June 29, 2005, denying or revoking the Application to Register Permanent Residence or Adjust Status (Form I-485) filed by you on April 29, 2004.

Title 8, Code of Federal Regulations, part 103.5 provides that a motion to reopen must state the new facts to be proved in the reopened proceeding and be supported by affidavits or other documentary evidence. Further, a motion to reconsider must state the reasons for reconsideration and be supported by any pertinent precedent decisions to establish that the decision was based on an incorrect application of law or Service policy.

Your motion does not provide new facts to be proved nor does it give reasons for reconsideration. Therefore, your motion is hereby dismissed per 8 CFR 103.5(a)(4).

Sincerely,

*Paul E. Novak Jr.*

Paul E. Novak, Jr.
Center Director

40