# Exhibit I

Copy Motion to Reopen/Reconsider dated
September 26, 2005

**U.S. DEPARTMENT OF HOMELAND SECURITY**
**U.S. CITIZENSHIP AND IMMIGRATION SERVICES**
**VERMONT SERVICE CENTER**

IN THE MATTER OF:          )
                           )
MAWALLA, Frederick         )          File Receipt No.: EAC-04-163-50660
A97 709 901                )
                           )

## MOTION TO REOPEN/RECONSIDER
## DENIAL OF THE APPLICANT'S I-485 APPLICATION
## TO ADJUST TO PERMANENT RESIDENT STATUS

Pursuant to 8 C.F.R. § 103.5 (2003), Frederick Mawalla, Applicant, by and through

his attorney, Paul Shearman Allen and Associates, hereby respectfully request

reopening and reconsideration of the decision of the Center Director of the U.S.

Citizenship and Immigration Services (USCIS), Vermont Service Center (VSC),

dated August 29, 2005 denying Applicant's I-485, Application to Adjust to

Permanent Resident Status.

### I.     STATEMENT OF THE FACTS

1.      On March 18, 2002, the U.S. Department of Labor approved the

Applicant's ETA-750, Application for Alien Labor Certification *(please see enclosed*

*Exhibit A).*

2.      On May 17, 2002, the USCIS received an I-140, Immigrant Petition

for Alien Worker filed by the Applicant's petitioner, Intelsat Global Service

Corporation *(please see enclosed Exhibit B).*

1

42

3.      On November 1st, 2002, the USCIS approved the I-140, Immigrant Petition for Alien Worker *(please see enclosed Exhibit C)*.

4.      On April 29, 2004, the USCIS received Applicant's I-485, Adjustment of Status Application *(please see enclosed Exhibit D)*.

5.      On March 11, 2005, the USCIS issued a Notice of Intent to Deny Applicant's I-485, Adjustment of Status Application with a deadline to submit additional evidence by April 9, 2005. The USCIS requested additional evidence to establish that the applicant is eligible to adjust status pursuant to section 106(c) of the AC21 Act *(please see enclosed Exhibit E)*. It is also pertinent to note that in its notice of Intent to Deny, the USCIS stated that:

> "On March 1st, 2005, the immigrant visa petition (Form I-140) that was filed and approved on your behalf was revoked... However, section 106(c) of The American Competitiveness in the Twenty First Century Act (AC21) provides that you may still adjust status, despite the grounds of ineligibility listed above, if your application has been pending for 180 days or more and you can establish that you have a bona fide offer of employment from a new employer in a same or similar occupation. In order for the validity of the revoked immigrant visa petition (Form I-140) to be preserved for adjustment of status based upon a new offer of employment pursuant to section 106(c) of the AC21 Act, you must submit the following: (1) a written request to have your application considered under section 106(c) of the AC21 Act; (2) an original letter on company letterhead outlining your employment or offer of employment by your current or prospective employer containing a detailed description of the offered position, duties, remuneration and prospect for continued employment..."

6.      On April 6, 2005, Applicant timely and properly responded to the USCIS Notice of Intent to Deny and submitted any and all additional evidence requested by the USCIS that made him eligible to adjust his status pursuant to section 106(c) of the AC21 Act *(please see enclosed Exhibit F)*.

43

7.    On June 29, 2005, the USCIS denied Applicant's I-485 application although the Applicant has provided all the requested documents demonstrating his eligibility under section 106 (c) of the AC21 Act *(please see enclosed Exhibit G)*.

Obviously enough, the USCIS is mistaken, erred in its interpretation of the provisions of §106(c) of AC21 and consequently, erroneously denied Applicant's I-485 application. Accordingly, we submit herein the following evidence to demonstrate that Applicant is eligible to adjust status to Lawful Permanent Resident under section 106(c) of the AC21 Act. For the reason stated below, we now seek reversal of the USCIS decision and approval of this I-485 application.

### III.    THE ARGUMENT

In 2000, Congress passed the American Competitiveness in the Twenty-First Century Act (AC21), Public Law 106-313, 114 Stat 1251 (October 17, 2000). Section 106(c) of AC21 amended section 204 of the act by adding the following provision, codified as 8 U.S.C. § 1154(j):

> Job Flexibility For Long Delayed Applicants for Adjustment of Status to Permanent Residence – A petition under subsection (a)(1)(D) [since re-designated section 204(a)(1)(F)] for an individual whose application for adjustment of status pursuant to section 245 has been filed and remained unadjudicated for 180 days or more shall remain valid with respect to a new job if the individual changes jobs or employers if the new job is in the same or a similar occupational classification as the job for which the petition was filed.

Section 212(a)(5)(A)(iv) of the Act, 8 U.S.C. § 1182(a)(5)(A)(iv), states further:

> Long Delayed Adjustment Applicants – A certification made under clause (i) with respect to an individual whose petition is covered by section 204(j) shall remain valid with respect to a new job accepted by the individual after the individual changes jobs or employers if the new job is in the same or a similar occupational classification as the job for which the certification was issued.

