UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREDERICK MAWALLA<br>509 CASTLEFORD ST.<br>ROCKVILLE, MD 20851,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL CHERTOFF, Secretary<br>Dept. of Homeland Security<br><br>EDUARDO AGUIRRE, Director<br>U.S. Citizenship and<br>Immigration Service<br><br>RICHARD CATERISANO,<br>District Director<br>U.S. Citizenship and<br>Immigration Service<br>MARSHALS SERVICE,<br><br>    Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-0584(RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **PRAECIPE**

The Clerk will please enter the appearance of Assistant United States Attorney Karen L. Melnik as counsel for the defendants in this action.

                                          Respectfully submitted,

                                          KENNETH L. WAINSTEIN
                                          United States Attorney
                                          D.C. Bar #451058

_____
KAREN L. MELNIK D.C. BAR #436452
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0338 (O)
(202) 514-8780 (Fax)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing Defendant's Praecipe has been made via Electronic Case Filing and/or mail to plaintiffs counsel, Mr. Paul Shearman Allen, 1329 18th Street, N.W. Washington, D.C. 20036, on June 1, 2006.

_____
KAREN L. MELNIK D.C. BAR #436452
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
Civil Division
555 Fourth Street, N.W. #4112
Washington, D.C. 20530
(202) 307-0338(O)
(202) 514-8780 (Fax)