UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FREDERICK MAWALLA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06CV0584 (RMC) |
| ) | |
| **MICHAEL CHERTOFF, Secretary** ) | |
| U.S. Dept. of Homeland Security, <u>et al.</u>, ) | |
| ) | |
| **Defendants.** ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

Defendants in the above-captioned case hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to respond to Plaintiff's Complaint. In support of this request, the defendants state as follows:

1. The defendants' answer is due June 6, 2006.

2. The defendants intend to file a motion to dismiss or, in the alternative, a motion for summary judgment.

3. Agency counsel is in the process of assembling the adminstrative record, so that undersigned counsel may draft and file an appropriate motion. Agency counsel expects to be able to provide the administrative record to undersigned counsel within two to three days.

4. The defendants expect that their motion will be prepared for filing by June 21, 2006.

5. Undersigned counsel called plaintiff's counsel, Paul S. Allen, concerning this

request for an enlargement. Undersigned counsel learned from plaintiff's counsel, through his law clerk, that plaintiff consents to this request for an enlargement.

Wherefore the defendants request fifteen additional days, until June 21, 2006, to file their dispositive motion. A proposed Order accompanies this motion.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney

/s/
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

/s/
KAREN L. MELNIK DC BAR # 436452
Assistant United States Attorney
555 4TH Street, N.W. Rm. E-4112
Washington, D.C. 20530
(202) 307-0338

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FREDERICK MAWALLA**        ) | |
|     **Plaintiff,**        ) | |
|         ) | |
|    v.        ) | **Civil Action No. 06-0584 (RMC)** |
|         ) | |
| **MICHAEL CHERTOFF, Secretary**        ) | |
|  **U.S. Dept. of Homeland Security, et al.,**        ) | |
|         ) | |
|     **Defendants.**        ) | |

ORDER

UPON CONSIDERATION of the Defendants' Consent Motion For Enlargement of Time, the grounds stated therefor and the entire record in this matter, it is by the Court this _____ day of _____, 2006, hereby

ORDERED that the said motion be and hereby is granted and Defendants shall have until June 21, 2006, to file their motion.

_____
UNITED STATES DISTRICT COURT JUDGE

copies to:

Mr. Paul S. Allen
1329 18th Street, N.W.
Washington, D.C.  20036

AUSA Karen L. Melnik
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth Street, N.W. Rm. E-4112
Washington, D.C. 20530