UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FREDERICK MAWALLA,                      )
                                        )
                        Plaintiff,      )
                                        )
            v.                          )        Civil  Action  No. 06-0584 (RMC)
                                        )        ECF
MICHAEL CHERTOFF,                       )
  SECRETARY,                            )
  U.S. Dept. of Homeland Security, et al., )
                                        )
                        Defendants.     )
_____ )

ERRATA

    The undersigned inadvertently neglected to file the Certification with the administrative

record.  The Certification is attached to this document.



                        Respectfully submitted,


                        _____/s/_____
                        KENNETH L. WAINSTEIN, D.C. Bar No. 451058
                        United States Attorney


                        _____/s/_____
                        RUDOLPH CONTRERAS, D.C. Bar No. 434122
                        Assistant United States Attorney


                        _____/s/_____
                        KAREN L. MELNIK, D.C. Bar No. 436452
                        Assistant United States Attorney
                        United States Attorney's Office
                        Civil Division
                        555 4th Street, N.W.
                        Washington, D.C.  20530
                        (202) 307-0338