UNITED STATES OF AMERICA

DEPARTMENT OF HOMELAND SECURITY

June 7, 2006

CERTIFICATION:

BY VIRTUE OF the authority vested in me by Title 8, Code of Federal Regulations, Part 103, a regulation issued by the Attorney General pursuant to Section 103 of the Immigration and Nationality Act, I HEREBY CERTIFY that the annexed documents are copies of all the originals from the records of the said Citizenship and Immigration Services (CIS), Department of Homeland Security, relating to:

    FREDERICK E. MAWALLA    A97 709 901

of which the Secretary of the Department of Homeland Security is the legal custodian by virtue of Section 103 of the Immigration and Nationality Act.

BRIDGETTE H. PARASCANDO

ASSOCIATE COUNSEL

CITIZENSHIP AND IMMIGRATION SERVICES

DEPARTMENT OF HOMELAND SECURITY

