*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| FREDERICK MAWALLA, Plaintiff(s), vs. MICHAEL CHERTOFF, et al Defendant(s). | **Civil Case No.** 06-00584-RMC |

## NOTICE REGARDING FILING OF ADMINISTRATIVE RECORD

Pursuant to the procedures for filing documents electronically, this Notice serves as notification that the Administrative Record in the above case is electronically attached herewith in sections.

**NANCY MAYER-WHITTINGTON**

Clerk