**U.S. Department of Justice**
Immigration and Naturalization Service

# Notice of Entry of Appearance as Attorney or Representative

**Appearances** - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: All Immigration Matters | Date: 09/16/2005 |
| | File No. A97 709 901 |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

| Name: Frederick E. Mawalla | ☐ Petitioner ☑ Applicant ☐ Beneficiary |

| Address: (Apt. No.) | (Number & Street) | (City) | (State) | (Zip Code) |
| | c/o PSA&A   1329 18th St. NW | Washington | DC | 20036 |

| Name: | ☐ Petitioner ☐ Applicant ☐ Beneficiary |

| Address: (Apt. No.) | (Number & Street) | (City) | (State) | (Zip Code) |

*Check Applicable Item(s) below:*

☑ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

DC, NY, TX                MD, WV, PA                and am not under a court or administrative agency
                          *Name of Court*
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with
the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. (*If you check this item, also check item 1 or 2 whichever is appropriate.*)

☑ 4. Others (Explain Fully.)

You are advised that in conformity with Public Law 90-83, 5 U.S.C. 500 (f), 81 Stat 195, you are required to give notice to the undersigned of all notices or other written communication in this case.

| SIGNATURE | COMPLETE ADDRESS |
| | Paul Shearman Allen & Associates |
| | 1329 18th St. N.W., Washington, DC 20036 |
| NAME (Type or Print) | TELEPHONE NUMBER |
| Paul S. Allen | 202-638-2777 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*

PAUL SHEARMAN ALLEN & ASSOCIATES

(Name of Attorney or Representative)

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

| Name of Person Consenting | Signature of Person Consenting | Date |
| FREDERICK E. MAWALLA | FMawalla, | 09/16/2005 |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09/26/00)Y

**U.S. Department of Homeland Security**
75 Lower Welden Street
St. Albans, VT 05479



**U.S. Citizenship
and Immigration
Services**

March 13, 2006

FREDERICK MAWALLA
ATTN PAUL S ALLEN ESQ
PAUL SHEARMAN ALLEN & ASSOCIATES
1329 18TH STREET NW
WASHINGTON DC  20036

A Number: A97709901
File Receipt Number:
Motion Number: EAC0525851274

Dear Sir/Madam:

This refers to your motion filed on September 27, 2005.  You seek the reopening or reconsideration of the decision rendered by the United States Citizenship and Immigration Services (the Service) on March1, 2005, denying or revoking the  Immigrant Petition for Alien Worker (Form I-140) filed by you on May 15, 2002.

Title 8, Code of Federal Regulations, part 103.5 provides that a motion to reopen must state the new facts to be proved in the reopened proceeding and be supported by affidavits or other documentary evidence.  Further, a motion to reconsider must state the reasons for reconsideration and be supported by any pertinent precedent decisions to establish that the decision was based on an incorrect application of law or Service policy.

Your motion does not provide new facts to be proved nor does it give reasons for reconsideration.  Therefore, your motion is hereby dismissed per 8 CFR 103.5(a)(4).

Sincerely,

Sandra T. Bushey
Acting Center Director

Enclosure(s)

)PERATIONS SR MGR
AL SERV CORP
TIONAL DR NW
)C 20008

www.uscis.gov

S  00002

U.S. Department of Homeland Secur.                                                      Notice of Action
United States Citizenship and Immigration Services                                      Page 1

| Applicant/Petitioner A# | | Application/Petition | |
|---|---|---|---|
| A097709901 | | Immigrant Petition for Alien Worker (Form I-140) | |
| **Receipt #** | | **Applicant/Petitioner** | |
| EAC0601753174 | | MAWALLA, FREDERICK ELIAMPENZI SOMBIRO | |
| **Notice Date** | **Page** | **Beneficiary** | |
| May 24, 2006 | 1 | MAWALLA, FREDERICK | |

FREDERICK ELIAMPENZI SOMBIRO MAWALLA
ATTN PAUL S ALLEN ESQ
PAUL SHEARMAN ALLEN & ASSOCIATES
1329 18TH ST N W
WASHINGTON DC 20036

**IMPORTANT: THIS NOTICE CONTAINS YOUR UNIQUE NUMBER AND MUST BE RESUBMITTED IN THE ORIGINAL WITH THE REQUESTED INFORMATION. WHEN YOU HAVE COMPLIED WITH THE INSTRUCTIONS ON THIS FORM, RESUBMIT THIS NOTICE AND ALL REQUESTED DOCUMENTS AND/OR INFORMATION.**

1. YOUR RESPONSE MUST BE RECEIVED IN THIS OFFICE ON OR BEFORE **August 19, 2006.**
2. REGULATIONS REQUIRE THAT THE REQUESTED EVIDENCE BE SUBMITTED WITHIN 12 WEEKS.
3. ALL DOCUMENTATION REQUESTED SHOULD BE SUBMITTED TOGETHER.
4. SUBMISSIONS RECEIVED AFTER THE ABOVE DATE WILL NOT BE ACCEPTED.
5. YOU MAY NOT RECEIVE AN EXTENSION OF TIME IN ORDER TO SUBMIT THE REQUESTED DOCUMENTATION.

From the date this office receives your resubmission a minimum of 14 days will be required to process your form. If you have not heard from us within **60 days** then you may contact the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

Do not send copies of documents previously submitted.

The Service will primarily consider evidence establishing the beneficiary's qualifications for the requested classification as of the date of filing. Any subsequent evidence will be considered on a case per case basis.

