**MAELEZO**

*DESCRIPTION*

Kazi : *EXECUTIVE ENGINEER*
Profession :

Mahali pa kuzaliwa : *MARANGU*
Place of birth :

Tarehe ya kuzaliwa : *APRIL 25, 1955*
Date of birth :

Mahali aishipo : *USA*
Residence :

Urefu : *I* m/ft *64* cm/in
Height :

Rangi ya Macho : *BLACK*
Colour of eyes :

Alama yoyote isiyo ya kawaida : *NIL*
Special peculiarities :

Anuani ya kudumu : *P.O. BOX 7153*
Permanent Address : *DAR-ES-SALAAM*

*TANZANIA*

Sahihi ya mwenye Pasipoti :
Signature of Bearer :

2

**MAELEZO**

*DESCRIPTION*

Tarehe ya Kuzaliwa : *APRIL 25, 1955*
Date of birth :

Picha ya mwenye Pasipoti
*Bearer's photograph*



Sahihi
*Signature*



**SAHIHI YAKO**

3

00026

**NCHI AMBAZO MWENYE PASIPOTI HII ANARUHUSIWA KUZURU**

*COUNTRIES FOR WHICH THE PASSPORT IS VALID*

**NCHI ZOTE ZA ULIMWENGU ISIPOKUWA PALE INAPOTAJWA**

*ALL FOREIGN COUNTRIES UNLESS OTHERWISE ENDORSED*

Mwisho wa matumizi ya Pasiporti hii ni Tarehe :
*The validity of this passport expires on :*

DECEMBAR 1ST 2007

Imetolewa huko.
*Issued at*

Tarehe
*Date*

**AFISA UDHIBITI WA PASIPOTI**
*PASSPORT CONTROL OFFICER*

4

**MAAGIZO**
*OBSERVATIONS*

**KUONGEZA MUDA**
*RENEWALS/EXTENSION*

**Pasiporti hii imeongezwa muda hadi tarehe :**
*The validity of this passport is extended/renewed up to :*

5

VIZA *VISAS*

VIZA *VISAS*

THE HOLDER OF THIS PASSPORT

PREVIOUSLY TRAVELED ON

Passport No. A 0028188

Issued At TANZANREP NEW YORK

On OCT 08, 1992

Tanzania Counsel/
Washington, D.C.    Passport Officer

32

33

Ndugu/Rafiki watakao pewa taarifa wakati wa ajali au kifo
*Particulars of relative/friend to be informed in the event of accident or death.*

Jina : **EUNICE F. MAWALLA**
*Name :*

Anuani ya Posta : **509 CASTLEFORD ST.**
*Postal Address :*
**ROCKVILLE MD 20851**

Anapoishi : 
*Residence :*
**SPOUSE**

Uhusiano : 
*Relationship :*

Simu Na : **301 - 838 - 0621**
*Tel. No. :*

Jina : 
*Name :*

Anuani ya Posta : 
*Postal Address :*

Anapoishi : 
*Residence :*

Uhusiano : 
*Relationship :*

Simu Na : 
*Tel. No. :*

34

## REGISTRATION

*Tanzania citizens resident abroad should at the earliest opportunity register their names and addresses at the nearest Tanzania Embassy, or consulate or Tanzania representative, or, where these offices do not exist, with the nearest United Kingdom Representative. Changes of address or departure from the country should also be notified to them.*

## NOTES

*1. Tanzania passports are issued and renewed by the competent authorities in Tanzania, by the Tanzania Government's diplomatic and consular officers in foreign countries and by Tanzania High Commissioners in Commonwealth countries.*

*2. They are available for five years in the first instance and may be renewed for a further period of five years from the date of expiry. They are not available beyond ten years from the original date of issue. If at any time a passport contains no further space for visas, a new passport must be obtained.*

*3. They are only available for travel to the countries named on page (4) but may be endorsed for additional countries. The possession of a passport so endorsed does not exempt the holder from compliance with any Immigration regulations in force in the countries or territories named or from the necessity of obtaining a visa or permit where required. Passports endorsed as valid for all parts of the Commonwealth are available for travel to territories under the protection of the United Kingdom or other Commonwealth countries. It should, however, be noted in this connection that the majority of territories within the Commonwealth have immigration restrictions applicable to British subjects as well as aliens.*

*4. Children over the age of 16 years require separate passports.*

35



## MAELEZO

1. Pasipoti za Tanzania zinatolewa na kutengenezwa upya na watu wenye madaraka na utaalamu katika mambo ya pasipoti hapa Tanzania pia na Mabalozi wa Tanzania katika nchi za nje na nchi za Jumuiya ya Madola. Pasipoti hizi hazitakiwi kupelekwa kwa njia ya Posta kutoka nchi moja hadi nyingine.

