DEDICATION

This project is dedicated to my parents, baba Sombiro Mawalla and mama Eliangichopasia Mawalla, through whose moral and emotional support I was able to achieve a fruitful education.

iii

00051

# ACKNOWLEDGEMENT

The author would like to thank Dr. John Okyere Attia for the opportunity to investigate the Digital Signal Processor TMS320C30 EVM.  Deep appreciation for his willingness to continue with the project through the end is due him.

A lot of love and many thanks goes out to Dr. John Foster, Dr. John Fuller, Dr.Thomas N. Fogarty and Dr. Anil Kumar, who always seems to be there when I needed them.  This project could not have been completed with out them.

Sincere gratitude goes out to a personal friends Dr. Flaming (TAMU) Mr. Wainaina (NCAT) Mr. Ali Warsame, Mr. P. Cofie, Isaac Opoku Kwadwo and Mr. E. Thomas for acting as domain experts.

The author cannot adequately thank the members of St.John Lutheran Church, for their support during this endeavor.

Lastly, Special thanks goes out to my lovely wife Eunice, my daughter Wene and Ana  for their patience and encouragement along the way.

iv

0005?

# ABSTRACT

Arc tracking is a phenomenon that occur when electric arc occurs between two conducting wires whose insulation has broken down.  It is a major problem in aerospace industry, because of the insulation breakdown of Kapton, a popular aerospace insulators.

It has been shown that ordinary circuit protecting devices, do not protect against arc tracking. This project is primarily concerned with a design of a smart circuit to detect arc tracking, using the salient features or signature of arc tracking obtained on previous studies.

The smart circuit consists of an inductive pick-up coil, analog to digital convertor, TMS320C30 processor and relay assembly. The processor of the EVM use Welch method to obtain the power spectral estimate of the digitalized signal. Then computes the mean value of power spectral estimates and the standard deviation of the time domain data.  These values are to be compared to the previously obtained data.  When the mean value is less than 30 and the standard deviation is greater than 2, the processor is assumed to have detected a non-arc tracking signal.  Any other conditions implies arc tracking.  The processor can then activates an interrupt.  The latter can be used to energize a relay, which will open the circuit in cases of arc tracking signal detection.

v

00053

# TABLE OF CONTENTS

DEDICATION . . . . . . . . . . . . . . . . . . . . . iii

ACKNOWLEDGEMENT . . . . . . . . . . . . . . . . . iv

ABSTRACT . . . . . . . . . . . . . . . . . . . . . . v


CHAPTER 1  INTRODUCTION . . . . . . . . . . . . . . 1

1.1 ARC TRACKING PHENOMENON . . . . . . . . . . . . 1

1.2 PRELIMINARY STUDIES . . . . . . . . . . . . . 2

1.3 OBJECTIVES . . . . . . . . . . . . . . . . . 6


CHAPTER 2    DIGITAL SIGNAL PROCESSOR AND

             SPECTRAL ESTIMATION  . . . . . . . . . . . . 8

2.1   ARCHITECTURE OF TI TMS320C30 EVM . . . . . . . . . . . 8

2.2   POWER SPECTRAL ESTIMATION . . . . . . . . . . 12


CHAPTER 3   SMART CIRCUIT DESIGN . . . . . . . . . . 14

3.1   SMART CIRCUIT BLOCK DIAGRAM . . . . . . . . . . 14

3.2   DSP ALGORITHM . . . . . . . . . . . . . . . 16


CHAPTER 4   CONCLUSION AND FUTURE WORK . . . . . . . . . 21

4.1 CONCLUSIONS . . . . . . . . . . . . . . . . 21

4.2 FUTURE WORKS . . . . . . . . . . . . . . . 22


REFERENCES . . . . . . . . . . . . . . . . . . . 23

APPENDICES . . . . . . . . . . . . . . . . . . . 24

00054

APPENDIX A PROGRAM FOR POWER SPECTRAL ESTIMATION  . . . . . .  24

APPENDIX B EXAMPLE OF ARC TRACKING AND NON-ARC TRACKING SIGNALS IN
                TIME DOMAIN AND THEIR POWER SPECTRAL DENSITY . . .  27

