# CHAPTER 4

## 4.1 CONCLUSION

Previous studies has indicated that the mean value for power spectral density and the standard deviation of the power spectral estimation are two of the salient features that can be used to distinguish arc tracking signals from the non-arc tracking signals.

It has been shown in previous studies that for arc tracking to occur, the mean value of the power spectral density have to be greater than 30, while the standard deviation of the time domain data can have any value. In addition, a signal can be arc tracking provided the mean value of the power spectral density is less than 30, and the standard deviation of the time domain signal is less than 2.

The design of a smart circuit for arc tracking detection has been proposed in this work. The circuit consists of a Texas Instrument Digital Signal processor TMS320C30 EVM, an inductive pick-up monitor and a relay. The signal picked up by the inductive coil is converted to digital signal using analog-to-digital converter of the Evaluation Module. The digitalized signal is analyzed by the TMS320C30 processor. If arc tracking features are detected an interrupt signal is activated. An interrupt signal can then be used to energize a relay that will disable the power supplied to the sensitive equipment.

## 4.2 FUTURE WORKS

When mean value of the power spectral density is less than 30, and the standard deviation of the time domain data is greater than 2, the processor is assumed to have detected a non-arc tracking signal. Any other condition implies arc tracking.  In future there is a need to write a program to activate an interrupt.  The latter can then energize relay, which will in-turn open the circuit if arc tracking is detected, or close if arc tracking is not detected, in so doing protecting the sensitive equipments.

22

# REFERENCES

[1] Blade F.K.,"Method and apparatus for detecting arcing by monitoring".  U.S. Patent no.5,223,795 Filed Jul.30,1992.

[2] Power Distribution Control Section, Lockheed ESC, "Kapton wire arc tracking test report".  Jan.  23, 1990.

[3] Kowero, A, Attia, J.O and Dwight, J."Feature extraction of simulated arc tracking phenomenon".  Proceedings of IASTED modelling and simulation conference, page 201-204, 1993.

[4] Kowero, A "Feature Extraction of Arc tracking phenomenon using spectral estimation and wavelet transform",M.S. thesis Dec. 1992.

[5] "DSP and application with the TMS320C30 EVM ", Texas Instrument application manual", revision A, 1991.

[6] Rulph Chassaing, "DSP with C and the TMS320C30".  John Willey & Sons, Inc.,1992.

[7] William H. Press, Saul A. Teukolsky,William T. Vetterling, Brian P. Flannery, "Numerical recipes in C. The art of the scientific computing". Second Edition, Cambridge University press, 1992.

00078

# SMART CIRCUIT FOR
# ARC TRACKING DETECTION *

*Frederick E. Mawalla, August Kowero and J. Okyere Attia*
*Department of Electrical Engineering*
*Prairie View A&M University.*

* *Partially supported by NASA grant NAG9-659*

## ABSTRACT

Arc tarking occurs when electeric arc appear between conducting wires whose insulation has broken down. Arc tracking on kapton insulators is a major problem in aerospace industry where kapton insulators are mostly used.

Previous studies has shown that the mean value and the standard deviation of power spectral density of the data are two parameters that can be used to distinguish arc tracking from non-arc tracking signals.

In this work, the design of a smart circuit for the detection of arc tracking is presented. The circuit consists of an inductive pick-up, Texas Instruments TMS320C30 Evaluation Module and a relay. The smart circuit is intended to protect sensitive equipment from damages due to arc tracking.

## 1. INTRODUCTION.

Arc tracking is a phenomenon that occurs when electric arc appear between conducting wires whose insulation has broken down. Arc tracking causes carbon residue to form across insulator surface. The carbon residue may provide conducting path to other conductors and thereby create a short circuit which can cause fire or serious damages to other equipment.

Arc tracking can occur due to line fault arcing or contact arcing. An arc due to line fault results from either a line-to-line short or a line-to-ground short. Contact arcing results from a high resistance connected in series with a load. This may occur due to loose connections, oxidized contacts or foreign non-conducting material interfering with a conducting path [1].

Test performed by Lockheed Corporation [2] indicated that:
(1) Circuit protection devices, as a rule, do not protect against arc tracking. However, no arc tracking was observed when circuit protection was provided by a 3 amps rated remote power control (RPR).
(2) Re-closing of tripped circuit protection device re-initiate the arc tracking phenomenon.
(3) Arc tracking of wires in a bundle cause damage to adjacent wiring.

Because arcing can be gradual with characteristics that are not detected by protecting devices, there is a need for a smart circuit that can be used to detect arc tracking.

## 2. PRELIMINARY STUDIES.

The data for preliminary studies were obtained from an

00079

experiment that was ran using kapton insulated signal cables. Cables were made bare at the end and brought together in a container containing graphite and copper powder. The power supply voltage was set to 20 V, 30 V, 42 V and the current was varied [3].

The Welch method for direct computation of power spectral density using fast Fourier transform (FFT) was used. The parameters obtained from arc tracking are shown on Table 1.

The results indicate that, of all parameters shown in Table 1, only the mean value of the power spectral density, standard deviation of the power spectral density of the time domain data and the percentage arc tracking occurred, and can be used to differentiate arc tracking from non-arc tracking signals. The percentage of time arc tracking occurred shown on Table 2, was found not to be useful for real time detection of arc tracking. From Table 1 and Figure 1, it can be concluded that for signals to be arc tracking, the mean value of the power spectral density should be greater than 30 and the standard deviation of the time domain data can have any value. In addition, the signal can be arc tracking provided the mean value of the power spectral is less than 30 and the standard deviation of the time domain signal is less than 2.0. This is shown in Figure 1.

