Memorandum for Service Center Directors, et al.

Subject: Interim Guidance for Processing Form I-140 Employment-Based Immigrant Petitions and Form I-485 and H-1B Petitions Affected by the American Competitiveness in the

Twenty-First Century Act of 2000 (AC21) (Public Law 106-313)                    **Page 9**

      B.  Deny the EB immigrant petition, or

      C.  Grant or deny the alien's application for an immigrant visa or for adjustment of status.

If at any time before or after the filing of the single (combined) extension request a final decision is made on the above-stated grounds, the beneficiary of the extension request will not be entitled to an extension beyond the time remaining on his or her 6-year maximum stay unless another basis for exceeding the maximum applies.

**Question 4.**    **In a labor substitution context, can both the original alien and the substituted alien apply for an H-1B extension beyond the 6-year limit based on § 106(a) of AC21?**

**Answer:**    No. Only the "current" beneficiary (meaning the alien that was most recently substituted into the labor certification) is eligible to get an H-1B extension beyond the 6-year limit.

**Question 5.**    **Does a timely and non-frivolous I-140 appeal pending at the AAO allow an alien to request an H-1B extension beyond the 6-year limit?**

**Answer:**    Subject to regulatory modification, as long as a decision may be reversed on direct appeal or certification to the Administrative Appeals Office (AAO), USCIS will not consider that decision final for this purpose.

**Question 6.**    **Should service centers or district offices deny a request for an H-1B extension beyond the 6-year limit where the labor certification was filed over 365 days ago, has been approved, but the I-140/I-485 has not yet been filed?**

**Answer:**    No. Until further guidance is published, a request for an H-1B extension beyond the 6-year limit should not be denied on the sole basis that an I-140 petition has not yet been filed.

**Question 7.**    **Should service centers or district offices deny a request for an H-1B extension beyond the 6-year limit where the labor certification or immigrant petition from an employer who is not the H-1B petitioner was filed for the beneficiary more than 365 days ago?**

**Answer:**    No. The statute does not require that the labor certification or immigrant petition must be from the same employer requesting the H-1B extension.

Memorandum for Service Center Directors, et al.

Subject: Interim Guidance for Processing Form I-140 Employment-Based Immigrant Petitions and Form I-485 and H-1B Petitions Affected by the American Competitiveness in the Twenty-First Century Act of 2000 (AC21) (Public Law 106-313)                                    **Page 10**

**Question 8.**     **Should service centers or district offices deny a request for an H-1B extension beyond the 6-year limit where the labor certification or the immigrant petition was filed over 365 days ago, but the H-1B nonimmigrant intends to consular process rather than adjust status?**

**Answer:**         No.

**Question 9.**     **Are H-4 dependents eligible for an H extension beyond the 6-year limit?**

**Answer:**         Yes. H-4 dependents are eligible for an extension of their H-4 status beyond the 6-year limit provided they meet the H-4 requirements and based on the principal (H-1B) alien's eligibility for an H-1B extension beyond the 6-year limit. This includes cases where the dependent may have held another status prior to becoming an H-4 dependent. However, in order to qualify for an H-1B extension beyond the 6 year limit year of their own H-1B status, the alien must meet all the requirements independently of their H-1B spouse's eligibility for a 7th year extension.

**Question 10.**    **What are the guidelines for processing 7th Year Extensions with the implementation of the new DOL PERM Program?**

**Answer:**         Guidance on this subject will be provided via separate memorandum.

**III.        Q & A ON PROCESSING OF H-1B PETITIONS UNDER THE "ONE-TIME PROTECTION UNDER PER COUNTRY CEILING" PROVISION OF §104(C) ALLOWING EXTENSION PAST THE H-1B 6-YEAR LIMIT**

**Question 1.**     **Must an alien be the beneficiary of an *approved* I-140 petition in order to qualify for extension of H-1B status beyond the 6-year limit based on §104(c) of AC21?**

**Answer:**         Yes. Consistent with prior USCIS guidance on this subject, an approved I-140 petition is required in order for an alien to qualify for an extension of H-1B status beyond the 6-year limit under § 104(c).

**Question 2.**     **If an alien qualifies for an extension past the H-1B 6-year limit under §104(c), may an extension be granted for a period of up to three years?**

00127

Memorandum for Service Center Directors, et al.
Subject: Interim Guidance for Processing Form I-140 Employment-Based Immigrant Petitions and Form I-485 and H-1B Petitions Affected by the American Competitiveness in the
Twenty-First Century Act of 2000 (AC21) (Public Law 106-313)                    **Page 11**

**Answer:**       Yes, provided all other H-1B statutory and regulatory requirements are met (e.g., the petition must request three years, and include a Labor Condition Application covering such period).

**Question 3.**   **If an alien qualifies for an extension past the H-1B 6-year limit under §104(c), may more than one extension be granted?**

**Answer:**       Yes. USCIS recognizes that in some cases, because of per country visa limitations, it may take more than three years for the alien to be eligible to adjust. Thus, despite the reference to a "one-time protection" a qualifying alien may be granted more than one extension under this provision.

**IV.    Q & A ON PROCESSING OF H-1B PETITIONS UNDER THE H-1B PORTABILITY PROVISIONS**

**Question 1.**   **Can an H-1B temporary worker "port" under §105 of AC21 (INA § 214(n)) from one employer to another even after the alien's I-94 or last approved petition has expired as long as he or she is still in a "period of stay authorized by the Attorney General"?**

**Answer:**       Yes. Under certain circumstances, an H-1B alien may still be able to port to another H-1B employer even after the alien's I-94 or last approved petition has expired. In order to port, however, such alien must meet all the requirements of INA § 214(n), including the requirement that the new petition be filed while the alien is in a "period of stay authorized by the Attorney General." USCIS has previously determined and issued guidance explaining what constitutes a "period of stay authorized by the Attorney General." One example would be:

Alien is in H-1B status. Employer A timely files a non-frivolous extension of the alien's H-1B status. Alien's original petition, approved for Employer A, expires during the pendency of the extension. Alien is then in a "period of stay as authorized by the Attorney General" while Employer A's extension is pending. Employer B then files new petition and alien wants to port to Employer B. Under INA § 214(n), the alien should be permitted to port because he or she is in a "period of stay as authorized by the Attorney General."

