**Part 4.    Signature.**    *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records which the INS needs to determine eligibility for the benefit I am seeking.

**Selective Service Registration. The following applies to you if you are a man at least 18 years old, but not yet 26 years old, who is required to register with the Selective Service System:** I understand that my filing this adjustment of status application with the Immigration and Naturalization Service authorizes the INS to provide certain registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon INS acceptance of my application, I authorize INS to transmit to the Selective Service System my name, current address, Social Security number, date of birth and the date I filed the application for the purpose of recording my Selective Service registration as of the filing date. If, however, the INS does not accept my application, I further understand that, if so required, I am responsible for registering with the Selective Service by other means, provided I have not yet reached the age of 26.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| *Fm Mawalla* | FREDERICK MAWALLA | 04-22-04 | 240-388-7107 |

**Please Note:** *If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.*

**Part 5.    Signature of Person Preparing Form, If Other Than Above.**    *(Sign Below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| *Dennis Baird* | DENNIS A. BAIRD, ESQ. | 6/12/04 | 301-650-2030 |

*Firm Name and Address*    LAW OFFICES OF DENNIS A. BAIRD, ESQ.
1323 FENWICK LANE
SILVER SPRING, MD 20910

**APPLICANT:**        **FREDERICK E.S. MAWALLA**
**D.O.B.**               **4/25/1955**

## CONTINUANCE FROM I-485 PART 3 B

| Family Name | Given Name | Middle Initial | D.O.B. |
|---|---|---|---|
| **Mawalla** | **Sai E.** | **K.F.** | **3/15/2001** |

| County of Birth | Relationship | A# |
|---|---|---|
| **USA** | **SON** | **N/A** |

Applying with you?

**NO**

U.S. Department of Justice
Immigration and Naturalization Service

**BIOGRAPHIC INFORMATION**

OMB No.1115-0066

| (Family name) MAWALLA | (First name) FREDERICK | (Middle name) E.S | ☑MALE ☐FEMALE | BIRTHDATE (Mo.-Day-Yr.) 4/25/1955 | NATIONALITY TANZANIA | FILE NUMBER A- |
|---|---|---|---|---|---|---|

| ALL OTHER NAMES USED (Including names by previous marriages) NONE | CITY AND COUNTRY OF BIRTH TANZANIA | SOCIAL SECURITY NO. (If any) 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 |
|---|---|---|

|  | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | MAWALLA | SOMBIRO | 1915, TANZANIA | MOSHI-TANZANIA |
| MOTHER (Maiden name) | MONGI | ELIANGICHOPASI | 1918, MOSHI TANZANIA | MOSHI-TANZANIA |

| HUSBAND (If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) MAKUNDI | FIRST NAME EUNICE | BIRTHDATE 2/5/1969 | CITY & COUNTRY OF BIRTH MOSHI-TANZANIA | DATE OF MARRIAGE 11/24/1990 | PLACE OF MARRIAGE TANZANIA |
|---|---|---|---|---|---|---|

| FORMER HUSBANDS OR WIVES (If none, so state) | | | | |
|---|---|---|---|---|
| FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
| NONE | | | | |
| | | | | |
| | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 509 CASTLE FORD STREET | ROCKVILLE | MD | USA | 01 | 2000 | PRESENT TIME | |
| 14006 COVE LANE | ROCKVILLE | MD | USA | 08 | 1998 | 12 | 1999 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 44/98 SHEHRLANGO ROAD | DAR | DAR-ES-SALAAM | TANZANIA | 03 | 1979 | 08 | 1998 |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| INTELSAT GLOBAL SERVICE CORP. WASHINGTON D.C. | ENGINEER | 08 | 1998 | PRESENT TIME | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Show below last occupation abroad if not shown above. (Include all information requested above.)

| | | | | |
|---|---|---|---|---|

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: ☐ NATURALIZATION  ☑ STATUS AS PERMANENT RESIDENT  ☐ OTHER (SPECIFY) | SIGNATURE OF APPLICANT  Mawalla | DATE 04-22-04 |
|---|---|---|
| **Submit all four pages of this form.** | If your native alphabet is other than roman letters, write your name in your native alphabet here: | |

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

# APPLICANT: BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| MAWALLA | FREDERICK | E.S | |

**(1) Ident.**

Form G-325A (Rev. 09/11/00) Y

**U.S. Department of Justice**
Immigration and Naturalization Service

OMB No.1115-0066

**BIOGRAPHIC INFORMATION**

| (Family name) MAWALLA | (First name) FREDERICK | (Middle name) E.S | ☑MALE ☐FEMALE | BIRTHDATE (Mo.-Day-Yr.) 4/25/1955 | NATIONALITY TANZANIA | FILE NUMBER A- |
|---|---|---|---|---|---|---|

| ALL OTHER NAMES USED (Including names by previous marriages) NONE | CITY AND COUNTRY OF BIRTH TANZANIA | SOCIAL SECURITY NO. (If any)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 |
|---|---|---|

