**U.S. Department of Justice**
Immigration and Naturalization Service

OMB #1115-0134

Medical Examination of Aliens Seeking Adjustment of Status

(Please type or print clearly)
I certify that on the date shown I examined:

3. File number (A number)

1. Name (Last in CAPS)
**MAWALLA**

(First) **FREDERICK** (Middle Initial) **E.S.**

4. Sex
☒ Male    ☐ Female

5. Date of birth (Month/Day/Year) **04|25|55**

2. Address (Street number and name)    (Apt. number)
**509 CASTLEFORD STREET**

(City) **ROCKVILLE** (State) **MD** (ZIP Code) **20851**

6. Country of birth **TANZANIA**

7. Date of examination (Month/Day/Year) **11|21|02**

General Physical Examination: I examined specifically for evidence of the conditions listed below. My examination revealed;

☒ No apparent defect, disease, or disability.    ☐ The conditions listed below were found (check all boxes that apply).

*Class A Conditions*

| | | | |
|---|---|---|---|
| ☐ Chancroid | ☐ Hansen's disease, infectious | ☐ Mental defect | ☐ Psychopathic personality |
| ☐ Chronic alcoholism | ☐ HIV infection | ☐ Mental retardation | ☐ Sexual deviation |
| ☐ Gonorrhea | ☐ Insanity | ☐ Narcotic drug addiction | ☐ Syphilis, infectious |
| ☐ Granuloma inguinale | ☐ Lymphogranuloma venereum | ☐ Previous occurrence of one or more attacks of insanity | ☐ Tuberculosis, active |

*Class B Conditions*

☐ Hansen's disease, not infectious    ☐ Tuberculosis, not active    ☐ Other physical defect, disease or disability (specify below).

| Examination for Tuberculosis - Tuberculin Skin Test | Examination for Tuberculosis - Chest X-Ray Report |
|---|---|
| ☐ Reaction _____ mm    ☐ No reaction    ☒ Not done | ☐ Abnormal    ☒ Normal    ☐ Not done |
| Doctor's name (please print)    Date read<br>**NOT DONE —** | Doctor's name (please print)    Date read<br>**JOHN B. ALLOTEY, M.D.    11|21|02** |

| Serologic Test for Syphilis | Serologic Test for HIV Antibody |
|---|---|
| ☐ Reactive Titer (confirmatory test performed)    ☒ Nonreactive | ☐ Positive (confirmed by Western blot)    ☒ Negative |
| Test Type<br>**RPR** | Test Type<br>**ELISA** |
| Doctor's name (please print)    Date read<br>**QUEST DIAGNOSTICS** | Doctor's name (please print)    Date read<br>**QUEST DIAGNOSTICS    11|22|02** |

Immunization Determination (DTP, OPV, MMR, Td-Refer to *PHS Guidelines* for recommendations.)

☒ Applicant is current for recommended age-specific immunizations    ☐ Applicant is not current for recommended age-specific immunizations and I have encouraged that appropriate immunizations be obtained.

REMARKS:

**Civil Surgeon Referral for Follow-up of Medical Condition**
☐ The alien named above has applied for adjustment of status. A medical examination conducted by me identified the conditions above which require resolution before medical clearance is granted or for which the alien may seek medical advice. Please provide follow-up services or refer the alien to an appropriate health care provider. The actions necessary for medical clearance are detailed on the reverse of this form.

**Follow-up Information:**
The alien named above has complied with the recommended health follow-up.

Doctor's name and address (please type or print clearly)    Doctor's signature    Date

**Applicant Certification:**
I certify that I understand the purpose of the medical examination, I authorize the required tests to be completed, and the information on this form refers to me.

Signature
X **Mawalla**

Date **11/21/02**

**Civil Surgeon Certification:**
My examination showed the applicant to have met the medical examination and health follow-up requirements for adjustment of status.

Doctor's name and address (please type or print clearly)
**JOHN B. K. ALLOTEY, M.D.**

Doctor's signature

Date **11/25/02**

**Health First Medical**
12450 Parklawn Drive
Rockville, MD 20852

Immigration and Naturalization Service is authorized to collect this information under the provisions of the Immigration and Nationality Act and the Immigration Reform and Control Act of 1986, Public Law 99-603.

Form I 693 (Rev. 09/01/87) N    ORIGINAL: INS A-FILE

00176

U.S. Department of Justice
Immigration and Naturalization Service

OMB #1115-0134

**Medical Examination of Aliens Seeking Adjustment of Status**

*(Please type or print clearly)*
*I certify that on the date shown I examined:*

| | |
|---|---|
| 1. Name (Last in CAPS) | 3. File number (A number) |
| | 4. Sex |
| | ☒ Male    ☐ Female |
| (First)          (Middle Initial) | 5. Date of birth (Month/Day/Year) |
| 2. Address (Street number and name)   (Apt. number) | 6. Country of birth |
| (City)        (State)      (ZIP Code) | 7. Date of examination (Month/Day/Year) |

**General Physical Examination:** I examined specifically for evidence of the conditions listed below. My examination revealed;

☒ No apparent defect, disease, or disability.      ☐ The conditions listed below were found (check all boxes that apply).

*Class A Conditions*

☐ Chancroid                ☐ Hansen's disease, infectious    ☐ Mental defect              ☐ Psychopathic personality
☐ Chronic alcoholism       ☐ HIV infection                   ☐ Mental retardation         ☐ Sexual deviation
☐ Gonorrhea                ☐ Insanity                        ☐ Narcotic drug addiction    ☐ Syphilis, infectious
☐ Granuloma inguinale      ☐ Lymphogranuloma venereum        ☐ Previous occurrence of one ☐ Tuberculosis, active
                                                                 or more attacks of insanity

                                                              ☐ Other physical defect, disease or disability (specify below).