44

At the time AC21 went into effect, legacy Immigration and Naturalization Service (INS) regulations provided that an alien could not apply for permanent resident status by filing a Form I-485, application to adjust status, until he or she obtained the approval of the underlying Form I-140 immigrant visa petition. *See* 8 C.F.R. § 245.2(a)(2)(i) (2000). Therefore, the process under section 106(c) of AC21 at the time of enactment was as follows: first, an alien obtains an approved employment-based immigrant visa petition; second the alien files an application to adjust status; third, if the adjustment application was not processed within 180 days, the underlying immigrant visa petition remained valid even if the alien changed employers or positions, provided the new job was in the same or similar occupational classification *(please see May 12, 2005 Memorandum from William Yates, Associate Director of Operations at USCIS' Headquarters interpreting a number of important provisions from AC221, enclosed document marked as* <u>*Exhibit H*</u>*)*. The May 2005 Memo clarifies that, in order to use portability, the I-140 petition need not be based at all on an applicant's current job. The only requirement is that the I-485 must be pending 180 days and, importantly, that the applicant truly intended to work for the initial I-140 sponsor upon approval of the adjustment. Examiners are not permitted to presume the absence of such intent.

Per se, Applicant is entitled to adjust his status to Lawful Permanent Resident under the I-140 portability provision in AC21. He is the beneficiary of an approved I-140 immigrant visa petition. He filed his I-485 adjustment of status application on April 29, 2004 that remained unadjudicated for more than 180 days. The I-140 immigrant visa petition was revoked on March 1st, 2005. Applicant has sufficiently

demonstrated that he has a bona fide offer of employment from a new employer in a same or similar occupation *(please see enclosed job offer letter dated February 2, 2005, marked as Exhibit I)*. The offer of employment remains valid to Applicant *(please see enclosed current job offer letter dated September 22, 2005, marked as Exhibit J)*. As specifically requested by the USCIS in its March 11, 2005 Notice of Intent to Deny, both employment offer letters (respectively dated February 2 and September 22, 2005) provided by the Applicant's prospective employer, are printed on the original company letterhead, outline the offer of employment, contain a detailed description of the offered position, duties, remuneration and prospect for continued employment.

The Applicant is being treated unfairly by the USCIS. His eligibility for adjustment portability (under AC21) when 180 days have passed since filing the I-485, has already been proven to the USCIS. He should not have to start the process all over again with no assurance the result will be any different next time.

## IV.    CONCLUSION

Accordingly, for the foregoing reasons, the USCIS' decision must be vacated and reversed, and the Applicant's I-485 application should, in all things, be granted.

Respectfully submitted,

Paul S. Allen
Paul Shearman Allen & Associates
Attorney for Respondent
1329 18th Street, N.W.
Washington, D.C. 20036
(202) 638-2777

46

U.S. DEPARTMENT OF LABOR
EMPLOYMENT AND TRAINING ADMINISTRATION
The Curtis Center
170 S. Independence Mall West
Suite 825 East
Philadelphia, Pennsylvania 19106-3315

## FINAL DETERMINATION

P2002-DC-03371216

In reply refer to:  REP

March 18, 2002

Frederick MAWALLA
Alien's name

Electronics Test Engineer
Alien's Occupation

INTELSAT GLOBAL SERVICE CORPORATION
Linda Hoffman, Esquire
c/o Freilicher & Hoffman   PC
1925 K Street, N.W., Suite 200
Washington, DC  20006

October 25, 2001
Date of acceptance for processing

The Department of Labor has made a determination on your Application for Employment Certification pursuant to Title 20, Code of Federal Regulations, Part 656 and as required by the Immigration and Nationality Act, as amended.

Form ETA 750 **has been certified** and is enclosed. This certification must be attached to the I-140 petition and filed with the Immigration and Naturalization Service, U.S. Department of Justice, Eastern Service Center, 75 Lower Welden Street, St. Albans, Vermont 05479-0001.

Sincerely,

Richard E. Panati
Certifying Officer

cc:     State ES Agency - DC
        INTELSAT GLOBAL SERVICE CORPORATION
        Frederick MAWALLA

Attachments:  ETA 750A, ETA 750B

OMB Approval No. 44-R1301

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

# APPLICATION
# FOR
# ALIEN EMPLOYMENT CERTIFICATION

IMPORTANT: READ CAREFULLY BEFORE COMPLETING THIS FORM

PRINT legibly in ink or use a typewriter. If you need more space to answer questions on this form, use a separate sheet. Identify each answer with the number of the corresponding question. SIGN AND DATE each sheet in original signature.

To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary, or both (18 U.S.C. 1001).

## PART A. OFFER OF EMPLOYMENT

| 1. Name of Alien *(Family name in capital letter, First, Middle, Maiden)* | | |
|---|---|---|
| MAWALLA | Frederick | Eliampenzi Sombiro |

| 2. Present Address of Alien *(Number, Street, City and Town, State ZIP Code or Province, Country)* | | | | 3. Type of Visa *(If in U.S.)* |
|---|---|---|---|---|
| 509 Castleford Street    Rockville    MD    20851    USA | | | | G-4 |

The following information is submitted as evidence of an offer of employment.