A review of the evidence of record indicates that you are seeking classification for the beneficiary under section 203(b)(2) of the Act. In addition, you are seeking an exemption of the job offer by virtue of a national interest waiver.

In this case the beneficiary is the holder of an advanced degree by way of his Masters Degree from Texas A&M University in Prairie View. At issue in this order is the request for a waiver of the job offer in the national interest.

The Administrative Appeals Unit, in Matter of New York State Dept of Transportation (AAO, 1998), provided a three prong test to determine whether a waiver of job offer is in the national interest. In order to meet the national interest threshold, a petitioner must establish that:

1.  The area of intended employment is of substantial intrinsic merit;
2.  The proposed benefit is national in scope; and
3.  The petitioner must persuasively demonstrate that the national interest of the United States would be adversely affected if a labor certification were required for the beneficiary.

You will be notified separately about any other applications or petitions you filed. Please enclose this original notice with your response. You may wish to make a copy of it for your records. If you write to us about this case, or if you file another application based on this decision, please enclose a copy of this notice. Our address is:

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES
VERMONT SERVICE CENTER                    207        S
75 LOWER WELDEN STREET
ST. ALBANS, VT 05479

Form I-797 (8/03/90) Y

00003

**U.S. Department of Homeland Security**
United States Citizenship and Immigration Services

Notice of Action
Page 2

The area of the beneficiary's intended employment has been described in terms so vague that it is not clear whether the proposed employment has substantial intrinsic merit. Please illustrate how the proposed employment has substantial intrinsic merit.

As regards the other two requirements, we are not persuaded that the benefit of his work would be national in scope, and that the national interest of the United States would be adversely affected if labor certification were required for this particular beneficiary. While the beneficiary is arguably a well-trained systems engineer, and well qualified for the work he proposes to do in the U.S. However, we do not feel that every well-trained engineer qualifies for a national-interest waiver.

The initial filing contained a very limited amount of evidence that the beneficiary qualifies for a national interest waiver. A study conducted by the beneficiary while at Praire View A&M University was provided. This study was partially funded by a NASA grant and appears to have been a requirement of the beneficiary's Masters Degree program. The evidence provided does not satisfy any part of the three prong test to determine whether a waiver of job offer is in the national interest as set forth by the Administrative Appeals Unit, in Matter of New York State Dept. of Transportation (AAO, 1998).

The petitioner must persuasively demonstrate that it would be contrary to the national interest to potentially deprive the prospective employer of the services of the beneficiary by making available to United States workers the position sought by the beneficiary.

While the national interest waiver hinges on prospective benefit, it must be clearly established that the beneficiary's past record justifies projections of future benefit to the nation.

Subjective assurances that the beneficiary will, in the future, serve the national interest cannot suffice to establish prospective national benefit.

While a beneficiary's employment may be limited to a geographical region, in order to receive a national interest waiver it is necessary for the petitioner to demonstrate that the effects of the employment activity benefit the nation as a whole. The record contains no evidence that the beneficiary has developed new methodologies or techniques that have been accepted and implemented by other professionals in his field or that he has otherwise had an impact on the field that has or will be national in scope.

There are numerous engineers now employed or seeking employment in the United States. Not every individual can be considered as being in the national interest. In this case, it is unclear how the beneficiary's experience and abilities set him or her apart from other highly qualified engineers in the field.

It is reasonable to expect that substantial documentation from well-known United States experts, established institutions, and appropriate United States governmental agencies would be readily available if the exemption from the usual job offer and labor-certification requirements is realistically in the "national interest" of the United States.

Submit evidence demonstrating that the beneficiary satisfies the three prong test to determine whether a waiver of job offer is in the national interest as set forth by the Administrative Appeals Unit, in Matter of New York State Dept. of Transportation (AAO, 1998).

To qualify for exemption from the usual job offer and labor-certification requirements, please submit: Form ETA-750B in duplicate.

---

You will be notified separately about any other applications or petitions you filed. Please enclose this original notice with your response. You may wish to make a copy of it for your records. If you write to us about this case, or if you file another application based on this decision, please enclose a copy of this notice. Our address is:

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET                    207                    S
ST. ALBANS, VT 05479

Form I-797 (8/03/90) Y

OMB No. 1115-0053

**U.S. Department of Justice**
Immigration and Naturalization Service

**Form I-485, Application to Register Permanent Resident or Adjust Status**

**START HERE - Please Type or Print**

**FOR INS USE ONLY**

| **Part 1.** | **Information About You.** |
|---|---|

| Family Name MAWALLA | Given Name Frederick | Middle Initial E |
|---|---|---|

Address - C/O

| Street Number and Name  509 Castleford Street | | Apt. # |
|---|---|---|

City  Rockville

| State  MD | Zip Code  20851 |
|---|---|

| Date of Birth (month/day/year)  04/25/1955 | Country of Birth  Tanzania |
|---|---|

| Social Security #  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 | A # (if any)  97-709-901 |
|---|---|

| Date of Last Arrival (month/day/year)  08/04/2002 | I-94 #  41059799007 |
|---|---|

| Current INS Status  I-485 applicant and G-4 | Expires on (month/day/year)  G-4 valid for duration of status |
|---|---|

**FOR INS USE ONLY**

Returned

Receipt

Resubmitted

Reloc Sent

Reloc Rec'd

Applicant Interviewed

*verified in CIS 24210 Date 10.20.5*

| **Part 2.** | **Application Type.** *(check one)* |
|---|---|

**I am applying for an adjustment to permanent resident status because:**

a. [X]  an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice-- or a relative, special immigrant juvenile or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. [ ]  my spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. [ ]  I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e). [Attach a copy of the fiance(e) petition approval notice and the marriage certificate.]