2. Pasipoti za Tanzania zinaweza kutumiwa kwa miaka mitano kwa mara ya kwanza na zinaweza kutengenezwa upya kwa muda wa miaka mingine mitano baada ya kumalizika kwa muda ule wa kwanza. Pasipoti haziwezi kutumiwa zaidi ya miaka kumi. Ikiwa wakati wowote katika muda huu wa miaka kumi pasipoti itajaa basi itakuwa lazima kupata pasipoti nyingine mpya.

3. Pasipoti hizi zinaweza kutumiwa katika kuzuru nchi zile zilizotajwa katika ukurasa wa nne (4) tu. Hata hivyo, nchi nyingine zinaweza kuongezwa na mamlaka inayotoa pasipoti za Tanzania. Kuwa na pasipoti ya Tanzania hakumfanyi aliyenayo asifuate sheria za Uhamiaji za nchi anazozuru au anazohitaji kuzuru, ama asiombe visa au ruhusa anapotakiwa. Pasipoti hizi zinaweza kutumiwa katika nchi zote za Jamii ya Dola pamoja na nchi zilizo chini ya himaya ya Uingereza. Walakini, ifahamike kwamba nchi nyingine katika Jamii ya Dola zina vizuizi vinavyowahusu raia wa Jamii ya Dola.

4. Watoto wenye umri wa miaka zaidi ya 16 (kumi na sita) lazima wawe na pasipoti zao wenyewe.

### KUJIANDIKISHA

Wananchi wa Tanzania wanaoishi katika nchi za nje wanashauriwa kujiandikisha majina yao na anuani zao mapema iwezekanavyo katika ofisi ya Balozi wa Tanzania iliyo karibu au, kama hakuna Balozi wa Tanzania katika nchi ile, wajiandikishe katika ofisi ya Balozi wa Uingereza. Wakuu hao ni lazima waarifiwe mabadiliko yoyote kama vile anuani au uhamaji kutoka katika nchi nyingine kwenda nchi nyingine n.k.

Kukosa kujiandikisha kunaweza kuzuia au kuchelewesha msaada na ulinzi ambao raia wa Tanzania anastahili kupata ikiwa kutatokea msukosuko au shida yoyote.

36



DN: 182747

### CAUTION

This passport remains the property of the Tanzania Government and may be withdrawn at any time. It is a valuable document and should not be altered in any way or allowed to pass into the possession of an unauthorized person. If lost or destroyed the fact and circumstances should be immediately reported to the passport office, D'Salaam or to the nearest Tanzania Diplomatic or Consular Officer, or other Representative, and to the Local Police. New passport can only be issued in such cases after exhaustive enquiries.

### TAHADHARI

Pasipoti hii ni mali ya Serikali ya Tanzania na inaweza kuchukuliwa na Serikali wakati wowote. Ni hati yenye maana sana na haikuna ruhusa kuibadilisha kwa namna yoyote wala kuacha ichukuliwe na mtu ye yote asivestahili kuwa na pasipoti hiyo. Kama ikipotea au kuharibiwa ni lazima taarifa kamili ipelekwe mara moja kwenye ofisi ya Pasipoti D'Salaam ama kwa Balozi yeyote wa Tanzania aliye karibu, na pia kwa Polisi. Pasipoti mpya zinaweza kutolewa tu baada ya kufanya upelelezi wa kutosha.



# PAUL SHEARMAN ALLEN & ASSOCIATES

ATTORNEYS AT LAW
1329 18th STREET, NW
WASHINGTON, DC 20036
TEL (202) 638-2777    FAX (202) 638-1677
E-MAIL: Paulallen@drgreencard.com    www.drgreencard.com/

PAUL SHEARMAN ALLEN (DC & NY)
ROSSELYN BRWON-FREI (DC)
_____
OF COUNSEL
SUSAN AU ALLEN (DC & PA)
JAVED A. KHOKHAR (DC)
EDWARD L. ALLEN (DC)

HONG KONG OFFICE:
CAUSEWAY BAY PLAZA II
463 LOCKHART ROAD
2205 LIPPO HOUSE
CAUSEWAY BAY, HONG KONG
TEL (852)2311-8823   FAX (852)2369-8455

October 03, 2005

**VIA FEDERAL EXPRESS**
U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Vermont Service Center
75 Lower Welden Street
St. Albans, VT 05479

**PLEASE NOTE THAN AN I-140 AND I-485 ARE BEING FILED SIMULTANEOUSLY**

RE:    **I-140, Immigrant Petition for Alien Worker (EB-2) Category pursuant to
INA §203 (b)(2), 8 USC §1153(b)(2) – Alien Applying for a National Interest Waiver
(who is a Member of the Professions Holding Advanced Degrees or Alien of
Exceptional Ability)**
**AND**
**I-485, Application to Register Permanent Resident or Adjust Status**
**I-765, Application for Employment Authorization**
**Principal Applicant: MAWALLA, Frederick E. – A 97 709 901**
**Spouse:           MAWALLA, Eunice F. – A72-422-313**

Dear Sir/Madam:

This office represents Mr. Frederick Mawalla with respect to an Immigrant Petition for a
Priority Worker.  Our Form G-28 is enclosed herewith. The Form I-140, Immigrant Petition for
Alien is being submitted by Mr. Frederick Mawalla, self-petitioner.