VITA  . . . . . . . . . . . . . . . . . . . . . . . . . .  30

00055

# LIST OF FIGURES

FIGURE 1.1   SUMMARY OF 28VDC ARC TRACK TEST WITH

PROPER SIZED CIRCUIT PROTECTION . . . . . . . . . . 3

FIGURE 1.2   PLOT OF THE STANDARD DEVIATION VERSUS

MEAN VALUE OF THE POWER SPECTRAL DENSITY . . . . . 7

FIGURE 2.1 TMS320C30 EVM BLOCK DIAGRAM . . . . . . . . . . . 9

FIGURE 2.2 TMS320C30 FUNCTION BLOCK DIAGRAM . . . . . . . . 10

FIGURE 3.1 BLOCK DIAGRAM OF SMART CIRCUIT

FOR ARC TRACKING DETECTION . . . . . . . . . . . 15

FIGURE 3.2 PROGRAM TO COMPUTE MEAN OF THE POWER

SPECTRAL DENSITY AND THE STANDARD DEVIATION

OF THE TIME DOMAIN SIGNAL . . . . . . . . . . . 18

FIGURE 3.3 PROGRAM FOR OBTAINING THE MEAN VALUE . . . . . . 19

FIGURE 3.4 PROGRAM TO TEST THE DATA AND CALCULATE THE

STANDARD DEVIATION OF THE TIME DOMAIN DATA . . . . 20

ix

00056

# CHAPTER 1

# INTRODUCTION

## 1.1 ARC TRACKING PHENOMENON

Arc tracking is a phenomenon that occurs when electric arc appears between conducting wires whose insulation has broken down. During arc tracking carbon residue is formed across the insulator surface due to excessive heat [1].

The two basic types of arcing are line fault arcing and contact arcing. An arc due to line fault results from either a line-to-line short or a line-to-ground short. When fault of this type occur, the arc tracking circuit will draw current up to or beyond the capacity of the circuit, giving rise to an excessive heat which might burn out the insulation and accumulate carbon residue across the insulator surface, creating a short circuit. Contact arcing results from a high resistance connection in series with a load. This may occur due to loose connections, oxidized contacts, or foreign non conducting material interfering with conducting path. Contact arcing is also commonly caused by use of extension cords of insufficient current-carrying capacity.

Arcing can be gradual with very low characteristics that are not detected by ordinary protective devices, which operates within a range 15 amps to 30 amps. When an arc conducts current it produces high frequency noise on the power line. Tests performed by Lockheed corporation indicated that:

1.   Circuit protection devices as a rule do not protect circuits against arc tracking.   However, no arc tracking was observed when circuit protection was provided by a 3 amps rated remote power control.

2. Re-closing of the tripped circuit protection devices re-initiate the arc tracking phenomenon.

3. Arc tracking of wires in a bundle cause damage to adjacent wiring.

Figure 1.1 provides a summary on series of tests depicting distance of arc track for each protection devices.

## 1.2 PRELIMINARY STUDIES

In a study conducted by August Kowero, John O.   Attia and Dwight Janoff [3], Kapton insulated signal cables which were made bare at the end, were brought together in a container containing graphite and copper powder.  Power supply of 20 V, 30 V, and 42 V were applied and current was varied.  The Welch method for direct computation of power spectral density using Fast fourier transform (FFT) was used.  The parameters obtained from arc tracking studies are shown in Table 1.1 and 1.2

The author found that [3,4], of all of all parameters shown in Table 1.1 and 1.2, only the mean value of the power spectral density, the standard deviation of the power spectral density of the time domain data, and the percentage arc tracking occurred  can be used  to differentiate arc tracking from non-arc tracking

2



FIGURE 1.1 SUMMARY OF 28VDC ARC TRACK TEST WITH PROPER

SIZED CIRCUIT PROTECTION


00059

# TABLE 1.1

## Parameters Obtained from  Arc Tracking Data

SD  - standard deviation of time domain arc tracking data
MP  - peak value of power spectral density
MVP -  mean value of power spectral density
SDP -  standard deviation of power spectral density
MFRQ - Mean frequency content