## TABLE 1

Parameters Obtained from Arc Tracking Data

SD - standard deviation of time domain arc tracking data
MP - peak value of power spectral density
MVP - mean value of power spectral density
SDP - standard deviation of power spectral density
MFRQ - Mean frequency content

| DATA | SD | MP X10⁸ | MVP | SDP X10² | MFREQ |
|------|------|------|------|------|------|
| A1 | 31.9 | 1.6 | 238 | 1.51 | 102.12 |
| A2 | 30.5 | 1.47 | 272 | 1.5 | 106.77 |
| A3 | 41.7 | 1.59 | 176.2 | 1.4 | 96.6 |
| A4 | 41.7 | 1.59 | 176 | 1.4 | 324.8 |
| A5 | 15.23 | 1.7 | 231 | .23 | 86.6 |
| A6 | 38.8 | 2.7 | 476 | 2.7 | 136.9 |
| A7 | 11.47 | .27 | 141 | 0.358 | 31.28 |
| A8 | 25.67 | 1.90 | 599 | 2.25 | 45.58 |
| A9 | 32 | 1.9 | 1326 | 2.9 | 45.39 |
| A10 | 1.45 | 20.21 | 4.9 | .0052 | 236 |
| A11 | 10.3 | 7.47 | 1292.5 | 8.04 | 35 |
| A12 | 25.5 | 1.99 | 484 | 1.7 | 315 |
| A13 | 60.3 | 3.2 | 319 | 2.9 | 36.28 |
| A14 | 14 | 0.31 | 153 | .375 | 23.26 |
| B1 | 43.4 | 0.472 | 42.2 | .417 | 14.4 |
| B2 | 17.5 | 0.48 | 217 | .665 | 90.6 |
| B3 | 6.7 | 0.15 | 56.8 | .0159 | 30.6 |
| B4 | 10.6 | 0.12 | 35.8 | .134 | 29.46 |
| B5 | 9.5 | 0.71 | 229 | .85 | 136.9 |
| B6 | 7.6 | .505 | 37.5 | .085 | 83.4 |
| C1 | 45.4 | 0.16 | 14.2 | .15 | 36.28 |
| C2 | 23.7 | 0.116 | 10.19 | .002 | 70.8 |
| C3 | 5.5 | .423 | 28.8 | .078 | 115.7 |

## TABLE 2

Other Parameters of Arc Tracking Data

TARC - Percentage of Time  Arc Tracking occurred
BUPT - Percentage of Time for the Current to Build-Up

| DATA | TARC | BUPT |
|------|------|------|
| A1 | 67.5 | 32.5 |
| A2 | 75 | 25 |
| A3 | 72.5 | 27.5 |
| A4 | 71 | 29 |
| A5 | 69 | 0 |
| A6 | 77 | 78 |
| A7 | 100 | 0 |
| A8 | 90 | 0 |
| A9 | 100 | 0 |
| A10 | 27.5 | 0 |
| A11 | 19 | 48 |
| A12 | 92.5 | 0 . |
| A13 | 76 | 24 |
| A14 | 22.5 | 0 |
| B1 | 10 | 75 |
| B2 | 40 | 0 |
| B3 | 16 | 0 |
| B4 | 60 | 0 |
| B5 | 35 | 0 |
| B6 | 7 | 0 |
| C1 | 0 | 25 |
| C2 | 0 | 14 |
| C3 | 0 | 0 |

the circuit lies in the processor and the software program of the evaluation module.



FIGURE 1 Standard deviation (SD) versus mean value of power spectral density (MVP)
- arc tracking data
- non-arc tracking data



1.    Inductive pick-up
2.    EVM
2.1  Analog-to-digital convertor
2.2  TMS320C30 processor
2.3  Software programs
3.    Relay assembly
3.1  Relay switch
4.    Sensitive equipment

FIGURE 2 Smart circuit for arc tracking detection

## 3.0 PROPOSED SMART CIRCUIT

The smart circuit for arc tracking detection is shown in Figure 2, it consists of Texas Instrument Digital Signal Processor TMS320C30 Evaluation Module (EVM), an inductive pick-up monitor and a relay.

The pick-up signal from the inductive coil is converted to digital signal using an analog-to digital converter of the Evaluation Module. The digitalized signal is then analyzed by the TMS320C30 processor. If arc tracking features are detected, an interrupt signal is activated. The latter can then be used to energize a relay that will disable the power to sensitive equipment. The intelligence of

## 3.1 ARCHITECTURE OF TMS320C30 EVM.

A block diagram of the TMS320C30 EVM is shown in Figure 3. The EVM consists of a microprocessor, memory, a PC host interface and an analog to digital (A/D) and D/A converter.

The microprocessor present in the EVM is a TMS320C30 (C30). It is a 32 bit DSP floating point processor. The processor has floating point registers, address registers, internal memory, serial port, timer, and interrupt logic. The C30 has two buses. The primary bus is connected to 16 kbit x 32 of SRAM and function as local memory for the C30. The

expansion bus is connected to 16 bit wide bi-directional register through which the EVM and the PC transfer commands and data. Each side can write to this register and only the other side can read it back.

The EVM is installed into a PC as an I/O device. The EVM data and command register are at different address in the PC's I/O, with the command register looking like an 8 bit I/O, and data transfer register looking like 16 bit I/O. The PC can send or receive or command information simply by reading or writing different I/O addresses on its bus even though it is physically the same register.