In other words, porting under INA §214 does not require that the alien currently be in H-1B status as long as he or she is in a "period of stay authorized by the Attorney General."

**Question 2.**   **Can there be successive H-1B portability petitions filed for an alien while the previous H-1B petitions remain pending (i.e. creating a "bridge" of H-1B petitions)?**

Memorandum for Service Center Directors, et al.

Subject: Interim Guidance for Processing Form I-140 Employment-Based Immigrant Petitions and Form I-485 and H-1B Petitions Affected by the American Competitiveness in the

Twenty-First Century Act of 2000 (AC21) (Public Law 106-313)                    **Page 12**

**Answer:**      Yes.  However, to be approved every H-1B portability petition must separately meet the requirements for H-1B classification and for an extension of stay.

**Question 3.**  **If successive H-1B portability petitions can be filed, what happens if an alien's nonimmigrant status expires while the H-1B portability petitions are pending and a petition in the "bridge" is denied?**

**Answer:**      As stated above, to be approved every H-1B portability petition must separately meet the requirements for H-1B classification and for an extension of stay.  In the event the alien's nonimmigrant status has expired while the petitions are pending, the denial of any filing in the string of extension of stay and/or change of status filings undercuts the "bridge" that "carried" any petition filed after the expiration of any approved status which will result in the denial of the successive requests to extend or change status.

* * * * *

Questions regarding this memorandum may be directed through appropriate channels to Service Center Operations.

WATERPROOFING
DRAIN TILE
SPRAY COATINGS

# Be t ta Asphalt & Bituminous Co.

DAMPPROOFING
SILCONE
ELASTOMERIC

### WATERPROOFING CONTRACTORS
1090 TAFT STREET
ROCKVILLE, MARYLAND 20850
Phone (301) 424-7213
Fax (301) 424-4127

Mr. Frederick E. Mawalla
509 Castleford Street
Rockville, MD-20851

02ʳᵈ.0February.05

### EMPLOYMENT OFFER

Dear Mr. Mawalla:



As we discussed in our recent telephone call, I was very impressed with your credentials and background when we met in my office at 1090 Taft Street in Rockville Maryland. We need an engineer to consult with us. I am pleased to offer you a regular appointment with the Bethesda Asphalt & Bituminous Co., and your employment prospect is good and and exspect you to start at 22ⁿᵈ August 2005

Much of your work will be done at the head quarters, on 1090 Taft Street, Rockville MD-20850, and occasionally on new testing site in Virginia and D.C area This appointment is offered on the basis, inter alia, of provision of a letter of acceptance of this position stating that you will continuously be with us..

Initial Appointment

- Title:              Testing Engineer
- Salary:           $ 49075.00.00 to 67,710.00 per annum.
- Effective Date:   22 August 2005.

Job description

- Develop testing and analytical tools to support the electronics elastomeric, silicone and damp roofing electrical testing equipment and process.
- Evaluate the test results and prepare a report presenting data on the outcome of the tests
- Provide technical input for the further expansion of the product line
- Drafting instruction for use of the product by the consumers
- Monitoring and review product use and Consult with the management on the performance of the system

The salary shown above does not include any travel and future relocation benefits to which you may be entitled. As a staff member on regular appointment, you are entitled to all the regular staff benefits described in the McCarthy Medical Marketing, Inc. Administration Procedure Manual. Deduction will be made for premium for any group life, accident and health insurance you may elect.

The Bethesda Asphalt & Bituminous Co. Administration Procedure Manual with detailed benefit package, action forms etc, will be provided to you after the confirmation of your employment.

If you accept appointed to the position described above, please sign and return to me the original of this letter and retain the enclosed copy for you records.

Sincerely,

Roger Weeks
President

I hereby accept the appointment described in this letter, subjected to the terms and conditions herein specified.

Signature: _____Mawalla_____   Date: 06ᵀʰ APRIL 2005

Subscribed and sworn to before me. in my presence,
this 6-1 day of APRIL 2005 a Notary Public
in and for the STATE of MARYLAND.

Celedon Betancourt

Notary Public
My commission expires MARCH 01 2006

Telephone: 1 301-424-4213 Fax: 301-424-4127
1090 Taft Street
Rockville
MD-20850

00130

WATERPROOFING
DRAIN TILE
SPRAY COATINGS

# *Bethesda Asphalt & Bituminous Co.*

DAMPPROOFING
SILCONE
ELASTOMERIC

WATERPROOFING CONTRACTORS
1090 TAFT STREET
ROCKVILLE, MARYLAND 20850
Phone (301) 424-7213
Fax (301) 424-4127

September 22, 2005

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Vermont Service Center
75 Lower Welden Street
St. Albans, VT 05479

**RE:   MAWALLA, Frederick**

Dear Sir/Madam:

This is to certify that Bethesda Asphalt & Bituminous Co. is offering permanent employment to Mr. Frederick Mawalla as a Technical Support Engineer/Testing Engineer.

1) Employment will be immediately available to Mr. Mawalla upon receipt of his employment authorization document issued by the US Citizenship and Immigration Services.

2) He will perform the following duties: Developing testing and analytical tools to support the electronics elastomeric, silicone and damp roofing electrical testing equipment and process. Evaluating the test results and preparing a report presenting data on the outcome of the tests. Providing technical input for the further expansion of the product line. Drafting instruction for use of the product by the consumers. Monitoring and reviewing product use and consulting with the management on the performance of the system.