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | MAWALLA | SOMBIRO | 1915, TANZANIA | MOSHI-TANZANIA |
| MOTHER (Maiden name) | MONGI | ELIANGICHOPASI | 1918, MOSHI TANZANIA | MOSHI-TANZANIA |

| HUSBAND (If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| | MAKUNDI | EUNICE | 2/5/1969 | MOSHI-TANZANIA | 11/24/1990 | TANZANIA |

| FORMER HUSBANDS OR WIVES (if none, so state) FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| NONE | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 509 CASTLE FORD STREET | ROCKVILLE | MD | USA | 01 | 2000 | PRESENT TIME | |
| 14006 COVE LANE | ROCKVILLE | MD | USA | 08 | 1998 | 12 | 1999 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 44/98 SHEHRLANGO ROAD | DAR | DAR-ES-SALAAM | TANZANIA | 03 | 1979 | 08 | 1998 |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| INTELSAT GLOBAL SERVICE CORP. WASHINGTON D.C. | ENGINEER | 08 | 1998 | PRESENT TIME | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Show below last occupation abroad if not shown above. (Include all information requested above.)

| | | | | | | | |
|---|---|---|---|---|---|---|---|

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: ☐ NATURALIZATION ☑ STATUS AS PERMANENT RESIDENT ☐ OTHER (SPECIFY): | SIGNATURE OF APPLICANT *Mzagwalla* | DATE 04-22-04 |
|---|---|---|
| **Submit all four pages of this form.** | If your native alphabet is other than roman letters, write your name in your native alphabet here: | |

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

# APPLICANT:  BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family name) MAWALLA | (Given name) FREDERICK | (Middle name) E.S | (Alien registration number) |
|---|---|---|---|

| (OTHER AGENCY USE) | INS USE (Office of Origin) OFFICE CODE: TYPE OF CASE: DATE: |
|---|---|

Form G-325A (Rev. 09/11/00) Y  Page 2

00154

U.S. Department of Justice
Immigration and Naturalization Service

**BIOGRAPHIC INFORMATION**

OMB No.1115-0066

| (Family name) MAWALLA | (First name) FREDERICK | (Middle name) E.S | ☑MALE ☐FEMALE | BIRTHDATE (Mo.-Day-Yr.) 4/25/1955 | NATIONALITY TANZANIA | FILE NUMBER A- |
|---|---|---|---|---|---|---|

| ALL OTHER NAMES USED (Including names by previous marriages) NONE | CITY AND COUNTRY OF BIRTH TANZANIA | SOCIAL SECURITY NO. (If any)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 |
|---|---|---|

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | MAWALLA | SOMBIRO | 1915, TANZANIA | MOSHI-TANZANIA |
| MOTHER (Maiden name) | MONGI | ELIANGICHOPASI | 1918, MOSHI TANZANIA | MOSHI-TANZANIA |

| HUSBAND (If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) MAKUNDI | FIRST NAME EUNICE | BIRTHDATE 2/5/1969 | CITY & COUNTRY OF BIRTH MOSHI-TANZANIA | DATE OF MARRIAGE 11/24/1990 | PLACE OF MARRIAGE TANZANIA |
|---|---|---|---|---|---|---|

| FORMER HUSBANDS OR WIVES (If none, so state) FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 509 CASTLE FORD STREET | ROCKVILLE | MD | USA | 01 | 2000 | PRESENT TIME | |
| 14006 COVE LANE | ROCKVILLE | MD | USA | 08 | 1998 | 12 | 1999 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 44/98 SHEHRLANGO ROAD | DAR | DAR-ES-SALAAM | TANZANIA | 03 | 1979 | 08 | 1998 |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| INTELSAT GLOBAL SERVICE CORP.  WASHINGTON D.C. | ENGINEER | 08 | 1998 | PRESENT TIME | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Show below last occupation abroad if not shown above. (Include all information requested above.) |
|---|
| | | | | | |

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: ☐ NATURALIZATION ☑ STATUS AS PERMANENT RESIDENT ☐ OTHER (SPECIFY) | SIGNATURE OF APPLICANT  *Fr Mawalla* | DATE 04-22-04 |
|---|---|---|
| **Submit all four pages of this form.** | If your native alphabet is other than roman letters, write your name in your native alphabet here: | |

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

# APPLICANT:
**BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.**

| COMPLETE THIS BOX (Family name) MAWALLA | (Given name) FREDERICK | (Middle name) E.S | (Alien registration number) |
|---|---|---|---|

| **(OTHER AGENCY USE)** | **INS USE (Office of Origin)** |
|---|---|
| | OFFICE CODE: |
| | TYPE OF CASE: |
| | DATE: |

**(3) C.**

Form G-325A (Rev. 09/11/00) Y  Page 3

U.S. Department of Justice
Immigration and Naturalization Service

# BIOGRAPHIC INFORMATION

OMB No.1115-0066

| (Family name) MAWALLA | (First name) FREDERICK | (Middle name) E.S | ☑ MALE<br>☐ FEMALE | BIRTHDATE (Mo.-Day-Yr.) 4/25/1955 | NATIONALITY TANZANIA | FILE NUMBER A- |
|---|---|---|---|---|---|---|

| ALL OTHER NAMES USED (Including names by previous marriages) NONE | CITY AND COUNTRY OF BIRTH TANZANIA | SOCIAL SECURITY NO. (If any) 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 |
|---|---|---|