*Class B Conditions*

☐ Hansen's disease, not infectious   ☐ Tuberculosis, not active

| Examination for Tuberculosis - Tuberculin Skin Test | Examination for Tuberculosis - Chest X-Ray Report |
|---|---|
| ☐ Reaction _____ mm    ☐ No reaction    ☒ Not done | ☒ Abnormal    ☒ Normal    ☐ Not done |
| Doctor's name (please print)          Date read | Doctor's name (please print)          Date read |

| Serologic Test for Syphilis | Serologic Test for HIV Antibody |
|---|---|
| ☐ Reactive Titer (confirmatory test performed)   ☒ Nonreactive | ☐ Positive (confirmed by Western blot)   ☒ Negative |
| Test Type | Test Type |
| Doctor's name (please print)          Date read | Doctor's name (please print)          Date read |

**Immunization Determination** (DTP, OPV, MMR, Td-Refer to *PHS Guidelines* for recommendations.)

☒ Applicant is current for recommended age-specific immunizations.    ☐ Applicant is not current for recommended age-specific immunizations and I have encouraged that appropriate immunizations be obtained.

**REMARKS:**

**Civil Surgeon Referral for Follow-up of Medical Condition**

☐ The alien named above has applied for adjustment of status. A medical examination conducted by me identified the conditions above which require resolution before medical clearance is granted or for which the alien may seek medical advice. Please provide follow-up services or refer the alien to an appropriate health care provider. The actions necessary for medical clearance are detailed on the reverse of this form.

**Follow-up Information:**

The alien named above has complied with the recommended health follow-up.

Doctor's name and address (please type or print clearly)        Doctor's signature          Date

**Applicant Certification:**

I certify that I understand the purpose of the medical examination, I authorize the required tests to be completed, and the information on this form refers to me.

Signature                                Date
X                                        11/21/02

**Civil Surgeon Certification:**

My examination showed the applicant to have met the medical examination and health follow-up requirements for adjustment of status.

Doctor's name and address (please type or print clearly)        Doctor's signature          Date

JOHN B. K. ALLOTEY, M.D.                                                                   11/__/02

Health First Med. Ctr.
12450 Parklawn Dr.
Rockville, MD 20852

The Immigration and Naturalization Service is authorized to collect this information under the provisions of the Immigration and Nationality Act and the Immigration Reform and Control Act of 1986, Public Law 99-603.

Form I 693 (Rev 09/01/87) N          **PHYSICIAN OR HEALTH DEPARTMENT**

00177

SUPPLEMENTAL FORM TO I-693
Adjustment of Status Applicant's Documentation of Immunization
to be Completed by Civil Surgeon Only

**1. Applicant Identifying Information:**

MAWALLA (Family Name)    FREDERICK (First)    E. S. (Middle)    Date of Birth: 04/25/55 (Month/Day/Year)

☒ Male    ☐ Female    Passport Number: _____    Country: TANZAIA

**2. Immunization Record:**

| Vaccine | Date Received mo/day/yr | Date Received mo/day/yr | Date Received mo/day/yr | Date Received mo/day/yr | Date Given by Civil Surgeon mo/day/yr | Series Complete, Fully Immune (Give Date of lab test or documented disease) | Not Appropriate Age | Contra-Indicated | Insufficient Time Interval | Not Fall Season |
|---|---|---|---|---|---|---|---|---|---|---|
| DPT/DT | | | | | | | X | | | |
| Td | 11/22/00 | | | | | X | | | | |
| Polio (IPV/OPV) | | | | | | | X | | | |
| Measles (or MR or MMR) | | | | | | | X | | | |
| Mumps (or MMR) | | | | | | | X | | | |
| Rubella (or MR or MMR) | | | | | | | X | | | |
| HiB | | | | | | | X | | | |
| Hepatitis B | | | | | | | X | | | |
| Varicella | CLINICAL HISTORY OF DISEASE | | | | | X | | | | |
| Pneumococcal | | | | | | | X | | | |
| Influenza | | | | | | | X | | | |

Waivers to be requested from INS

BLANKET

Not Medically Appropriate (Check Reason)

**3. Results:**

☐ Applicant may be eligible for blanket waiver(s) as indicated above.

☐ Applicant will request an individual waiver based on religious or moral convictions.

☒ Vaccination history is complete for all required vaccinations, all requirements have been met.

☐ Applicant does not meet immunization requirements.

Health First Medical Grp
12450 Parklawn Drive
Rockville, MD  20852

**4. Civil Surgeon Identifying Information:**

Civil Surgeon's Name: JOHN B. ALLOTEY, M.D.
(Print or Type)

Date: 11/22/02

Civil Surgeon's Signature: _____

00178

**HEALTH FIRST** ✚ **MEDICAL GROUP, P.A.**
12450 Parklawn Drive, Suite 102
Rockville, Maryland 20852

UNITED STATES DEPARTMENT OF IMMIGRATION AND NATURALIZATION

RE: FREDERICK E.S. MAWALLA

00179

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER EAC-02-192-50905 | | CASE TYPE I140 IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| RECEIPT DATE May 17, 2002 | PRIORITY DATE October 25, 2001 | PETITIONER INTELSAT GLOBAL SERV |
| NOTICE DATE November 1, 2002 | PAGE 1 of 1 | BENEFICIARY MAWALLA, FREDERICK E. |

| LINDA M. HOFFMAN FREILICHER & HOFFMAN PC 1925 K ST NW STE 200 WASHINGTON DC 20006 | Notice Type:  Approval Notice Section: Mem of Profession w/Adv Deg,or of Exceptn'l Ability Sec.203(b)(2) |
|---|---|