| 4. Name of Employer *(Full name of organization)* | 5. Telephone *(Area Code and Number)* |
|---|---|
| Intelsat Global Service Corporation | 202-944-6800 |

| 6. Address *(Number, Street, City or Town, Country, State, Zip Code)* |
|---|
| 3400 International Drive, N.W., Washington, DC 20008 USA |

| 7. Address Where Alien Will Work *(if different from item 6)* |
|---|
| Same address as #6 |

| 8. Nature of Employer's Business Activity | 9. Name of Job Title | 10. Total Hours Per Week | | 11. Work Schedule *(Hourly)* | 12. Rate of Pay | |
|---|---|---|---|---|---|---|
| | | a. Basic | b. Overtime | | a. Basic | b. Overtime |
| Global Telecommunications | Technical Support Engineer, Earth Station Support | 40 | N/A | 8:30 a.m. 5:15 p.m. | $69,660.00 per Year | $N/A per hour |

13. Describe Fully the Job to be Performed *(Duties)*

Process earth station application which involves determination of proper authorization of the party submitting the application, entering the critical earth station information into the database, authorizing the earth station to perform verification testing using Intelsat facilities and obtaining any missing or incorrect information; develop the earth station verification test plan, coordinating and scheduling verification tests; knowledge of earth station technology and satellite beam coverages is necessary to properly assign capacity which is capable of supporting the testing; evaluating the verification test results to determine whether station performance is compliant with the Intelsat mandatory specifications as contained in the Intelsat Earth Station Standards (IESS); an understanding of earth station technology is required to understand the potential anomalies, improper equipment configurations, mis-alignments or improper test techniques that can result in the earth station performance not meeting the specification; interface and interact directly with the customer, and/or his designated engineer, in completing the earth station application, developing the verification test plan, scheduling the verification tests and analyzing the test results and otherwise assisting the customer in the earth station approval and certification process; SEE ATTACHED.

| 14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactory the job duties described in Item 13 above. | | | | | 15. Other Special Requirements |
|---|---|---|---|---|---|
| EDU-CATION *Enter number of years)* | Grade School | High School | College | College Degree Required *(specify)* **Master's Degree** | |
| | Completed | | 6 | Major Field of Study **Electrical, Electronics, or \*** | \* Telecommunications Engineering; or a Bachelor's degree in Electrical, Electronics, or Telecommunications Engineering and 5 years of experience in Telecommunications Satellite Engineering. |
| TRAINING | No. Yrs. | No. Mos. | Type of Training | | |
| EXPERIENCE | Job Offered | | Related Occupation | Related Occupation *(specify)* N/A | |
| | Yrs. | Mos. | Yrs. | Mos. | |
| | N/A | N/A | N/A | N/A | |

| 16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor | ▶ Manager Earth Station Systems | 17. Number of Employees Alien Will Supervise ▶ 0 |
|---|---|---|

◀ ENDORSEMENTS *(Make no entry in section - for government use only)*

| | Date Forms Received | |
|---|---|---|
| L.O. | | S.O. |
| | 10/28/01 | |
| R.O. | 7/23/02 | N.O. |
| Ind. Code 4899 | | Occ. Code 0030.061.045 |
| | | Occ. Title ELECTRONICS ENGINEER |

DECLARATION PURSUANT TO THE PROVISIONS OF SECTION 212(A) (14) OF THE IMMIGRATION AND NATIONALITY ACT AS AMENDED I HEREBY CERTIFY THAT THERE ARE NOT SUFFICIENT U. S. WORKERS AVAILABLE AND THE EMPLOYMENT OF THE ABOVE WILL NOT ADVERSELY AFFECT THE WAGES AND WORKING CONDITIONS OF WORKERS IN THE U. S. SIMILARLY EMPLOYED.

MAR 1 8 2002
*[DATE]*    *Richard E. Canady* *[CERTIFYING OFFICER]*    OMM 1214

Forms MA 750-A, B and C (Apr. 1970 edition) which is obsolete.

48

ETA 750 (Oct. 1979)

| 18. COMPLETE ITEMS ONLY IF JOB IS TEMPORARY | | | 19. IF JOB IS UNIONIZED *(Complete)* | | |
|---|---|---|---|---|---|
| a. No. of Openings To Be Filled By Aliens Under Job Offer | b. Exact Dates You Expect To Employ Alien | | a. Number of Local | b. Name of Local | |
| | From | To | | | |
| | | | | c. City and State | |

**20.  ___EMENT FOR LIVE-AT-WORK JOB OFFERS** *(Complete for Private Household Job ONLY)*

| a. Description of Residence | | b. No. Persons Residing at Place of Employment | | | | c. Will free board and private room not shared with anyone be provided? | *("X" one)* |
|---|---|---|---|---|---|---|---|
| *("X" one)* | Number of Rooms | Adults | BOYS | Children | Ages | | ☐ YES  ☐ NO |
| ☐ House | | | | | | | |
| ☐ Apartment | | | GIRLS | | | | |

**21. DESCRIBE EFFORTS TO RECRUIT U.S. WORKERS AND THE RESULTS.** *(Specify Sources of Recruitment by Name)*

Employer advertised as follows:

The Washington Post; Sunday, September 9, 2001
The Washington Post; Sunday, July 1, 2001
The Washington Post; Monday, April 16, 2001
The Washington Post; Sunday, March 11, 2001
The Washington Post; Sunday, February 11, 2001

Results of the recruitment, including the results from the Posting Notice, are attached.