d. [ ]  I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. [ ]  I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

f. [ ]  I am the husband, wife or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

g. [ ]  I have continuously resided in the U.S. since before January 1, 1972.

h. [X]  Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)
An I-140, Immigrant Visa Petition is being filed simultaneously with this I-485, Adjustment of Status Application

**I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and:** *(One check)*

i. [ ]  I am a native or citizen of Cuba and meet the description in (e), above.

j. [ ]  I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

**Section of Law**
- [X] Sec. 209(b), INA
- [ ] Sec. 13, Act of 9/11/57
- [ ] Sec. 245, INA
- [ ] Sec. 249, INA
- [ ] Sec. 2 Act of 11/2/66
- [ ] Sec. 2 Act of 11/2/66
- [ ] Other _____

**Country Chargeable**

**Eligibility Under Sec. 245**
- [ ] Approved Visa Petition
- [ ] Dependent of Principal Alien
- [ ] Special Immigrant
- [ ] Other _____

**Preference**

**Action Block**

**To be Completed by**
*Attorney or Representative,* if any
[X] Fill in box if G-28 is attached to represent the applicant.
VOLAG #

ATTY State License #

Continued on back.

00005

## Part 3. Processing Information.

| | |
|---|---|
| **A.** City/Town/Village of Birth  Moshi - Samanga Village, Kilimajaro | Current Occupation  Testing Engineer |
| Your Mother's First Name  Eliangichopasia | Your Father's First Name  Sombiro |

Give your name exactly how it appears on your Arrival /Departure Record (Form 1-94)

Frederick Eliampenzi Sombiro Mawalla

| | |
|---|---|
| Place of Last Entry Into the U.S. (City/State)  Dulles International Airport | In what status did you last enter? *(Visitor, student, exchange alien, crewman, temporary worker, without inspection, etc.)* |
| Were you inspected by a U.S. Immigration Officer?  ☑ Yes  ☐ No | G-4 |
| Nonimmigrant Visa Number  48075605 | Consulate Where Visa Was Issued  Department of State, Wash. DC |
| Date Visa Was Issued  12/20/2001  (month/day/year)  Sex: ☑ Male ☐ Female | Marital Status  ☑ Married ☐ Single ☐ Divorced ☐ Widowed |

Have you ever before applied for permanent resident status in the U.S.? ☐ No ☑ Yes If you checked "Yes," give date and place of filing and final disposition.

Filed on 4/29/2004 at Vermont Service Center. Denied on 6/29/05. (See attached USCIS denial notice)

**B.** List your present husband/wife and all your sons and daughters. (If you have none, write "none." If additional space is needed, use a separate piece of paper.)

| Family Name  MAWALLA | Given Name  Eunice | Middle Initial  F | Date of Birth (month/day/year)  02/05/1969 |
|---|---|---|---|
| Country of Birth  Tanzania | Relationship  Spouse | A # 72-422-313 | Applying with You?  ☑ Yes ☐ No |
| Family Name  MASAWE | Given Name  Victoria | Middle Initial  A | Date of Birth (month/day/year)  11/22/1979 |
| Country of Birth  Tanzania | Relationship  Daughter | A # N/A | Applying with You?  ☐ Yes ☑ No |
| Family Name  MAWALLA | Given Name  Wene | Middle Initial  S | Date of Birth (month/day/year)  04/05/1991 |
| Country of Birth  Tanzania | Relationship  Daughter | A # 98-364-707 | Applying with You?  ☐ Yes ☑ No |
| Family Name  MAWALLA | Given Name  Ana | Middle Initial  E | Date of Birth (month/day/year)  01/12/1994 |
| Country of Birth  USA | Relationship  Daugther | A # N/A | Applying with You?  ☐ Yes ☑ No |
| Family Name  MAWALLA | Given Name  Koichi | Middle Initial  K | Date of Birth (month/day/year)  10/27/1995 |
| Country of Birth  Tanzania | Relationship  Son | A # 98-364-706 | Applying with You?  ☐ Yes ☑ No |

**C.** List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society or similar group in the United States or in other places since your 16th birthday. Include any foreign military service in this part. If none, write "none." Include the name(s) of the organization(s), location(s), dates of membership from and to, and the nature of the organization (s). If additional space is needed, use a separate piece of paper.

None

## Part 3.   Processing Information. *(Continued)*

Please answer the following questions. (If your answer is **"Yes"** to any one of these questions, explain on a separate piece of paper.  Answering **"Yes"** does not necessarily mean that you are not entitled to adjust your status or register for permanent residence.)

1. Have you ever, in or outside the U. S.:
   a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested?  ☐ Yes  ☒ No
   b. been arrested, cited, charged, indicted, fined or imprisoned for breaking or violating any law or ordinance, excluding traffic violations?  ☐ Yes  ☒ No
   c. been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action?  ☐ Yes  ☒ No
   d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the U. S.?  ☐ Yes  ☒ No

2. Have you received public assistance in the U.S. from any source, including the U.S. government or any state, county, city or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future?  ☐ Yes  ☒ No

3. Have you ever:
   a. within the past ten years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future?  ☐ Yes  ☒ No
   b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling?  ☐ Yes  ☒ No
   c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the U.S. illegally?  ☐ Yes  ☒ No
   d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance?  ☐ Yes  ☒ No

4. Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to, any person or organization that has ever engaged or conspired to engage, in sabotage, kidnapping, political assassination, hijacking or any other form of terrorist activity?  ☐ Yes  ☒ No