Mr. Mawalla holds a Bachelors degree in Electronics and Telecommunications
Engineering from the Dar Es Salam Technical College.  He also received a Master's Degree of
Science in Engineering from the Prairie View A&M University in Texas.  Because of his unique
skills and abilities, Mr. Mawalla was solicited by Intelsat Global Services, a US technology firm,
to come to the United States in 1996.

Mr. Mawalla is a member of the professions holding an advanced degree and his
exceptional ability will substantially benefit the national economy of the United States.

Based on Mr. Mawalla's qualifications, it is respectfully requested that his Petition for Priority Worker under INA §203 (b)(2), 8 USC §1153(b)(2) be approved accordingly.

In support of Mr. Mawalla's Petition for Priority Worker, please find the following documents which have been tabbed for your convenient reference as follows:

**Principal Applicant – Frederick E. Mawalla**

1. G-28, Notice of Entry of Appearance (3);
2. I-140, Immigrant Petition for Alien Worker with its subject fee of $190.00;
3. I-485, Application for Adjustment of Status with its subject fee of $385.00 including fingerprints;
4. I-765, Application for Employment Authorization with its subject fee of $175.00;
5. G-325, Biographic Information;
6. *Form I-693, Medical Examination Report will follow under separate cover;*
7. Copy of applicant's EAD valid form August 5, 2004 to August 4, 2005;
8. Copy of the previously approved I-140, immigrant Petition for Alien Worker filed by Intelsat Global Services;
9. Copy of the letter of the USCIS' letter of intent to deny application for adjustment of status dated June 29, 2005;
10. Affidavit of Date and Place of Birth;
11. Copy of the applicant's old and current passport and I-94, Arrival/Departure Card;
12. Copies of applicant's credentials including: his resume, his college diploma; his degree of Master of Science in Engineering, and his successfully completed project report on the "Design of a Smart Circuit for Arc Tracking Detection" supported by NASA grant NAG9-659; and
13. Six (6) photos.

**Spouse – Eunice F. Mawalla**

14. G-28, Notice of Entry of Appearance (2);
15. I-485, Application for Adjustment of Status with its subject fee of $385.00 including fingerprints;
16. I-765, Application for Employment Authorization with its subject fee of $175.00;
17. G-325, Biographic Information;
18. Copy of EAD card valid from August 5, 2005 to August 4, 2005;
19. Copy of passport and I-94, Arrival/Departure Card; and
20. Four (4) photos.

Pursuant to Public Law 90-83, 5 USC 500(f), 81 Stat 195, please give us notice of all communications about this matter.

Thank you in advance for your cooperation on this matter.

Sincerely,

PAUL SHEARMAN ALLEN & ASSOCIATES

BY:

Paul Shearman Allen, J.D.

PSA/mla
Enclosures: as stated



U.S. DEPARTMENT OF HOMELAND SECURITY, U. S. Citizenship and Immigration Services

## EMPLOYMENT AUTHORIZATION CARD

The person identified is authorized to work in the U.S. for the validity of this card.

NAME  MAWALLA, FREDERICK E



A# 097-709-901

CARD # EAC0416350789

Birthdate    Category    Sex
04/25/         C09        M

Country
Tanzania

Terms and Conditions
None



fingerprint
not
available

NOT VALID FOR REENTRY TO U.S.

CARD VALID FROM 08/05/04    EXPIRES 08/04/05

6779250



This card is not evidence of U.S. citizenship or permanent residence.
This document is void if altered, and may be revoked by the
U. S. Government                    FORM I-766 Rev. (05-2004)

00033



U.S. Department of Homeland
Security
75 Lower Welden Street

**U.S. Citizenship
and Immigration
Services**

JUN 2 9 2005

FREDERICK E S MAWALLA
C/O DENNIS A BAIRD ESQ
1323 FENWICK LANE 100
SILVER SPRING MD 20910

A Number: A97709901
File Receipt Number: EAC0416350660

Dear Sir/Madam:

On April 29, 2005, you filed an Application to Register Permanent Residence or Adjust Status (Form I-485) under section 245 of the Immigration and Nationality Act.

Title 8, Code of Federal Regulations, in part 245.2(a)(2)(i) states:

*Under section 245.* (A) An immigrant visa must be immediately available in order for an alien to properly file an adjustment application under section 245 of the Act. (B) If, at the time of filing, approval of a visa petition filed for classification under section 201(b)(2)(A)(i), section 203(a) or section 203(b)(1), (2) or (3) of the Act would make a visa immediately available to the alien beneficiary, the alien beneficiary's adjustment application will be considered properly filed whether submitted concurrently with or subsequent to the visa petition, provided that it meets the filing requirements contained in parts 103 and 245. For any other classification, the alien beneficiary may file the adjustment application only after the Service has approved the visa petition.