| DATA | SD | MP X10$^4$ | MVP | SDP X10$^3$ | MFREQ |
|------|------|------|------|------|------|
| A1 | 31.9 | 1.6 | 238 | 1.51 | 102.12 |
| A2 | 30.5 | 1.47 | 272 | 1.5 | 106.77 |
| A3 | 41.7 | 1.59 | 176.2 | 1.4 | 96.6 |
| A4 | 41.7 | 1.59 | 176 | 1.4 | 324.8 |
| A5 | 15.23 | 1.7 | 231 | .23 | 86.6 |
| A6 | 38.8 | 2.7 | 476 | 2.7 | 136.9 |
| A7 | 11.47 | .27 | 141 | 0.358 | 31.28 |
| A8 | 25.67 | 1.90 | 599 | 2.25 | 45.59 |
| A9 | 32 | 1.9 | 1326 | 2.9 | 45.39 |
| A10 | 1.45 | 20.21 | 4.9 | .0052 | 236 |
| A11 | 10.3 | 7.47 | 1292.5 | 8.04 | 35 |
| A12 | 25.5 | 1.99 | 484 | 1.7 | 315 |
| A13 | 60.3 | 3.2 | 319 | 2.9 | 36.28 |
| A14 | 14 | 0.31 | 153 | .375 | 23.26 |
| B1 | 43.4 | 0.472 | 42.2 | .417 | 14.4 |
| B2 | 17.5 | 0.48 | 217 | .665 | 90.6 |
| B3 | 6.7 | 0.15 | 56.8 | .0159 | 30.6 |
| B4 | 10.6 | 0.12 | 35.8 | .134 | 29.46 |
| B5 | 9.5 | 0.71 | 229 | .85 | 136.9 |
| B6 | 7.6 | 505 | 37.5 | .085 | 83.4 |
| C1 | 45.4 | 0.16 | 14.2 | .15 | 36.28 |
| C2 | 23.7 | 0.116 | 10.19 | .002 | 70.8 |
| C3 | 5.5 | .423 | 28.8 | .078 | 115.7 |

4

00060

signals.  The percentage of time arc tracking occurred was found to be not useful for real time detection of arc tracking.  Using the two parameters in Table 1.1, standard deviation of the time domain data and the mean value of power spectral density Figure 1.2 was drawn.

From Table 1.1 and Figure 1.2, it can be concluded that for arc tracking to occur, the  mean value of the power spectral density have to be greater than 30, while the standard deviation of the time domain data can have any value.  In addition, a signal can be arc tracking  provided the mean value of the power spectral density is less than 30 and the standard deviation of the time domain signal is less than 2.0.

## 1.3 OBJECTIVES

Because arc tracking is not easily detected by ordinary circuit protecting devices, there is a need for a smart circuit that can be used to detect arc tracking. The objective of this work is to design  a smart circuit that can be used to detect arc tracking.

Chapter 2 introduces the software and tools associated with TMS320C30 EVM.  A technique of computing power spectral density are discussed.  Chapter 3 has the block diagram and the methodology used in designing the smart circuit. It summarizes the DSP algorithm, and a description of software program written for arc tracking detection.  The conclusion of this work can be found in Chapter 4.  In addition, the latter chapter are some comments on future work.

00061

## TABLE 1.2

### Other Parameters of Arc Tracking Data

TARC - Percentage of Time  Arc Tracking occurred
BUPT - Percentage of Time for the Current to Build-Up

| DATA | TARC | BUPT |
|------|------|------|
| A1   | 67.5 | 32.5 |
| A2   | 75   | 25   |
| A3   | 72.5 | 27.5 |
| A4   | 71   | 29   |
| A5   | 69   | 0    |
| A6   | 77   | 78   |
| A7   | 100  | 0    |
| A8   | 90   | 0    |
| A9   | 100  | 0    |
| A10  | 27.5 | 0    |
| A11  | 19   | 48   |
| A12  | 92.5 | 0    |
| A13  | 76   | 24   |
| A14  | 22.5 | 0    |
| B1   | 10   | 75   |
| B2   | 40   | 0    |
| B3   | 16   | 0    |
| B4   | 60   | 0    |
| B5   | 35   | 0    |
| B6   | 7    | 0    |
| C1   | 0    | 25   |
| C2   | 0    | 14   |
| C3   | 0    | 0    |

5

00062



FIGURE 1.2 PLOT OF THE STANDARD DEVIATION VERSUS MEAN

VALUE OF THE POWER SPECTRAL DENSITY

7

00063

# CHAPTER 2

# DIGITAL SIGNAL PROCESSOR AND SPECTRAL ESTIMATION

## 2.1 ARCHITECTURE OF TI TMS320C30 EVM.

The DSP application require an analog input and output signal. Along the input path is an analog to digital convertor, which will convert the input signal to digital signal. The digitalized signals pass through the signal processor where the analysis of whether they contain arc tracking phenomenon or not is done. The output of the processor is converted to analog signal by digital to analog converter, The output signal is used to trigger a relay for the detection of arc tracking parameters.