The EVM analog section consists of TLC 32044 Analog interface circuit coupled to an LM 386 low noise audio power amplifier for output drive, and TL 072 input amplifier. The ability to provide emulation support within target system [embedded emulation] is enabled by the SN 74ACT8990 Test bus control and the TMS320C30 emulation port.



FIGURE 3 Block diagram for TMS320C30 EVM

## 3.2 SOFTWARE FOR ARC TRACKING DETECTION

From previous studies, it seem that the mean value of power spectral density and the standard deviation of the power spectral estimates are two of the salient features that can be used to distinguish arc tracking signals from non- arc tracking signals. The processor of the EVM uses Welch method to obtain a power spectral estimates of digitalyzed signal. The processor computes the mean value and the standard deviation of the power spectral estimates. When mean value of the power spectral density is less than 30, and the standard deviation of the power spectral density is greater than 2 the processor is assumed to have detected a non-arc tracking signal. Any other condition implies arc tracking. The processor then activates an interrupt. The latter can then be used to energize a relay.

## CONCLUSION

Arc tracking occurs when electric arc appears between conducting wires, whose insulation has broken down. Previous studies has indicated that ordinary circuit protection devices seem to be ineffective for arc tracking detection. The mean value and the standard deviation of the power spectral density are the two salient features which can distinguish arc tracking from non-arc tracking signals. A smart circuit, consisting of an inductive pick-up coil, digital signal processor and a relay, is been built for arc tracking detection.

# REFERENCE

[1]    Blades F.K.," Method and apparatus for detecting arcing by monitoring high frequency noise by monitoring".    U.S.Patent no.5,223,795 Filed Jul. 30,1992.

[2]    Power Distribution Control Section, Lockheed ESC, "Kapton wire arc tracking test report". January 23 1990.

[3] August kowero, John O. Attia and Dwight Janoff, "Feature extraction of simulated arc tracking phenomenon". Proceedings of IASTED Modelling and Simulation conference, page 201 - 204, 1993.

[4]    Digital Signal processing and applications with the TMS320C30 Evaluation Module", Texas instrument application manual,revision A, 1991.

[5]    Rulph Chassaing,"Digital Signal processing with C and the TMS320C30".    John Wiley & Sons, Inc., 1992.

Immigration and Naturalization Service    Notice of Act...

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER EAC-02-192-50905 | CASE TYPE I140 IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|
| RECEIPT DATE May 17, 2002 | PRIORITY DATE October 25, 2001 | PETITIONER INTELSAT GLOBAL SERV |
| NOTICE DATE November 1, 2002 | PAGE 1 of 1 | BENEFICIARY MAWALLA, FREDERICK E. |

LINDA M. HOFFMAN
FREILICHER & HOFFMAN PC
1925 K ST NW STE 200
WASHINGTON DC 20006

**Notice Type:** Approval Notice
Section: Mem of Profession w/Adv Deg, or
of Exceptn'l Ability
Sec.203(b)(2)

The above petition has been approved. The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status. He or she should contact the local INS office to obtain Form I-485, Application for Permanent Residence. A copy of this notice should be submitted with the application, with appropriate fee, to this Service Center. Additional information about eligibility for adjustment of status may be obtained from the local INS office serving the area where he or she lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based on this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

CLIENT COPY

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
5 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone: (802) 527-4913**



00084

Form I797 (Rev. 09/07/93)N

**U.S. Department of Justice**
Immigration and Naturalization Service

**Notice of Entry of Appearance
as Attorney or Representative**

**Appearances** - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re:  All Immigration Matters | Date: 09/16/2005 |
| | File No.  A97 709 901 |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

Name:  Frederick E. Mawalla                    ☐ Petitioner    ☑ Applicant
                                               ☐ Beneficiary

| Address: (Apt. No.)      (Number & Street) | (City) | (State) | (Zip Code) |
| c/o PSA&A      1329 18th St. NW | Washington | DC | 20036 |

Name:                                          ☐ Petitioner    ☐ Applicant
                                               ☐ Beneficiary

| Address: (Apt. No.)      (Number & Street) | (City) | (State) | (Zip Code) |

*Check Applicable Item(s) below:*

☑ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia
   DC, NY, TX                          MD, WV, PA
                                      _____  and am not under a court or administrative agency
                                      Name of Court
   order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with _____
   the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also check item 1 or 2 whichever is appropriate.)*

☑ 4. Others (Explain Fully.)

You are advised that in conformity with Public Law 90-83, 5 U.S.C. 500 (f), 81 Stat 195, you are required to give notice to the undersigned of all notices or other written communication in this case.

| SIGNATURE | COMPLETE ADDRESS |
| | Paul Shearman Allen & Associates |
| | 1329 18th St. N.W., Washington, DC 20036 |
| NAME (Type or Print) | TELEPHONE NUMBER |
| Paul S. Allen | 202-638-2777 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*

**PAUL SHEARMAN ALLEN & ASSOCIATES**

(Name of Attorney or Representative)

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

| Name of Person Consenting | Signature of Person Consenting | Date |
| FREDERICK E. MAWALLA | *Mawalla* | 09/16/2005 |

(NOTE:  Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09/26/00)Y

00085

U.S. Department of Homeland Security
Bureau of Citizenship and Immigration Services

OMB No. 1615-0015; Exp. 8-31-04

**I-140, Immigrant Petition for Alien Worker**

## START HERE - Please Type or Print in Black Ink.

### Part 1.  Information about the person or organization filing this petition.

If an individual is filing, use the top name line. Organizations should use the second line.

| Family Name (Last Name) | Given Name (First Name) | Full Middle Name |
|---|---|---|
| MAWALLA | Frederick | Eliampenzi Sombiro |

Company or Organization Name
N/A

Address: (Street Number and Name)
509 Castleford St.    Suite #

Attn:
MAWALLA, Frederick E.