3) The salary offered for this position is $69,660 per year. The work schedule is 40 hours per week; Monday through Friday: from 8:00 am to 5:00 pm.

If any additional information is required, please do not hesitate to contact us.

Very truly yours

Roger Weeks,
President

00131

FedEx | Ship Manager | Laser ...

From:  Origin ID:  (202)638-2777
Paul Allen
USPAACC
1329 18TH STREET, NW

**WASHINGTON, DC 20036**

Ship Date: 26SEP05
Actual Wgt: 1 LB
System#: 2642696/INET2200
Account#: S ********

REF: MAWALLA, Frederick

SHIP TO:  (800)375-5283        BILL SENDER
**US Citizenship & Immigration Servic**
**Vermont Service Center**
**75 Lower Welden Street**

**St. Albans, VT 05479**

Delivery Address Bar Code



**STANDARD OVERNIGHT**

TRK#  **7906 5717 8415**

05479    -VT-US

## ED MVLA

**TUE**
Deliver By:
27SEP05
**BTV**
AM





Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.

2. Fold the printed page along the horizontal line.

3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**UNITED STATES DEPARTMENT OF JUSTICE**

**IMMIGRATION AND NATURALIZATION SERVICE**

# COVER SHEET

# RECORD
# OF
# PROCEEDING

This is a permanent record of the Immigration and Naturalization Service. Any part of this record that is removed MUST BE RETURNED after it has served its purpose.

## INSTRUCTIONS

1.  Place a separate cover sheet on the top of each Record of Proceeding.

2.  Each Record of Proceeding is to be fastened on the inner left side of the file jacket in chronological order.

3.  Any person temporarily removing any part of this record must make, date, and sign a notation to this effect which is to be retained in this record, below the cover sheet. The signer is responsible for replacing the removed material as soon as it has served its purpose.

4.  See AM 2710 for detailed instructions.

M-175 (Rev. 10-20-69)                                    GPO 883- 533

00133

U.S. Department of Homeland Security
75 Lower Welden Street
St. Albans, VT 05479



**U.S. Citizenship
and Immigration
Services**

August 29, 2005

FREDERICK MAWALLA
C/O DENNIS A BAIRD ESQ
1323 FENWICK LANE SUITE 100
SILVER SPRING MD  20910

A Number: A97709901
File Receipt Number: EAC0416350660
Motion Number: EAC0520951481

Dear Sir/Madam:

This refers to your motion filed on July 18, 2005.  You seek the reopening or reconsideration of the decision rendered by the United States Citizenship and Immigration Services (the Service) on June 29, 2005, denying or revoking the Application to Register Permanent Residence or Adjust Status (Form I-485) filed by you on April 29, 2004.

Title 8, Code of Federal Regulations, part 103.5 provides that a motion to reopen must state the new facts to be proved in the reopened proceeding and be supported by affidavits or other documentary evidence.  Further, a motion to reconsider must state the reasons for reconsideration and be supported by any pertinent precedent decisions to establish that the decision was based on an incorrect application of law or Service policy.

Your motion does not provide new facts to be proved nor does it give reasons for reconsideration.  Therefore, your motion is hereby dismissed per 8 CFR 103.5(a)(4).

Sincerely,

Paul E. Novak Jr.

Paul E. Novak, Jr.
Center Director

CC:  FREDERICK MAWALLA
      509 CASTLEFORD STREET
      ROCKVILLE MD  20851

S 00134

LAW OFFICES

# DENNIS A. BAIRD, ESQ., P.C.

1323 FENWICK LANE, SUITE 100
SILVER SPRING, MD 20910

TEL: (301) 650-2030
FAX: (301) 650-2033

EMAIL: dbairdlaw@verizon.net
Admitted in MD, PA, & DC

July 14, 2005


07/21/2005  EAC-05-209-51481  EACSJR02

U.S. Citizenship and Immigration Services
75 Lower Welden Street
St. Albans, VT 05479

**Re:    Frederick Mawalla**
**A No.: A97709901**
**File Reciept No.: EAC0416350660**

Dear Sir or Madam:

Pursuant to your letter dated June 29, 2005, this response shall serve as Mr. Mawalla's Motion to Reconsider denying his I-485 application to adjust his status as that of a lawful permanent resident. Enclosed please find a G-28, Notice of Entry as Attorney of Record and a check in the amount of $110, the requisite filing fee for a Motion to Reconsider.

A brief review of the facts in this matter is necessary. On May 15, 2002, Intelsat Global Service an I-140, Immigrant Petition for an Alien Worker on behalf of Mr. Mawalla. On October 31, 2002. Allegedly, in a letter dated August 20, 2004 and received on September 17, 2004, Intelsat stated that Mr. Mawalla was no longer employed at the company and they were requesting a withdrawal of the already approved petition. However, on April 29, 2004 Mr. Mawalla allegedly filed an I-485 application to adjust his status to that of a lawful permanent resident. On March 1, 2005 the previously approved I-140 was revoked by the Service.

On March 11, 2005 Mr. Mawalla received a letter from the Service stating that the I-140 was revoked however, under section 106(c) of The American Competitiveness in the Twenty First Century Act (AC21), provided that Mr. Mawalla may still adjust his status, despite the grounds of any ineligibility listed above, if the application has been pending for 180 days or more and he can establish that he has a bona fide offer of employment from a new employer in the same or similar occupation.

On April 6, 2005, this office responded by invoking section 106(c) of the AC21 Act by providing the required documents:

     1.     A written request for consideration under section 106(c) of the AC21.

00135

2.    An original letter on company letterhead outlining employment or offer of employment by prospective employer.
3.    Letter accepting employment;
4.    Original, completed Form I-508 Waiver of Rights, Privileges, Exemptions and Immunities;
5.    Original completed Form I-566- Interagency Record of Individual Requesting Change/adjustment to or from A or G Status;

As previously mentioned on June 29, 2005 the Service denied the applicant's adjustment of status application.