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | MAWALLA | SOMBIRO | 1915, TANZANIA | MOSHI-TANZANIA |
| MOTHER (Maiden name) | MONGI | ELIANGICHOPASI | 1918, MOSHI TANZANIA | MOSHI-TANZANIA |

| HUSBAND (If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| | MAKUNDI | EUNICE | 2/5/1969 | MOSHI-TANZANIA | 11/24/1990 | TANZANIA |

| FORMER HUSBANDS OR WIVES (If none, so state) FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| NONE | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 509 CASTLE FORD STREET | ROCKVILLE | MD | USA | 01 | 2000 | PRESENT TIME | |
| 14006 COVE LANE | ROCKVILLE | MD | USA | 08 | 1998 | 12 | 1999 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 44/98 SHEHRLANGO ROAD | DAR | DAR-ES-SALAAM | TANZANIA | 03 | 1979 | 08 | 1998 |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| INTELSAT GLOBAL SERVICE CORP. WASHINGTON D.C. | ENGINEER | 08 | 1998 | PRESENT TIME | |
| | | | | | |
| | | | | | |
| | | | | | |

| Show below last occupation abroad if not shown above. (Include all information requested above.) |
|---|
| |

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR:<br>☐ NATURALIZATION  ☑ STATUS AS PERMANENT RESIDENT<br>☐ OTHER (SPECIFY)<br>**Submit all four pages of this form.** | SIGNATURE OF APPLICANT *Mawalla* | DATE 04-22-04 |
|---|---|---|
| | If your native alphabet is other than roman letters, write your name in your native alphabet here: | |

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

# APPLICANT:

BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family name) MAWALLA | (Given name) FREDERICK | (Middle name) E.S | (Alien registration number) |
|---|---|---|---|

| **(OTHER AGENCY USE)** | **INS USE (Office of Origin)**<br>OFFICE CODE:<br>TYPE OF CASE:<br>DATE: |
|---|---|

(4) Consul

Form G-325A (Rev. 09/11/00) Y Page 4

Departure Number

**146627214** 10

U.S. IMMIGRATION
WAS
ADMITTED

Immigration and
Naturalization Service

AUG X 4 2002

I-94
**Departure Record**

CLASS
UNTIL ___ G4

DS

14. Family Name
MAMALLA

15. First (Given) Name
FREDERICK

16. Birth Date (Day/Mo/Yr)
25 04 55

17. Country of Citizenship
TANZANIA

**See Other Side**                              **STAPLE HERE**

I certify that I have compared this copy with its original and
it is a true and complete copy.

Signed: _____ Esquire

Date: 4/17/04

LAW OFFICES
DENNIS A. BAIRD
1323 Fenwick Lane
Suite 100
Silver Spring, MD 20910

00157

**Warning** - A nonimmigrant who accepts unauthorized employment is subject t deportation.

**Important** - Retain this permit in your possession; *you must surrender it when yo leave the U.S.* Failure to do so may delay your entry into the U.S. in the future.

You are authorized to stay in the U.S. only until the date written on this form. To remai past this date, without permission from immigration authorities, is a violation of the lav

**Surrender this permit when you leave the U.S.:**
- By sea or air, to the transportation line;
- Across the Canadian border, to a Canadian Official;
- Across the Mexican border, to a U.S. Official.

Students planning to reenter the U.S. within 30 days to return to the same school, se "Arrival-Departure" on page 2 of Form I-20 **prior to surrendering this permit.**

**Record of Changes**

**Port:**                                                    **Departure Recor**

**Date:**

**Carrier:**

**Flight #/Ship Name:**

LAW OFFICES

# DENNIS A. BAIRD, ESQ., P.C.

1323 FENWICK LANE, SUITE 100
SILVER SPRING, MD 20910

TEL.: (301) 650-2030
FAX: (301) 650-2033

EMAIL: dbairdlaw@msn.com
Admitted in MD, PA, & DC

April 26, 2004

U.S. Citizenship & Immigration Services
75 Lower Welden Street
St. Albans, VT 05479-0001

RE:  **APPLICATION FOR ADJUSTMENT OF STATUS &**
     **APPLICATION FOR EMPLOYMENT AUTHORIZATION**
     **PETITIONER:**          **INTELSAT**
     **BENEFICIARY:**         **FREDERICK MAWALLA**
     **EAC:**                 **02-192-50905**
     **FORMS:**               **I-485; I-765**

Dear Sir or Madam:

Enclosed please find the following as Application for Adjustment of Status and
Employment Authorization for the above-mentioned derivative beneficiary.

1.   Check in the amounts of $255.00; $120.00 & $50.00;
2.   2 Forms G-28 – Notice of Entry of Appearance as Attorney;
3.   Form I-797 – Approval Notice of Action of I-140 Petition;
4.   Form G-325 – Biographic Information;
5.   Form I-485 – Application for Adjustment of Status;
6.   Form I-765 – Application for Employment Authorization;
7.   4 Passport Photos;
8.   Certified copy of I-94;
9.   Certified copy of Marriage Certificate (Beneficiary);
10.  Affidavit of Date and Place of Birth;
11.  Intelsat Appointment Letter and Documents 1998;
12.  Intelsat Employment Documents 2000;
13.  Intelsat Personnel Action Form;
14.  Intelsat Benefits Summary;
15.  Medical Examination;

Thank you for your cooperation in this regard.