The above petition has been approved. The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status. He or she should contact the local INS office to obtain Form I-485, Application for Permanent Residence. A copy of this notice should be submitted with the application, with appropriate fee, to this Service Center. Additional information about eligibility for adjustment of status may be obtained from the local INS office serving the area where he or she lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based on this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

CLIENT COPY

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
5 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone: (802) 527-4913**



00180

75 Lower Welden Street
St. Albans, VT 05479



**U.S. Citizenship
and Immigration
Services**

March 11, 2005

FREDERICK E S MAWALLA
C/O DENNIS A BAIRD ESQ
1323 FENWICK LANE 100
SILVER SPRING MD 20910

A Number: A97709901
File Receipt Number: EAC0416350660

Dear Sir/Madam:

Pursuant to Title 8, Code of Federal Regulations, part 103.2(b)(16)(i), you are hereby notified of the United
States Citizenship and Immigration Services' intent to deny the Application to Register Permanent Residence
or Adjust Status (Form I-485) that you filed under section 245 of the Immigration and Nationality Act (the
Act).

This letter is being sent to you because you do not appear to be eligible to adjust your status to that of a lawful
permanent resident, <u>unless you submit certain additional material</u>. An explanation follows.

Section 245(a) of the Act as amended provides that adjustment of status may be approved for an applicant
only if the applicant was inspected and admitted or paroled into the United States and if the applicant meets
all of the following three criteria:

1) the alien makes an application for such adjustment,
2) the alien is eligible to receive an immigrant visa and is admissible to the United States,
3) an immigrant visa is immediately available to him at the time his application is approved.

<u>On March 1, 2005</u>, the immigrant visa petition (Form I-140) that was filed and approved on your behalf was
revoked. Based on the current record, you do not appear to be eligible to adjust status to Lawful Permanent
Resident since there is no longer an immigrant visa immediately available to you.

However, section 106(c) of The American Competitiveness in the Twenty First Century Act (AC21) provides
that you may still adjust status, despite the grounds of ineligibility listed above, if your application has been
pending for 180 days or more and you can establish that you have a bona fide offer of employment from a
new employer in a same or similar occupation.

S
00181

Page 2
A97709901
EAC0416350660

In order for the validity of the revoked immigrant visa petition (Form I-140) to be preserved for adjustment of status based upon a new offer of employment pursuant to section 106(c) of the AC21 Act, you must submit the following:

1)  A written request to have your application considered under section 106(c) of the AC21 Act.

2)  An original letter on company letterhead outlining your employment or offer of employment by your current or prospective employer containing a detailed description of the offered position, duties, remuneration and prospect for continued employment.

Should you establish that you are eligible to adjust status pursuant to section 106(c) of the AC21 Act, provide the following additional supporting documents.

- Please submit **an original**, completed Form I-508, Waiver of Rights, Privileges, Exemptions, and Immunities. Form I-508 must be submitted for aliens who hold A, E, or G status. As indicated on the directions for the Application to Register Permanent Residence or Adjust Status (Form I-485), due to your claimed nonimmigrant status, "you are not eligible for adjustment of status...unless you complete Form I-508 (I-508F for French Nationals) to waive diplomatic rights, privileges and immunities..." Form I-508 must be submitted by all applicants who were admitted as an A, E, or G nonimmigrant and have not changed status to another nonimmigrant classification. This form is required regardless of whether you continue to maintain A, E, or G status.

- Please submit **an original** completed Form I-566, Interagency Record of Individual Requesting Change/Adjustment to or from A or G status. Form I-566 must be submitted for aliens who hold A or G status. As indicated on the directions for the Application to Register Permanent Residence or Adjust Status (Form I-485), due to your claimed nonimmigrant status, "you are not eligible for adjustment of status...unless you submit a completed Form I-566."

  Under Step 1, the appropriate reason would be ***Adjustment from A, G, or NATO nonimmigrant to immigrant status.*** Complete Parts 1, 3 (check box "2d"), 4, and 5. Also complete Part 2 if you are <u>not</u> applying to be the principal alien.

  Along with your response, please also attach the following supporting documents (if not previously submitted with your I-485 application):

  - Form I-94,
  - Form I-508,
  - Form I-508F, if you are a French National.

A final decision will not be made on your application for 30 days. During that time, you may submit the additional item(s) requested above. In the alternative, you may submit evidence showing you are not ineligible to adjust status on the basis of any of the grounds cited above.

00182

Page 3
A97709901
EAC0416350660

Send your response and a copy of this letter to:

      United States Citizenship and Immigration Services
      Vermont Service Center
      75 Lower Welden Street
      St. Albans, VT  05479

Sincerely,

Paul E. Novak, Jr.
Center Director

Enclosure(s)

LAW OFFICES

# DENNIS A. BAIRD, ESQ., P.C.

1323 FENWICK LANE, SUITE 100
SILVER SPRING, MD 20910

TEL: (301) 650-2030
FAX: (301) 650-2033

EMAIL: dbairdlaw@verizon.net
Admitted in MD, PA, & DC

April 6, 2005

Paul E. Novak, Jr.
U.S. Citizenship & Immigration Services
75 Lower Welden Street
St. Albans, VT 05479

**RE:  FREDERICK E S MAWALLA**
**ALIEN NO.: A97 709 901**
**EAC NO.:   EAC0416350660**

Dear Mr. Novak, Jr.:

Pursuant to your letter dated March 11, 2005, please construe this as a response to the revocation of the Form I-140 Petition. Allegedly based upon the current record the beneficiary/applicant does not appear to be eligible to adjust his status.