**2.  Applications require various types of documentation.  Please read PART II of the Instructions to assure that appropriate supporting documentation is included with your application.**

**23. EMPLOYER CERTIFICATIONS**

*By virtue of my signature below, I HEREBY CERTIFY the following conditions of employment.*

a. I have enough funds available to pay the wage or salary offered the alien.

b. The wage offered equals or exceeds the prevailing wage and I guarantee that, if a labor certification is granted, the wage paid to the alien when the alien begins work will equal or exceed the prevailing wage which is applicable at the time the alien begins work.

c. The wage offered is not based on commissions, bonuses, or other incentives, unless I guarantee a wage paid on a weekly, bi-weekly or monthly basis.

d. I will be able to place the alien on the payroll on or before the date of the alien's proposed entrance into the United States.

e. The job opportunity does not involve unlawful discrimination by race, creed, color, national origin, age, sex, religion, handicap, or citizenship.

f. The job opportunity is not:

(1) Vacant because the former occupant is on strike or is being locked out in the course of a labor dispute involving a work stoppage.

(2) At issue in a labor dispute involving a work stoppage.

g. The job opportunity's terms, conditions and occupational environment are not contrary to Federal, State or local law.

h. The job opportunity has been and is clearly open to any qualified U.S. worker.

**24. DECLARATIONS**

___CLARATION OF EMPLOYER  ➤  *Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury the foregoing is true and correct.*

___ATURE

DATE  Sept 14, 2001

___E *(Type or Print)*  ___jamin H.  Katcoff

TITLE  Senior Director, Human Resources Division

___THORIZATION OF ___NT OF EMPLOYER  ➤  *I HEREBY DESIGNATE the agent below to represent me for the purposes of labor certification and I TAKE FULL RESPONSIBILITY for accuracy of any representations made by my agent.*

___ATU___  EMPLOYER

DATE

___ OF AGENT *(Type or Print)*

ADDRESS OF AGENT *(Number, Street, City, State, ZIP Code)*

49

**FORM ETA 750A Addendum**
**Re: MAWALLA, Frederick Eliampenzi Sombiro**

**Question #13 Continued:**

Coordinate resources and activities with various Intelsat departments such as Service Implementation, operations Center (IOC), Satellite Control Facility (SCF) and Network Operations (NOD); offer technical assistance and suggestions to customer and make real-time priority decisions in the event of poor earth station performance results, based on detailed technical knowledge of the CSM, earth station engineering and experience with the AVT process; assist with the development of refinements of the AVT process and procedures and the SSOG; and provide technical assistance to, and cross-training of fellow staff within the department.

_____          Sept 14, 2001
**BENJAMIN H. KATCOFF**                    **DATE**
**Director, Human Resources Division**

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| **RECEIPT NUMBER**<br>EAC-02-192-50905 | **CASE TYPE** I140<br>IMMIGRANT PETITION FOR ALIEN WORKER |
| **RECEIPT DATE**<br>May 17, 2002 | **PRIORITY DATE**<br>October 25, 2001 | **PETITIONER**<br>INTELSAT GLOBAL SERV |
| **NOTICE DATE**<br>November 1, 2002 | **PAGE**<br>1 of 1 | **BENEFICIARY**<br>MAWALLA, FREDERICK E. |

LINDA M. HOFFMAN
FREILICHER & HOFFMAN PC
1925 K ST NW STE 200
WASHINGTON DC 20006

**Notice Type:** Approval Notice
Section: Mem of Profession w/Adv Deg,or
of Exceptn'l Ability
Sec.203(b)(2)

The above petition has been approved. The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status. He or she should contact the local INS office to obtain Form I-485, Application for Permanent Residence. A copy of this notice should be submitted with the application, with appropriate fee, to this Service Center. Additional information about eligibility for adjustment of status may be obtained from the local INS office serving the area where he or she lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based on this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

**CLIENT COPY**

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone: (802) 527-4913**



Form I-797 (Rev. 09/07/93)N

U.S. Department of Justice
Immigration and Naturalization Service

## Notice of Action

### THE UNITED STATES OF AMERICA

| | |
|---|---|
| RECEIPT NUMBER<br>EAC-04-163-50660 | CASE TYPE  I485    APPLICATION TO ADJUST TO PERMANENT<br>RESIDENT STATUS |
| RECEIVED DATE<br>April 29, 2004 | PRIORITY DATE | APPLICANT  A97 709 901<br>MAWALLA, FREDERICK E. |
| NOTICE DATE<br>May 11, 2004 | PAGE<br>1 of 1 | |

DENNIS A. BAIRD ESQ
LAW OFFICES OF DENNIS A BAIRD ESQ
1323 FENWICK LANE 100
SILVER SPRING MD 20910

**Notice Type:**  Receipt Notice

Amount received: $  305.00
Section: Adjustment as direct
beneficiary of immigrant
petition

The above application or petition has been received. It usually takes 365 to 540 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (800) 375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call our TDD at **1-800-767-1833**.