5. Do you intend to engage in the U.S. in:
   a. espionage?  ☐ Yes  ☒ No
   b. any activity a purpose of which is opposition to, or the control or overthrow of, the government of the United States, by force, violence or other unlawful means?  ☐ Yes  ☒ No
   c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information?  ☐ Yes  ☒ No

6. Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party?  ☐ Yes  ☒ No

7. Did you, during the period from March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion?  ☐ Yes  ☒ No

8. Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin or political opinion?  ☐ Yes  ☒ No

9. Have you ever been deported from the U.S., or removed from the U.S. at government expense, excluded within the past year, or are you now in exclusion or deportation proceedings?  ☐ Yes  ☒ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration and Nationality Act for use of fradulent documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the U.S. or any immigration benefit?  ☐ Yes  ☒ No

11. Have you ever left the U.S. to avoid being drafted into the U.S. Armed Forces?  ☐ Yes  ☒ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and not yet complied with that requirement or obtained a waiver?  ☐ Yes  ☒ No

13. Are you now withholding custody of a U.S. citizen child outside the U.S. from a person granted custody of the child?  ☐ Yes  ☒ No

14. Do you plan to practice polygamy in the U.S.?  ☐ Yes  ☒ No

*Continued on back*                                    Form I-485 (Rev. 02/07/00)N Page 3

**Part 4.    Signature.**    *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records which the INS needs to determine eligibility for the benefit I am seeking.

**Selective Service Registration. The following applies to you if you are a man at least 18 years old, but not yet 26 years old, who is required to register with the Selective Service System:** I understand that my filing this adjustment of status application with the Immigration and Naturalization Service authorizes the INS to provide certain registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon INS acceptance of my application, I authorize INS to transmit to the Selective Service System my name, current address, Social Security number, date of birth and the date I filed the application for the purpose of recording my Selective Service registration as of the filing date. If, however, the INS does not accept my application, I further understand that, if so required, I am responsible for registering with the Selective Service by other means, provided I have not yet reached age 26.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| *Emawalla* | FREDERICK E. MAWALLA | 09-16-2005 | 240-388-7107 |

**Please Note:**    *If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested benefit and this application may be denied.*

**Part 5.    Signature of Person Preparing Form, If Other Than Above.** *(Sign Below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
|  | PAUL S. ALLEN | 10/04/05 | 202-638-2777 |

**Firm Name and Address**    Paul Shearman Allen and Associates  1329 18th Street, N.W. Washington DC 20036

**ADDENDUM TO FORM I-485, APPLICATION FOR ADJUSTMENT OF SATUS**
**APPLICANT:        MAWALLA, Frederick E. - A97-709-901**

Part 3.  Processing Information

B.       List your present husband/wife and all your sons and daughters.

*Continuation:*

| Family Name | Given Name | Middle Initial | Date of Birth |
|---|---|---|---|
| **MAWALLA** | **Koichi** | **K** | **06/20/1997** |
| Country of Birth | Relationship | A # | Applying with you? |
| **Tanzania** | **Son** | **A98-364-706** | **No** |
| Family Name | Given Name | Middle Initial | Date of Birth |
| **MAWALLA** | **Sai** | **E** | **03/15/2001** |
| Country of Birth | Relationship | A # | Applying with you? |
| **USA** | **Son** | **N/A** | **No** |

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0066

**BIOGRAPHIC INFORMATION**

| (Family name) MAWALLA | (First name) Frederick | (Middle name) Eliampenzi Sombiro | ☑ MALE ☐ FEMALE | BIRTHDATE (Mo.-Day-Yr.) 04/25/1955 | NATIONALITY Tanzanian | FILE NUMBER A- 97-709-901 |
|---|---|---|---|---|---|---|

| ALL OTHER NAMES USED (Including names by previous marriages) Frederick Eliampenzi Sombiro Mawalla | CITY AND COUNTRY OF BIRTH Moshi, Tanzania | SOCIAL SECURITY NO. (If any) 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 |
|---|---|---|

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE. |
|---|---|---|---|---|
| FATHER | MAWALA | Sombiro | unknown, Tanzania | Deceased |
| MOTHER (Maiden name) | MOMGI | Eliangichopasia | unknown, Tanzania | Moshi, Tanzania |

| HUSBAND (If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| Wife | Makundi | Eunice | 02/05/1969 | Moshi, Tanzania | 11/24/1990 | Dar-Tanzania |

| FORMER HUSBANDS OR WIVES (If none, so state) FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| None | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 509 Castleford St. | Rockville | MD | USA | 01 | 2000 | PRESENT TIME | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| None | | | | | | | |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| V.W.K. Systems, Inc., P.O. Box 503, Rockville MD 20848 | Principal Engineer | 01 | 2001 | PRESENT TIME | |
| Intelsat Global Service Corp., Washington DC 20008 | Testing Engineer | 08 | 1998 | 11 | 2002 |
| | | | | | |
| | | | | | |
| | | | | | |

| Show below last occupation abroad if not shown above. (Include all information requested above.) | | | | | |
|---|---|---|---|---|---|
| Tanzania Telecoms Co. P.O.Box 9070, Extelcom HOuse, Dar-Tanzania | Principal Engr | 03 | 1979 | 08 | 1998 |

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: ☐ NATURALIZATION  ☒ STATUS AS PERMANENT RESIDENT  ☐ OTHER (SPECIFY) | SIGNATURE OF APPLICANT  *F.Mawalla* | DATE 09-16-2005 |
|---|---|---|
| **Submit all four pages of this form.** | If your native alphabet is other than roman letters, write your name in your native alphabet here: | |

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

# APPLICANT: BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| MAWALLA | Frederick | Eliampenzi Sombiro | A-97-709-901 |

(1) Ident.