On May 15, 2002, Intelsat Global Service Corporation filed an Immigrant Petition for Alien Worker (Form I-140) on your behalf and that petition was approved on October 31, 2002. In a letter dated August 20, 2004 and received September 17, 2004, Intelsat advised this Service that you were no longer employed by them and requested withdrawal of the petition. Accordingly, the I-140 was revoked March 1, 2005. Your Application to Register Permanent Residence or Adjust Status (Form I-485) was filed on April 29, 2004, and therefore had been pending for a period of less than 180 days at the time the withdrawal of the I-140 was requested by Intelsat and you therefore, are ineligible to adjust status under the provisions of AC21.

S
00031

Page 2
A97709901
EAC0416350660

The record does not contain evidence that you are the beneficiary of an approved immigrant petition, or that there is a concurrently filed immigrant petition awaiting review in your behalf.   For that reason, you have not established that there is an immigrant visa immediately available to you.

Therefore, your application is denied.

The regulations do not provide for an appeal from this decision.

Sincerely,

*Paul E. Novak Jr.*

Paul E. Novak, Jr.
Center Director

CC:    FREDERICK E S MAWALLA
       509 CASTLEFORD STREET
       ROCKVILLE MD  20851

## AFFIDAVIT OF DATE AND PLACE OF BIRTH

I, _Magreth Elizabeth Joseph Sawaya Mawalla_,* the undersigned, affirm that the facts stated below are true and correct:

1.  I was born on _07 February 1939, I am _Sixty one_____[61]__ years old.
                        (date)                                        Age

2.  I reside at: _509__ Castleford__ Street__

    _____Silver Spring_,__Maryland__20851__

3.  __Mr Frederick Eliampenzi Sombiro Mawalla, who is my ____second cousin,
              (alien)                                              (relationship)

    was born to my relative through marriage, Eliangichopasia Kiwewene Mkangare Mongi_,
                        (affiant's relationship to alien's mother)        (farther's name)

    on ___25 April 1955_____.  His/her father's name is __Mr_Sombiro Mawalla.

SIGNED:      Magreth E.J.S. Mawalla    Signature _M Mawalla_    DATE: **3/22/00**

COMFORT O. ANGUAH-DEI
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires January 28, 2002

**To be signed in the presence of a Notary Public**

* The Affiant must be at least 8 years older than you.

00036

# AFFIDAVIT OF DATE AND PLACE OF BIRTH

I, _Jeni Rabai Mawalla Temu, * the undersigned, affirm that the facts stated

below are true and correct:

1. I was born on _12 December 1946; I am _Fifty Three__[53]__ years old.
   (Date)                                                    Age

2. I reside at: _1266__ Denis __ Drive__

   _____Kent_, __Ohio__44240_

3. __Mr. Frederick Eliampenzi Sombiro Mawalla, who is my ____cousin,
   (Alien)                                                        (Relationship)

   Was born to my relative through marriage, Eliangichopasia Kiwewene Mkangare Mongi_,
   (Affiant's relationship to alien's mother)          (Father's name)

   On ___25 April 1955_____.  His/her father's name is __Mr. Sombiro Mawalla.

SIGNED:     Jeni Rabai Mawalla Temu Signature _Jesn Temu_ DATE March 23, 2000

State of Ohio     )
County of Portage) SS.

Signed before me, a Notary Public in and for the State of Ohio,
this _23_ day of March, 2000.

                        _Dolores C Venneri_

**To be signed in the presence of a Notary Public**

DOLORES C. VENNERI, Notary Public
STATE OF OHIO,
My Commission Expires 4/30 2004

* The Affiant must be at least 8 years older than you must.

# FREDERICK E. S. MAWALLA

509 Castleford Street ~ Rockville, MD  20851 ~ 240-388-7107 ~ mawalf@yahoo.com

## Qualification

Dynamic engineering professional electrical and telecommunications equipment testing, technical data analyst, a writer with more than 15 years of success in equipment testing, analysis, operation, maintenance, and document management.  An international team player and demonstrates sharp communication and instructional abilities. Speaks fluent Swahili and conversational French. Holds a DoD ITAR clearance. Serves as a volunteer science subjects teacher.