The TMS320C30, shown in figure 2.1, and function block diagram on figure 2.2, is a 32-bit digital signal processor, capable of performing floating-point, integer and logical operation. It has two serial ports, two timers and on-chip direct memory access (DMA) controller for I/O. These features are controlled through memory-mapped registers, to communicate or to interface with the outside world. The serial ports are interrupt-driven, with interrupt vectors at specific memory location.

Along the input path is a filter to suppress frequencies greater than one-half the sampling frequency, the analog-to-digital converter (ADC), to convert the input signal to digital signal.

00064

FIGURE 2.1 TMS320C30 EVM BLOCK DIAGRAM

9

00065



FIGURE 2.2 TMS320C30 FUNCTION BLOCK DIAGRAM

00066

The maximum level of the input signal for conversion is based on the specific ADC, (EVM is +/- 1.5 V ,TI AIB is +/- 10 V ).

After processing, the digital-to-analog converter (DAC) converts the signal to analog signal. The levels from the DAC are produced based on the digital word on its input. Step level signal in passed through the low-pass output filter to smoother out the steps and reconstruct the equivalent analog signal based on the step levels.

The methodology utilized in distinguishing arc tracking from non-arc tracking signals is dependent on the presence of salient distinguishable arc tracking features [3].

The EVM is installed into the PC as an I/O device. The EVM data and command register are at different addresses in the PC's I/O, with the command register looking like 8 bit I/O, and the data transfer register looking like 16 bit I/O. The PC can send, receive or command information simply by reading or writing to different I/O addresses on its bus even though it is physically the same register.

The EVM analog section consists of TLC 32044 Analog interface circuit coupled to an LM 386 low noise audio power amplifier. for output drive, and TL 072 input amplifier. The ability to provide emulation support within target system (embedded emulation) is enabled by the SN 74ACT8990 Test bus control and the TMS320C30 Emulation port. TMS320C30 can be loaded executable programs via the loader without having to get into the debugger (EVM30). The command format for the loader is: evmload <-options> filename.out

11

00067

## 2.2 POWER SPECTRAL ESTIMATION

One method of power spectral estimation is the Welch method [4]. The latter method estimate the spectrum by method of averaging periodogram using FFT. Sampling in the time domain is associated with the periodicity in frequency domain and vice versa. In Welch method the sequence of x(n) data has a power spectrum denoted by $P_{xx}(W)$. Where the Fourier transform of x(n) is discrete, the fundamental frequency of the signal in the time domain and thus the periodicity is maintained as the sum of the harmonically related complex exponential sequences.

The periodogram spectral estimates is obtained by dividing x(n) from $0 \leq n \leq N - 1$ data points into segment K overlapping segments of length L. In implementing segments overlapping by L/2 obtaining

$$K = \{(N - (L/2)\}$$

The ith segment of the data is defined as

$$x_i(n) = x(il/2 + n) \ W_d(n)$$

where $0 \leq n \leq i \leq K - 1; \ 0 \leq i \leq K - 1$

The $W_d(n)$ is an L point data window.

The M point of the DFT of the window point is given by modifying periodogram equation

$$x_i(k) = \sum_{n=0}^{M-1} x_i(n) \ e^{-j2\pi kn/M} \qquad 2.23$$

$$0 \leq i \leq -1$$

12

00068

$$S_i(k) \equiv |X_i(k)|^2 \qquad 0 \leq k \leq M-1, \qquad 0 \leq i \leq k-1$$

Then it is averaged to produced normalized spectral estimate, at radian frequency.

$$S_{xx}(2\pi k/M) = \frac{1}{KU}\sum_{i=0}^{K-1} S_i(K) \quad while \quad U = \sum_{n=0}^{l-1} W_d^2(n)$$

$$for \quad 0 <= k <= -1$$

U is necessary for the spectral estimate to be unbiased.  Appendix A shows a program for power spectral estimation.