City: Rockville    State/Province: MD

Country: USA    Zip/Postal Code: 20851

IRS Tax #: N/A    Social Security # (if any): 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    E-Mail Address (if any): mawalf@yahoo.com

### Part 2.  Petition type.

This petition is being filed for: (Check one)

a. ☐ An alien of extraordinary ability.
b. ☐ An outstanding professor or researcher.
c. ☐ A multinational executive or manager.
d. ☐ A member of the professions holding an advanced degree or an alien of exceptional ability (who is NOT seeking a National Interest Waiver).
e. ☐ A professional (at a minimum, possessing a bachelor's degree or a foreign degree equivalent to a U.S. bachelor's degree) or a skilled worker (requiring at least two years of specialized training or experience).
f. ☐ (Reserved.)
g. ☐ Any other worker (requiring less than two years of training or experience).
h. ☐ Soviet Scientist.
i. ☑ An alien applying for a National Interest Waiver (who IS a member of the professions holding an advanced degree or an alien of exceptional ability).

### Part 3.  Information about the person you are filing for.

| Family Name (Last Name) | Given Name (First Name) | Full Middle Name |
|---|---|---|
| MAWALLA | Frederick | Eliampenzi Sombiro |

Address:  (Street Number and Name)
1329 18th St. NW    Apt. #

C/O: (In Care Of)
Paul Shearman Allen & Associates

City: Washington    State/Province: DC

Country: USA    Zip/Postal Code: 20036    E-Mail Address (if any):

Daytime Phone # (with area/country code): 202-638-2777 (Attorney)    Date of Birth (mm/dd/yyyy): 04/25/1955

City/Town/Village of Birth: Moshi    State/Province of Birth: Kilimanjaro    Country of Birth: Tanzania

Country of Nationality/Citizenship: Tanzania    A # (if any): A97-709-901    Social Security # (if any): 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

IF IN THE U.S.
Date of Arrival (mm/dd/yyyy): 08/04/2002    I-94 # (Arrival/Departure Document): 41059799007
Current Nonimmigrant Status: I-485 applicant and G-4    Date Status Expires (mm/dd/yyyy): G-4 valid for duration of status

### FOR CIS USE ONLY

| Returned | Receipt |
|---|---|
| Date | |
| Date | |
| Resubmitted | |
| Date | |
| Date | |
| Reloc Sent | |
| Date | |
| Date | |
| Reloc Rec'd | |
| Date | |
| Date | |

10/24/2005

EAC-06-017-53174  EAC.JMC01

**Classification:**
☐ 203(b)(1)(A) Alien of Extraordinary Ability
☐ 203(b)(1)(B) Outstanding Professor or Researcher
☐ 203(b)(1)(C) Multi-National Executive or Manager
☑ 203(b)(2) Member of Professions w/Adv. Degree or Exceptional Ability
☐ 203(b)(3)(A)(i) Skilled Worker
☐ 203(b)(3)(A)(ii) Professional
☐ 203(b)(3)(A)(iii) Other Worker

**Certification:**
☑ National Interest Waiver (NIW)
☐ Schedule A, Group I
☐ Schedule A, Group II

Priority Date    Consulate

**Concurrent Filing:**
☐ I-485 filed concurrently.

**Remarks**

**Action Block**

**To Be Completed by**
*Attorney or Representative*, if any.
☑ Fill in box if G-28 is attached to represent the applicant.
ATTY State License #

Form I-140 (Rev. 04/16/04)Y

00086

**Part 4.   Processing Information.**

1. Please complete the following for the person named in Part 3: *(Check one)*

   ☐ Alien will apply for a visa abroad at the American Embassy or Consulate at:

   | City | Foreign Country |
   |------|-----------------|
   | N/A  | N/A             |

   ☑ Alien  is in the United States and will apply for adjustment of status to that of lawful permanent resident.

   Alien's country of current residence or, if now in the U.S., last permanent residence abroad.

   | P.O. Box 56, Samanga Village, Marangu-Moshi, Kilimanjaro Tanzania |
   |---|

2. If you provided a U.S. address in Part 3, print the person's foreign address:

   | P.O. Box 56, Samanga Village, Marangu-Moshi, Kilimanjaro Tanzania |
   |---|

3. If the person's native alphabet is other than Roman letters, write the person's foreign name and address in the native alphabet:

   | N/A |
   |---|

4. Are any other petition(s) or application(s) being filed with this Form I-140?       ☐ No    ☑ Yes-(check all that apply)    ☑ Form I-485    ☑ Form I-765
   ☐ Form I-131    ☐ Other - attach explanation

5. Is the person you are filing for in removal proceedings?       ☑ No    ☐ Yes-attach an explanation

6. Has any immigrant visa petition ever been filed by or on behalf of this person?    ☐ No    ☑ Yes-attach an explanation

If you answered yes to any of these questions, please provide the case number, office location, date of decision and disposition of the decision on a separate sheet(s) of paper.