From the inception, it should be reiterated that the service has indicated that the petition was revoked on March 1, 2005. Accordingly, this is approximately 1 year after the applicant filed his adjustment of status application on April 29, 2004. The Service has alleged that the I-485 was pending less than 180 days at the time of the withdrawal of the petition.

However, it should be noted that to the present date the USCIS has not promulgated regulations relating to AC21. The USCIS has issued two internal memorandums collectively known as the William R. Yates memorandums written on August 4, 2003 and May 12, 2005. Moreover, it should be noted that these memorandums were not written at the time the applicant's I-140 petition was approved. In addition, the second memorandum was not written at the time the applicant filed his I-485 application. Therefore, neither memorandum should be applied retroactively.

Furthermore, it is incomprehensible why the Service would state in its letter dated March 11, 2005 that applicant was eligible of The American Competitiveness in the Twenty First Century Act (AC21) and then deny said application after the applicant has provided the requested documents for eligibility under AC21. Accordingly, the applicant's I-485 application warrants approval under AC21.

Lastly, on June 29, 2005 the service issued adjustment of status denial letters to Mr. Mawalla's wife, A No: A72 422313, Mr. Mawalla's three children namely; Koichi K. Mawalla, A No: A98364706, Sombiro K. Mawalla, A98364708,and Wene F. Mawalla, A No: A98364707. Accordingly, the above-mentioned are all derivative beneficiaries and we hereby incorporate reference herein this motion to reconcile and have it apply to all the derivative beneficiaries as they warrant adjudication and approval based upon the primary beneficiary's AC21 eligibility.

Thank you for your cooperation in this regard.

Sincerely,

Dennis Baird, Esq.
DAB/sb

2

00136

April 6, 2005

District Director
U.S. Citizenship & Immigration Services
75 Lower Welden Street
St. Albans, VT 05479

**RE:**  **REQUEST LETTER FOR CONSIDERATION**
        **A97 709 907**
        **EAC01-163-50660**

Dear District Director:

This is to confirm that I would like to be considered under section 106 (C) of the AC21 Act.

Thank you for your consideration in this regard.

Sincerely,

Frederick Mawalla

Mr. Frederick E.S. Mawalla                                    17th March, 2005
P.O. BOX 503
509 Castleford Street
Rockville
MD-20851

Dear Roger Week

## RE: TEST ENGINEER JOB OFFER

I am writing in reference to our telephone call today the 17th March, 2005 on the update of the availability of my job offer, which you said it is still open to me as was mentioned on the job offer.

I am pleased to accept the test engineering job offer, with Bethesda Asphalt & Bituminous Co. As you can see from my resume and in our recent telephone call, my engineering wide experience and my ability to work as a team will be beneficial to Bethesda Asphalt & Bituminous Co, and I will endeavor to perform this job to the best of my ability.

I accordingly accept the offer of employment to work with Bethesda Asphalt & Bituminous Co. as a permanent employee develop testing and analytical tools to support the new electronic elastomeric, silicone and damp roofing testing equipment and process.

I accept the terms of my employment listed bellows:

- Title:              Testing Engineer
- Salary:           $ 49,075.00 to 67,710.00 per annum.
- Effective Date:   22nd August, 2005

I will be readily available to start working on the effective date and I look forward to the opportunity of coming aboard.

Thank you so much for all your support

Sincerely

Frederick E.S. Mawalla
**SS # 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**

**Subscribed and sworn to before me this....... Day of April 2005**

**NOTARY PUBLIC**

Subscribed and sworn to before me. in my presence,
this 6th day of APRIL 2005 Notary Public
in and for the STATE of MARYLAND
Gladys Betancourt
Notary Public
My commission expires MARCH 01 2006

1

00138

DRAIN TILE

SPRAY COATINGS

# Bethesda Asphalt & Bituminous Co.

DAMPPROOFING

SILICONE

ELASTOMERIC

### WATERPROOFING CONTRACTORS
1090 TAFT STREET
ROCKVILLE, MARYLAND 20850
Phone (301) 424-7213
Fax (301) 424-4127

Mr. Frederick E. Mawalla
509 Castleford Street
Rockville, MD-20851

02rd.0February.05

### EMPLOYMENT OFFER

Dear Mr. Mawalla:

As we discussed in our recent telephone call, I was very impressed with your credentials and background when we met in my office at 1090 Taft Street in Rockville Maryland. We need an engineer to consult with us. I am pleased to offer you a regular appointment with the Bethesda Asphalt & Bituminous Co., and your employment prospect is good and and exspect you to start at 22nd August 2005

Much of your work will be done at the head quarters, on 1090 Taft Street, Rockville MD-20850, and occasionally on new testing site in Virginia and D.C area This appointment is offered on the basis, inter alia, of provision of a letter of acceptance of this position  stating that you will continuously be with us..

Initial Appointment

- Title:                  Testing Engineer
- Salary:               $ 49075.00.00 to 67,710.00 per annum.
- Effective Date:    22 August 2005.

Job description

- Develop testing and analytical tools to support the electronics elastomeric, silicone and damp roofing electrical testing equipment and process.
- Evaluate the test results and prepare a report presenting data on the outcome of the tests
- Provide technical input for the further expansion of the product line
- Drafting instruction for use of the product by the consumers
- Monitoring and review product use and  Consult with the management on the performance of the system

The salary shown above does not include any travel and future relocation benefits to which you may be entitled. As a staff member on regular appointment, you are entitled to all the regular staff benefits described in the McCarthy Medical Marketing, Inc. Administration Procedure Manual. Deduction will be made for premium for any group life, accident and health insurance you may elect.

The Bethesda Asphalt & Bituminous Co. Administration Procedure Manual with detailed benefit package, action forms etc, will be provided to you after the confirmation of your employment.

If you accept appointed to the position described above, please sign and return to me the original of this letter and retain the enclosed copy for you records.