Sincerely,

Dennis A. Baird, Esq.
DAB/mo

00159

JAMHURI YA MUUNGANO WA TANZANIA

THE UNITED REPUBLIC OF TANZANIA

## SHAHADA YA NDOA—CERTIFICATE OF MARRIAGE    E № 0245815

Sheria ya Ndoa 1971—The Law of Marriage Act 1971

Ndoa imefungwa    *Marriage contracted at*    KISIONYAMA LUTHERAN CHURCH    Mkoa *Region*    DAR - ES - SALAAM    Tanganyika

| Tarehe ya Ndoa *Date of Marriage* | Majina Kamili ya Wafunga Ndoa *Full Names of Parties* | Umri *Age* | Hali *Status* | Mahali wanapoishi *Residence* | Jina la Baba *Father's Name* | Aina ya Ndoa *Kind of Marriage* |
|---|---|---|---|---|---|---|
| 24/11/1990 | FREDERIRK KILEMI | 35 | HAJAOA | DAR-ES-SALAAM | SAMBIRO MAWALLA | *Ndoa ya Mke Mmoja Monogamous |
|  | EUNICE MAKONDI | 21 | HAJAOLEWA | DAR-ES-SALAAM | ELIRINGIA MAKONDI | *Huenda ikawa ya wake-Potentially Polygamous* *Wake wengi Polygamous* |

Ndoa imefungwa kwa Madhehebu ya    KILUTHERI    Rites    *This Marriage was contracted according to*

Baina Yetu    *Between us*    Makundi    Mashahidi *Witnesses*    Swai

Tarehe na maingi wa Maelezo ya habari    *Date and source of Statement of Particulars*    18 / 10 / 1990

*Futa *liyotakiwa /Delete whichever is inapplicable.*

Mbele yangu/Imetolewa na    *Before me/Issued by*    Rev. Christian Lesen

Majili/Kadhi    *Registrar*    Rev.

Tarehe *Date*    24 Nov

I certify that I have compared this copy with its original and it is a true and complete copy.

Signed: _____ Esquire

Date: _____

LAW OFFICES

DENNIS A. BAIRD
1323 Fenwick Lane
Suite 100
Silver Spring, MD 20910

00100

## AFFIDAVIT OF DATE AND PLACE OF BIRTH

I, _Jeni Rabai Mawalla Temu, * the undersigned, affirm that the facts stated

below are true and correct:

1.      I was born on _12 December 1946; I am _Fifty Three__[53]__ years old.
                          (Date)                                    Age

2.      I reside at: _1266__ Denis __ Drive__

        _____Kent_, __Ohio__44240_

3.      __Mr. Frederick Eliampenzi Sombiro Mawalla, who is my ____cousin,
                  (Alien)                                              (Relationship)

        Was born to my relative through marriage, Eliangichopasia Kiwewene Mkangare Mongi_,
                  (Affiant's relationship to alien's mother)              (Father's name)

        On ___25 April 1955_____ . His/her father's name is __Mr. Sombiro Mawalla.

SIGNED:      Jeni Rabai Mawalla Temu Signature _Jeni Temu_ DATE March 23, 2000

State of Ohio     )
County of Portage) SS.

Signed before me, a Notary Public in and for the State of Ohio,
this _23_ day of March, 2000.   _Dolores C Venneri_

              **To be signed in the presence of a Notary Public**

DOLORES C. VENNERI, Notary Public
STATE OF OHIO
My Commission Expires 9/30/2004

* The Affiant must be at least 8 years older than you must.

00161

## AFFIDAVIT OF DATE AND PLACE OF BIRTH

I, _Magreth Elizabeth Joseph Sawaya Mawalla_,* the undersigned, affirm that the facts stated

below are true and correct:

1.  I was born on _07 February 1939,  I am _Sixty one_____[61]__ years old.
        (date)                              Age

2.  I reside at: _509__ Castleford__ Street__

    _____Silver Spring_,__Maryland__20851__

3.  __Mr Frederick Eliampenzi Sombiro Mawalla, who is my ____second cousin,
        (alien)                                                    (relationship)

    was born to my relative through marriage, Eliangichopasia Kiwewene Mkangare Mongi_,
                    (affiant's relationship to alien's mother)         (father's name)

    on ___25 April 1955_____.  His/her father's name is __Mr_Sombiro Mawalla.

SIGNED:        Magreth E.J.S. Mawalla __Signature _Mawalla_  DATE: 3/22/00

COMFORT O. ANGUAH-DEI
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires January 28, 2002

## To be signed in the presence of a Notary Public

* The Affiant must be at least 8 years older than you.

00162



**INTELSAT**

23 July 1998

TO WHOM IT MAY CONCERN

This is to certify that Mr. Frederick Mawalla has been appointed to the staff of the International Telecommunications Satellite Organization (INTELSAT), headquartered in Washington, D.C. INTELSAT is the international organization responsible for the establishment and maintenance of a global commercial communications satellite system.