However, we would like to invoke section 106 (c) of the American Competitiveness in the Twenty First Century Act (AC21) which provides that a person may still adjust status, despite the grounds of any ineligibility listed above, if the application has been pending for 180 days or more and he can establish that he has a bona fide offer of employment from a new employer in the same or similar occupation.

Based on the foregoing, we are requesting validity of the revoked immigrant visa petition (Form I-140) to be preserved for adjustment of status based upon a new offer of employment pursuant to Section 106 (c) of the AC21 Act.

Accordingly, we attach hereto and incorporate by reference herein the following documentation.

1.   A written request for consideration under section 106 (c) of the AC21.
2.   An original letter on company letterhead outlining employment or offer of employment by prospective employer.
3.   Letter accepting Employment;

00184

4.    Original, completed Form I-508 – Waiver of Rights, Privileges, Exemptions and Immunities;

5.    Original, completed Form I-566 – Interagency Record of Individual Requesting Change/Adjustment to or from A or G Status;

6.    Form G-28 – Notice of appearance as Attorney

Please note that his wife who is a G-4 is a derivative beneficiary's and has been assigned Alien number A72 422 313.  The three children are also derivative beneficiaries and they have been assigned EAC Numbers, Koichi K. Mawalla EAC-04-163-50721, Sombiro K. Mawalla Jr., EAC-04-163-50736 and Wene F. Mawalla EAC-04-163-50699.

Thank you for your cooperation in this regard.

Sincerely,

Dennis A. Baird, Esq.
DAB/mo

April 6, 2005

District Director
U.S. Citizenship & Immigration Services
75 Lower Welden Street
St. Albans, VT 05479

**RE:    REQUEST LETTER FOR CONSIDERATION**
**A97 709 907**
**EAC01-163-50660**

Dear District Director:

This is to confirm that I would like to be considered under section 106 (C) of the AC21
Act.

Thank you for your consideration in this regard.

Sincerely,

Frederick Mawalla

WATERPROOFING
DRAIN TILE
SPRAY COATINGS

DAMPPROOFING
SILCONE
ELASTOMERIC

## *Bethesda Asphalt & Bituminous Co.*

### WATERPROOFING CONTRACTORS
1090 TAFT STREET
ROCKVILLE, MARYLAND 20850
Phone (301) 424-7213
Fax (301) 424-4127

Mr. Frederick E. Mawalla
509 Castleford Street
Rockville, MD-20851

02rd.0February.05

### <u>EMPLOYMENT OFFER</u>

Dear Mr. Mawalla:

As we discussed in our recent telephone call, I was very impressed with your credentials and background when we met in my office at 1090 Taft Street in Rockville Maryland. We need an engineer to consult with us. I am pleased to offer you a regular appointment with the Bethesda Asphalt & Bituminous Co., and your employment prospect is good and and exspect you to start at 22nd August 2005

Much of your work will be done at the head quarters, on 1090 Taft Street, Rockville MD-20850, and occasionally on new testing site in Virginia and D.C area This appointment is offered on the basis, <u>inter alia</u>, of provision of a letter of acceptance of this position stating that you will continuously be with us..

### Initial Appointment

- Title:                Testing Engineer
- Salary:            $ 49075.00.00 to 67,710.00 per annum.
- Effective Date:      22 August 2005.

### Job description

- Develop testing and analytical tools to support the electronics elastomeric, silicone and damp roofing electrical testing equipment and process.
- Evaluate the test results and prepare a report presenting data on the outcome of the tests
- Provide technical input for the further expansion of the product line
- Drafting instruction for use of the product by the consumers
- Monitoring and review product use and  Consult with the management on the performance of the system

The salary shown above does not include any travel and future relocation benefits to which you may be entitled. As a staff member on regular appointment, you are entitled to all the regular staff benefits described in the McCarthy Medical Marketing, Inc. Administration Procedure Manual. Deduction will be made for premium for any group life, accident and health insurance you may elect.

The Bethesda Asphalt & Bituminous Co. Administration Procedure Manual with detailed benefit package, action forms etc, will be provided to you after the confirmation of your employment.

If you accept appointed to the position described above, please sign and return to me the original of this letter and retain the enclosed copy for you records.

Sincerely,

Roger Weeks
President

I hereby accept the appointment described in this letter, subjected to the terms and conditions herein specified.

Signature: _____     Date: 06Th APRIL 2005

Subscribed and sworn to before me. in my presence,
this 6th day of APRIL 2005 a Notary Public
in and for the STATE of MARYLAND
_____
Notary Public
My commission expires MARCH 01 2006

00187

Telephone: 1 301-424-4213 Fax: 301-424-4127
1090 Taft Street.
Rockville
MD-20850

Mr. Frederick E.S. Mawalla                              17th March, 2005
P.O. BOX 503
509 Castleford Street
Rockville
MD-20851

Dear Roger Week

### RE: TEST ENGINEER JOB OFFER

     I am writing in reference to our telephone call today the 17th March, 2005 on the update of the availability of my job offer, which you said it is still open to me as was mentioned on the job offer.

I am pleased to accept the test engineering job offer, with Bethesda Asphalt & Bituminous Co. As you can see from my resume and in our recent telephone call, my engineering wide experience and my ability to work as a team will be beneficial to Bethesda Asphalt & Bituminous Co, and I will endeavor to perform this job to the best of my ability.