You can also visit the INS on the internet at www.bcis.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone: (800) 375-5283**



52



U.S. Department of Homeland Security
75 Lower Welden Street
St. Albans, VT 05479

**U.S. Citizenship
and Immigration
Services**

March 11, 2005

FREDERICK E S MAWALLA
C/O DENNIS A BAIRD ESQ
1323 FENWICK LANE 100
SILVER SPRING MD  20910

A Number: A97709901
File Receipt Number: EAC0416350660

Dear Sir/Madam:

Pursuant to Title 8, Code of Federal Regulations, part 103.2(b)(16)(i), you are hereby notified of the United States Citizenship and Immigration Services' intent to deny the Application to Register Permanent Residence or Adjust Status (Form I-485) that you filed under section 245 of the Immigration and Nationality Act (the Act).

This letter is being sent to you because you do not appear to be eligible to adjust your status to that of a lawful permanent resident, <u>unless you submit certain additional material</u>.  An explanation follows.

Section 245(a) of the Act as amended provides that adjustment of status may be approved for an applicant only if the applicant was inspected and admitted or paroled into the United States and if the applicant meets all of the following three criteria:

   1)  the alien makes an application for such adjustment,
   2)  the alien is eligible to receive an immigrant visa and is admissible to the United States,
   3)  an immigrant visa is immediately available to him at the time his application is approved.

On March 1, 2005, the immigrant visa petition (Form I-140) that was filed and approved on your behalf was revoked.  Based on the current record, you do not appear to be eligible to adjust status to Lawful Permanent Resident since there is no longer an immigrant visa immediately available to you.

However, section 106(c) of The American Competitiveness in the Twenty First Century Act (AC21) provides that you may still adjust status, despite the grounds of ineligibility listed above, if your application has been pending for 180 days or more and you can establish that you have a bona fide offer of employment from a new employer in a same or similar occupation.

J-3

Page 2
A97709901
EAC0416350660

In order for the validity of the revoked immigrant visa petition (Form I-140) to be preserved for adjustment of status based upon a new offer of employment pursuant to section 106(c) of the AC21 Act, you must submit the following:

    1) A written request to have your application considered under section 106(c) of the AC21 Act.

    2) An original letter on company letterhead outlining your employment or offer of employment by your current or prospective employer containing a detailed description of the offered position, duties, remuneration and prospect for continued employment.

Should you establish that you are eligible to adjust status pursuant to section 106(c) of the AC21 Act, provide the following additional supporting documents.

    Please submit **an original**, completed Form I-508, Waiver of Rights, Privileges, Exemptions, and Immunities. Form I-508 must be submitted for aliens who hold A, E, or G status. As indicated on the directions for the Application to Register Permanent Residence or Adjust Status (Form I-485), due to your claimed nonimmigrant status, "you are not eligible for adjustment of status...unless you complete Form I-508 (I-508F for French Nationals) to waive diplomatic rights, privileges and immunities..." Form I-508 must be submitted by all applicants who were admitted as an A, E, or G nonimmigrant and have not changed status to another nonimmigrant classification. This form is required regardless of whether you continue to maintain A, E, or G status.

- Please submit **an original** completed Form I-566, Interagency Record of Individual Requesting Change/Adjustment to or from A or G status. Form I-566 must be submitted for aliens who hold A or G status. As indicated on the directions for the Application to Register Permanent Residence or Adjust Status (Form I-485), due to your claimed nonimmigrant status, "you are not eligible for adjustment of status...unless you submit a completed Form I-566."

Under Step 1, the appropriate reason would be **Adjustment from A, G, or NATO nonimmigrant to immigrant status.** Complete Parts 1, 3 (check box "2d"), 4, and 5. Also complete Part 2 if you are not applying to be the principal alien.

Along with your response, please also attach the following supporting documents (if not previously submitted with your I-485 application):

- Form I-94,
- Form I-508,
- Form I-508F, if you are a French National.

A final decision will not be made on your application for 30 days. During that time, you may submit the additional item(s) requested above. In the alternative, you may submit evidence showing you are not ineligible to adjust status on the basis of any of the grounds cited above.

Page 3
A 97709901
EAC0416350660

Send your response and a copy of this letter to:

United States Citizenship and Immigration Services
Vermont Service Center
75 Lower Welden Street
St. Albans, VT  05479

Sincerely,

Paul E. Novak, Jr.
Center Director

Enclosure(s)



U.S. Department of Homeland Security
75 Lower Welden Street

U.S. Citizenship
and Immigration
Services

JUN 2 9 2005

FREDERICK E S MAWALLA
C/O DENNIS A BAIRD ESQ
1323 FENWICK LANE 100
SILVER SPRING MD  20910

A Number: A97709901
File Receipt Number: EAC0416350660

Dear Sir/Madam:

On April 29, 2005, you filed an Application to Register Permanent Residence or Adjust Status (Form I-485) under section 245 of the Immigration and Nationality Act.

Title 8, Code of Federal Regulations, in part 245.2(a)(2)(i) states:

*Under section 245.* (A) An immigrant visa must be immediately available in order for an alien to properly file an adjustment application under section 245 of the Act. (B) If, at the time of filing, approval of a visa petition filed for classification under section 201(b)(2)(A)(i), section 203(a) or section 203(b)(1), (2) or (3) of the Act would make a visa immediately available to the alien beneficiary, the alien beneficiary's adjustment application will be considered properly filed whether submitted concurrently with or subsequent to the visa petition, provided that it meets the filing requirements contained in parts 103 and 245. For any other classification, the alien beneficiary may file the adjustment application only after the Service has approved the visa petition.