Form G-325A (Rev. 09/11/00) Y

00010

**U.S. Department of Justice**
Immigration and Naturalization Service

OMB No. 1115-0066

# BIOGRAPHIC INFORMATION

| (Family name) | (First name) | (Middle name) | ☑ MALE ☐ FEMALE | BIRTHDATE (Mo.-Day-Yr.) | NATIONALITY | FILE NUMBER |
|---|---|---|---|---|---|---|
| MAWALLA | Frederick | Eliampenzi Sombiro | | 04/25/1955 | Tanzanian | A-97-709-901 |

| ALL OTHER NAMES USED (Including names by previous marriages) | CITY AND COUNTRY OF BIRTH | SOCIAL SECURITY NO. (If any) |
|---|---|---|
| Frederick Eliampenzi Sombiro Mawalla | Moshi, Tanzania | 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 |

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | MAWALA | Sombiro | unknown, Tanzania | Deceased |
| MOTHER (Maiden name) | MOMGI | Eliangichopasia | unknown, Tanzania | Moshi, Tanzania |

| HUSBAND (If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| Wife | Makundi | Eunice | 02/05/1969 | Moshi, Tanzania | 11/24/1990 | Dar-Tanzania |

| FORMER HUSBANDS OR WIVES (if none, so state) | | | | |
|---|---|---|---|---|
| FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
| None | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 509 Castleford St. | Rockville | MD | USA | 01 | 2000 | PRESENT TIME | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| None | | | | | | | |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| V.W.K. Systems, Inc., P.O. Box 503, Rockville MD 20848 | Principal Engineer | 01 | 2001 | PRESENT TIME | |
| Intelsat Global Service Corp., Washington DC 20008 | Testing Engineer | 08 | 1998 | 11 | 2002 |
| | | | | | |
| | | | | | |
| | | | | | |

| Show below last occupation abroad if not shown above. (Include all information requested above.) | | | | | |
|---|---|---|---|---|---|
| Tanzania Telecoms Co. P.O.Box 9070,Extelcom HOuse, Dar-Tanzania | Principal Engr | 03 | 1979 | 08 | 1998 |

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: | SIGNATURE OF APPLICANT | DATE |
|---|---|---|
| ☐ NATURALIZATION   ☒ STATUS AS PERMANENT RESIDENT   ☐ (OTHER (SPECIFY): | *FMZawalla* | 09-16-2005 |
| **Submit all four pages of this form.** | If your native alphabet is other than roman letters, write your name in your native alphabet here: | |

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

# APPLICANT:   BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| MAWALLA | Frederick | Eliampenzi Sombiro | A-97-709-901 |

| (OTHER AGENCY USE) | INS USE (Office of Origin) |
|---|---|
| | OFFICE CODE: |
| | TYPE OF CASE: |
| | DATE: |

Form G-325A (Rev. 09/11/00) Y Page 2

00011

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0066

**BIOGRAPHIC INFORMATION**

| (Family name) MAWALLA | (First name) Frederick | (Middle name) Eliampenzi Sombiro | ☑MALE ☐FEMALE | BIRTHDATE (Mo.-Day-Yr.) 04/25/1955 | NATIONALITY Tanzanian | FILE NUMBER A-97-709-901 |
|---|---|---|---|---|---|---|

| ALL OTHER NAMES USED (Including names by previous marriages) Frederick Eliampenzi Sombiro Mawalla | CITY AND COUNTRY OF BIRTH Moshi, Tanzania | SOCIAL SECURITY NO. (If any) 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 |
|---|---|---|

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | MAWALA | Sombiro | unknown, Tanzania | Deceased |
| MOTHER (Maiden name) | MOMGI | Eliangichopasia | unknown, Tanzania | Moshi, Tanzania |

| HUSBAND (If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| Wife | Makundi | Eunice | 02/05/1969 | Moshi, Tanzania | 11/24/1990 | Dar-Tanzania |

| FORMER HUSBANDS OR WIVES (If none, so state) FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| None | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 509 Castleford St. | Rockville | MD | USA | 01 | 2000 | PRESENT TIME | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| None | | | | | | | |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| V.W.K. Systems, Inc., P.O. Box 503, Rockville MD 20848 | Principal Engineer | 01 | 2001 | PRESENT TIME | |
| Intelsat Global Service Corp.,Washington DC 20008 | Testing Engineer | 08 | 1998 | 11 | 2002 |
| | | | | | |
| | | | | | |

Show below last occupation abroad if not shown above. (Include all information requested above.)

| | | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| Tanzania Telecoms Co. P.O.Box 9070,Extelcom HOuse, Dar-Tanzania | Principal Engr | 03 | 1979 | 08 | 1998 |

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: ☐ NATURALIZATION ☑ STATUS AS PERMANENT RESIDENT ☐ OTHER (SPECIFY) | SIGNATURE OF APPLICANT *Mawalla* | DATE 09-16-2005 |
|---|---|---|
| **Submit all four pages of this form.** | If your native alphabet is other than roman letters, write your name in your native alphabet here: | |

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

# APPLICANT:    BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family name) MAWALLA | (Given name) Frederick | (Middle name) Eliampenzi Sombiro | (Alien registration number) A-97-709-901 |
|---|---|---|---|

| (OTHER AGENCY USE) | INS USE (Office of Origin) |
|---|---|
| | OFFICE CODE: |
| | TYPE OF CASE: |
| | DATE: |