## Education / Affiliations

Texas A&M University, M.S., Electrical Engineering
Dar Technical College (Tanzania), Advanced Diploma, Telecoms and Electronics
Engineering
Telecoms Institute (Kenya, Tanzania), Trucking, Microwave Transmission and Switching,
Telecoms Engineering Certification
Kokusai Denshin Denhwa-KDD (Japan), Satellite Telecommunications Certification
Montgomery College, Technical Writing Certification

Institute of Professional Engineers, Tanzania  ♦  Institute of Electrical and Electronics
Engineers (IEEE)

## Selected Highlights

- Coordinated the Tanzania Telecoms Company technical audit, through testing and analysis of the trunk capacity, switches and transmission equipment data, leading to introduction of digital switching systems, acceptable interconnection with other operators and its privatization as well as considerable savings.
- Composed four working papers (Document de Travail) for Tanzania Telecoms Company which were used for decision making and implementation of new projects at optimized national and international traffic routing.
- Reduced the completion time of a space satellite signal transmission plan by 30%; attracted more customers, thus resulting in increased revenues.
- Reduced the Intelsat earth station registration, equipment verification testing and analysis for Intelsat Satellite systems approval process by 40%.
- Accurately and timely updated Intelsat operational database and wrote a Satellite System Operational Guide including (SSOG) 314-draft document combining IDR, TCM, and IBS services.
- Improved Intelsat customer support level by 30% as compared to competitors by updating and publishing SSOG in year 2000 and 2001 in Spanish, English, and French, as well as the an English version for Earth Satellite Stations capability handbook for year 2002.
- Attended customer's technical concern and requests on Satellite System Operational Guide and Intelsat Earth Station Standards within 48 hours.

## Professional Profile

- Coordinated, developed, evaluated, and provided expertise regarding new technologies as well as strategic planning processes including advents of the GMPCS, AT & T Africa One cable connectivity, cell phone network and Wireless local loop. Leading to cost effective network connectivity.
- Conducted presentations regarding the country's traffic growth, switching capability and outcomes, which influenced the modernization of the International switching center, IMC by replacing the C 400 switching equipment in 1997 and *the introduction of* cost *effective routing, through German, Canada, Zambia and S. Africa by adapting the 'Telco initiative'.*
- Constructed, tested, and commissioned Mwenge Standard 'A' Earth Satellite Station with the introduction of new technology, including the Intermediate Date Rate [IDR] technology.
- Coordinated the first international video conference, at optimum transmission and switching equipment cost, working with other local and foreign engineers in USA, India and Sweden in real time, *The Beyond War Conference.*
- Provided a focal point for earth satellite station verification and approval process, including but not limited to *developing earth station test plans, scheduling, and conducting test, evaluations of the test result in compliance with Intelsat mandatory satellite system performance requirements. Through analysis of the operators switching and traffic capability to achieve optimized satellite transponder requirement, amplifiers and ground switching equipments.*
- Created INTELSAT transmission plans including day-to-day terminal calculation and analysis of the trunk capability up/down satellite link requirements in support of business line and growth initiatives, using Intelsat computer application, STRIP 7, FOB etc ensuring *top performance and overall satisfaction were achieved.*
- Updated Intelsat company database, monitor the usage of satellite switching capability and traffic analysis for present and future company use.
- Edited, updated and published the IESS, the Earth Station Capability handbook and The Satellite System Operational Guide [SSOG] in English, French, and Spanish, *Created and updated electronic documents for new customers in planning and line-up testing procedure using Microsoft office applications.*
- Oversaw and coordinated V.W. K. System Inc, operations at initial stages and devised its business plans. *Continue to consult with telecommunications operators around the globe on their trucking capabilities, switching, satellite equipment optimization, forecast and usage.*

## Career Track and Personal Job Description

VWK SYSTEMS INC., **Principal Engineer** --------------------------------------------- 2001 to Present

Oversaw and coordinated V.W. K. System Inc, operations at initial stages and devised its business plans. *Continue to consult with telecommunications operators around the globe on their trucking capabilities, switching, satellite equipment optimization, forecast and usage.*
- Develop testing and analytical tools to support the proposed product/s

- Evaluate the test results and prepare report and presenting data on the outcome of the tests
- Provide technical input for further expansion of the product line
- Drafting algorithm of instruction for use of the product by the consumers
- Monitoring and review product use in testing phase
- Consult with the management during the launch and marketing phase.

MONTGOMERY COLLEGE, **Volunteer Science and Math Teacher** ------------------------------ 2002

- Provide voluntary science subject, academic assistance to Montgomery college science oriented students.

INTELSAT, **Senior Engineer**-------------------------------------------------------------- 1998 to 2002

- Developed transmission plans in support of the business line and growth initiative to ensure that satisfactory and optimum link performance could be achieved.
- Prepared presentations of the outcome of the analysis in a format that could easily be understood and used by the marketing team.
- Managed the Satellite System Operational Guide documents [SSOG] in English, French and Spanish.
- Updated and incorporated internal and external, concern and inputs into the overall network.
- Created and updated electronic documents for new customer service procedures in planning and line-up procedures.
- Provided a focal point for earth station verification and approval processes. Developed earth station test plans. Scheduled earth station testing, analysis of the test results to ensure compliance with the mandatory performance requirement.
- Implementation of earth station database for Intelsat customers worldwide. Managed the earth station capability handbook

TTCL, **Principal Executive Engineer**----------------------------------------------------- 1979 to 1998

- Advised TTCL management on new telecommunications technologies.
- Coordinated, developed, reviewed and monitored new telecommunications idea and technology usage.
- Provided technical input on the planning process for issues concerning strategic network planning.
- Acted as a liaison officer to the Common Market for East and Southern Africa, COMESA
- Operated and maintained Mwenge Earth Satellite Station and performed essential tasks such as testing and commissioning of Mwenge Earth Satellite Station 2 terminal [MGE-02A].