In appendix B, examples of non-arc tracking and arc tracking signals in the time domain data and their power spectral density are shown.

13

00069

# CHAPTER 3

## SMART CIRCUIT DESIGN

## 3.1 SMART CIRCUIT BLOCK DIAGRAM

The use of TMS320C30 EVM and the implementation of FFT will gives the frequency content and time content of the input signal $x(t)$. The design of the smart circuit entails calculations of the mean of the frequency domain data, and the standard deviation of the time domain data, which are in-turn compared to the previously determined values. Based on this logic an interrupt is set indicating whether an arc tracking has occurred or not.

The smart circuit for arc tracking detection is shown in figure 3.1. It consists of Texas instrument digital signal processor TMS320C30 Evaluation module (EVM), an inductive pick-up monitor and a relay.

The pick-up signal from the inductive coil is converted to digital signal using an analog-to-digital converter of the Evaluation module. The digitalized signal is then analyzed by the TMS320C30 processor. If arc tracking features are detected an interrupt signal is activated. The interrupt signal can then be used to energize a relay that will disable the power supplied to sensitive equipment. The intelligence of the circuit lies in the processor and the software program of the evaluation module.

## 3.2 DSP ALGORITHM

The Smart circuit for arc tracking is primarily a decision making device working on algorithms whose function is to process the input signal to the system and decide what the signal properties are pertaining to known specifications and conditions of arc tracking signals.

The realization of the real-time implementation of the follow several basic steps. A 2 kHz sinusoidal signal was from the signal generator connected to the EVM. The power spectral data is obtained from the fast Fourier transform of the input signal. The variance and the standard deviation of the time domain data can be calculated as:

$$Variance = \frac{1}{N-1} \sum_{j=1}^{N} (x_j - mean)^2$$

$$standard\ deviation = \sqrt{variance}$$

The mean value is computed as:

$$mean = \frac{1}{N} \sum_{j=1}^{N} x_j$$

16

00071

The program shown in Figure 3.2 is for the real time implementation of a 512-points real value input FFT. This program call the program shown in Figure 3.3 and Figure 3.4 for the computation of the mean value of the data and the standard deviation of the time domain data.

A c program SINEGEN.C was used to generate the twiddle constants for a 512-point real valued input FFT [6]. A total of N/2 or 256, points are required (for a complex FFT (5/4)N points are required for W). The sinegen.c was run. The 256 twiddle constants for the 512 points real valued FFT are stored in the file twid512.asm. The vecsir .obj file was linked for the reset vector. FFT512r.out was run using the EVM by 'EVMLOAD512R.OUT' instruction.

17

00072

```
/*FFT512R.C-REAL-TIME FFT WITH 512 POINTS. CALLS FFT_RL*/
#include <math.h>              /*std library func   */
#include "aiccom.c"            /*AIC com routines   */
#define N 512                  /*size of FFT        */
#define M 9                    /*number of stages   */
volatile int index = 0;        /*input_output index*/
float *IO_buffer, *data, *temp;     /*pointers to array buffers*/
int AICSEC[4] = {0x1428,0x1,0x4A96,0x67};   /*AIC config data     */
extern void fft_rl(int, int, float *);      /*fft function protype*/
volatile int *INTVEC = (volatile int *) 0x00; /*addr of inter vecs */
void c_int05()                 /*interrupt handler function */
{
 PBASE[0x48] = ((int)(IO_buffer[index])) << 2;     /*output data */
 IO_buffer[index] = (float)(PBASE[0x4C] << 16 >> 18); /*input data */
 if (++index >= N) index = 0;         /*increment index, reset = N */
}
main()
{
 int loop;                    /* declare variable   */
 float real, img;             /* declare variables  */
 INTVEC[5] = (volatile int) c_int05;     /*install inter function */
 AICSET_I();                  /*config AIC for interrupt */
 IO_buffer = (float *) calloc(N, sizeof(float)); /*input_output buffer    */
 data = (float *) calloc(N, sizeof(float));    /* fft data buffer      */
 while (1)                    /* create endless loop   */

sd (float IO_BUFFER[],result2,int n,float *mv,float*sd,float *var,*IO_OUTPUT)/*call std dev prog*/
 fft_rl(N, M, (float *)data);          /*call FFT function      */
 data[0] = sqrt(data[0]*data[0])/N;    /*magnitude of X(0)      */
 for (loop = 1; loop < N/2; loop++){   /*calculate X(1)..X(N/2-1)*/
  real = data[loop];          /*real part            */
  img = data[N-loop];         /*imaginary part       */
  data[loop] = sqrt(real*real+img*img)/N; /*find magnitude        */
 }
 data[N/2] = sqrt(data[N/2]*data[N/2])/N; /*magnitude of X(N/2)     */
 for (loop = N/2+1; loop < N; loop++)    /*X(N/2+1).. X(N-1)      */
  data[loop] = data[N-loop];           /*use symetry            */
 while (index);               /*wait till IO_buffer is empty*/
 temp = data;                 /*temp pointer => data buffer */
 data = IO_buffer;            /*IO_buffer becomes new data buffer */
 IO_buffer = temp;            /*data buffer becomes new IO_buffer */
 IO_buffer[0] = -2048;        /*frame sync pulse (negative spike) */
 mv (float IO_BUFFER[],result,int n,float *mv,*sd,*IO_OUTPUT); /* call mv.c */
prog*/
}   FIGURE 3.2 PROGRAM TO COMPUTE MEAN AND STANDARD
}            DEVIATION FROM POWER SPECTRAL DENSITY.
```