**Part 5.   Additional information about the petitioner.**

1. Type of petitioner *(Check one)*.

   ☐ Employer    ☑ Self    ☐ Other (Explain, e.g., Permanent Resident, U.S. Citzen or any other person filing on behalf of the alien.)

2. If a company, give the following:    N/A

   | Type of Business | Date Established *(mm/dd/yyyy)* | Current Number of Employees |
   |---|---|---|
   | | | |

   | Gross Annual Income | Net Annual Income | NAICS Code |
   |---|---|---|
   | | | |

   DOL/ETA Case Number

3. If an individual, give the following:    N/A

   | Occupation | Annual Income |
   |---|---|
   | | |

**Part 6.   Basic information about the proposed employment.**

1. Job Title

   | Testing Engineer |
   |---|

2. SOC Code    1  7  —  2  1  9  9

3. Nontechnical Description of Job

   | See attached resume. |
   |---|

4. Address where the person will work if different from address in Part 1.

   | In the vicinity of Rockville, MD. |
   |---|

5. Is this a full-time position?    ☑ Yes  ☐ No

6. If the answer to Number 5 is "No," how many hours per week for the position?

   | N/A |
   |---|

7. Is this a permanent position?    ☑ Yes  ☐ No

8. Is this a new position?    ☐ Yes  ☑ No

9. Wages per week

   | $ |
   |---|

00087

## Part 7.  Information on spouse and all children of the person for whom you are filing.

List husband/wife and all children related to the individual for whom the petition is being filed. Provide an attachment of additional family members, if needed.

| Name (First/Middle/Last) | Relationship | Date of Birth (mm/dd/yyyy) | Country of Birth |
|---|---|---|---|
| Eunice Fred MAWALLA | Spouse | 02/05/1969 | Tanzania |
| Victoria Anamndumi MASAWE | Daughter | 11/22/1979 | Tanzania |
| Wene Sombiro MAWALLA | Daughter | 04/05/1991 | Tanzania |
| Ana Eliangisongoya MAWALLA | Daughter | 01/12/1994 | USA |
| Koichi Klemi Sombiro MAWALLA | Son | 10/27/1995 | Tanzania |
| Sombiro Jr. Klemi MAWALLA | son | 06/20/1997 | Tanzania |

## Part 8.  Signature.  *Read the information on penalties in the instructions before completing this section.  If someone helped you prepare this petition, he or she must complete Part 9.*

I certify, under penalty of perjury under the laws of the United States of America, that this petition and the evidence submitted with it are all true and correct. I authorize the Bureau of Citizenship and Immigration Services to release to other government agencies any information from my CIS (or former INS) records, if the CIS determines that such action is necessary to determine eligibility for the benefit sought.

| Petitioner's Signature | Daytime Phone Number (Area/Country Code) | E-mail Address |
|---|---|---|
| *FM Mawalla.* | 240-388-7107 | mawalf@yahoo.com |

| Print Name | Date (mm/dd/yyyy) |
|---|---|
| FREDERICK E. MAWALLA | 09/28/2005 |

**Please Note:**  *If you do not fully complete this form or fail to submit the required documents listed in the instructions, a final decision on your petition may be delayed or the petition may be denied.*

## Part 9.  Signature of person preparing form, if other than above.  *(Sign below)*

I declare that I prepared this petition at the request of the above person and it is based on all information of which I have knowledge.

**Attorney or Representative:**  In the event of a Request for Evidence (RFE), may the CIS contact you by Fax or E-mail?  ☐ Yes  ☐ No

| Signature | Print Name | Date (mm/dd/yyyy) |
|---|---|---|
| *Paul S. Allen /iF* | PAUL S. ALLEN | 10/4/2005 |

**Firm Name and Address**

Paul Shearman Allen and Associates
1329 18th St., N.W. Washington DC 20036

| Daytime Phone Number (Area/Country Code) | Fax Number (Area/Country Code) | E-mail Address |
|---|---|---|
| 202-638-2777 | 202-638-1677 | paulallen@drgreencard.com |

00088

**ADDENDUM TO FORM I-140, IMMIGRANT PETITION FOR ALIEN WORKER**
**APPLICANT:        MAWALLA, Frederick E. – A97-709-901**

Part 4. Processing Information

Question 6.    Has any immigrant visa petition ever been filed by on or behalf of this person?

**Answer:        Yes.** An I-140, Immigrant Petition for Alien Worker was filed by Intelsat Global Service on behalf of Mr. Mawalla on May 15, 2002 with Receipt No. EAC-02-192-50905. It was approved on November 1, 2002 and the same was revoked on March 1, 2005.

Part 7. Information on spouse and all children of the person you are filing for.