Sincerely,

Roger Weeks
President

I hereby accept the appointment described in this letter, subjected to the terms and conditions herein specified.

Signature: _Mawalla_                Date: 06Th APRIL 2005

Subscribed and sworn to before me. in my presence,
this 6th day of APRIL  2005 a Notary Public
in and for the STATE  of MARYLAND.

_Celadys Belanceur_
Notary Public

My commission expires MARCH 01  2006

Telephone: 1 301-424-4213 Fax: 301-424-4127
1090 Taft Street.
Rockville
MD-20850

00139

00139

**WAIVER OF RIGHTS, PRIVILEGES, EXEMPTIONS AND IMMUNITIES**
(Under Section 247(b) of the Immigration & Nationality Act)

The authority for collection of the information requested on this form is contained in 8 U. S. C. 1257(b). Submission of the information by an alien to request that he be permitted to retain status as an immigrant lawfully admitted for permanent residence is voluntary. The solicited information will be used principally by the Service to determine whether the status of the alien applicant shall be adjusted under the provisions of section 247(a) of the Immigration and Nationality Act. 8 U. S. C. 1257(a). to that of a nonimmigrant as described by section 101(a)(15)(A), (E), or (G) of the Immigration and Nationality Act, 8 U. S. C. 1101(a)(15)(A), (E), or (G). The information solicited may also, as a matter of routine use, be disclosed to other federal, state, local, or foreign law enforcement and regulatory agencies, the Department of Defense including any component thereof (if the applicant has served in the Armed Forces of the United States), the Department of State, Central Intelligence Agency, Interpol and individuals and organizations during the course of investigation to elicit further information required by this Service to carry out its functions. Failure to provide any or all of the solicited information may result in the alien's adjustment of status from that of a lawful permanent resident to that of a nonimmigrant classification under paragraphs 15(A), 15(E) or 15(G) of section 101(a) of the Immigration and Nationality Act.

FORM I-508 (Rev. 10-1-80) Y                    (Tear off this sheet before executing form)

---

(Under Section 247(b) of the Immigration & Nationality Act)

File No. A57 709 901

I, (name) Frederick E.S. Mawalla believing that I
                      Type or print

have an occupational status entitling me to a nonimmigrant classification under paragraph 15(A) (Government official) 15(E) (Treaty Trader) or 15(G) (International Organization Representative), of Section 101(a) of the Immigration and Nationality Act and desiring to acquire and/or retain the status of an alien lawfully admitted for permanent residence, do hereby waive all rights, privileges, exemptions and immunities which would otherwise accrue to me under any law or executive order by reason of such occupational status. French Nationals receiving salary from French Republic are required to execute additional waiver on Form I-508F)

I WAS BORN ON: (Month, Day, Year)     AT: (City and Country)
4-25-1955                            Moshi Tanzania

I AM EMPLOYED BY: (Name and Address of Mission or Organization)
Zoo Offer Medical Marketing Inc. McCarthy 1661 Lincoln Av. WA

SIGNATURE                            DATE
B Mawalla                           04/01/05

FOR GOVERNMENT USE ONLY (FRENCH NATIONALS PAID BY FRENCH REPUBLIC)
☐ FORM I-508F EXECUTED.   ☐ EXEMPT   ☐ NOT EXEMPT FROM U.S. TAXES

Form I-508 A (Rev. 10-1-80) Y        FILE COPY

Dept. of Justice Immigration and Naturalization Service

☆U.S. GOVERNMENT PRINTING OFFICE

00140

**U.S. Department of Homeland Security**
Bureau of Citizenship and Immigration Services

OMB No. 1615-0027; Expires 1-31-07

# I-566, Interagency Record of Request -
A, G or NATO Dependent Employment Authorization
or Change/Adjustment to/from A, G or NATO Status

---

**START HERE - Please Type or Print in Black Ink.**

## Part 1. Information about you. (*The person seeking employment authorization or change/adjustment of status.*)

| 1. Family Name | Given Name | Middle Name |
|---|---|---|
| MAWALLA | FREDERICK | ELIAMPENZI SOMBIRO |

**2. Home Address - Street Number and Name** | Apt.#
509 CASTLEFORD STREET

| City | State | Zip Code |
|---|---|---|
| ROCKVILLE | MD | 20851 |

**3. Mailing Address - Street Number and Name** | Apt. # | C/O (*in care of*):
509 CASTLEFORD STREET

| City | State | Zip Code | Daytime Phone # (*with area code*) |
|---|---|---|---|
| ROCKVILLE | MD | 20851 | 240-388-7107 |

| 4. Date of Birth (*mm/dd/yyyy*) | 5. Country of Birth | 6. Country of Citizenship |
|---|---|---|
| 04/25/1955 | TANZANIA | TANZANIA |

| 7. Gender | 8. Marital Status | 9. A # (*if any*) |
|---|---|---|
| ☑ Male ☐ Female | ☑ Married ☐ Not Married | 97 709 901 |

| 10. Social Security # (*if any*) | 11. I-94 # (*Arrival/Departure Document*) | 12. DOS Personal Identification # (*PID*) |
|---|---|---|
| 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 | 41059799007 | EAC0416350660 |

| 13. Date of Last Entry into the U.S. (*mm/dd/yyyy*) | 14. Current Immigration Status | 15. Relationship to Principal (*if applicable*) |
|---|---|---|
| 08/04/2002 | G-4 | SELF |

## Part 2. Information about principal alien.

| 1. Family Name | Given Name | Middle Name |
|---|---|---|
| | | |

**2. Home Address - Street Number and Name** | Apt.# | City | State | Zip Code

| 3. Date Tour of Duty Expected to End (*mm/dd/yyyy*) | 4. Country of Citizenship | 5. Marital Status |
|---|---|---|
| | | ☐ Married ☐ Not Married |

| 6. Job Title | 7. I-94 # (*Arrival/Departure Document*) | 8. DOS Personal Identification # (*PID*) |
|---|---|---|
| | | |