Mr. Mawalla will assume the position of Earth Station Engineer in the Sales Support Department on 3 August 1998. He is a citizen of Tanzania and holds a U.S. G-IV visa based on his employment with INTELSAT. His annual gross salary will be $41,200.

*Marva Vickerie*

Marva P. Vickerie
Employment Coordinator

Telephone
202-944-6800

Facsimile
+1 202-944-7898

Telex
89-2707     3400 International Drive NW Washington DC 20008-3098 USA

00163



15 July 1998

Mr. Frederick Mawalla
Tanzania Communications Co. Ltd.
Dar Es Salaam, Tanzania
VIA FACSIMILE – 255-51-113487

Dear Mr. Mawalla:

You are hereby offered a one year FIXED-TERM APPOINTMENT in the INTELSAT Assignee Program.

I. <u>Initial Assignment</u>
|  |  |
|---|---|
| Title: | Earth Station Engineer (IA-96-3) |
| Department/Division: | Sales Support Department |
| Salary: | U.S. $41,200 (net-of-tax) per year |
| Duration of Appointment: | One year from date of appointment |
| Start Date: | 3 August 1998 or a mutually agreeable date |

2. <u>Allowances and Deductions</u>

The salary shown above does not include any allowances and benefits to which you may be entitled; however, deductions will be made for any group life and health insurance you may elect.

3. <u>Conditions of Appointment to the Assignee Program</u>

Individuals in the INTELSAT Assignee Program serve as members of the INTELSAT Management staff in the same manner and under the same conditions as a staff member on a fixed-term a ppointment with the exceptions noted in the Administrative Manual Section 21.7.

If you accept appointment to the position as described above, please sign this letter and return the signed copy to me.

Sincerely,

Ben Katcoff
Director, Human Resources Division

I hereby accept the appointment described in this letter subject to the terms and conditions herein specified and to those laid down in the Staff Regulations, as they may be amended from time to time.

Date: _____    Signature: _____

Telephone
+1 202·944·6800

Facsimile
+1 202·944·7898

Telex
89·2707    3400 International Drive NW Washington DC 20008·3098 USA

00164



**INTELSAT**

10 April 2000

Mr. Frederick Mawalla
C/o INTELSAT
3400 International Drive, N.W.
Washington, D.C. 20008

Dear Mr. Mawalla:

I am pleased to offer you a REGULAR APPOINTMENT in the INTELSAT Management, in accordance with the terms and conditions specified below and subject to the provisions of the INTELSAT Administrative Policies and Procedures Manual (ADM), together with such amendments as may from time to time be made to such Administrative Policies and Procedures. All appointments are subject to continuous satisfactory performance of the duties related to the positions at the sole discretion of INTELSAT.

This appointment is offered on the basis, <u>inter alia</u>, of your satisfactory completion of the conditions listed on your Employment Application Form, including your certification of the accuracy of the information provided by you, which is subject to external verification.

    <u>Initial Appointment</u>

| | |
|---|---|
| Title: | Senior Engineer, SSOG<br>Ground Systems Program Management |
| Salary: | $49,075.00 net per annum;<br>$67,710.00 gross per annum |
| Effective Date of Appointment: | 17 April 2000 |
| Probationary Period: | One year |

The salary shown above does not include any benefits to which you may be entitled. As a staff member on regular appointment, you are entitled to all the regular staff benefits described in the INTELSAT Administrative Policies and Procedures Manual. Deductions will be made for premiums for any group life, accident and health insurance you may elect, and for your contributions to the INTELSAT Supplemental Retirement Income Plan.

If you accept appointment to the position described above, please sign and return to me the original of this letter and retain the enclosed copy for your records.

Sincerely,

Benjamin H. Katcoff
Senior Director, Human Resources Division

I hereby accept the appointment described in this letter, subject to the terms and conditions herein specified.

Signature: _Ḡ'Rawalla._____    Date: _11ᵗʰ April 2000._

Telephone
+1  +44·6800

Facsimile
+1 202·944·7898

Telex
89·2707    3400 International Drive NW Washington DC 20008·3098 USA

00165



INTELSAT

10 April 2000

Mr. Frederick Mawalla
c/o INTELSAT
Washington, D.C.

Dear Mr. Mawalla:

Congratulations on your appointment as Senior Engineer, SSOG in the Earth Station Systems Department, effective 17 April 2000. This is to confirm your relocation entitlements upon change of employment status from an Assignee to Regular staff.

In accordance with the policy (ADM-22 6.5) applicable to staff transferring appointments, you will be eligible for relocation benefits granted to new hires joining INTELSAT as G-iv visa holders, less the allowances which you received as an Assignee.

1.    **TRAVEL**

You and your family have already received the benefit of one-way air travel as an Assignee, which is the same for regular staff members.

2.    **RELOCATION GRANT**

You are eligible to receive a relocation grant of $10,000.00. You received an installation grant of $5,975.00 as an Assignee; you will therefore receive an additional $4,025.00.

3.    **CASH ALLOWANCE IN LIEU OF SHIPMENT**

You are eligible to receive an allowance of $10,000.00. You received $5,500.00 as an Assignee; you will receive an additional $4,500.00.