I accordingly accept the offer of employment to work with Bethesda Asphalt & Bituminous Co. as a permanent employee develop testing and analytical tools to support the new electronic elastomeric, silicone and damp roofing testing equipment and process.

     I accept the terms of my employment listed bellows:

- Title:             Testing Engineer
- Salary:            $ 49,075.00 to 67,710.00 per annum.
- Effective Date:    22nd August, 2005

     I will be readily available to start working on the effective date and I look forward to the opportunity of coming aboard.

Thank you so much for all your support

Sincerely

Frederick E.S. Mawalla
**SS # 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**

**Subscribed and sworn to before me this....... Day of April 2005**

**NOTARY PUBLIC**

Subscribed and sworn to before me, in my presence,
this 6th day of APRIL 2006 Notary Public
in and for the STATE of MARYLAND

Gladys Betancourt
Notary Public
My commission expires MARCH 01 2006

1

00188

**WAIVER OF RIGHTS, PRIVILEGES, EXEMPTIONS AND IMMUNITIES**
(Under Section 247(b) of the Immigration & Nationality Act)

The authority for collection of the information requested on this form is contained in 8 U. S. C. 1257(b). Submission of the information by an alien to request that he be permitted to retain status as an immigrant lawfully admitted for permanent residence is voluntary. The solicited information will be used principally by the Service to determine whether the status of the alien applicant shall be adjusted under the provisions of section 247(a) of the Immigration and Nationality Act. 8 U. S. C. 1257(a), to that of a nonimmigrant as described by section 101(a)(15)(A), (E), or (G) of the Immigration and Nationality Act, 8 U. S. C. 1101(a)(15)(A), (E), or (G). The information solicited may also, as a matter of routine use, be disclosed to other federal, state, local, or foreign law enforcement and regulatory agencies, the Department of Defense including any component thereof (if the applicant has served in the Armed Forces of the United States), the Department of State, Central Intelligence Agency, Interpol and individuals and organizations during the course of investigation to elicit further information required by this Service to carry out its functions. Failure to provide any or all of the solicited information may result in the alien's adjustment of status from that of a lawful permanent resident to that of a nonimmigrant classification under paragraphs 15(A), 15(E) or 15(G) of section 101(a) of the Immigration and Nationality Act.

FORM I-508 (Rev. 10-1-80) Y                     (Tear off this sheet before executing form)

---

(Under Section 247(b) of the Immigration & Nationality Act)

File No. A97 709 901

I, (name) Frederick E.S. Mawalla                              believing that I
Type or print

have an occupational status entitling me to a nonimmigrant classification under paragraph 15(A) (Government official) 15(E) (Treaty Trader) or 15(G) (International Organization Representative), of Section 101(a) of the Immigration and Nationality Act and desiring to acquire and/or retain the status of an alien lawfully admitted for permanent residence, do hereby waive all rights, privileges, exemptions and immunities which would otherwise accrue to me under any law or executive order by reason of such occupational status. French Nationals receiving salary from French Republic are required to execute additional waiver on Form I-508F)

| I WAS BORN ON: (Month, Day, Year) | AT: (City and Country) |
|---|---|
| 4-25-1955 | Moshi  Tanzania |

I AM EMPLOYED BY: (Name and Address of Mission or Organization)
Job Offer: Medical Marketing Inc. McCarthy 1601 Lincoln Av. WA

| SIGNATURE | DATE |
|---|---|
| Mawalla | 04/01/05 |

| FOR GOVERNMENT USE ONLY (FRENCH NATIONALS PAID BY FRENCH REPUBLIC) |
|---|
| ☐ FORM I-508F EXECUTED.   ☐ EXEMPT   ☐ NOT EXEMPT  FROM U.S. TAXES |

Form I-508 A (Rev. 10-1-80) Y                     FILE COPY

☆U.S. GOVERNMENT PRINTING OFFICE

Dept. of Justice Immigration and Naturalization Service

00189

OMB No. 1615-0027; Expires 1/31/07

**I-566, Interagency Record of Request -**
A, G or NATO Dependent Employment Authorization
or Change/Adjustment to/from A, G or NATO Status

U.S. Department of Homeland Security
Bureau of Citizenship and Immigration Services

---

**START HERE - Please Type or Print in Black Ink.**

**Part 1.    Information about you.** (*The person seeking employment authorization or change/adjustment of status.*)

| 1. Family Name | Given Name | Middle Name |
|---|---|---|
| MAWALLA | FREDERICK | ELIAMPENZI SOMBIRO |

2. Home Address - Street Number and Name | Apt.#
509 CASTLEFORD STREET

| City | State | Zip Code |
|---|---|---|
| ROCKVILLE | MD | 20851 |

3. Mailing Address - Street Number and Name | Apt. # | C/O (*in care of*):
509 CASTLEFORD STREET

| City | State | Zip Code | Daytime Phone # (*with area code*) |
|---|---|---|---|
| ROCKVILLE | MD | 20851 | 240-388-7107 |

| 4. Date of Birth (*mm/dd/yyyy*) | 5. Country of Birth | 6. Country of Citizenship |
|---|---|---|
| 04/25/1955 | TANZANIA | TANZANIA |

| 7. Gender | 8. Marital Status | 9. A # (*if any*) |
|---|---|---|
| [✓] Male   [ ] Female | [✓] Married   [ ] Not Married | 97 709 901 |

| 10. Social Security # (*if any*) | 11. I-94 # (*Arrival/Departure Document*) | 12. DOS Personal Identification # (*PID*) |
|---|---|---|
| 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 | 41059799007 | EAC0416350660 |

| 13. Date of Last Entry into the U.S. (*mm/dd/yyyy*) | 14. Current Immigration Status | 15. Relationship to Principal (*if applicable*) |
|---|---|---|
| 08/04/2002 | G-4 | SELF |