On May 15, 2002, Intelsat Global Service Corporation filed an Immigrant Petition for Alien Worker (Form I-140) on your behalf and that petition was approved on October 31, 2002. In a letter dated August 20, 2004 and received September 17, 2004, Intelsat advised this Service that you were no longer employed by them and requested withdrawal of the petition. Accordingly, the I-140 was revoked March 1, 2005. Your Application to Register Permanent Residence or Adjust Status (Form I-485) was filed on April 29, 2004, and therefore had been pending for a period of less than 180 days at the time the withdrawal of the I-140 was requested by Intelsat and you therefore, are ineligible to adjust status under the provisions of AC21.

**www.uscis.gov**

S

Page 2
A97709901
EAC0416350660

The record does not contain evidence that you are the beneficiary of an approved immigrant petition, or that there is a concurrently filed immigrant petition awaiting review in your behalf.   For that reason, you have not established that there is an immigrant visa immediately available to you.

Therefore, your application is denied.

The regulations do not provide for an appeal from this decision.

Sincerely,

*Paul E. Novak Jr.*

Paul E. Novak, Jr.
Center Director

CC:     FREDERICK E S MAWALLA
        509 CASTLEFORD STREET
        ROCKVILLE MD  20851

LAW OFFICES

# DENNIS A. BAIRD, ESQ., P.C.

1323 FENWICK LANE, SUITE 100
SILVER SPRING, MD 20910

TEL: (301) 650-2030
FAX: (301) 650-2033

EMAIL: dbairdlaw@verizon.net
Admitted in MD, PA, & DC

April 6, 2005

Paul E. Novak, Jr.
U.S. Citizenship & Immigration Services
75 Lower Welden Street
St. Albans, VT 05479

**RE:  FREDERICK E S MAWALLA**
     **ALIEN NO.: A97 709 901**
     **EAC NO.:   EAC0416350660**

Dear Mr. Novak, Jr.:

Pursuant to your letter dated March 11, 2005, please construe this as a response to the revocation of the Form I-140 Petition. Allegedly based upon the current record the beneficiary/applicant does not appear to be eligible to adjust his status.

However, we would like to invoke section 106 (c) of the American Competitiveness in the Twenty First Century Act (AC21) which provides that a person may still adjust status, despite the grounds of any ineligibility listed above, if the application has been pending for 180 days or more and he can establish that he has a bona fide offer of employment from a new employer in the same or similar occupation.

Based on the foregoing, we are requesting validity of the revoked immigrant visa petition (Form I-140) to be preserved for adjustment of status based upon a new offer of employment pursuant to Section 106 (c) of the AC21 Act.

Accordingly, we attach hereto and incorporate by reference herein the following documentation.

1. A written request for consideration under section 106 (c) of the AC21.
2. An original letter on company letterhead outlining employment or offer of employment by prospective employer.
3. Letter accepting Employment;

58

4.    Original, completed Form I-508 – Waiver of Rights, Privileges, Exemptions and Immunities;

5.    Original, completed Form I-566 – Interagency Record of Individual Requesting Change/Adjustment to or from A or G Status;

6.    Form G-28 – Notice of appearance as Attorney

Please note that his wife who is a G-4 is a derivative beneficiary's and has been assigned Alien number A72 422 313.  The three children are also derivative beneficiaries and they have been assigned EAC Numbers, Koichi K. Mawalla EAC-04-163-50721, Sombiro K. Mawalla Jr., EAC-04-163-50736 and Wene F. Mawalla EAC-04-163-50699.

Thank you for your cooperation in this regard.

Sincerely,

Dennis A. Baird, Esq.
DAB/mo

April 6, 2005

District Director
U.S. Citizenship & Immigration Services
75 Lower Welden Street
St. Albans, VT 05479

RE:    **REQUEST LETTER FOR CONSIDERATION**
       **A97 709 907**
       **EAC01-163-50660**

Dear District Director:

This is to confirm that I would like to be considered under section 106 (C) of the AC21 Act.

Thank you for your consideration in this regard.

Sincerely,

Frederick Mawalla

## WAIVER OF RIGHTS, PRIVILEGES, EXEMPTIONS AND IMMUNITIES
### (Under Section 247(b) of the Immigration & Nationality Act)

The authority for collection of the information requested on this form is contained in 8 U. S. C. 1257(b). Submission of the information by an alien to request that he be permitted to retain status as an immigrant lawfully admitted for permanent residence is voluntary. The solicited information will be used principally by the Service to determine whether the status of the alien applicant shall be adjusted under the provisions of section 247(a) of the Immigration and Nationality Act. 8 U. S. C. 1257(a), to that of a nonimmigrant as described by section 101(a)(15)(A), (E), or (G) of the Immigration and Nationality Act, 8 U. S. C. 1101(a)(15)(A), (E), or (G). The information solicited may also, as a matter of routine use, be disclosed to other federal, state, local, or foreign law enforcement and regulatory agencies, the Department of Defense including any component thereof (if the applicant has served in the Armed Forces of the United States), the Department of State, Central Intelligence Agency, Interpol and individuals and organizations during the course of investigation to elicit further information required by this Service to carry out its functions. Failure to provide any or all of the solicited information may result in the alien's adjustment of status from that of a lawful permanent resident to that of a nonimmigrant classification under paragraphs 15(A), 15(E) or 15(G) of section 101(a) of the Immigration and Nationality Act.