**(3) C.**

Form G-325A (Rev. 09/11/00) Y  Page 3

00012

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0066

# BIOGRAPHIC INFORMATION

| (Family name) | (First name) | (Middle name) | ☑MALE ☐FEMALE | BIRTHDATE (Mo.-Day-Yr.) | NATIONALITY | FILE NUMBER |
|---|---|---|---|---|---|---|
| MAWALLA | Frederick | Eliampenzi Sombiro | | 04/25/1955 | Tanzanian | A-97-709-901 |

| ALL OTHER NAMES USED (Including names by previous marriages) | CITY AND COUNTRY OF BIRTH | SOCIAL SECURITY NO. (If any) |
|---|---|---|
| Frederick Eliampenzi Sombiro Mawalla | Moshi, Tanzania | 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 |

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | MAWALA | Sombiro | unknown, Tanzania | Deceased |
| MOTHER (Maiden name) | MOMGI | Eliangichopasia | unknown, Tanzania | Moshi, Tanzania |

| HUSBAND (If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| Wife | Makundi | Eunice | 02/05/1969 | Moshi, Tanzania | 11/24/1990 | Dar-Tanzania |

| FORMER HUSBANDS OR WIVES (If none, so state) FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF. MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| None | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 509 Castleford St. | Rockville | MD | USA | 01 | 2000 | PRESENT TIME | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| None | | | | | | | |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| V.W.K. Systems, Inc., P.O. Box 503, Rockville MD 20848 | Principal Engineer | 01 | 2001 | PRESENT TIME | |
| Intelsat Global Service Corp., Washington DC 20008 | Testing Engineer | 08 | 1998 | 11 | 2002 |
| | | | | | |
| | | | | | |

Show below last occupation abroad if not shown above. (Include all information requested above.)

| | | | | | |
|---|---|---|---|---|---|
| Tanzania Telecoms Co. P.O.Box 9070, Extelcom House, Dar-Tanzania | Principal Engr | 03 | 1979 | 08 | 1998 |

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR ☐ NATURALIZATION  [X] STATUS AS PERMANENT RESIDENT  ☐ OTHER (SPECIFY): | SIGNATURE OF APPLICANT  *F Mawalla* | DATE  09-16-2005 |
|---|---|---|
| **Submit all four pages of this form.** | If your native alphabet is other than roman letters, write your name in your native alphabet here: | |

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

# APPLICANT:   BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| MAWALLA | Frederick | Eliampenzi Sombiro | A-97-709-901 |

| (OTHER AGENCY USE) | INS USE (Office of Origin) |
|---|---|
| | OFFICE CODE: |
| | TYPE OF CASE: |
| | DATE: |

**(4) Consul**

Form G-325A (Rev. 09/11/00) Y Page 4

Departure Number

**146627214  10** U.S. IMMIGRATION
                   WAS
                   ADMITTED

Immigration and
Naturalization Service                AUG X 4 2002

**I-94**
**Departure Record**              CLASS  G4
                                  UNTIL

14. Family Name
M A M A L L A

15. First (Given) Name                    16. Birth Date (Day/Mo/Yr)
F R E D E R I C K                         2 5 0 4 5 5

17. Country of Citizenship
T A N Z A N I A

**See Other Side**                        **STAPLE HERE**

**Warning** - A nonimmigrant who accepts unauthorized employment is subject t
deportation.

**Important** - Retain this permit in your possession; *you must surrender it when yo
leave the U.S.* Failure to do so may delay your entry into the U.S. in the future.

You are authorized to stay in the U.S. only until the date written on this form. To remai
past this date, without permission from immigration authorities, is a violation of the law

**Surrender this permit when you leave the U.S.:**
      - By sea or air, to the transportation line;
      - Across the Canadian border, to a Canadian Official;
      - Across the Mexican border, to a U.S. Official.

Students planning to reenter the U.S. within 30 days to return to the same school, se
"Arrival-Departure" on page 2 of Form I-20 **prior to surrendering this permit.**

**Record of Changes**

Port:                                     Departure Recor

Date:

Carrier:

Flight #/Ship Name:

*OLD PASSPORT.*
*F. MAWALLA*



**PASIPOTI**

*PASSPORT*

**JAMHURI YA MUUNGANO WA TANZANIA**

*UNITED REPUBLIC OF TANZANIA*

Namba ya Pasipoti
*Number of Passport* : A0028188

Jina la mwenye Pasipoti :
*Name of Bearer* :

**CANCELLED** FREDERICK
ELIAMPENZI SOMBIRO
MAWALLA

Akifuatana na : ........... Watoto
*Accompanied by* : ......... *Children*

Taifa la mwenye Pasipoti :
*National Status of Bearer* :

**CANCELLED**

**RAIA WA JAMHURI YA MUUNGANO WA TANZANIA**

*CITIZEN OF THE UNITED REPUBLIC OF TANZANIA*

Kuna kurasa 36 katika pasipoti hii
*This passport contains 36 pages*

1

Hii ni kuwaomba na kuwasihi, kwa Jina la Rais
wa Jamhuri ya Muungano wa Tanzania, wote
wanaohusika, kwa kusudi la kumruhusu
mwenye pasipoti hii kupita bila kizuizi ama
kipingamizi cho chote na vile vile kumpa
msaada na ulinzi wowote ambao utakaoonekana
kuwa wa lazima.