END.

00040




# DAR ES SALAAM TECHNICAL COLLEGE

## DAR ES SALAAM

# LEAVING CERTIFICATE

*This is to certify that* FREDERICK E.S. MAWALLA ( AD. NO. 866856 )

*has followed a* DIPLOMA IN ELECTRONICS & TELECOMMUNICATION ENGINEERING

*course of study at Dar es Salaam*

*Technical College for a period of* THREE YEARS ( 1986 – 1989 )

**REGISTRAR**

2 3 MAY 1989

**PRINCIPAL**

### The Course included instructions in the following subjects:-

1 MATHEMATICS
2 PHYSICS
3 DEVELOPMENT STUDIES
4 ELECTRONICS
5 TELEPHONY & TELEGRAPHY
6 CIRCUIT THEORY
7 FUNDAMENTAL OF MEASUREMENTS
8 ELECTROMAGNETICS
9 DIGITAL TECHNIQUES
10 RADIO & MICROWAVE CIRCUIT & SYSTEMS
11 TELECOM.SYSTEMS & WIRE TRANS.
12 RADIO & MICRO. AIDS TO NAV. & SURV.
13 RADIO & MICRO. PROPAGATION
14 EDUCATION/BUSINESS MANAGEMENTS
15. D.E. PROJECT

# MINISTRY OF EDUCATION
## DAR ES SALAAM TECHNICAL COLLEGE
## STUDENT'S PERMANENT ACADEMIC RECORD

STUDENT'S NAME __FREDERICK E. S. MAWALLA__

ADMISSION NUMBER __866856__

COURSE: __DIPLOMA IN ELECTRONICS & TELECOMS ENGINEERING__

DAR ES SALAAM TECHNICAL COLLEGE
COLLEGE STAMP
P.O. Box 2958
DAR ES SALAAM

| SUBJECTS | YEAR OF STUDY 19 86 /19 87 TERM 1 | 3 | 4 | 19 87 /19 88 TERM 1 | 3 | 4 | 19 88 /19 89 TERM 1 | 3 | NE |
|---|---|---|---|---|---|---|---|---|---|
| | GRADE | GRADE | GRADE | GRADE | GRADE | GRADE | GRADE | GRADE | GRADE |
| DEVELOPMENT STUDIES | 52 | 76 | 65 | – | – | – | – | – | – |
| PHYSICS | 63 | 88 | 67 | – | – | – | – | – | – |
| ELECTRONICS | 78 | 58.4 | 76 | 48 | 70 | 50 | – | – | – |
| MATHEMATICS | 66 | 80 | 82 | 66 | 71 | 59 | 63 | 80 | C |
| CIRCUIT THEORY | 72 | 81 | 80 | 79 | 63 | 78 | – | – | – |
| TELEPHONY & TELEGRAPHY | 68 | 57 | 60 | – | – | – | – | – | – |
| BUSINESS MANAGEMENT | 64 | 65.5 | 73 | 47 | 62 | 60 | – | – | – |
| FUNDAMENTALS OF MEASUREMENTS | 75 | 71 | 83 | – | – | – | – | – | – |
| DIGITAL TECHNIQUES | – | – | – | 66.8 | 66 | 67 | – | – | – |
| ELECTROMAGNETICS | – | – | – | – | 69 | 57 | – | – | – |
| RADIO & MICROWAVE PROPAGATION | – | – | – | – | – | – | 87 | 65 | A |
| RADIO & MICROWAVE CIRCUITS SYSTEMS | – | – | – | – | – | – | 82 | 74 | A |
| TELECOMS SYSTEMS & WIRE TRANSMISSION | – | – | – | – | – | – | 84 | 84 | A |
| RADIO MICROWAVE AIDS TO NAVIGATION & SURVEYING | – | – | – | – | – | – | 88 | 88 | B |
| PROJECT | – | – | – | – | – | – | – | – | P |
| – NO COURSE OFFERED | | | | | | | | | |

00042



NOTE:  (a) NE means NATIONAL EXAMINATIONS RESULTS _____ PASS _____

EXAMINATION NUMBER U1/ _____ 69 _____ of _____ MAY _____ 19_ 89 ____

(b) the candidate also underwent INDUSTRIAL TRAINING FOR 10 weeks
every year of study, taken as the second term and passed/failed.