00073

```
/*****************************************************************/
/*  mv.c                                              */
/*  This routine tests the data and return its' mean value.     */
/*  The input data[1...n] is drawn from IO_BUFFER              */
/*  n is the number of sample data                        */
/*  The output data[sd] and data[mv] are store in *mv and then be   /*
/*  transfered to the IO_OUTPUT register                    */
/*  respectively                                   */
/*                                            */
/*****************************************************************/


#include <math.h>

void mv (float IO_BUFFER[],int n,result,volatile int *IO_OUTPUT,float *mv,float *sd)
        {
        volatile int *IO_OUTPUT = (volatile int *) ox804001
        void n_error (char error_test[]);
        int j;
        float ep = 0.0,s,p;

        if (n <= 1)                   /* data test         */
          n_error("n must be at least 2");
          s = 0.0;

          result = 0;
          for (j = 1; j <= n; j++)
             s = s + IO_BUFFER[j];
             *mv = s/n;
             result = *mv;
             *IO-OUTPUT =(int) result;
        }
```


FIGURE 3.3 PROGRAM FOR OBTAINING MEAN VALUE

00074

```
/****************************************************************/
/* sd.c                                                         */
/*This routine tests the data and compute standard deviation. The input*/
/*data[1...n] is drawn from IO_BUFFER, n is the number of sample data */
/****************************************************************/
#include <math.h>
void sd (float IO_BUFFER[],int n,int result2,volatile int *IO_OUTPUT,float *mv,float
*sd,float,*var)
        {
        volatile int *IO_OUTPUT = (volatile int *) o x 804000;
        void n_error (char error_test[]);
        int j;
        float ep = 0.0,s,p;

        if (n <= 1)                     /* data test       */
          n_error("n must be at least 2");
          s = 0.0;

        result2 = 0;
        for (j = 1; j <= n; j++) {

            s = s + IO_BUFFER[j];
          *mv = s/n;
          *adev = (*var)=(*skew)=(*curt)=0.0; /* second pass for ABS */
          for (j =1; j <= n; j++)
             {
             *adev += fabs(s = IO_BUFFER[j] - (*mv));
             *var  += (p = s*s);
             *skew += (p *= s );
             *curt += (p *= s );
             }
             *adev / = n;
             *var = (*var - ep*ep/n)/(n-1);
             *sd = sqrt(*var);
             result2= *sd;
             *IO_OUTPUT=result2;
             if (*var)
                {
                *skew /= (n*(*var)*(*sd));
                *curt  = (*curt)/(n*(*var)*(*var))-3.0;
                }
                else n_error("No skew / kurtosis when variance=0);
        }
```

FIGURE 3.4 PROGRAM TO TEST THE DATA AND CALCULATE THE
     STANDARD DEVIATION OF THE TIME DOMAIN DATA

00075