*Continuation:*

| Name | Relationship | Date of Birth | Country of Birth |
|---|---|---|---|
| Sai Eliringa Sombiro MAWALLA | Son | 03/15/2001 | USA |

00089

From:   Origin ID:   (202)638-2777
Paul Allen
USPAACC
1329 18TH STREET, NW

**WASHINGTON, DC 20036**



Ship Date: 04OCT05
Actual Wgt: 1 LB
System#: 2642698/INET2200
Account#: S *********

REF: Fred Mawalla

SHIP TO:   (800)375-5283     **BILL SENDER**

**US Citizenship & Immigration Servic**
**Dept of Homeland Security**
**Vermont Service Center**
**75 Lower Welden St.**
**St. Albans, VT 05479**

Delivery Address Bar Code



**STANDARD OVERNIGHT**

TRK#   **7901 7573 4613**    FORM 0201

**05479**   -VT-US

RECEIVED
CENTER DIRECTOR
2005 OCT -5 PM
CIS/VSC
ST. ALBANS, VT 352

**WED**
Deliver By:
06OCT05
**BTV**   AM

1001
0001
0030

## ED MVLA



---

**Shipping Label: Your shipment is complete**

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

00090

U.S. Department of Justice
Immigration and Naturalization Service

# Notice of Entry of Appearance as Attorney or Representative

**Appearances** - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: ALL IMMIGRATION MATTERS | Date: |
|---|---|
| | File No. A97 709 901 |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

Name: MAWALLA, Frederick    ☐ Petitioner  ☒ Applicant  ☐ Beneficiary

Address: (Apt. No.)    (Number & Street)    (City)    (State)    (Zip Code)
c/o Paul Shearman Allen & Associates, 1329 18th Street, N.W., Washington, D.C. 20036

Name:    ☐ Petitioner  ☐ Applicant  ☐ Beneficiary

Address: (Apt. No.)    (Number & Street)    (City)    (State)    (Zip Code)

**Check Applicable Item (s) below:**

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia
District of Columbia, New York, Texas    Maryland, West Virginia, Pennsylvania    and am not under a court or administrative agency
Name of Court
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing

☐ 2. I am an accredited representative of the following named religious, charitable, social service, United States and which is so recognized by the Board:

09/29/2005  EAC-05-258-51274  ERCSLL04

☐ 3. I am associated with
the attorney of record previously filed a notice of appearance in this case and my appearance i.
check item 1 or 2 whichever is appropriate.)

☒ 4. Others (Explain Fully.)
You are advised that in conformity with Public Law 90-83, 5 U.S.C. 500(f), 81 Stat 195, you are required to give notice to the undersigned of all notices or any other written communications in this case.

| SIGNATURE | COMPLETE ADDRESS Paul Shearman Allen & Associates 1329 18th Street, NW, Washington, DC 20036 |
|---|---|
| NAME (Type or Print) ☒ Paul S. Allen ( ) Susan Allen ( ) James Reynolds ( ) Javed Khokhar | TELEPHONE NUMBER (202) 638-2777 |

*PURSUANT TO THE PRIVACY CY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*
☒ Paul S. Allen ( ) Susan Allen ( ) James Reynolds ( ) Javed Khokhar
(Name of Attorney or Representative)

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

| Name of Person Consenting MAWALLA, Frederick | Signature of Person Consenting | Date 09-16-2005 |
|---|---|---|

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

00091

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.    Form G-28 (09/26/00)Y



# PAUL SHEARMAN ALLEN & ASSOCIATES
### ATTORNEYS AT LAW
1329 18ᵗʰ STREET, NW
WASHINGTON, DC 20036
TEL (202) 638-2777    FAX (202) 638-1677
E-MAIL: Paulallen@drgreencard.com    www.drgreencard.com

PAUL SHEARMAN ALLEN (DC & NY)

_____

OF COUNSEL
SUSAN AU ALLEN (DC & PA)
JAVED A. KHOKHAR (DC)
JAMES T. REYNOLDS (MD, NY, TX, WV)
EDWARD L. ALLEN (DC)

**HONG KONG OFFICE:**
CAUSEWAY BAY PLAZA II
463 LOCKHART ROAD
2205 LIPPO HOUSE
CAUSEWAY BAY, HONG KONG
TEL (852)2311-8823   FAX (852)2369-8455

September 26, 2005

**VIA FEDERAL EXPRESS**
US Department of Homeland Security
US Citizenship and Immigration Services
Vermont Service Center
75 Lower Welden Street
St. Albans, VT 05479

09/29/2005  EAC-05-258-51274  EACSLL04

> RE:   **Motion to Reopen/Reconsider**
>        **Applicant:   MAWALLA, Frederick – A97 709 901**
>        **EAC-04-163-50660**

Dear Sir/Madam:

Enclosed are the following documents in support of the above-referenced matter:

1)    G-28, Notice of Entry of Appearance as Attorney;
2)    A copy of USCIS decision dated August 29, 2005;
3)    Motion to Reopen/Reconsider and supporting Exhibits (A to I); and
4)    A check in the amount of $110 payable to USCIS as filing fees.

Thank you for your cooperation on this matter.

Sincerely,
PAUL SHEARMAN ALLEN & ASSOCIATES

BY: _____
Paul Shearman Allen, J.D.

PSA/if
Enclosures: as stated

**Immigration Law Practitioners Since 1973**

00092

U.S. Department of Homeland Security
75 Lower Welden Street
St. Albans, VT 05479



**U.S. Citizenship and Immigration Services**

August 29, 2005

FREDERICK MAWALLA
C/O DENNIS A BAIRD ESQ
1323 FENWICK LANE SUITE 100
SILVER SPRING MD 20910

A Number: A97709901
File Receipt Number: EAC0416350660
Motion Number: EAC0520951481

Dear Sir/Madam:

This refers to your motion filed on July 18, 2005. You seek the reopening or reconsideration of the decision rendered by the United States Citizenship and Immigration Services (the Service) on June 29, 2005, denying or revoking the Application to Register Permanent Residence or Adjust Status (Form I-485) filed by you on April 29, 2004.