## Part 3. Type of request. (*See instructions for complete information on the different types of requests.*)

1. ☑ I am requesting employment authorization as a:

    **a.** ☑ spouse.   **b.** ☐ son or daughter, age: [ ], who: ☐ is a full-time, post-secondary student. ☐ is disabled.

2. ☑ I am requesting change/adjustment of status. (*Select one.*)

    **a.** ☐ Change of nonimmigrant status to A, G or NATO nonimmigrant - specifically to:
    **b.** ☐ Section 247(a), immigrant to A and G nonimmigrant.
    **c.** ☐ Change to other nonimmigrant status from A, G or NATO - specifically to:
    **d.** ☑ Adjustment from A, G or NATO nonimmigrant to immigrant.
    **e.** ☐ A-1, A-2, G-1 or G-2 nonimmigrant applying under Section 13 of the Act of September 11, 1957.

## Part 4. Certification - Submit 2 copies with original signatures - "For Official Use Only" page must also be attached.

I certify under penalty of perjury that the foregoing is true and correct. I understand false information is a basis for denial or termination of the benefit requested and for other penalties provided by law and regulation. If I am requesting employment authorization, I further certify that I do not have a criminal record. I have not violated United States immigration and/or visa laws, I have not worked illegally in the United States, and I have paid Social Security and all applicable taxes on all employment in the United States.

| Signature | Date (*mm/dd/yyyy*) |
|---|---|
| F Mawalla | 04/01/2005 |

Copy 1: CIS    Copy 2: DOS/NATO/HQ SACT/USUN/VISA OFFICE      Form I-566 (Rev. 02/23/04) N

00141

## Part 5.     Your personal information.

| Your Name *(family, given, middle)* | Date of Birth *(mm/dd/yyyy)* | DOS Personal Identification # *(PID)* |
|---|---|---|
| MAWALLA, FREDERICK E.S. | 04/25/1955 | EAC-04-163-50660 |

### For Official Use Only

## Part 6.     Certification by Diplomatic Mission, International Organization, NATO/HQ SACT or NATO Member State.  *(Certifying official must have this information and page to complete process.)*

☐ I certify that the information provided on the first page of this Form I-566 is true and correct to the best of my knowledge and according to our official records.

☐ As an applicant for employment authorization, I further certify that his or her eligibility has been verified under the provisions of:

☐ A bilateral agreement with:                         ☐ A *de facto* agreement with:

Check each of the following that apply:

☐ Without a numerical limit.        ☐ With a numerical limit and this applicant is within the limit; and
                                    ☐ Schedule B eligibility        ☐ Based on principal alien's G-4 status

☐ As an applicant for status as a principal alien, I further certify that he or she is being offered the position of:        and was notified to the DOS on *(date)*:

| Signature of Certifying Officer or Official | Printed Name | Official Seal |
|---|---|---|

**Name and Address of Diplomatic Mission, International Organization, NATO/HQ SACT or NATO Member State**

| Duty/Title | Phone Number *(include area code)* | Date *(mm/dd/yyyy)* |
|---|---|---|

## Part 7.  DOS, NATO/HQ SACT and/or USUN use only.

1.  The Department of State, NATO/HQ SACT and/or USUN:
    ☐ Recommends the request be granted.            ☐ Recommends the request be denied.

    If the recommendation is for denial, provide a reason(s) for such recommendation:

2.  Date *(mm/dd/yyyy)*        Phone Number *(include area code)*        3.  Office:
                                                                          ☐ Protocol  ☐ USUN  ☐ NATO/HQ SACT  ☐ Visa

4.  Signature 1                                        Signature 2

## Part 8.  CIS use only.

1.  From:
    Adjudicator's Identification #        CIS Office        Office Phone Number *(with area code)*        A # / File #

2.  To:
    ☐ Protocol   ☐ USUN   ☐ NATO/HQ SACT   ☐ Visa Office (Subject filed under Section 13.  Please advise CIS of your findings.)
3.  Adjustment or Change of Status:        Date of Decision *(mm/dd/yyyy)*        If change of status granted, give new status:
    ☐ Granted   ☐ Denied
4.  Request for Employment Authorization:        Date of Decision *(mm/dd/yyyy)*:        Valid to *(mm/dd/yyyy)*:        Classification:
    ☐ Granted   ☐ Denied
5.  DOS/NATO/HQ SACT/USUN/Visa Office Notified:        Date of Notification *(mm/dd/yyyy)*:
    ☐ Yes   ☐ No

LAW OFFICES
**DENNIS A. BAIRD, ESQ., P.C.**
1323 FENWICK LANE, SUITE 100
SILVER SPRING, MD 20910



CERTIFIED MAIL

7004 0750 0003 2927 5823



2005 JUL 18 AM 1:41
INS/VSC
S.V 05479-0001
270

U.S. Citizenship and Immigration Services
75 Lower Welden Street
St. Albans, VT 05479

00143

UNITED STATES DEPARTMENT OF JUSTICE

IMMIGRATION AND NATURALIZATION SERVICE

# COVER SHEET

# RECORD
# OF
# PROCEEDING



This is a permanent record of the Immigration and Naturalization Service. Any part of this record that is removed MUST BE RETURNED after it has served its purpose.

## INSTRUCTIONS

1.  Place a separate cover sheet on the top of each Record of Proceeding.

2.  Each Record of Proceeding is to be fastened on the inner left side of the file jacket in chronological order.

3.  Any person temporarily removing any part of this record must make, date, and sign a notation to this effect which is to be retained in this record, below the cover sheet. The signer is responsible for replacing the removed material as soon as it has served its purpose.