4.    **G-4 ARRIVAL ALLOWANCE**

You are entitled to an arrival allowance of $12,269.00, equivalent to three months net salary.

You will receive payment of these allowances, a total of $20,794.00, on 17 April 2000.

5.    **HOME LEAVE**

You will be entitled to home leave benefits every two years from the date of your regular appointment; however, since you are being transferred to a regular position from an Assignee, you will be credited one year of service towards your home leave eligibility. Your Home Leave eligibility date in your new appointment is 17 April 2000.

Telephone
+1 202-944-6800

Facsimile
+1 202-944-7898

Telex
89-2707    3400 International Drive NW Washington DC 20008-3098 USA

00166

- 2 -

6.     **G-4 PERMANENT HOUSING ASSISTANCE**

After completion of your probationary period and one year of regular service, you will be entitled to receive a lump sum equivalent to 40% of your net salary as permanent housing assistance, up to a maximum of $20,000.

If you have any questions concerning your benefits, please do not hesitate to contact Anita Saltos at extension 7040.

Sincerely,

Ben Katcoff
Senior Director
Human Resources Division

00167

## PERSONNEL ACTION FORM

| ID NUMBER: 2089 | LAST NAME: Mawalla | FIRST NAME: frederick | |
|---|---|---|---|

| NUMBER & STREET | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

| COUNTRY | CITIZENSHIP | VISA | WAIVER DATE | SOCIAL SECURITY NO.: | TAX STATUS |
|---|---|---|---|---|---|
| | | | | | |

| MARITAL STATUS | TELEPHONE NO. | D.O.B. | HIRE DATE 17 April 2000 | SEX | TERMINATION DATE |
|---|---|---|---|---|---|
| | | | | | |

| RC 449 | SALARY GRADE C15 | POSITION TITLE Senior Engineer, SSOG | APPT. TYPE R | ORGANIZATIONAL UNIT Ground Systems Program Mgmt |
|---|---|---|---|---|

| HOME LEAVE (x) YES ( ) NO | ELIGIBILITY DATE 17 April 2001 | DESTINATION COUNTRY/CITY Dar-Es-Salaam, Tanzania |
|---|---|---|

| CURRENT NET 49,075 | CURRENT GROSS 67,710 | CHANGE TYPE | CHANGE AMOUNT | NEW NET | NEW GROSS |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| BASE SALARY | 49,075.00 | 2,044.79 |
| DEPENDENCY ALLOWANCE ( ) SP ( ) HH ( ) C _____ | | |
| HARDSHIP LOCATION ALLOWANCE @ _____ % | | |
| POST ADJUSTMENT | | |
| OTHER _____ | | |

COVERAGE

| GROUP LIFE INSURANCE | | |
|---|---|---|

MEDICAL PLAN: BCBS
( ) Individual   ( ) One Dependent   ( ) Family   ( ) Sponsored

OPTIONAL ACCIDENT INSURANCE
( ) Individual   ( ) Family

| Effective Date: 17 April 2000 | Requested by: _mWickene_ | Date: 10-4-2000 |
|---|---|---|
| REMARKS: Upon conversion to Regular status staff member to be paid for 20 days unused annual leave. Balance of 8.0 days to be carried forward to regular appointment. Home Leave eligibility date is 17 April 2001. | Approved by: | Date: 11/4/00 |
| | Approved by: | Date: |
| | Approved by: | Date: |

Copies:  HRD; Supervisor, Accounting, Staff Member

00168

**Intelsat**
inspiring connections

## PERSONNEL ACTION FORM

| ID NUMBER | LAST NAME | | FIRST NAME | | MIDDLE NAME |
|---|---|---|---|---|---|
| 2089 | MAWALLA | | FREDERICK | | |

| NUMBER & STREET | | CITY | | STATE | ZIP CODE | | TELEPHONE NUMBER |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| COUNTRY | | CITIZENSHIP | VISA | | WAIVER DATE | | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| HOME LEAVE | ELIGIBILITY DATE | | | DESTINATION COUNTRY/ CITY |
|---|---|---|---|---|
| | | | | |

| ENTITY # AND LEGAL ENTITY | | COST CENTER # | COST CENTER NAME |
|---|---|---|---|
| 610 - Intelsat Global Services Corp. | | 17145 | TRANSMISSION ANALYSIS |

| HIRE DATE | | TERMINATION DATE | APPT TYPE | EMPL TYPE | | GRADE | | FLSA STATUS |
|---|---|---|---|---|---|---|---|---|
| | | | Regular | Full time | | | | Exempt |

| JOB CODE | JOB CLASSIFICATION | | BUSINESS TITLE |
|---|---|---|---|
| | | | |

| CURRENT SALARY | NEW SALARY | CHANGE ($ / %) | CHANGE REASON |
|---|---|---|---|
| Annual | Annual | / % | |

|  | Annual | Bi-Weekly |
|---|---|---|
| BASE SALARY | | |
| OTHER | | |

| Effective Date:   23 September 2002 | Prepared by:<br>Anita X. Saltos | Date: 19-Sep-02 |
|---|---|---|
| REMARKS:<br>Transfer to CC-17145 | Approved by: *Sandy Thorne* | Date: 19 Sept '02 |
| | Approved by: | Date: |
| | Approved by: | Date: |