**Part 2.    Information about principal alien.**

| 1. Family Name | Given Name | Middle Name |
|---|---|---|
|  |  |  |

2. Home Address - Street Number and Name | Apt.# | City | State | Zip Code

| 3. Date Tour of Duty Expected to End (*mm/dd/yyyy*) | 4. Country of Citizenship | 5. Marital Status |
|---|---|---|
|  |  | [ ] Married   [ ] Not Married |

| 6. Job Title | 7. I-94 # (*Arrival/Departure Document*) | 8. DOS Personal Identification # (*PID*) |
|---|---|---|
|  |  |  |

**Part 3.    Type of request.** (*See instructions for complete information on the different types of requests.*)

1. [✓] I am requesting employment authorization as a:
    a. [ ] spouse.    b. [ ] son or daughter, age: [    ], who: [ ] is a full-time, post-secondary student.    [ ] is disabled.

2. [✓] I am requesting change/adjustment of status. (*Select one.*)
    a. [ ] Change of nonimmigrant status to A, G or NATO nonimmigrant - specifically to: [    ]
    b. [ ] Section 247(a), immigrant to A or G nonimmigrant.
    c. [ ] Change to other nonimmigrant status from A, G or NATO - specifically to: [    ]
    d. [✓] Adjustment from A, G or NATO nonimmigrant to immigrant.
    e. [ ] A-1, A-2, G-1 or G-2 nonimmigrant applying under Section 13 of the Act of September 11, 1957.

**Part 4.    Certification - Submit 2 copies with original signatures - "For Official Use Only" page must also be attached.**

I certify under penalty of perjury that the foregoing is true and correct. I understand false information is a basis for denial or termination of the benefit requested and for other penalties provided by law and regulation. If I am requesting employment authorization, I further certify that I do not have a criminal record. I have not violated United States immigration and/or visa laws, I have not worked illegally in the United States, and I have paid Social Security and all applicable taxes on all employment in the United States.

| Signature | Date (*mm/dd/yyyy*) |
|---|---|
| F Mawalla | 04/01/2005 |

Copy 1: CIS    Copy 2: DOS/NATO/HQ SACT/USUN/VISA OFFICE                   Form I-566 (Rev. 02/23/04) N

00190

**Part 5.    Your personal information.**

| Your Name *(family, given, middle)* | Date of Birth *(mm/dd/yyyy)* | DOS Personal Identification # *(PID)* |
|---|---|---|
| MAWALLA, FREDERICK E.S. | 04/25/1955 | EAC-04-163-50660 |

## For Official Use Only

**Part 6.    Certification by Diplomatic Mission, International Organization, NATO/HQ SACT or NATO Member State.** *(Certifying official must have this information and page to complete process.)*

☐ I certify that the information provided on the first page of this Form I-566 is true and correct to the best of my knowledge and according to our official records.

☐ As an applicant for employment authorization, I further certify that his or her eligibility has been verified under the provisions of:

    ☐ A bilateral agreement with:        ☐ A *de facto* agreement with:

Check each of the following that apply:

    ☐ Without a numerical limit.    ☐ With a numerical limit and this applicant is within the limit; and
        ☐ Schedule B eligibility    ☐ Based on principal alien's G-4 status

☐ As an applicant for status as a principal alien, I further certify that he or she is being offered the position of:

and was notified to the DOS on *(date)*:

| Signature of Certifying Officer or Official | Printed Name | Official Seal |
|---|---|---|
| | | |

**Name and Address of Diplomatic Mission, International Organization, NATO/HQ SACT or NATO Member State**

| Duty/Title | Phone Number *(include area code)* | Date *(mm/dd/yyyy)* |
|---|---|---|
| | | |

**Part 7. DOS, NATO/HQ SACT and/or USUN use only.**

1. The Department of State, NATO/HQ SACT and/or USUN:
    ☐ Recommends the request be granted.    ☐ Recommends the request be denied.
    If the recommendation is for denial, provide a reason(s) for such recommendation:

2. Date *(mm/dd/yyyy)*    Phone Number *(include area code)*    3.  Office:
    ☐ Protocol  ☐ USUN  ☐ NATO/HQ SACT  ☐ Visa

4. Signature 1    Signature 2

**Part 8. CIS use only.**

1. From:
    Adjudicator's Identification #    CIS Office    Office Phone Number *(with area code)*    A # / File #

2. To:
    ☐ Protocol  ☐ USUN  ☐ NATO/HQ SACT  ☐ Visa Office (Subject filed under Section 13. Please advise CIS of your findings.)

3. Adjustment or Change of Status:    Date of Decision *(mm/dd/yyyy)*    If change of status granted, give new status:
    ☐ Granted  ☐ Denied

4. Request for Employment Authorization:    Date of Decision *(mm/dd/yyyy)*:    Valid to *(mm/dd/yyyy)*:    Classification:
    ☐ Granted  ☐ Denied

5. DOS/NATO/HQ SACT/USUN/Visa Office Notified:    Date of Notification *(mm/dd/yyyy)*:
    ☐ Yes  ☐ No

00191

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Entry of Appearance
as Attorney or Representative**

Appearances - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

In re:                                                   Date:
FREDERICK E.S. MAWALLA                                   File No.