FORM I-508 (Rev. 10-1-80) Y                    (Tear off this sheet before executing form)

---

### (Under Section 247(b) of the Immigration & Nationality Act)

File No. A97 709 901

I, (name) Frederick E.S. Maurilla _____ believing that I

Type or print

have an occupational status entitling me to a nonimmigrant classification under paragraph 15(A) (Government official) 15(E) (Treaty Trader) or 15(G) (International Organization Representative), of Section 101(a) of the Immigration and Nationality Act and desiring to acquire and/or retain the status of an alien lawfully admitted for permanent residence, do hereby waive all rights, privileges, exemptions and immunities which would otherwise accrue to me under any law or executive order by reason of such occupational status. French Nationals receiving salary from French Republic are required to execute additional waiver on Form I-508F)

I WAS BORN ON: (Month, Day, Year)    AT: (City and Country)
4-25-1955                           Moshi Tanzania

I AM EMPLOYED BY: (Name and Address of Mission or Organization)
aso offer Medical Marketing Inc. McCarthy 1661 Lincoln Av. WA

SIGNATURE
Maurilla

DATE
04/01/05

FOR GOVERNMENT USE ONLY (FRENCH NATIONALS PAID BY FRENCH REPUBLIC)
☐ FORM I-508F EXECUTED.    ☐ EXEMPT.    ☐ NOT EXEMPT FROM U.S. TAXES

Form I-508 A (Rev. 10-1-80) Y                    FILE COPY

*U.S. GOVERNMENT PRINTING OFFICE: 1986-0-

Dept. of Justice Immigration and Naturalization Service

61

OMB No. 1615-0027; Expires 1/31/07

**I-566, Interagency Record of Request -**
A, G or NATO Dependent Employment Authorization
or Change/Adjustment to/from A, G or NATO Status

U.S. Department of Homeland Security
Bureau of Citizenship and Immigration Services

**START HERE - Please Type or Print in Black Ink.**

**Part 1.    Information about you.** *( The person seeking employment authorization or change/adjustment of status.)*

1. Family Name | Given Name | Middle Name
MAWALLA | FREDERICK | ELIAMPENZI SOMBIRO

2. Home Address - Street Number and Name | Apt.#
509 CASTLEFORD STREET |

City | State | Zip Code
ROCKVILLE | MD | 20851

3. Mailing Address - Street Number and Name | Apt. # | C/O *(in care of)*:
509 CASTLEFORD STREET |  |

City | State | Zip Code | Daytime Phone # *(with area code)*
ROCKVILLE | MD | 20851 | 240-388-7107

4. Date of Birth *(mm/dd/yyyy)* | 5. Country of Birth | 6. Country of Citizenship
04/25/1955 | TANZANIA | TANZANIA

7. Gender  [✓] Male  [ ] Female | 8. Marital Status  [✓] Married  [ ] Not Married | 9. A # *(if any)*  97 709 901

10. Social Security # *(if any)* | 11. I-94 # *(Arrival/Departure Document)* | 12. DOS Personal Identification # *(PID)*
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 | 41059799007 | EAC0416350660

13. Date of Last Entry into the U.S. *(mm/dd/yyyy)* | 14. Current Immigration Status | 15. Relationship to Principal *(if applicable)*
08/04/2002 | G-4 | SELF

**Part 2.    Information about principal alien.**

1. Family Name | Given Name | Middle Name
 |  |

2. Home Address - Street Number and Name | Apt.# | City | State | Zip Code
 |  |  |  |

3. Date Tour of Duty Expected to End *(mm/dd/yyyy)* | 4. Country of Citizenship | 5. Marital Status  [ ] Married  [ ] Not Married

6. Job Title | 7. I-94 # *(Arrival/Departure Document)* | 8. DOS Personal Identification # *(PID)*

**Part 3.    Type of request.** *(See instructions for complete information on the different types of requests.)*

1. [✓] I am requesting employment authorization as a:
   a. [✓] spouse.    b. [ ] son or daughter, age: [      ], who: [ ] is a full-time, post-secondary student.    [ ] is disabled.

2. [✓] I am requesting change/adjustment of status. *(Select one.)*
   a. [ ] Change of nonimmigrant status to A, G or NATO nonimmigrant - specifically to: [         ]
   b. [ ] Section 247(a), immigrant to A or G nonimmigrant.
   c. [ ] Change to other nonimmigrant status from A, G or NATO - specifically to: [         ]
   d. [✓] Adjustment from A, G or NATO nonimmigrant to immigrant.
   e. [ ] A-1, A-2, G-1 or G-2 nonimmigrant applying under Section 13 of the Act of September 11, 1957.

**Part 4.    Certification - Submit 2 copies with original signatures - "For Official Use Only" page must also be attached.**

I certify under penalty of perjury that the foregoing is true and correct. I understand false information is a basis for denial or termination of the benefit requested and for other penalties provided by law and regulation. If I am requesting employment authorization, I further certify that I do not have a criminal record. I have not violated United States immigration and/or visa laws, I have not worked illegally in the United States, and I have paid Social Security and all applicable taxes on all employment in the United States.