*These are to request and require in the name of
the President of the United Republic of Tanzania
all those to whom it may concern to allow
the bearer to pass freely without let or hindrance
and to afford the bearer such assistance and
protection as may be necessary.*

00015

**MAELEZO**
*DESCRIPTION*

Kazi : EXECUTIVE ENGINEER
*Profession :*

Mahali pa kuzaliwa : MOROGORO
*Place of birth :*

Tarehe ya kuzaliwa : APRIL 25, 1955
*Date of birth :*

Mahali aishipo : DAR ES SALAAM
*Residence :*

Urefu : 1 m/ft    64 cm/in
*Height :*

Rangi ya Macho : BLACK
*Colour of eyes :*

Alama yoyote isiyo ya kawaida : NIL
*Special peculiarities :*

Anuani ya kudumu : P.O. Box 7153
*Permanent Address :* DAR ES SALAAM

Sahihi ya mwenye Pasipoti : *[signature]*
*Signature of Bearer :*

CANCELLED

2



**MAELEZO**
*DESCRIPTION*

Tarehe ya Kuzaliwa : APRIL 25, 1955
*Date of birth :*

Picha ya mwenye Pasipoti
*Bearer's photograph*

Sahihi
*Signature*

*[signature]* **SAHIHI YAKO**

3

**NCHI AMBAZO MWENYE PASIPOTI HII ANARUHUSIWA KUZURU**

*COUNTRIES FOR WHICH THE PASSPORT IS VALID*

**NCHI ZOTE ZA ULIMWENGU ISIPOKUWA PALE INAPOTAJWA**

*ALL FOREIGN COUNTRIES UNLESS OTHERWISE ENDORSED*

............................................................

............................................................

............................................................

............................................................

............................................................

Mwisho wa matumizi ya Pasipoti hii ni Tarehe :
*The validity of this passport expires on :*

*OCTOBER 7, 1997*

Imetolewa huko }
*Issued at*      *NEW YORK*

Tarehe }
*Date*   *OCTOBER 8, 1992*

**AFISA UDHIBITI WA PASIPOTI**
*PASSPORT CONTROL OFFICER*

4

**MAAGIZO**
*OBSERVATIONS*

............................................................

............................................................

............................................................

............................................................

............................................................

............................................................

............................................................

**KUONGEZA MUDA**
*RENEWALS/EXTENSION*

**Pasipoti hii imeongezwa muda hadi tarehe :**
*The validity of this passport is extended/renewed up to*

*2002*

29 JUN 1998

5

00017

**MAELEZO KUHUSU WATOTO**

*PARTICULARS OF CHILDREN*

| Jina | Mahali pa kuzaliwa | Tarehe ya kuzaliwa | Jinsi |
|------|--------------------|--------------------|-------|
| *Name* | *Place of birth* | *Date of birth* | *Sex* |

CANCELLED

**MATUMIZI MBALI MBALI**

*MISCELLANEOUS SERVICES*

CANCELLED

6

**VIZA**   *VISAS*

17 AUG 1994

D'Salaam Int. Airport

CANCELLED

7





8

9

17

VIZA  VISAS

U.S. IMMIGRATION
WAS
ADMITTED 2005
AUG X 4 2002
CLASS
UNTIL



UNITED STATES
OF AMERICA  VISA

LLAMPENZI SOMBIRO
Sex            Birth Date
M              25APR1955

Issue Date              Expiration Date
20DEC2001              19DEC2002

P<USAMAD<<K<FREDERICK<LLAMPENZAN<SOMBIRO<<<
A0823133<9745504049M0411209<6410116CAE328905

00020



VIZA *VISAS*

VIZA *VISAS*

DN 182747

THE HOLDER OF THIS PASSPORT

PREVIOUSLY TRAVELED ON

PASSPORT NO. 269627

ISSUED AT *DAR ES SALAAM*

ON *OCTOBER 29 1990*

Tanzania Consul/
New York

PASSPORT OFFICE
TANZANIA

Passport Officer
NEW YORK

CANCELLED

CANCELLED

32

33

00022

Ndugu/Rafiki watakao pewa taarifa wakati wa ajali au kifo
*Particulars of relative/friend to be informed in the event of accident or death.*

Jina : EUNICE SOMBIRO
Name :

Anuani ya Posta : P.O. BOX 7153
Postal Address : DAR ES SALAAM

Anapoishi : DAR ES SALAAM
Residence :

Uhusiano : WIFE
Relationship :

Simu Na : 72522
Tel. No. :

Jina : MAWALIA FAMILY
Name :

Anuani ya Posta : P.O. BOX 21 MARANGU
Postal Address : MOSHI

Anapoishi : MARANGU
Residence :

Uhusiano : FAMILY
Relationship :

Simu Na : MAKANGU 57
Tel. No. :

34

## REGISTRATION

Tanzania citizens resident abroad should at the earliest opportunity register their names and addresses at the nearest Tanzania Embassy, or consulate or Tanzania representative, or, where these offices do not exist, with the nearest United Kingdom Representative. Changes of address or departure from the country should also be notified to them.



### NOTES

1. Tanzania passports are issued and renewed by the competent authorities in Tanzania, by the Tanzania Government's diplomatic and consular officers in foreign countries and by Tanzania High Commissioners in Commonwealth countries.

2. They are available for five years in the first instance and may be renewed for a further period of five years from the date of expiry. They are not available beyond ten years from the original date of issue. If at any time a passport contains no further space for visas, a new passport must be obtained.