(c) KEY: A = EXCELLENT (80% and above)
         B = VERY GOOD (70% — 79%) C = GOOD (60% — 69%)
         D = SATISFACTORY (50% — 59%) F = FAIL (below 50%)
         S = SUPPLEMENTARY   P = PASS

for Principal

PRINCIPAL'S SIGNATURE _____ Dar es Salaam Technical College

N.P.C.—Kalamazoo -DSM



# Prairie View A & M University of Texas

To all to whom these presents may come, Greeting

## Be it known that

## Frederick Eliampenzi Sombiro Mawalla

having completed the studies and satisfied the requirements for the degree of

## Master of Science in Engineering

has accordingly been admitted to that degree with all the honors, rights and privileges belonging thereto.

Given under the seal of the University at Prairie View, Texas on the

seventh day of August, A.D., nineteen hundred and ninety-four.



Registrar

Dean

President

—

# PRAIRIE VIEW A&M UNIVERSITY
## PRAIRIE VIEW, TEXAS 77446

NAME FREDERICK E MAWALLA   BIRTH 04-02-55

STUDENT NUMBER 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

| COURSE NUMBER | COURSE TITLE | GRADE | CREDIT HOURS | QUALITY POINTS |
|---|---|---|---|---|

ISSUED TO THE STUDENT

PAGE 1 OF 2

FREDERICK E MAWALLA
P.O. BOX 2046
PRAIRIE VIEW    TX  77446

FEDERAL LAW PROHIBITS ACCESS TO THIS RECORD BY ANY PARTY WITHOUT WRITTEN CONSENT OF THE STUDENT



08-22-94

OFFICIAL SIGNATURE

OFFICIAL TRANSCRIPTS BEAR
SIGNATURE STAMP EMBOSSED
WITH UNIVERSITY SEAL.

# PRAIRIE VIEW A&M UNIVERSITY
### PRAIRIE VIEW, TEXAS 77446

| COURSE TITLE | COURSE NUMBER | GRADE | CREDIT HOURS | QUALITY POINTS |
|---|---|---|---|---|

**ISSUED TO THE STUDENT**

FREDERICK E MAWALLA
P.O. BOX 2046
PRAIRIE VIEW    TX    77446

PAGE    2    OF    2

FEDERAL LAW PROHIBITS ACCESS TO THIS RECORD BY ANY PARTY WITHOUT WRITTEN CONSENT OF THE STUDENT.

ERICK E MAWALLA    BIRTH 04-02-55
R 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

| COURSE TITLE | GRADE | CREDIT HOURS | QUALITY POINTS |
|---|---|---|---|

TRANSCRIPTS BEAR
STAMP EMBOSSED
VERSITY SEAL.

OFFICIAL SIGNATURE

# THE PRAIRIE VIEW A&M UNIVERSITY
### Prairie View, Texas

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

PAGE    OF    PAGE

DATE OF ADMISSION

## PERMANENT RECORD CARD

| REGISTRATION DATE | SUBJECT | NUMBER | DESCRIPTION | SEMESTER HOURS | | GRADE | GRADE POINTS |
|---|---|---|---|---|---|---|---|
| 9/91 | GNEG | 5033 | ENGR STAT | 3 | | A | 12 |
| | ELEG | 4073 | CONTROL SYSTEM | 3 | | B | 9 |
| | ELEG | 5163 | INTEGRATED ELEC | 3 | | B | 9 |
| | | | 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 | HA | 9* | | 30* |
| MAWALLA FREDRECK | | | | HE | 9* | | |
| | | | | | | | |
| 6/92 | GNEG | 5023 | OPERATIONS RESEARCH | 3 | | A | 12 |
| | MGMT | 5123 | QUAN ANALYSIS | 3 | | WP | |
| | | | 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 | HA | 6* | | 12* |
| MAWALLA FREDERICK E | | | | HE | 3* | | |
| | | | | | | | |
| 9/92 | GNEG | 5063 | ENGR ANALYSIS I | 3 | | WP | |
| | GNEG | 5133 | NUM METH IN ENGR | 3 | | B | 9 |
| | MATH | 5773 | ADVANCED ANALYSIS | 3 | | B | 9 |
| | | | 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 | HA | 9* | | 18* |
| MAWALLA FREDERICK E | | | | HE | 6* | | |

LAST NAME    FIRST NAME    SECOND NAME
Mawalla, Fredreck

OTHER NAMES
2000 M St. NW Suite 480

HOME ADDRESS AT TIME OF ENTRANCE

CITY                                    STATE
Washington, D.C.    ZIP 20036

SEX  DATE OF BIRTH    PLACE OF BIRTH
M    4/25/55

NAME OF PARENT OR GUARDIAN

ADDRESS

ENTERED FROM

HIGH SCHOOL                        CITY

DATE OF GRADUATION

ACCREDITED BY THE TEXAS EDUCATION AGENCY, THE SOUTHERN ASSOCIATION OF COLLEGES AND SCHOOLS, AND THE ASSOCIATION OF TEXAS COLLEGES AND UNIVERSITIES.