Title 8, Code of Federal Regulations, part 103.5 provides that a motion to reopen must state the new facts to be proved in the reopened proceeding and be supported by affidavits or other documentary evidence. Further, a motion to reconsider must state the reasons for reconsideration and be supported by any pertinent precedent decisions to establish that the decision was based on an incorrect application of law or Service policy.

Your motion does not provide new facts to be proved nor does it give reasons for reconsideration. Therefore, your motion is hereby dismissed per 8 CFR 103.5(a)(4).

Sincerely,

Paul E. Novak Jr.

Paul E. Novak, Jr.
Center Director

00093

U.S. Department of Homeland Security
75 Lower Welden Street



U.S. Citizenship
and Immigration
Services

JUN 2 9 2005

FREDERICK E S MAWALLA
C/O DENNIS A BAIRD ESQ
1323 FENWICK LANE 100
SILVER SPRING MD 20910

*This is an error; however paragraph 3 gives correct date & correct date was used in computing time —*

A Number: A97709901
File Receipt Number: EAC0416350660

Dear Sir/Madam:

*USCIS error! It should be April 29, 2004*

On April 29, 2005, you filed an Application to Register Permanent Residence or Adjust Status (Form I-485) under section 245 of the Immigration and Nationality Act.

Title 8, Code of Federal Regulations, in part 245.2(a)(2)(i) states:

*Under section 245.* (A) An immigrant visa must be immediately available in order for an alien to properly file an adjustment application under section 245 of the Act. (B) If, at the time of filing, approval of a visa petition filed for classification under section 201(b)(2)(A)(i), section 203(a) or section 203(b)(1), (2) or (3) of the Act would make a visa immediately available to the alien beneficiary, the alien beneficiary's adjustment application will be considered properly filed whether submitted concurrently with or subsequent to the visa petition, provided that it meets the filing requirements contained in parts 103 and 245. For any other classification, the alien beneficiary may file the adjustment application only after the Service has approved the visa petition.

On May 15, 2002, Intelsat Global Service Corporation filed an Immigrant Petition for Alien Worker (Form I-140) on your behalf and that petition was approved on October 31, 2002. In a letter dated August 20, 2004 and received September 17, 2004, Intelsat advised this Service that you were no longer employed by them and requested withdrawal of the petition. Accordingly, the I-140 was revoked March 1, 2005. Your Application to Register Permanent Residence or Adjust Status (Form I-485) was filed on April 29, 2004, and therefore had been pending for a period of less than 180 days at the time the withdrawal of the I-140 was requested by Intelsat and you therefore, are ineligible to adjust status under the provisions of AC21.

S 00094

Page 2
A97709901
EAC0416350660


The record does not contain evidence that you are the beneficiary of an approved immigrant petition, or that there is a concurrently filed immigrant petition awaiting review in your behalf.   For that reason, you have not established that there is an immigrant visa immediately available to you.

Therefore, your application is denied.

The regulations do not provide for an appeal from this decision.


Sincerely,

*Paul E. Novak G.*

Paul E. Novak, Jr.
Center Director


CC:    FREDERICK E S MAWALLA
        509 CASTLEFORD STREET
        ROCKVILLE MD  20851

**U.S. Department of Homeland Security**
75 Lower Welden Street
St. Albans, VT 05479



**U.S. Citizenship
and Immigration
Services**

March 11, 2005

FREDERICK E S MAWALLA
C/O DENNIS A BAIRD ESQ
1323 FENWICK LANE 100
SILVER SPRING MD  20910

*Employment with Waterproofing
Contractor 3/17/05 not accepted
until after Intent on 3/11/05
offered - 2/2/05 & again*

A Number: A97709901
File Receipt Number: EAC0416350660

Dear Sir/Madam:

Pursuant to Title 8, Code of Federal Regulations, part 103.2(b)(16)(i), you are hereby notified of the United States Citizenship and Immigration Services' intent to deny the Application to Register Permanent Residence or Adjust Status (Form I-485) that you filed under section 245 of the Immigration and Nationality Act (the Act).

This letter is being sent to you because you do not appear to be eligible to adjust your status to that of a lawful permanent resident, <u>unless you submit certain additional material</u>. An explanation follows.

Section 245(a) of the Act as amended provides that adjustment of status may be approved for an applicant only if the applicant was inspected and admitted or paroled into the United States and if the applicant meets all of the following three criteria:

1) the alien makes an application for such adjustment,
2) the alien is eligible to receive an immigrant visa and is admissible to the United States,
3) an immigrant visa is immediately available to him at the time his application is approved.

<u>On March 1, 2005,</u> the immigrant visa petition (Form I-140) that was filed and approved on your behalf was revoked. Based on the current record, you do not appear to be eligible to adjust status to Lawful Permanent Resident since there is no longer an immigrant visa immediately available to you.

However, section 106(c) of The American Competitiveness in the Twenty First Century Act (AC21) provides that you may still adjust status, despite the grounds of ineligibility listed above, if your application has been pending for <u>180 days</u> or more and you can establish that you have a bona fide offer of employment from a new employer in a same or similar occupation.

*4/29/04 - Aug 20, 04
less than 6 months*

**www.uscis.gov**

S  00096

Page 2
A97709901
EAC0416350660

In order for the validity of the revoked immigrant visa petition (Form I-140) to be preserved for adjustment of status based upon a new offer of employment pursuant to section 106(c) of the AC21 Act, you must submit the following:

    1)  A written request to have your application considered under section 106(c) of the AC21 Act.

    2)  An original letter on company letterhead outlining your employment or offer of employment by your current or prospective employer containing a detailed description of the offered position, duties, remuneration and prospect for continued employment.