4.  See AM 2710 for detailed instructions.

M-175 (Rev. 10-20-69)                                         GPO 883-533



J.S. Department of Homeland
Security
75 Lower Welden Street

**U.S. Citizenship
and Immigration
Services**

JUN 2 9 2005

FREDERICK E S MAWALLA
C/O DENNIS A BAIRD ESQ
1323 FENWICK LANE 100
SILVER SPRING MD  20910

A Number: A97709901
File Receipt Number: EAC0416350660

Dear Sir/Madam:

On April 29, 2005, you filed an Application to Register Permanent Residence or Adjust Status (Form I-485) under section 245 of the Immigration and Nationality Act.

Title 8, Code of Federal Regulations, in part 245.2(a)(2)(i) states:

*Under section 245.*  (A) An immigrant visa must be immediately available in order for an alien to properly file an adjustment application under section 245 of the Act.  (B) If, at the time of filing, approval of a visa petition filed for classification under section 201(b)(2)(A)(i), section 203(a) or section 203(b)(1), (2) or (3) of the Act would make a visa immediately available to the alien beneficiary, the alien beneficiary's adjustment application will be considered properly filed whether submitted concurrently with or subsequent to the visa petition, provided that it meets the filing requirements contained in parts 103 and 245.  For any other classification, the alien beneficiary may file the adjustment application only after the Service has approved the visa petition.

On May 15, 2002, Intelsat Global Service Corporation filed an Immigrant Petition for Alien Worker (Form I-140) on your behalf and that petition was approved on October 31, 2002. In a letter dated August 20, 2004 and received September 17, 2004, Intelsat advised this Service that you were no longer employed by them and requested withdrawal of the petition.  Accordingly, the I-140 was revoked March 1, 2005.  Your Application to Register Permanent Residence or Adjust Status (Form I-485) was filed on April 29, 2004, and therefore had been pending for a period of less than 180 days at the time the withdrawal of the I-140 was requested by Intelsat and you therefore, are ineligible to adjust status under the provisions of AC21.

Page 2
A97709901
EAC0416350660

The record does not contain evidence that you are the beneficiary of an approved immigrant petition, or that there is a concurrently filed immigrant petition awaiting review in your behalf.   For that reason, you have not established that there is an immigrant visa immediately available to you.

Therefore, your application is denied.

The regulations do not provide for an appeal from this decision.

Sincerely,

*Paul E. Novak Jr.*

Paul E. Novak, Jr.
Center Director

CC:    FREDERICK E S MAWALLA
       509 CASTLEFORD STREET
       ROCKVILLE MD  20851

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Entry of Appearance
as Attorney or Representative**

**Appearances** - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: FREDERICK E.S. MAWALLA | Date: |
| | File No. |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

| Name: INTELSAT GLOBAL SERVICE CORPORATION | ☑ Petitioner ☐ Beneficiary | ☐ Applicant |

| Address: (Apt. No.) (Number & Street) 3400 INTERNATIONAL DRIVE NW | (City) WASHINGTON | (State) D.C. | (Zip Code) 20008 |

| Name: FREDERICK E.S. MAWALLA | ☐ Petitioner ☑ Beneficiary | ☐ Applicant |

| Address: (Apt. No.) (Number & Street) 509 CASTLEFORD STREET | (City) ROCKVILLE | (State) MD | (Zip Code) 20851 |

*Check Applicable Item(s) below:*

☑ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

UNITED STATES ———— SUPREME COURT ————— and am not under a court or administrative agency
   Name of Court
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with
   the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also check item 1 or 2 whichever is appropriate.)*

☐ 4. Others (Explain Fully.)

| SIGNATURE | COMPLETE ADDRESS Law Offices of Dennis A. Baird, Esq. 1323 Fenwick Lane 100 Silver Spring MD 20910 |
| NAME (Type or Print) DENNIS A. BAIRD, ESQ. | TELEPHONE NUMBER 301-650-2030 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*

DENNIS A. BAIRD, ESQ.

*(Name of Attorney or Representative)*

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

| Name of Person Consenting FREDERICK E.S. MAWALLAQ | *Signature of Person Consenting Mawalla | Date 09-22-04 |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09/26/00)Y

00147

OMB No. 1115-0053

**U.S. Department of Justice**
Immigration and Naturalization Service

**Form I-485, Application to Register Permanent Resident or Adjust Status**

## START HERE - Please Type or Print

### Part 1. Information About You.

| | |
|---|---|
| Family Name MAWALLA | Given Name FREDERICK | Middle Initial E.S. |

Address - C/O

Street Number and Name 509 CASTLEFORD STREET    Apt. #

City ROCKVILLE

State MD    Zip Code 20851

Date of Birth (month/day/year) 04/25/1955    Country of Birth TANZANIA

Social Security # 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    A # (if any) 97709901

Date of Last Arrival (month/day/year) 08/04/2002    I-94 # 146627214

Current INS Status G-4    Expires on (month/day/year) D/S

### Part 2. Application Type. (check one)

I am applying for an adjustment to permanent resident status because:

a. an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice-- or a relative, special immigrant juvenile or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. my spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e). [Attach a copy of the fiance(e) petition approval notice and the marriage certificate.]

d. I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

f. I am the husband, wife or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

g. I have continuously resided in the U.S. since before January 1, 1972.

h. Other basis of eligibility. Explain. (If additional space is needed, use a separate sheet of paper.)

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and: (Check one)

i. I am a native or citizen of Cuba and meet the description in (e), above.

j. I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above

*Continued on back.*

Form I-485 (Rev. 02-07-00)N Page 1

**FOR INS USE ONLY**

Returned    Receipt

Resubmitted

Reloc Sent

Reloc Rec'd

Applicant Interviewed

**Section of Law**
- Sec. 209(b), INA
- Sec. 13, Act of 9/11/57
- Sec. 245, INA
- Sec. 249, INA
- Sec. 1 Act of 11/2/66
- Sec. 2 Act of 11/2/66
- Other

**Country Chargeable** Tanzania

**Eligibility Under Sec. 245**
- Approved Visa Petition
- Dependent of Principal Alien
- Special Immigrant
- Other

Preference

Action Block

Denied at VSC
JUN 29 2005
Paul E. Novak Jr.