Copies: HRD, Supervisor, Employee, Payroll

00169



**INTELSAT**

## BENEFITS SUMMARY

## REGULAR FULL-TIME & FIXED TERM G(iv) STAFF

**Benefit**

**Description**

**Health Insurance**
**(3 options)**

**Blue Cross/Blue Shield (Preferred Provider Organization )**

- Preventative care, lab & X-ray benefits paid at 100%
- $125 annual deductible ($325 per family); then plan pays 80% of reasonable and customary charges
- Prescriptions: $5 or $10 copayments
- → Vision: 100% coverage for routine eye exam every two years (80% coverage for glasses and contacts available after one year of service)
- Individual coverage: $10 to $50 per month/Family coverage: $40 to $120 per month (rates determined by salary band)

**or**

**Capital Choice (Point of Service)**
- In-Network: $5 copay for visits to primary care provider/$10 copay for visits to specialists
- Out-of-Network: $200 annual deductible ($500 per family); then plan pays 70% of plan allowance
- Prescriptions: $5 or $10 copayments
- → Vision: $10 copay for annual exam; discounts for contacts/glasses
- Individual coverage: $10 per month/Family coverage: $40 per month

**or**

**Kaiser Permanente (HMO)**
- Comprehensive health care provided in one facility; 22 DC area locations
- $5 copay for all office visits
- Prescriptions: $5 copay
- Vision: $5 for routine eye exams; discounts for contacts/glasses
- Individual coverage: $10 per month/Family coverage: $40 per month

**Dental Insurance**

- 100% for 2 routine preventive exams/cleanings per year ($1500 annual benefit maximum available after one year of service)

**Life/Accidental Death &**
**Dismemberment Insurance**

- Life Insurance: up to $50,000 INTELSAT paid; amounts over $50,000 may be purchased; maximum level of coverage is 3x notional gross.
- Dependent Life Insurance for spouse and children available
- Accidental Death benefit (no additional cost): 3x notional gross

**Optional Accident Insurance**

- Voluntary; provides additional 3x notional gross up to $500,000 maximum
- Spouse and dependent coverage options available

**Business Travel Insurance**

- Provides 3x notional gross up to $500,000 (no cost)

**Sick Leave**

- 5 uncertified days per year

**Short Term Disability (STD)**

- Up to 6 months salary continuation (100%) per year with physician certification

**Long Term Disability**

- 60% of monthly notional gross after 6 calendar months STD

| | |
|---|---|
| **Supplemental Retirement Income Plan** | • Contributions from 1% to 16% notional gross<br>• $.50 INTELSAT match for each $1 contributed up to 6%  *May 3%*  *immediately*<br>• 100% vesting in match after 1 year of service; loans and withdrawals permitted |
| *Amj . ?* **Education Assistance** | • $27,000 life-time maximum tuition reimbursement<br>   *9ω x 3,* |
| *HR ?* **Education Grants for Dependent Children** | • 75% reimbursement for tuition and books at an approved primary or  *Victoria, Sam*<br>secondary level institution, up to $6,000 per year for each eligible child  *Victoria, Ava,*<br>• Full-time students enrolled at a university in the home country may be eligible for annual subsistence grant of $3,300 plus travel expenses<br>• One-time 3-yr. interest free loan available for initial tuition expenses |
| *?* **Estate Tax Planning** | • 50% reimbursement up to $1,500 |
| **Wellness** | • Subsidized on-site fitness center<br>• On-site Medical Department for urgent staff member care |
| **Banking Facilities** | • Free checking account at Riggs Bank (on-site branch office)<br>• Free membership to the Satellite Federal Credit Union<br>• Riggs VISA credit card endorsement |
| **Other Benefits** | • Subsidized cafeteria; on-site and nearby parking facilities & on-site private day care center (subject to availability); casual dress on Fridays |
| **Annual Leave** | • 25 days per year; maximum of 25 days carryover |
| **Other Leave** | • Personal Leave: 2 days per year; Maternity Leave: up to 60 days<br>• Bereavement Leave: 1-3 days plus reasonable travel time |
| **Holidays** | • 10 paid holidays per year |
| **Regular Working Hours** | • Monday through Friday, 8:30 a.m. to 5:15 p.m. |
| **Staff Retirement Plan** | *After One Year of Service:*<br>• Non-contributory; 7-year graded vesting<br>• Normal retirement at age 60; early retirement available at age 55<br>• Monthly annuity or cash withdrawal benefit options<br>• Medical and Life insurance benefits may continue at retirement<br>• Survivor spouse benefits available |
| **Housing Assistance** | • Benefit equals 40% of net salary, up to $20,000 maximum |
| **Computer Loan** | • Up to $5,000 3-year interest free loan |
| **Home Leave** | *After Two Years of Service:*<br>• Cash benefit every two years equals business class air fare less 10%; plus stop-over allowances and travel grants<br>• First time benefits may be granted after 18 months of service |

*This is only a reference guide to INTELSAT's benefits for Regular and Fixed-Term G(iv) staff and is not a guarantee of benefits. These programs are defined in detail under the terms and conditions of their respective plans and are subject to change. The benefits described herein apply to staff hired after 3 January 1995.*