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

Name:
FREDERICK E.S. MAWALLA
☐ Petitioner   ☑ Applicant
☐ Beneficiary

Address: (Apt. No.)  (Number & Street)  (City)  (State)  (Zip Code)
509 CASTLEFORD STREET   ROCKVILLE   MD   20851

Name:
☐ Petitioner   ☐ Applicant
☐ Beneficiary

Address: (Apt. No.)  (Number & Street)  (City)  (State)  (Zip Code)

Check Applicable Item(s) below:

☑ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia
UNITED STATES      SUPREME COURT      and am not under a court or administrative agency
Name of Court
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with
the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also check item 1 or 2 whichever is appropriate.)*

☐ 4. Others (Explain Fully.)

SIGNATURE

NAME (Type or Print)
DENNIS A. BAIRD, ESQ.

COMPLETE ADDRESS
Law Offices of Dennis A. Baird, Esq. 1323 Fenwick Lane 100 Silver Spring MD 20910

TELEPHONE NUMBER
301-650-2030

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*
DENNIS A. BAIRD, ESQ.

(Name of Attorney or Representative)

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

Name of Person Consenting      Signature of Person Consenting      Date
FREDERICK E.S. MAWALLA         Mawalla.         4/6/05

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09/26/00)Y

00192





ship &
n Services
elden Street
05479

**UNITED STATES DEPARTMENT OF JUSTICE**

**IMMIGRATION AND NATURALIZATION SERVICE**

# COVER SHEET

# RECORD
# OF
# PROCEEDING

This is a permanent record of the Immigration and Naturalization Service. Any part of this record that is removed MUST BE RETURNED after it has served its purpose.

## INSTRUCTIONS

1.  Place a separate cover sheet on the top of each Record of Proceeding.

2.  Each Record of Proceeding is to be fastened on the inner left side of the file jacket in chronological order.

3.  Any person temporarily removing any part of this record must make, date, and sign a notation to this effect which is to be retained in this record, below the cover sheet. The signer is responsible for replacing the removed material as soon as it has served its purpose.

4.  See AM 2710 for detailed instructions.

M-175 (Rev. 10-20-69)                                    GPO 883-533

00194

U.S. Department of Homeland Security
75 Lower Welden Street
St. Albans, VT 05479



**U.S. Citizenship
and Immigration
Services**

MAR 1 1 2005

INTELSAT GLOBAL SERV CORP
ATTN LINDA M HOFFMAN ESQ
FREILICHER & HOFFMAN PC
1925 K ST NW STE 200
WASHINGTON DC  20006

A Number: A97709901
File Receipt Number: EAC0219250905
Beneficiary: MAWALLA, FREDERICK

Dear Sir/Madam:

Reference is made to the petition filed by you in behalf of the beneficiary, Frederick Mawalla, on May 15, 2002.

On October 31. 2002, the United States Citizenship and Immigration Services approved the petition and it was housed at this office.

It has now come to the attention of this office that you wish to have the petition revoked.

Therefore, the approval of your petition is automatically revoked in accordance with 8 CFR 205.1(a)(3)(iii)(C).

Sincerely,

*Paul E. Novak J.*

Paul E. Novak, Jr.
Center Director


CC:     C BOSTICK HR OPERATIONS SR MGR
        INTELSAT GLOBAL SERV CORP
        3400 INTERNATIONAL DR NW
        WASHINGTON DC  20008

TA 874



inspiring connections

20 August 2004

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Vermont Service Center
75 Lower Welden St.
Saint Albans, Vermont 05479

Dear Sir/Madam

Please be advised that the following individual is no longer employed by Intelsat Global Service Corporation, and therefore the Company is withdrawing its I-140 Petition.

| | |
|---|---|
| Name: | Frederick E. Mawalla |
| I-140 Receipt Number | EAC-02-192-50905 |
| Last Known Address: | 509 Castleford St, Rockville, MD 20851 |
| I-140 Petition Filed: | May 17, 2002 |

A 97 709961

Attached please find a photocopy of Form I-797C Notice of Action referring to this matter.

If you have any questions, please let us know.

Sincerely,

Carrolyn J. Bostick
Director, HR Operations

Bm

cc:    Freilicher & Hoffman
       Personnel File
       Labor Certification File

District of Columbia                                              :ss:

Subscribed and sworn to before me this
day of _August_ , 20 __
Witness my hand and official seal:

_____ Notary Public

My Commission Expires _____

CLAIMS _____
FARES _____
RAFACS _____
CIS _____
NIIS _____
STS _____
MF _____
RA _____

407K

Intelsat Global Sevice Corporation
3400 International Drive NW, Washington DC 20008-3006 USA www.intelsat.com T +1 202-944-6800 F +1 202-944-7898

00196

26100



RECEIVED
CENTER DIRECTOR

2004 SEP 17 PM 1:15

INS/VSC
JT. ALBANS, VT 05479-0001
202

-----DATE STAMP-----

SERVICE CENTER



VT Number

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>EAC-02-192-50905 | | CASE TYPE  I140<br>IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| RECEIPT DATE<br>May 17, 2002 | PRIORITY DATE<br>October 25, 2001 | PETITIONER<br>INTELSAT GLOBAL SERV |
| NOTICE DATE<br>November 1, 2002 | PAGE<br>1 of 1 | BENEFICIARY<br>MAWALLA, FREDERICK E. |

| INTELSAT GLOBAL SERV<br>C/O C BOSTICK HR OPERATIONS SEN MGR<br>3400 INTERNATIONAL DR NW<br>WASHINGTON DC 20008 | Notice Type:  Approval Notice<br>Section: Mem of Profession w/Adv Deg or<br>     of Exceptn'l Ability<br>     Sec 203(b)(2) |
|---|---|

Courtesy Copy: Original sent to: HOFFMAN, LINDA M

This courtesy notice is to advise you of action taken on this case.  The official notice has been mailed to the attorney or representative indicated above.  Any relevant documentation included in the notice was also mailed as part of the official notice.