Signature | Date *(mm/dd/yyyy)*
Mawalla | 04/01/2005

**Part 5.    Your personal information.**

| Your Name *(family, given, middle)* | Date of Birth *(mm/dd/yyyy)* | DOS Personal Identification # *(PID)* |
|---|---|---|
| MAWALLA, FREDERICK E.S. | 04/25/1955 | EAC-04-163-50660 |

### For Official Use Only

**Part 6.    Certification by Diplomatic Mission, International Organization, NATO/HQ SACT or NATO Member State.** *(Certifying official must have this information and page to complete process.)*

☐ I certify that the information provided on the first page of this Form I-566 is true and correct to the best of my knowledge and according to our official records.

☐ As an applicant for employment authorization, I further certify that his or her eligibility has been verified under the provisions of:

☐ A bilateral agreement with: _____    ☐ A *de facto* agreement with: _____

Check each of the following that apply:

☐ Without a numerical limit.        ☐ With a numerical limit and this applicant is within the limit; and

☐ Schedule B eligibility        ☐ Based on principal alien's G-4 status

☐ As an applicant for status as a principal alien, I further certify that he or she is being offered the position of: _____    and was notified to the DOS on *(date)*: _____

| Signature of Certifying Officer or Official | Printed Name | Official Seal |
|---|---|---|

**Name and Address of Diplomatic Mission, International Organization, NATO/HQ SACT or NATO Member State**

| Duty/Title | Phone Number *(include area code)* | Date *(mm/dd/yyyy)* |
|---|---|---|

**Part 7.    DOS, NATO/HQ SACT and/or USUN use only.**

1.  The Department of State, NATO/HQ SACT and/or USUN:

☐ Recommends the request be granted.        ☐ Recommends the request be denied.

If the recommendation is for denial, provide a reason(s) for such recommendation:

2.  Date *(mm/dd/yyyy)* _____    Phone Number *(include area code)* _____    3.  Office:

☐ Protocol   ☐ USUN   ☐ NATO/HQ SACT   ☐ Visa

4.  Signature 1 _____        Signature 2 _____

**Part 8.  CIS use only.**

1.  From:

| Adjudicator's Identification # | CIS Office | Office Phone Number *(with area code)* | A # / File # |
|---|---|---|---|

2.  To:

☐ Protocol   ☐ USUN   ☐ NATO/HQ SACT   ☐ Visa Office (Subject filed under Section 13.  Please advise CIS of your findings.)

3.  Adjustment or Change of Status:        Date of Decision *(mm/dd/yyyy)*        If change of status granted, give new status:

☐ Granted   ☐ Denied

4.  Request for Employment Authorization:    Date of Decision *(mm/dd/yyyy)*:    Valid to *(mm/dd/yyyy)*:    Classification:

☐ Granted   ☐ Denied

5.  DOS/NATO/HQ SACT/USUN/Visa Office Notified:    Date of Notification *(mm/dd/yyyy)*:

☐ Yes   ☐ No

63

U.S. Department of Justice
Immigration and Naturalization Service

# Notice of Entry of Appearance
## as Attorney or Representative

Appearances - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: FREDERICK E.S. MAWALLA | Date: |
|---|---|
| | File No. |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

| Name: FREDERICK E.S. MAWALLA | ☐ Petitioner     ☐ Beneficiary | ☑ Applicant |
|---|---|---|

Address: (Apt. No.)     (Number & Street)
509 CASTLEFORD STREET     ROCKVILLE (City)     MD (State)     20851 (Zip Code)

| Name: | ☐ Petitioner     ☐ Beneficiary | ☐ Applicant |
|---|---|---|

Address: (Apt. No.)     (Number & Street)     (City)     (State)     (Zip Code)

*Check Applicable Item(s) below:*

☑ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

UNITED STATES _____ SUPREME COURT _____ and am not under a court or administrative agency
Name of Court
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with
the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also check item 1 or 2 whichever is appropriate.)*

☐ 4. Others (Explain Fully.)

| SIGNATURE *(signature)* | COMPLETE ADDRESS Law Offices of Dennis A. Baird, Esq. 1323 Fenwick Lane 100 Silver Spring MD 20910 |
|---|---|
| NAME (Type or Print) DENNIS A. BAIRD, ESQ. | TELEPHONE NUMBER 301-650-2030 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*
DENNIS A. BAIRD, ESQ.

(Name of Attorney or Representative)

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

| Name of Person Consenting FREDERICK E.S. MAWALLA | Signature of Person Consenting *(signature)* Mawalla | Date: 9/6/05 |
|---|---|---|

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

64

Form G-28 (09/26/00)Y



PAUL SHEARMAN ALLEN & ASSOCIATES
ATTORNEYS AT LAW
1329 18TH STREET, N.W.
WASHINGTON, DC 20036

CITIBANK, F.S.B.
WASHINGTON, DC 20036-0967
15-7011/2540

CHECK NO.
6624

DATE
Sep 26, 2005

AMOUNT
******$110.00

6624

PAY One Hundred Ten and 00/100 Dollars
TO THE
ORDER   USCIS
OF:     US Citizenship & Immigration
        Service (new name)

Memo:

AUTHORIZED SIGNATURE

⑆006624⑆ ⑉254070116⑉ ⑈6673 8 20 2⑈

65