3. They are only available for travel to the countries named on page (4) but may be endorsed for additional countries. The possession of a passport so endorsed does not exempt the holder from compliance with any Immigration regulations in force in the countries or territories named or from the necessity of obtaining a visa or permit where required. Passports endorsed as valid for all parts of the Commonwealth are available for travel to territories under the protection of the United Kingdom or other Commonwealth countries. It should, however, be noted in this connection that the majority of territories within the Commonwealth have immigration restrictions applicable to British subjects as well as aliens.

4. Children over the age of 16 years require separate passports.

35

00023



## MAELEZO

1. Pasipoti za Tanzania zinatolewa na kutengenezwa upya na watu wenye madaraka na utaalamu katika mambo ya pasipoti hapa Tanzania pia na Mabalozi wa Tanzania katika nchi za nje na nchi za Jumuiya ya Madola. Pasipoti hizi hazitakiwi kupelekwa kwa njia ya Posta kutoka nchi moja hadi nyingine.

2. Pasipoti za Tanzania zinaweza kutumiwa kwa miaka mitano kwa mara ya kwanza na zinaweza kutengenezwa upya kwa muda wa miaka mingine mitano baada ya kumalizika kwa muda ule wa kwanza. Pasipoti haz8iwezi kutumiwa zaidi ya miaka kumi. Ikiwa wakati wowote katika muda huu wa miaka kumi pasipoti itajaa basi itakuwa lazima kupata pasipoti nyingine mpya.

3. Pasipoti hizi zinaweza kutumiwa katika kuzuru nchi zile zilizotajwa katika ukurasa wa nne (4) tu. Hata hivyo, nchi nyingine zinaweza kuongezwa na mamlaka inayotoa pasipoti za Tanzania. Kuwa na pasipoti ya Tanzania hakumfanyi aliyenayo asifuate sheria za Uhamiaji za nchi anazozuru au anazohitaji kuzuru, ama asiombe visa au ruhusa anapotakiwa. Pasipoti hizi zinaweza kutumiwa katika nchi zote za Jamii ya Dola pamoja na nchi zilizo chini ya himaya ya Uingereza. Walakini, ifahamike kwamba nchi nyingine katika Jamii ya Dola zina vizuizi vinavyowahusu raia wa Jamii ya Dola.

4. Watoto wenye umri wa miaka zaidi ya 16 (kumi na sita) lazima wawe na pasipoti zao wenyewe.

## KUJIANDIKISHA

Wananchi wa Tanzania wanaoishi katika nchi za nje wanashauriwa kujiandikisha majina yao na anuani zao mapema iwezekanavyo katika ofisi ya Balozi wa Tanzania iliyo karibu au, kama hakuna Balozi wa Tanzania katika nchi ile, wajiandikishe katika ofisi ya Balozi wa Uingereza. Wakuu hao ni lazima waarifiwe mabadiliko yoyote kama vile anuani au uhamaji kutoka katika nchi kwenda nchi nyingine n.k.

Kukosa kujiandikisha kunaweza kuzuia au kuchelewesha msaada na ulinzi ambao raia wa Tanzania anastahili kupata ikiwa kutatokea msukosuko au shida yoyote.



DN-182747

**CAUTION**

This passport remains the property of the Tanzania Government and may be withdrawn at any time. It is a valuable document and should not be altered in any way or allowed to pass into the possession of an unauthorized person. If lost or destroyed the fact and circumstances should be immediately reported to the passport office, D'Salaam or to the nearest Tanzania Diplomatic or Consular Officer, or other Representative, and to the Local Police. New passport can only be issued in such cases after exhaustive enquiries.

**TAHADHARI**

Pasipoti hii ni mali ya Serikali ya Tanzania na inaweza kuchukuliwa na Serikali wakati wowote. Ni hati yenye maana sana na haikuna ruhusa kujbadilisha kwa namna yoyote wala kuacha ichukuliwe na mtu ya yote asiyestahili kuwa na pasipoti hiyo. Kama ikipotea au kuharibiwa ni lazima taarifa kamili ipelekwe mara moja kwenye ofisi ya Pasipoti D'Salaam, ama kwa Balozi yeyote wa Tanzania aliye karibu, na pia kwa Polisi. Pasipoti mpya zinaweza kutolewa tu baada ya kufanya upelelezi wa kutosha.

*NEW PASSPORT*
*F. MAWALLA*



## PASIPOTI
*PASSPORT*

### JAMHURI YA MUUNGANO WA TANZANIA
*UNITED REPUBLIC OF TANZANIA*

Namba ya Pasipoti : **A 0357256**
*Number of Passport :*

Jina la mwenye Pasipoti : *MR. FREDERICK*
*Name of Bearer :* *ELIAMPENZI SOMBIRO*
*MAWALLA*

Akifuatana na : .......... Watoto
*Accompanied by :* *Children*

Taifa la mwenye Pasipoti :
*National Status of Bearer :*

**RAIA WA JAMHURI YA MUUNGANO WA TANZANIA**
*CITIZEN OF THE UNITED REPUBLIC OF TANZANIA*

Kuna kurasa 36 katika pasipoti hii
*This passport contains 36 pages*

1

Hii ni kuwaomba na kuwasihi, kwa Jina la Rais wa Jamhuri ya Muungano wa Tanzania, wote wanaohusika, kwa kusudi la kumruhusu mwenye pasipoti hii kupita bila kizuizi ama kipingamizi cho chote na vile vile kumpa msaada na ulinzi wowote ambao utakaoonekana kuwa wa lazima.

*This is to request and require in the name of the President of the United Republic of Tanzania all those to whom it may concern to allow the bearer to pass freely without let or hindrance and to afford the bearer such assistance and protection as may be necessary.*

*JUHURU NA UMOJA*

00025