SEMESTER HOURS PLACED UNDERGRADUATE: 000 AND ABOVE GRADUATE

GRADING SYSTEM: A, B, C, D, F—PASSING GRADES.
F, U—FAILURE; I—INCOMPLETE.
W—COURSE DROPPED OFFICIALLY OR WHILE PASSING.
LENGTH OF SEMESTER, 18 WEEKS
SUMMER TERM, 6 WEEKS
IE GOOD STANDING GRADE STUDENTS

REGISTRAR

DATE

00947

BROWN STAINS INDICATE UNAUTHORIZED ALTERATIONS

ISSUED TO THE STUDENT

## THE PRAIRIE VIEW A&M UNIVERSITY
### Prairie View, Texas

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
PAGE _____ OF _____ PAGES

| REGISTRATION DATE | SUBJECT | NUMBER | DESCRIPTION | SEMESTER HOURS | GRADE | GRADE POINTS |
|---|---|---|---|---|---|---|
| 9791 | GNEG | 5D33 | ENGR STAT | 3 | A | 12 |
| | ELEG | 4073 | CONTROL SYSTEM | 3 | B | 9 |
| | ELEG | 5163 | INTEGRATED ELEC | 3 | B | 9 |
| | | | 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  HA | 9* | | 30* |
| MAWALLA FREDRECK | | | HE | 9* | | |
| 1/92 | GNEG | 5053 | INSTRUMENTATION | 3 | B | 9 |
| | MATH | 5233 | SELECTED TOPICS | 3 | C | 6 |
| | ELEG | 5153 | SOLID STATE | 3 | B | 9 |
| | | | 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  HA | 9* | | 24* |
| MAWALLA FREDERICK E | | | HE | 9□ | | |
| 6792 | GNEG | 5023 | OPERATIONS RESEARCH | 3 | A | 12 |
| | MGMT | 5123 | QUAN ANALYSIS | 3 | WP | |
| | | | 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  HA | 6* | | 12* |
| MAWALLA FREDERICK E | | | HE | 3* | | |
| 9792 | GNEG | 5063 | ENGR ANALYSIS I | 3 | WP | |
| | GNEG | 5133 | NUM METH IN ENGR | 3 | B | 9 |
| | MATH | 5713 | ADVANCED ANALYSIS | 3 | B | 9 |
| | | | 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  HA | 9* | | 18* |
| MAWALLA FREDERICK E | | | HE | 6* | | |

DATE OF ADMISSION

## PERMANENT RECORD CARD

Mawalla, Fredreck
LAST NAME        FIRST NAME        SECOND NAME

OTHER NAMES
2000 M. St. NW Suite 480
HOME ADDRESS AT TIME OF ENTRANCE

CITY                                STATE
Washington, D.C.              20036

SEX    DATE OF BIRTH       PLACE OF BIRTH
M      4/25/55

NAME OF PARENT OR GUARDIAN

ADDRESS

ENTERED FROM

HIGH SCHOOL                        CITY

DATE OF GRADUATION

ACCREDITED BY: THE TEXAS EDUCATION AGENCY, THE SOUTHERN ASSOCIATION OF COLLEGES AND SCHOOLS, AND THE ASSOCIATION OF TEXAS COLLEGES AND UNIVERSITIES.

100-299 LOWER UNDERGRADUATE
300 AND ABOVE GRADUATE

GRADING SYSTEM: A, B, C, D, F—PASSING GRADES

F, U—FAILURE; I—INCOMPLETE;

W—COURSE DROPPED OFFICIALLY OR WHILE PASSING

LENGTH OF SEMESTER, 18 WEEKS
SUMMER TERM, 6 WEEKS

IN GOOD STANDING UNLESS OTHERWISE INDICATED

REGISTRAR

DATE        00218

PRAIRIE VIEW A&M UNIVERSITY

COLLEGE OF ENGINEERING AND ARCHITECTURE

PRAIRIE VIEW

TEXAS

# DESIGN OF A SMART CIRCUIT FOR ARC TRACKING DETECTION USING TMS320C30 EVALUATION MODULE

PROJECT REPORT

SUBMITTED TO THE GRADUATE SCHOOL

IN

PARTIAL FULFILLMENT OF THE REQUIREMENTS FOR THE

DEGREE OF

MASTER OF SCIENCE ENGINEERING

BY

FREDERICK E. MAWALLA

AUGUST 1994

00049

PRAIRIE VIEW A&M UNIVERSITY

COLLEGE OF ENGINEERING AND ARCHITECTURE

PRAIRIE VIEW

TEXAS


DESIGN OF A SMART CIRCUIT FOR ARC TRACKING DETECTION

USING TMS320C30 EVALUATION MODULE


PROJECT REPORT

SUBMITTED TO THE GRADUATE SCHOOL

IN

PARTIAL FULFILLMENT OF THE REQUIREMENTS FOR THE

DEGREE OF

MASTER OF SCIENCE ENGINEERING

BY

FREDERICK E. MAWALLA


APPROVED:

_____        _____
Project Chairman                    Department chairman

_____        _____
Dean college of engineering         Dean Graduate school
and architecture


August, 1994

00050