Should you establish that you are eligible to adjust status pursuant to section 106(c) of the AC21 Act, provide the following additional supporting documents.

Please submit **an original**, completed Form I-508, Waiver of Rights, Privileges, Exemptions, and Immunities. Form I-508 must be submitted for aliens who hold A, E, or G status. As indicated on the directions for the Application to Register Permanent Residence or Adjust Status (Form I-485), due to your claimed nonimmigrant status, "you are not eligible for adjustment of status...unless you complete Form I-508 (I-508F for French Nationals) to waive diplomatic rights, privileges and immunities..." Form I-508 must be submitted by all applicants who were admitted as an A, E, or G nonimmigrant and have not changed status to another nonimmigrant classification. This form is required regardless of whether you continue to maintain A, E, or G status.

• Please submit **an original** completed Form I-566, Interagency Record of Individual Requesting Change/Adjustment to or from A or G status. Form I-566 must be submitted for aliens who hold A or G status. As indicated on the directions for the Application to Register Permanent Residence or Adjust Status (Form I-485), due to your claimed nonimmigrant status, "you are not eligible for adjustment of status...unless you submit a completed Form I-566."

Under Step 1, the appropriate reason would be *Adjustment from A, G, or NATO nonimmigrant to immigrant status.* Complete Parts 1, 3 (check box "2d"), 4, and 5. Also complete Part 2 if you are not applying to be the principal alien.

Along with your response, please also attach the following supporting documents (if not previously submitted with your I-485 application):

• Form I-94,
• Form I-508,
• Form I-508F, if you are a French National.

A final decision will not be made on your application for 30 days. During that time, you may submit the additional item(s) requested above. In the alternative, you may submit evidence showing you are not ineligible to adjust status on the basis of any of the grounds cited above.

Page 3
A 97709901
EAC0416350660

Send your response and a copy of this letter to:

        United States Citizenship and Immigration Services
        Vermont Service Center
        75 Lower Welden Street
        St. Albans, VT  05479

Sincerely,

Paul E. Novak, Jr.
Center Director

Enclosure(s)

**U.S. DEPARTMENT OF HOMELAND SECURITY**
**U.S. CITIZENSHIP AND IMMIGRATION SERVICES**
**VERMONT SERVICE CENTER**

IN THE MATTER OF:       )
                             )
**MAWALLA, Frederick**      )     **File Receipt No.: EAC-04-163-50660**
**A97 709 901**              )
                             )

## MOTION TO REOPEN/RECONSIDER
## DENIAL OF THE APPLICANT'S I-485 APPLICATION
## TO ADJUST TO PERMANENT RESIDENT STATUS

Pursuant to 8 C.F.R. § 103.5 (2003), Frederick Mawalla, Applicant, by and through

his attorney, Paul Shearman Allen and Associates, hereby respectfully request

reopening and reconsideration of the decision of the Center Director of the U.S.

Citizenship and Immigration Services (USCIS), Vermont Service Center (VSC),

dated August 29, 2005 denying Applicant's I-485, Application to Adjust to

Permanent Resident Status.

### I.     STATEMENT OF THE FACTS

1.     On March 18, 2002, the U.S. Department of Labor approved the

Applicant's ETA-750, Application for Alien Labor Certification *(please see enclosed*

*Exhibit A)*.

2.     On May 17, 2002, the USCIS received an I-140, Immigrant Petition

for Alien Worker filed by the Applicant's petitioner, Intelsat Global Service

Corporation *(please see enclosed Exhibit B)*.

00099

3.    On November 1st, 2002, the USCIS approved the I-140, Immigrant

Petition for Alien Worker *(please see enclosed Exhibit C)*.

4.    On April 29, 2004, the USCIS received Applicant's I-485, Adjustment

of Status Application *(please see enclosed Exhibit D)*.

5.    On March 11, 2005, the USCIS issued a Notice of Intent to Deny

Applicant's I-485, Adjustment of Status Application with a deadline to submit

additional evidence by April 9, 2005. The USCIS requested additional evidence to

establish that the applicant is eligible to adjust status pursuant to section 106(c) of the

AC21 Act *(please see enclosed Exhibit E)*. It is also pertinent to note that in its notice

of Intent to Deny, the USCIS stated that:

> "On March 1st, 2005, the immigrant visa petition (Form I-140) that was filed
> and approved on your behalf was revoked... However, section 106(c) of The
> American Competitiveness in the Twenty First Century Act (AC21) provides
> that you may still adjust status, despite the grounds of ineligibility listed
> above, if your application has been pending for 180 days or more and you
> can establish that you have a bona fide offer of employment from a new
> employer in a same or similar occupation. In order for the validity of the
> revoked immigrant visa petition (Form I-140) to be preserved for adjustment
> of status based upon a new offer of employment pursuant to section 106(c) of
> the AC21 Act, you must submit the following: (1) a written request to have
> your application considered under section 106(c) of the AC21 Act; (2) an
> original letter on company letterhead outlining your employment or offer of
> employment by your current or prospective employer containing a detailed
> description of the offered position, duties, remuneration and prospect for
> continued employment..."

6.    On April 6, 2005, Applicant timely and properly responded to the

USCIS Notice of Intent to Deny and submitted any and all additional evidence

requested by the USCIS that made him eligible to adjust his status pursuant to section

106(c) of the AC21 Act *(please see enclosed Exhibit F)*.

2

00100