**To be Completed by Attorney or Representative, if any**
Fill in box if G-28 is attached to represent the applicant.
VOLAG #
ATTY State License # United States

EAC-04-163-50650

00148

## Part 3.  Processing Information.

| A. City/Town/Village of Birth<br>MOSHI | Current Occupation<br>ENGINEER |
|---|---|
| Your Mother's First Name<br>ELIANGICHOPASI | Your Father's First Name<br>SOMBIRO |

Give your name exactly how it appears on your Arrival /Departure Record (Form I-94)

FREDERICK MAWALLA

| Place of Last Entry Into the U.S. (City/State)<br>DULLES, VA | In what status did you last enter? *(Visitor, Student, exchange alien, crewman, temporary worker, without inspection, etc.)*<br>G-4 |
|---|---|
| Were you inspected by a U.S. Immigration Officer?   ☒ Yes   ☐ No | |
| Nonimmigrant Visa Number<br>48075605 | Consulate Where Visa Was Issued   DAR - ES - SLAAM |
| Date Visa was Issued (month/day/year) 12/20/2001   Sex: ☒ Male  ☐ Female | Marital Status: ☒ Married ☐ Single ☐ Divorced ☐ Widowed |

Have you ever before applied for permanent resident status in the U.S.? ☒ No  ☐ Yes   If you checked "Yes," give date and place of filing and final disposition.

**B.** List your present husband/wife and all of your sons and daughters. (If you have none, write "none." If additional space is needed, use a separate piece of paper).

| Family Name MAWALLA | Given Name EUNICE | Middle Initial  E | Date of Birth (month/day/year) 2/5/1969 |
|---|---|---|---|
| Country of Birth TANZANIA | Relationship SPOUSE | A # | Applying with You?  ☒ Yes  ☐ No |
| Family Name  MAWALLA | Given Name WENE | Middle Initial  F. | Date of Birth (month/day/year) 4/5/1991 |
| Country of Birth TANZANIA | Relationship DAUGHTER | A # | Applying with You?  ☒ Yes  ☐ No |
| Family Name  MAWALLA | Given Name ANA | Middle Initial  E. | Date of Birth (month/day/year) 1/12/1994 |
| Country of Birth USA | Relationship DAUGHTER | A # | Applying with You?  ☐ Yes  ☒ No |
| Family Name  MAWALLA | Given Name KOICHI | Middle Initial  K.F.S. | Date of Birth (month/day/year) 10/27/1998 |
| Country of Birth TANZANIA | Relationship SON | A # | Applying with You?  ☒ Yes  ☐ No |
| Family Name  MAWALLA | Given Name SOMBIRO | Middle Initial  K.F. | Date of Birth (month/day/year) 06/20/1997 |
| Country of Birth TANZANIA | Relationship SON | A # | Applying with You?  ☒ Yes  ☐ No |

**C.** List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society,  or similar group in the United States or in any other place since your 16th birthday.  Include any foreign military service in this part.  If none, write "none."  Include the name(s) of the organization(s), location(s), dates of membership from and to, and the nature of the organization (s).  If additional space is needed, use a separate piece of paper.

## Part 3.  Processing Information. *(Continued)*

Please answer the following questions. (If your answer is "Yes" to any one of these questions, explain on a separate piece of paper. Answering "Yes" does not necessarily mean that you are not entitled to adjust your status or register for permanent residence.)

1. Have you ever, in or outside of the U.S.:

   a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested?  ☐ Yes  ☑ No

   b. been arrested, cited, charged, indicted, fined, or imprisoned for breaking or violating any law or ordinance, excluding traffic violations?  ☐ Yes  ☑ No

   c. been the beneficiary of a pardon, amnesty, rehabilitation decree, or other act of clemency or similar action?  ☐ Yes  ☑ No

   d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the U.S.?  ☐ Yes  ☑ No

2. Have you received public assistance in the U.S. from any source, including the U.S. government or any state, county, city or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future?  ☐ Yes  ☑ No

3. Have you ever:

   a. within the past ten years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future?  ☐ Yes  ☑ No

   b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling?  ☐ Yes  ☑ No

   c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the U.S. illegally?  ☐ Yes  ☑ No

   d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance?  ☐ Yes  ☑ No

4. Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to, any person or organization that has ever engaged or conspired to engage, in sabotage, kidnapping, political assassination, hijacking or any other form of terrorist activity?  ☐ Yes  ☑ No

5. Do you intend to engage in the U.S. in:

   a. espionage?  ☐ Yes  ☑ No

   b. any activity a purpose of which is opposition to, or the control or overthrow of, the government of the United States, by force, violence or other unlawful means?  ☐ Yes  ☑ No

   c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information?  ☐ Yes  ☑ No

6. Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party?  ☐ Yes  ☑ No

7. Did you, during the period from March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion?  ☐ Yes  ☑ No

8. Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin or political opinion?  ☐ Yes  ☑ No

9. Have you ever been deported from the U.S., or removed from the U.S. at government expense, excluded in the past year, or are you now in exclusion or deportation proceedings?  ☐ Yes  ☑ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration and Nationality Act for use of fradulent documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the U.S. or any immigration benefit?  ☐ Yes  ☑ No

11. Have you ever left the U.S. to avoid being drafted into the U.S. Armed Forces?  ☐ Yes  ☑ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and not yet complied with the requirement or obtained a waiver?  ☐ Yes  ☑ No

13. Are you now withholding custody of a U.S. citizen child outside the U.S. from a person granted custody of the child?  ☐ Yes  ☑ No

14. Do you plan to practice polygamy in the U.S.?  ☐ Yes  ☑ No

---

*Continued on back.*

00150