*3400 International Drive NW   Washington DC   20008-3098 USA   (202) 944-7513*                    *January 1999*

Current Incumbent: Frederick Mawalla

**POSITION TITLE:**      Senior Technical Support Engineer
Earth Station Support/Sales Operations

**REPORTS TO:**      Manager, Earth Station Support

**GRADE:**      46

**TYPE OF JOB:**      \_\_\_X\_\_\_\_   Individual Contributor Technical
(check one)      _____   Individual Contributor Non-Technical
_____   Administrative
_____   Product/Project Manager
_____   Line Manager
_____   Sales

**CODE:**  *(for HRD use only)*

**PURPOSE OF POSITION:**

Provides a focal point for earth station approvals, developing earth station test plans and scheduling testing, analysis of verification test results and implementation of the earth station database for Intelsat customers worldwide. Responsible for management of the Earth Station Information System (ESIS) database.

**MAJOR DUTIES:** (maximum six duties)

- The incumbent shall process earth station applications which involves determination of proper authorization of the party submitting the application, entering the critical earth station information into the database, authorizing the earth station to perform verification testing using Intelsat facilities and obtaining any missing or unclear information.

- The incumbent has responsibility for developing the earth station verification test plan, coordinating and scheduling verification tests. Knowledge of earth station technology and satellite beam coverages is necessary to properly assign capacity which is capable of supporting the testing.

00172

- The incumbent has responsibility for evaluating the verification test results to determine whether station performance is compliant with the Intelsat mandatory specifications as contained in the Intelsat Earth Station Standards (IESS). An understanding of earth station technology is required to understand the potential anomalies, improper equipment configurations, mis-allignments or improper test techniques that can result in the earth station performance not meeting the specification.

- Interface and interact directly with the customer, and/or his designated engineer, in completing the earth station application, developing the verification test plan, scheduling the verification tests and analyzing the test results and otherwise assisting the customer in the earth station approval and certification process. Coordinate resources and activities with various Intelsat departments such as Service Implementation, Operations Center (IOC), Satellite Control Facility (SCF), and Network Operations (NOD).

- Offer technical assistance and suggestions to customer and make real-time priority decisions in the event of poor earth station performance results, based on detailed technical knowledge of the CSM, earth station engineering and experience with the AVT process.   Assist with the development of refinements of the AVT process and procedures and the SSOG.

- Provide technical assistance to, and cross-training of, fellow staff within the department.

## INTERACTIONS WITH VENDORS, CUSTOMERS, SIGNATORIES:

The incumbent is required to interface with many individuals with Sales Support and Intelsat departments including Information Systems Management, Operations and Sales and Marketing. The incumbent must also interface effectively with Signatory representatives, Operations Representatives, Direct Access Authorized Customers and their end user customers, as well as, earth station contractors.

## SUPERVISION RECEIVED:

The incumbent is expected to exercise a high degree of independent judgment and creativity in problem resolution. The incumbent is required to make decisions based on past practices, current policies and personal knowledge and often with incomplete information. The incumbent is required to keep management apprised of problems (or potential problems) as they develop and decisions required outside the current policy.

**QUALIFICATIONS:**

- Bachelor's degree in telecommunications related engineering discipline or equivalent in practical experience with minimum 5 years experience in satellite communications and earth stations.

- In-depth experience with and knowledge of the technical characteristics and geometry of all types of antennas and their mounts, including multi-port cross-polarized linear and circular feeds, servo drives and tracking systems, and their components.

- Practical hands-on experience in earth station and RF testing and troubleshooting. Ability to correlate measured test results with likely sources of antenna problems. Knowledge of alternative test methods to verify accuracy of test results.

- Experience in the use of computers and their operating systems (Windows/Unix/DOS) applications such as Excel and Word and experience in the development and management of databases.

- Ability to write and comprehend English and communicate clearly, courteously and professionally with the customer on a technical or non-technical basis.

- Ability to quickly evaluate test data and deal directly with customer, often under stress of deadlines or pressure to resolve anomalies.


**ADDITIONAL DESIRABLE QUALIFICATIONS:**

- Masters or other advanced degree in microwave communications systems engineering.

- Familiarity with the design and layout of the various Intelsat spacecraft series, specifically the communications repeater subsystem and transponder frequency plan.

- Familiarity with Intelsat Earth Station Standards (IESS) and Satellite System Operational Guides (SSOG) issued by Intelsat.

- Experience in performing antenna verification testing of antennas including circular and linear copolarized and crosspolarized sidelobe patterns, transmit gain, isolation contours and transmit EIRP stability.

- Good working knowledge of the operation and technical design and specifications of the Intelsat CSM system as well as communication analysis instruments such as spectrum analyzers.

- Knowledge of an additional official Intelsat language (Spanish or French).

**PRODUCT/PROJECT/LINE MANAGERS:** (describe: 1) resource requirements, e.g. budget, technical requirements, manpower - define extent of cross-functionality required, project time frame, etc.; 2) scope; and 3) business impact of project or program)

Manager's Approval _____ Date_____

00175