The above petition has been approved.  The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status.  He or she should contact the local INS office to obtain Form I-485, Application for Permanent Residence.  A copy of this notice should be submitted with the application, with appropriate fee, to this Service Center.  Additional information about eligibility for adjustment of status may be obtained from the local INS office serving the area where he or she lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based on this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action.  The NVC also determines which consular post is the appropriate consulate to complete visa processing.  It will then forward the approved petition to that consulate.

This courtesy copy may not be used in lieu of official notification to demonstrate the filing or processing action taken on this case.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone: (802) 527-4913**



U.S. Department of Justice
Immigration and Naturalization Service

**Entry of Appearance**
**as Attorney or Representative**

**Appearances** - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: MAWALLA, Frederick Eliampenzi Sombiro | Date: April 15, 2002 |
| | File No. |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

| Name: | | [X] Petitioner | [ ] Applicant |
| Intelsat Global Service Corporation | | [ ] Beneficiary | |
| Address: (Apt. No.)      (Number & Street) | (City) | (State) | (Zip Code) |
| 3400 International Drive, N.W., Washington, DC 20008, USA | | | |

| Name: | | [ ] Petitioner | [ ] Applicant |
| | | [ ] Beneficiary | |
| Address: (Apt. No.)      (Number & Street) | (City) | (State) | (Zip Code) |

*Check Applicable Item (s) below:*

[X] 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia
_____District of Columbia_____   _____D.C. Court of Appeals_____   and am not under a court or administrative agency
                                      Name of Court
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

[ ] 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

[ ] 3. I am associated with
the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also check item 1 or 2 whichever is appropriate.)*

[ ] 4. Others (Explain Fully.)

| SIGNATURE | COMPLETE ADDRESS  Freilicher & Hoffman, P.C. |
| | 1925 K Street, NW, Suite 200, Washington, D.C. 20006 |
| NAME (Type or Print) | TELEPHONE NUMBER |
| Linda M. Hoffman | (202) 331-9450 |

PURSUANT TO THE PRIVACY CY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:

_____Linda M. Hoffman_____
(Name of Attorney or Representative)

THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:

| Name of Person Consenting | Signature of Person Consenting | | Date |
| Carrolyn Bostick, Senior Manager, H.R. Operations | | | 5/6/02 |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 H.SEQ.

Form G-28 (09/26/00)Y

00199

**U.S. Department of Justice**
Immigration and Naturalization Service

OMB No. 1115-0061

# Immigrant Petition for Alien Worker

## START HERE - Please Type or Print.

**FOR INS USE ONLY**

Receipt

### Part 1.    Information about the person or organization filing this

If an individual is filing, use the top name line. Organizations should use the second line.

| Family Name | Given Name | Middle Initial |
|---|---|---|

Company or Organization **Intelsat Global Service Corporation**

Address - Attn: **Carolyn Bostick, H.R. Operations Manager**

Street Number and Name **3400 International Drive, N.W.**    Room

City **Washington**    State or Province **DC**

Country **USA**    Zip/Postal Code **20008**

E-mail Address:

IRS Tax # **522293595**    Social Security # (if any)

EAC-02-192-50905 ENCOWB02
05/17/2002

### Part 2.    Petition type.

This petition is being filed for (check one)

a. ☐ An alien of extraordinary ability
b. ☐ An outstanding professor or researcher
c. ☐ A multinational executive or manager
d. ☒ A member of the professions holding an advanced degree or an alien of exceptional ability (who is **NOT** seeking a National Interest Waiver.)
e. ☐ A skilled worker (requiting at least two years of specialized training or experience) or professional (Item F- no longer available)
f. ☐ Any other worker (requiting less than two years of training or experience)
g. ☐ An alien applying for a national interest waiver (who IS a member of the professions holding an advanced degree or an alien of exceptional ability)

**Classification:**
☐ 203(b)(1)(A) Alien of Extraordinary Ability
☐ 203(b)(1)(B) Outstanding Professor or Researcher
☐ 203(b)(1)(C) Multi-national executive or manager
☒ 203(b)(2) Member of professions w/adv. degree or exceptional ability
☐ 203(b)(3) (A) (i) Skilled Worker
☐ 203(b)(3) (A) (ii) Professional
☐ 203(b)(3) (A) (iii) Other worker

**Certification:**
☐ National Interest Waiver (NIW)
☐ Schedule A, Group I
☐ Schedule A, Group II

### Part 3.    Information about the person you are filing for.

| Family Name **MAWALLA** | Given Name **Frederick** | Middle Initial **E** * |
|---|---|---|

Address - C/O    ***Eliampenzi Sombiro**

Street # and Name **509 Castleford Street**    Apt. #

City **Rockville**    State or Province **MD**

Country **USA**    Zip/Postal Code **20851**

E-mail Address:

Date of Birth (Month/Day/Year) **04/15/1955**    Country of Birth **Tanzania**

Social Security # (if any) **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**    A # (if any) **None.**

| If in the U.S. | Date of Arrival (Month/Day/Year) **01-17-2001** | I-94 # **41059799007** |
|---|---|---|

Current Nonimmigrant Status **G-4**    Expires on (Month/Day/Year) **D/S**

**Priority Date** 10/25/01    **Consulate** 245

**Remarks** ② E21 047

**Action Block**
APPROVED
I.N.S. DISTRICT DIRECTOR
OCT 31 2002
VSC  8899

Form I-140 (Rev. 08/30/01)N

00200