## Part 4.  Processing Information.

Please complete the following for the person named in Part 3: (Check one)

☐ Alien will apply for a visa abroad at the American
Consulate in:                                            City: _____    Foreign
                                                                              Country: _____

☒ Alien is in the United States and will apply for adjustment of status to that of lawful permanent resident.

Alien's Country of Nationality:  **Tanzania**

Alien's country of current residence or, if now in the U.S., last permanent residence abroad: _____

If you provided a U.S. address in Part 3, print the person's foreign address: _____

If the person's native alphabet is other than Roman letters, write the person's foreign name and address in the native alphabet:

| | | |
|---|---|---|
| Are you filing any other petitions or applications with this one? | ☒ No | ☐ Yes-attach an explanation |
| Is the person you are filing for in removal proceedings? | ☒ No | ☐ Yes-attach an explanation |
| Has any immigrant visa petition ever been filed by or on behalf of this person? | ☒ No | ☐ Yes-attach an explanation |

If you answered yes to any of these questions, please provide the case number, office location, date of decision and disposition of the decision on a separate sheet of paper.

## Part 5.  Additional information about the petitioner.

Type of petitioner (Check one).

☒ Employer    ☐ Self    ☐ Other (Explain, e.g., Permanent Resident, U.S. Citizen or any other person filing on behalf of the alien.)

If a company, give the following:
Type of business  Global Telecommunications        NAICS Code:  5 1 3 3 4 0

| Date Established 1964 | Current # of emplo... | Gross Annual Income... | Annual Income 4 million |
|---|---|---|---|

*See attachment for IBIS*

If an individual, give the following:
Occupation _____

## Part 6.  Basic information about the pr...

Job title  Technical Support Engineer, Earth Stati...                    1 7 — 2 0 7 1

Nontechnical description of job  Process earth station applications, d...    ..s, maintain database.

Address where the person will work if different from address in Part 1.  Same as Part 1.

Is this a full-time position?:  ☒ Yes  ☐ No (hours per week _____ )    Wages per week $ 71,189.00 **per year**

Is this a permanent position?:  ☒ Yes  ☐ No    Is this a new position?  ☒ Yes  ☐ No

## Part 7.  Information on spouse and all children of the person you are filing for.

List husband/wife and all children related to the individual for whom the petition is being filed. Provide an attachment of additional family members, if needed.

| (Name) | (Relationship) | (Date of Birth) | (Country of Birth) |
|---|---|---|---|
| ✓ Eunice Fred Sombiro MAWALLA | Spouse | 02/05/1969 | Tanzania |
| ✓ Victoria Anamndumi SOMBIRO | Daughter | ...1979 | Tanzania |
| Wene Sombiro MAWALLA | Daughter | 04/05/1991 | Tanzania |
| Ana Eliangisongoya MAWALLA | Daughter | 01/12/1994 | USA |
| See attached. | | | |

IBIS
10-31-0...
NH   R   NR
VSC   1350

IBIS
10-31-03
NH   R   NR
VSC   1350

Form I-140 (Rev. 08/30/01)N Page 2

00201

**Part 8.    Signature.**    *Read the information on penalties in the instructions before completing this section. If someone helped you prepare this petition, he or she must complete Part 9.*

I certify, under penalty of perjury under the laws of the United States of America, that this petition and the evidence submitted with it are all true and correct. I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

| Petitioner's Signature | Print Name | Date | Daytime Telephone No. |
|---|---|---|---|
| *Carolyn Bostick* | Carolyn Bostick, HR Operations Sr. Mgr. | 5/9/2 | 202-944-6800 |

E-mail Address:

**Please Note:** *If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested benefit and this petition may be denied.*

**Part 9.    Signature of person preparing form, if other than above.** *(Sign below)*

I declare that I prepared this petition at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Name | Date | Daytime Telephone No. |
|---|---|---|---|
| *Linda M. Hoffman* | Linda M. Hoffman | 05/8/02 | 202-331-9450, FAX (202) 466-8151 |

Firm's Name    Freilicher & Hoffman, P.C.
and Address    1925 K Street, NW, Suite 200, Washington, D.C. 20006

E-mail Address: lmh@fhimmlaw.com

**To Be Completed by** *Attorney or Representative, if any.*

[X] Fill in box if G-28 is attached to represent the petitioner.

| VOLAG No. | ATTY State License No. WDC#396134 |
|---|---|

Attorney or Representative Signature: *Linda M. Hoffman*
Note: In the event of a Request for Evidence (RFE) may the INS contact you by Fax or E-mail:    [X] Yes    [ ] No

Fax Number:
(202) 466-8151

E-mail Address:
lmh@fhimmlaw.com

**ATTACHMENT TO FORM - 40**
**ALIEN: MAWALLA, FREDERICK ELIAMPENZI SOMBIRO**

**PART 7 (continued)**
**List husband/wife and all children related to the individual for whom the petition is being filed:**

| | |
|---|---|
| Name: | Koichi Klemi Sombiro MAWALLA |
| Relationship: | Son |
| Date of Birth: | 10/27/1995 |
| Country of Birth: | Tanzania |

| | |
|---|---|
| Name: | Sombiro Jr. Klemi MAWALLA |
| Relationship: | Son |
| Date of Birth: | 06/20/1997 |
| Country of Birth: | Tanzania |

| | |
|---|---|
| Name: | Sai Eliringia Klemi SOMBIRO |
| Relationship: | Son |
| Date of Birth: | 06/20/1997 |
| Country of Birth: | Tanzania |

INS
10-31-02
NH    R    NR
VSC    1350

00203

# FREILICHER & HOFFMAN, P.C.

May 9, 2002

Immigration and Naturalization Service
Vermont Service Center
75 Lower Welden Street
St. Albans, VT 05479-0001

|  |  |
|---|---|
| **Re:** | **I-140 Immigrant Petition for Alien Worker** |
| **Petitioner:** | **Intelsat Global Service Corporation** |
| **Alien:** | **Mr. Frederick Mawalla** |

Dear Sir/Madam:

Intelsat Global Service Corporation ("Intelsat Global") submits the enclosed I-140 Immigrant Petition to classify Frederick Mawalla as a member of the professions holding an advanced degree pursuant to 203(b)(2) of the Immigration and Nationality Act.

Specifically, the petitioner encloses the following:

1. I-140 Petition for Alien Worker with all necessary supporting documentation;

2. Intelsat Global's financial summary for 2000 verifying petitioner's ability to pay the proffered wage at the time the ETA-750 was filed;

3. Form G-28; and

4. Filing fee of $135.

Thank you for your consideration of this matter.

Sincerely,

Linda M. Hoffman

Enclosures
LMH/mc

SUITE 200 • 1925 K STREET, NW • WASHINGTON, DC 20006
TEL: 202-331-9450 • FAX: 202-466-8151

**EMPLOYMENT AND TRAINING ADMINISTRATION**
**The Curtis Center**
**170 S. Independence Mall West**
**Suite 825 East**
**Philadelphia, Pennsylvania 19106-3315**

**FINAL DETERMINATION**

P2002-DC-03371216

In reply refer to:  REP

March 18, 2002

Frederick MAWALLA
Alien's name

Electronics Test Engineer
Alien's Occupation

INTELSAT GLOBAL SERVICE CORPORATION
Linda Hoffman, Esquire
c/o Freilicher & Hoffman  PC
1925 K Street, N.W., Suite 200
Washington,  DC  20006

October 25, 2001
Date of acceptance for processing

The Department of Labor has made a determination on your Application for Employment Certification pursuant to Title 20, Code of Federal Regulations, Part 656 and as required by the Immigration and Nationality Act, as amended.

Form ETA 750 has been certified and is enclosed. This certification must be attached to the I-140 petition and filed with the Immigration and Naturalization Service, U.S. Department of Justice, Eastern Service Center, 75 Lower Welden Street, St. Albans, Vermont 05479-0001.

Sincerely,

Richard E. Panati
Certifying Officer

cc:    State ES Agency - DC
       INTELSAT GLOBAL SERVICE CORPORATION
       Frederick MAWALLA

Attachments:  ETA 750A, ETA 750B

*I have reviewed this document and certify that it is a true copy of its original.*

*Earl J Reyes Esq*

*Attorney licensed to practice law in the State of Illinois.*

*Original ETA placed with
EAC 05 083 50556 for
labor sub at VSC 1054 5-2-05*

ETA 7145PA(REV.MAR.,1990)

00205

# APPLICATION
# FOR
# ALIEN EMPLOYMENT CERTIFICATION

**IMPORTANT: READ CAREFULLY BEFORE COMPLETING THIS FORM**
PRINT legibly in ink or use typewriter. If you need more space to answer questions on the form, use a separate sheet. Identify each answer with the number of the corresponding question. SIGN AND DATE each sheet in original signature.

To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary, or both (8 U.S.C. 1001).

## PART A. OFFER OF EMPLOYMENT

**1. Name of Alien** *(Family name in capital letter, First, Middle, Maiden)*

MAWALLA          Frederick          Eliampenzi Sombiro

**2. Present Address of Alien** *(Number, Street, City and Town, State ZIP Code or Province, Country)*

509 Castleford Street      Rockville      MD   20851   USA

**3. Type of Visa** *(If in U.S.)*

G-4

The following information is submitted as evidence of an offer of employment.

**4. Name of Employer** *(Full name of organization)*

Intelsat Global Service Corporation

**5. Telephone** *(Area Code and Number)*

202-944-6800

**6. Address** *(Number, Street, City or Town, Country, State, Zip Code)*

3400 International Drive, N.W., Washington, DC 20008 USA

**7. Address Where Alien Will Work** *(if different from item 6)*

Same address as #6

| 8. Nature of Employer's Business Activity | 9. Name of Job Title | 10. Total Hours Per Week | | 11. Work Schedule (Hourly) | 12. Rate of Pay | |
|---|---|---|---|---|---|---|
| | | a. Basic | b. Overtime | | a. Basic | b. Overtime |
| Global Telecommunications | Technical Support Engineer, Earth Station Support | 40 | N/A | 8:30 a.m. 5:15 p.m. | $69,660.00 per Year | $N/A per hour |

**13. Describe Fully the Job to be Performed** *(Duties)*

Process earth station application which involves determination of proper authorization of the party submitting the application, entering the critical earth station information into the database, authorizing the earth station to perform verification testing using Intelsat facilities and obtaining any missing or unclear information; develop the earth station verification test plan, coordinating and scheduling verification tests; knowledge of earth station technology and satellite beam coverages is necessary to properly assign capacity which is capable of supporting the testing; evaluating the verification test results to determine whether station performance is compliant with the Intelsat mandatory specifications as contained in the Intelsat Earth Station Standards (IESS); An understanding of earth station technology is required to understand the potential anomalies, improper equipment configurations, mis-allignments or improper test techniques that can result in the earth station performance not meeting the specification; interface and interact directly with the customer, and/or his designated engineer, in completing the earth station application, developing the verification test plan, scheduling the verification tests and analyzing the test results and otherwise assisting the customer in the earth station approval and certification process;  SEE ATTACHED.

**14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactory the job duties described in Item 13 above.**

| EDUCATION (Enter number of years) | Grade School | High School | College | College Degree Required *(specify)* |
|---|---|---|---|---|
| | Comp leted | | 6 | Master's Degree |

| | | | | Major Field of Study |
|---|---|---|---|---|
| | | | | Electrical, Electronics, or * |

| TRAINING | No. | Yrs. | No. Mos. | Type of Training |
|---|---|---|---|---|
| | | | | |

| EXPERIENCE | Job Offered | | Related Occupation | | Related Occupation *(specify)* |
|---|---|---|---|---|---|
| | Yrs. | Mos. | Yrs. | Mos. | N/A |
| | N/A | N/A | N/A | N/A | |

**15. Other Special Requirements**

* Telecommunications Engineering; or a Bachelor's degree in Electrical, Electronics, or Telecommunications Engineering and 5 years of experience in Telecommunications Satellite Engineering.

**16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor** ▶ Manager Earth Station Systems

**17. Number of Employees Alien Will Supervise** ▶ 0

◀ ENDORSEMENTS *(Make no entry in section - for government use only)*

| Date Forms Received | |
|---|---|
| L.O. 10/25/01 | S.O. |
| R.O. 1/25/02 | N.O. |
| Ind/Code 4899 | Occ. Code 003061045 |
| Occ. Title Electronics Engineer | |

PURSUANT TO THE PROVISIONS OF SECTION 212(A) (14) OF THE IMMIGRATION AND NATIONALITY ACT AS AMENDED, I HEREBY CERTIFY THAT THERE ARE NOT SUFFICIENT U.S. WORKERS AVAILABLE AND THE EMPLOYMENT OF THE ABOVE WILL NOT ADVERSELY AFFECT THE WAGES AND WORKING CONDITIONS OF WORKERS IN THE U.S. SIMILARLY EMPLOYED.

MAR 18 2002

[DATE]

(CERTIFYING OFFICER) 07/11/1216

places MA 750-A, B and C *(Apr. 1970 edition)* which is obsolete.

ETA 750 *(Oct. 1979)*

00206

| 18.  COMPLETE ITEMS ONLY IF JOB IS TEMPORARY | | | 19.  IF JOB IS UNIONIZED   *(Complete)* | |
|---|---|---|---|---|
| a. No. of Openings To Be Filled By Aliens Under Job Offer | b. Exact Dates You Expect To Employ Alien | | a. Number of Local | b. Name of Local |
| | From | To | | |
| | | | | c. City and State |

**20.  STATEMENT FOR LIVE-AT-WORK JOB OFFERS**   *(Complete for Private Household Job ONLY)*

| a. Description of Residence | | b. No. Persons Residing at Place of Employment | | | | c.  Will free board and private room not shared with anyone be provided? | ("X" one) |
|---|---|---|---|---|---|---|---|
| ("X" one) ☐ House ☐ Apartment | Number of Rooms | Adults | BOYS | Children | Ages | | ☐ YES  ☐ NO |
| | | | GIRLS | | | | |

**21.  DESCRIBE EFFORTS TO RECRUIT U.S. WORKERS AND THE RESULTS.**   *(Specify Sources of Recruitment by Name)*

Employer advertised as follows:

The Washington Post; Sunday, September 9, 2001
The Washington Post; Sunday, July 1, 2001
The Washington Post; Monday, April 16, 2001
The Washington Post; Sunday, March 11, 2001
The Washington Post; Sunday, February 11, 2001

Results of the recruitment, including the results from the Posting Notice, are attached.

**22.  Applications require various types of documentation.  Please read PART II of the instructions to assure that appropriate supporting documentation is included with your application.**

**23.  EMPLOYER CERTIFICATIONS**

*By virtue of my signature below, I HEREBY CERTIFY the following conditions of employment.*

a. I have enough funds available to pay the wage or salary offered the alien.

b. The wage offered equals or exceeds the prevailing wage and I guarantee that, if a labor certification is granted, the wage paid to the alien when the alien begins work will equal or exceed the prevailing wage which is applicable at the time the alien begins work.

c. The wage offered is not based on commissions, bonuses, or other incentives, unless I guarantee a wage paid on a weekly, bi-weekly or monthly basis.

d. I will be able to place the alien on the payroll on or before the date of the alien's proposed entrance into the United States.

e. The job opportunity does not involve unlawful discrimination by race, creed, color, national origin, age, sex, religion, handicap, or citizenship.

f. The job opportunity is not:

(1) Vacant because the former occupant is on strike or is being locked out in the course of a labor dispute involving a work stoppage.

(2) At issue in a labor dispute involving a work stoppage.

g. The job opportunity's terms, conditions and occupational environment are not contrary to Federal, State or local law.

h. The job opportunity has been and is clearly open to any qualified U.S. worker.

**24.  DECLARATIONS**

DECLARATION OF EMPLOYER  ➤  *Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury the foregoing is true and correct.*

SIGNATURE                                              DATE  Sept 14, 2001

NAME *(Type or Print)*  Benjamin H. Katcoff            TITLE  Senior Director, Human Resources Division

AUTHORIZATION OF AGENT OF EMPLOYER  ➤  *I HEREBY DESIGNATE the agent below to represent me for the purposes of labor certification and I TAKE FULL RESPONSIBILITY for accuracy of any representations made by my agent.*

SIGNATURE OF EMPLOYER                                  DATE

NAME OF AGENT *(Type or Print)*            ADDRESS OF AGENT *(Number, Street, City, State, ZIP Code)*

00207

**FORM ETA 750A Addendum**
**Re: MAWALLA, Frederick Eliampenzi Sombiro**

**Question #13 Continued:**

Coordinate resources and activities with various Intelsat departments such as Service Implementation, operations Center (IOC), Satellite Control Facility (SCF) and Network Operations (NOD); offer technical assistance and suggestions to customer and make real-time priority decisions in the event of poor earth station performance results, based on detailed technical knowledge of the CSM, earth station engineering and experience with the AVT process; assist with the development of refinements of the AVT process and procedures and the SSOG; and provide technical assistance to, and cross-training of fellow staff within the department.

**BENJAMIN H. KATCOFF**
**Director, Human Resources Division**

Sept 14, 2001
**DATE**

00208

**FOR ADVICE CONCERNING REQUIREMENTS FOR ALIEN EMPLOYMENT CERTIFICATION**, contact nearest office of State Employment Service, State Workforce Agency, or U.S. Immigration and Naturalization Service. If alien is outside U.S., contact nearest U.S. Consulate.

**IMPORTANT: READ ATTACHED INSTRUCTIONS BEFORE COMPLETING THIS FORM.**

*Print legibly in ink or use a typewriter. If you need space to fully answer any questions on this form, use a separate sheet. Identify each answer with the number of the corresponding question. Sign and date each sheet.*

| 1. Name of Alien *(Family name in capital letters)* | First Name | Middle Name | Maiden Name |
|---|---|---|---|
| MAWALLA | Frederick | Eliampenzi Sombiro | |

| 2. Present Address *(No., Street, City or Town, State or Province and ZIP Code)* | Country | 3. Type of Visa *(If in U.S.)* |
|---|---|---|
| 509 Castleford Street    Rockville    MD    20851 | USA | G-4 |

| 4. Alien's Birth date *(Month, Day, Year)* | 5. Birthplace *(City or Town, State or Province)* | Country | 6. Present Nationality or Citizenship *(Country)* |
|---|---|---|---|
| 04/15/1955 | Moshi    Kilimanjaro | Tanzania | Tanzania |

7. Address in United States Where Alien Will Reside

Same address as #2.

| 8. Name and Address of Prospective Employer If Alien has job offer in U.S. | 9. Occupation in which Alien is Seeking Work |
|---|---|
| Intelsat Global Service Corporation<br><br>3400 International Drive, N.W., Washington, DC 20008 USA | Technical Support Engineer |

10. "X" the appropriate box below and furnish the information required for the box marked

| a. ☐ Alien will apply for a visa abroad at the American Consulate in | City in Foreign Country | Foreign Country |
|---|---|---|
| b. ☒ Alien is in the United States and will apply for adjustment of status to that of a lawful permanent resident in the office of the Immigration and Naturalization Service at | City: St. Albans | State: VT |

| 11. Names and Addresses of Schools, Colleges and Universities Attended *(Include trade or vocational training facilities)* | Field of Study | FROM | | TO | | Degrees or Certificates Received |
|---|---|---|---|---|---|---|
| | | Month | Year | Month | Year | |
| Texas A&M University, Prairie View, Texas | Electrical/Signal Processing Engineering | 09 | 1991 | 09 | 1994 | Masters Degree |
| Dar Es Salaam Technical College, Dar Es Salaam, DSM, Tanzania | Telecommunications & Electronics | 07 | 1986 | 06 | 1989 | Diploma-Telecommunications & Electronics Engineering |
| Usagara High Secondary School, Tanga, Tanzania | Science Subjects | 04 | 1976 | 11 | 1977 | Certificate - High Secondary School |
| Ubwe Secondary School, Moshi, Tanzania | Science and Art Classes | 01 | 1972 | 11 | 1975 | Certificate - Secondary School |
| SEE ATTACHED | | | | | | |

**SPECIAL QUALIFICATIONS AND SKILLS**

12. Additional Qualifications and Skills Alien Possesses and Proficiency in the use of Tools, Machines or Equipment Which Would Help Establish if Alien Meets Requirements for Occupation in Item 9.

13. List Licenses *(Professional, journeyman, etc.)*

14. List Documents Attached Which are Submitted as Evidence that Alien Possesses the Education, Training, Experience, and Abilities Represented

Education credentials are attached.

| Endorsements | DATE REC. DOL |
|---|---|
| *(Make no entry in this section -- FOR Government Agency USE ONLY)* | O.T. & C. |

*(Items continued on next page)*

**15. WORK EXPERIENCE.** *List all jobs held during past three (3) years. Also, list any other jobs related to the occupation for which the alien is seeking certification, in item 9.*

**a. NAME AND ADDRESS OF EMPLOYER**

Intelsat Global Service Corporation (Formerly INTELSAT), 3400 International Drive, N.W., Washington, DC 20008 USA

| NAME OF JOB | DATE STARTED | | DATE LEFT | | KIND OF BUSINESS |
|---|---|---|---|---|---|
| | Month | Year | Month | Year | |
| Technical Support Engineer, Earth Station Support | 07 | 2000 | Present | | Global Telecommunications |

| DESCRIBE IN DETAIL THE DUTIES PERFORMED, INCLUDING THE USE OF TOOLS, MACHINES, OR EQUIPMENT | NO. OF HOURS PER WEEK |
|---|---|
| | 40 |

Process earth station application which involves determination of proper authorization of the party submitting the application, entering the critical earth station information into the database, authorizing the earth station to perform verification testing using Intelsat facilities and obtaining any missing or unclear information; develop the earth station verification test plan, coordinating and scheduling verification tests; knowledge of earth station technology and satellite beam coverages is necessary to properly assign capacity which is capable of supporting the testing; evaluating the verification test results to determine whether station performance is compliant with the Intelsat mandatory specifications as contained in the Intelsat Earth Station Standards (IESS); SEE ATTACHED.

**b. NAME AND ADDRESS OF EMPLOYER**

INTELSAT, 3400 International Drive, N.W., Washington, DC 20008 USA

| NAME OF JOB | DATE STARTED | | DATE LEFT | | KIND OF BUSINESS |
|---|---|---|---|---|---|
| | Month | Year | Month | Year | |
| Senior Engineer, Earth Station Systems | 04 | 2000 | 07 | 2000 | Global Telecommunications |

| DESCRIBE IN DETAIL THE DUTIES PERFORMED, INCLUDING THE USE OF TOOLS, MACHINES, OR EQUIPMENT | NO. OF HOURS PER WEEK |
|---|---|
| | 40 |

Managed the Satellite System Operations Guides (SSOG) documents, which encompasses the creation and the update of electronic document for new customer planning and line-up procedures; Manages SSOG document in three languages taking into account customer input and working in cooperation with other departments/division; Identify, define and conduct the necessary update on the existing SSOG document; Created and publish missing/new documents; Answer within 48 hours any customer request on SSOG; Issue and distribute one a year an update electronic version (CD) of the SSOG package; and Maintain an up-to-date and accurate electronic SSOG document including posting of erratum and addendum on Intelsat web page.

**c. NAME AND ADDRESS OF EMPLOYER**

INTELSAT, 3400 International Drive, N.W., Washington, DC 20008 USA

| NAME OF JOB | DATE STARTED | | DATE LEFT | | KIND OF BUSINESS |
|---|---|---|---|---|---|
| | Month | Year | Month | Year | |
| Earth Station Systems Engineer | 08 | 1998 | 04 | 2000 | Global Telecommunications |

| DESCRIBE IN DETAIL THE DUTIES PERFORMED, INCLUDING THE USE OF TOOLS, MACHINES, OR EQUIPMENT | NO. OF HOURS PER WEEK |
|---|---|
| | 40 |

Responsibilities included Earth station registration, development of Earth station test plan/schedule, earth station approval and implementation of earth station database for Intelsat customers worldwide; Responsible for the evaluation of the verification test results to determine whether Earth Satellite station performance is compliant with the Intelsat mandatory specifications as outlined in the Intelsat Earth Station (IESS); Assisted the customer in Earth satellite stations' approval process, certification process, and the development of the refinement of the AVT process and the SSOG; SEE ATTACHED.

## 16. DECLARATIONS

| DECLARATION OF ALIEN ➤ | *Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury the foregoing is true and correct.* |
|---|---|

| SIGNATURE OF ALIEN | DATE |
|---|---|
| *Forzawalla* | 18TH September 01 |

| AUTHORIZATION OF AGENT OF ALIEN ➤ | *I hereby designate the agent below to represent me for the purpose of labor certification and I take full responsibility for accuracy of any representations made by my agent.* |
|---|---|

| SIGNATURE OF ALIEN | DATE |
|---|---|
| | |

| NAME OF AGENT   *(Type or Print)* | ADDRESS OF AGENT *(No., Street, City, State, ZIP Code)* |
|---|---|
| | |

00210

**15. WORK EXPERIENCE** *(Continued)*    *List all jobs held during past three (3) years. Also, list any other jobs related to the occupation for which the alien is seeking certification in item 9.*

**d. NAME AND ADDRESS OF EMPLOYER**

Tanzania Telecommunications Company LTD (TTCL), Ex-Telecomms House, Dar Es Salaam, Tanzania

| NAME OF JOB | DATE STARTED | | DATE LEFT | | KIND OF BUSINESS |
|---|---|---|---|---|---|
| Engineering/Technical Analyst | Month | Year | Month | Year | Telecommunications |
| | 01 | 1995 | 07 | 1998 | |

| DESCRIBE IN DETAIL THE DUTIES PERFORMED, INCLUDING THE USE OF TOOLS, MACHINES, OR EQUIPMENT | NO. OF HOURS PER WEEK |
|---|---|
| | 40 |

Developed and coordinated the planning process in particular the strategic network planning; Monitored, reviewed and advised on the technological development, which may have an impact to the company business; Monitored, reviewed and proposed technical solutions with regard to the company's strength, weakness, opportunities threats in relation to the technological development; Participated in setting up of specific, measurable time constrained technical goals to achieve efficiency to technical matter pertinent to company business; Provided technical input for preparation of strategic and business plan for the company; Monitored and reviewed the plan that ensured if the implementation met the corporate objective; SEE ATTACHED:

**e. NAME AND ADDRESS OF EMPLOYER**

Tanzania Telecommunications Company LTD (TTCL), Ex-Telecomms House, Dar Es Salaam, Tanzania

| NAME OF JOB | DATE STARTED | | DATE LEFT | | KIND OF BUSINESS |
|---|---|---|---|---|---|
| Satellite Earth Station - Senior Executive | Month | Year | Month | Year | Telecommunications |
| Engineer | 09 | 1991 | 01 | 1995 | |

| DESCRIBE IN DETAIL THE DUTIES PERFORMED, INCLUDING THE USE OF TOOLS, MACHINES, OR EQUIPMENT | NO. OF HOURS PER WEEK |
|---|---|
| | 40 |

Responsibilities included operational and maintenance of Mwenge Earth station (SCPC/PCM/FD) Earth satellite equipment and Systems; Planned and prepared earth satellite operational reports; Performed equipment fault clearing and analysis, as reported by operational staff and as described in Intelsat SSOG books; Ensured that all technical operations were carried effectively and efficiently; Participated in the construction and testing Intelsat Earth station (Mwenge 2A); and Performed earth station testing on the satellite systems and on the power supply unit e.g. IF frequency responses, G/T measurement, BB to BB frequency responses. **(On educational leave from 09/91 through 08/94)**

**f. NAME AND ADDRESS OF EMPLOYER**

Tanzania Telecommunications Company LTD (TTCL), Ex-Telecomms House, Dar Es Salaam, Tanzania

| NAME OF JOB | DATE STARTED | | DATE LEFT | | KIND OF BUSINESS |
|---|---|---|---|---|---|
| Satellite Earth Station - Operational and | Month | Year | Month | Year | Telecommunications |
| Maintenance Engineer | 03 | 1979 | 08 | 1991 | |

| DESCRIBE IN DETAIL THE DUTIES PERFORMED, INCLUDING THE USE OF TOOLS, MACHINES, OR EQUIPMENT | NO. OF HOURS PER WEEK |
|---|---|
| | |

Operated Mwenge Earth Station (SCPC/PCM/FD) Earth satellite equipment and Systems; Prepared earth satellite operational reports; Performed equipment fault clearing and analysis, as described in Intelsat SSOG books; Ensured that all technical operations were carried through effectively and efficiently; Participated in the construction and testing of Intelsat Earth Station (Mwenge 2A); and Performed earth station testing on the satellite systems and on the power supply unit e.g. IF frequency responses, G/T measurement, BB to BB frequency responses.

## 16. DECLARATIONS

| DECLARATION OF ALIEN | ➤ ➤ | *Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury the foregoing is true and correct.* |
|---|---|---|

| SIGNATURE OF ALIEN | DATE |
|---|---|
| *Fmzawalla* | 18th September 01 |

| AUTHORIZATION OF AGENT OF ALIEN | ➤ | *I hereby designate the agent below to represent me for the purpose of labor certification and I take full responsibility for accuracy of any representations made by my agent.* |
|---|---|---|

| SIGNATURE OF ALIEN | DATE |
|---|---|
| | |

| NAME OF AGENT *(Type or Print)* | ADDRESS OF AGENT *(No., Street, City, State, ZIP Code)* |
|---|---|
| | |

00211

**FORM ETA 750B Addendum**
**Re: MAWALLA, Frederick Eliampenzi Sombiro**

**Question #11 Continued:**
Name and Address of School:  Roo Primary School, Tanzania
Field of Study:  Primary School
From (Month/Year):     01/1970
To (Month/Year):   11/1971
Degree or Certificate Received:  Certificate – Primary School

Name and Address of School:  Marangu ELCT Middle School, Tanzania
Field of Study:  Primary School
From (Month/Year):     01/1968
To (Month/Year):   11/1969
Degree or Certificate Received:  N/A

Name and Address of School:  Palangeny Primary School, Tanzania
Field of Study:  Primary School
From (Month/Year):     01/1964
To (Month/Year):   11/1967
Degree or Certificate Received:  N/A

Name and Address of School:  Samanga Lutheran Church Elementary School, Tanzania
Field of Study:  Elementary School
From (Month/Year):     01/1962
To (Month/Year):   11/1963
Degree or Certificate Received:  N/A

_FmMawalla_                                    _18Th Sept-01_
_____                   _____
**FREDERICK ELIAMPENZI SOMBIRO MAWALLA**       **DATE**

00212

FORM ETA 750B Addendum
Re: MAWALLA, Frederick Eliampenzi Sombiro

**Question #15c Continued:**
An understanding of earth station technology is required to understand the potential anomalies, improper equipment configurations, mis-allignments or improper test techniques that can result in the earth station performance not meeting the specification; interface and interact directly with the customer, and/or his designated engineer, in completing the earth station application, developing the verification test plan, scheduling the verification tests and analyzing the test results and otherwise assisting the customer in the earth station approval and certification process; coordinate resources and activities with various Intelsat departments such as Service Implementation, operations Center (IOC), Satellite Control Facility (SCF) and Network Operations (NOD); offer technical assistance and suggestions to customer and make real-time priority decisions in the event of poor earth station performance results, based on detailed technical knowledge of the CSM, earth station engineering and experience with the AVT process; assist with the development of refinements of the AVT process and procedures and the SSOG; and provide technical assistance to, and cross-training of fellow staff within the department.

**Question #15c Continued:**
Offered technical assistance and suggestions to customers and made real time priority decisions in the event of poor earth station performance results; and Analyzed and calculated the Satellite Link budget (LBGT), using beacons and STRIP.

**Question #15d Continued:**
Monitored and attentive of the latest development in international, regional and national economic situation; Prepared one-off report on performance and other related technical planning matter when required, and to cooperate with the project Monitoring unit (PMU) in producing progress report tailored to the requirement of donors funding agencies; Ensured that all subordinate staff are appraised and counseled on their performance; Ensured that appropriate training and development programs are available to enable subordinate staff to be fully active in carrying out their functions within the business planning unit; Exercised control and disciplined business planning staff within the limit of delegated authority; Planned own and subordinates work to ensure that the business plan timing was maintained and the regular monitoring reports are produced on time; Ensured the timely provision of regular technical briefing information and its distribution to the company's management team; and Liaison Officer to C.O.M.E.S.A.


_Mawalla_                                          18ᵀʰ Sept-01.
_____                   _____
**FREDERICK ELIAMPENZI SOMBIRO MAWALLA**                  **DATE:**


00213

Departure Number

410597990 07

U.S. IMMIGRATION
250    WAS    619

JAN 17 2001

Immigration and
Naturalization Service

ADMITTED  G-4
UNTIL  D/S  (CLASS)

I-94
Departure Record

14. Family Name
MAWALLA

15. First (Given) Name
FREDERICK

16. Birth Date (Day/Mo/Yr)
25.04.55

17. Country of Citizenship
TANZANIA

See Other Side                                    STAPLE HERE

00214



# Prairie View A & M University of Texas

To all to whom these presents may come, Greeting

Be it known that

## Frederick Eliampenzi Sombiro Mawalla

having completed the studies and satisfied the requirements for the degree of

## Master of Science in Engineering

has accordingly been admitted to that degree with all the honors, rights and privileges belonging thereto.

Given under the seal of the University at Prairie View, Texas on the

seventh day of August, A.D., nineteen hundred and ninety-four.

Registrar

Dean



President

00215

# PRAIRIE VIEW A&M UNIVERSITY
## PRAIRIE VIEW, TEXAS 77446

| COURSE TITLE | GRADE | CREDIT HOURS | QUALITY POINTS | COURSE NUMBER | COURSE TITLE | GRADE | CREDIT HOURS | QUALITY POINTS |
|---|---|---|---|---|---|---|---|---|

FREDERICK E MAWALLA    BIRTH 04-02-55

NT NUMBER  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

**ISSUED TO THE STUDENT**

PAGE    1    OF    2

FREDERICK E MAWALLA
P.O. BOX 2045
PRAIRIE VIEW    TX    77446

OFFICIAL SIGNATURE

OFFICIAL TRANSCRIPTS BEAR
THE SIGNATURE STAMP EMBOSSED
WITH UNIVERSITY SEAL.

**PRAIRIE VIEW A&M UNIVERSITY**
PRAIRIE VIEW, TEXAS 77446

FREDERICK E MAWALLA
NT NUMBER  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    BIRTH 04-02-55

| SE NUMBER | COURSE TITLE | GRADE | CREDIT HOURS | QUALITY POINTS | COURSE NUMBER | COURSE TITLE | GRADE | CREDIT HOURS | QUALITY POINTS |
|---|---|---|---|---|---|---|---|---|---|
| | Official Academic Record | | | | | Fall 1992 | | | |
| | Higher Education Institutions | | | | ENGR 5113 NUM METH IN ENGR | | B | 3.00 | 9.0 |
| | FOREIGN COLLEGES OR UNKNOWN COL  Apr 1988 - May 1989 | | | | MATH 5273 ADVANCED ANALYSIS | | B | 3.00 | 9.0 |
| | | | | | | Good Standing | | | |
| | Degree Awarded | | | | | | | | |
| | MASTER OF SCIENCE IN ENGINEERING   Aug 1989 | | | | | AHRS  EHRS  GHRS  QPTS  GPA | | | |
| | THE GRADUATE SCHOOL | | | | Current  6.00  6.00  12.00  3.000 | | | | |
| | Major: ENGINEERING (G) | | | | Cumulative  30.00  27.00  24.00  78.00  3.2 | | | | |
| | CUM GPA: 3.385 | | | | | Spring 1993 | | | |
| | Fall 1991 | | | | CHME 1023 FORTRAN PROG LANG | | WP | 3.00 | |
| | Admitted as a Degree Program | | | | ENGR 5053 MASTERS TH | | WP | 3.00 | |
| | THE GRADUATE SCHOOL | | | | UNEG 5203 SPECIAL TOPICS | | WP | 3.00 | |
| | MASTER OF SCIENCE IN ENGINEERING | | | | MATH 5473 PROBABILITY | | A | 3.00 | 12.0 |
| | Major: ENGINEERING (G) | | | | | Good Standing | | | |
| | EEG 5073 CONTROL SYSTEM | B | 3.00 | 9.00 | | AHRS  EHRS  GHRS  QPTS  GPA | | | |
| | EEG 5113 INTEGRATED ELEC | B | 3.00 | 9.00 | Current  12.00  3.00  3.00  12.00  4.000 | | | | |
| | EEG 5333 ENGR STATE | B | 3.00 | 12.00 | Cumulative  45.00  30.00  27.00  90.00  3.333 | | | | |
| | Good Standing | | | | | Summer 1993 | | | |
| | AHRS  EHRS  GHRS  QPTS  GPA | | | | UNEG 5203 PROF INTERNSHIP | | A | 3.00 | 12.0 |
| | Current  9.00  9.00  9.00  30.00  3.333 | | | | | Good Standing | | | |
| | Cumulative  9.00  9.00  9.00  30.00  3.333 | | | | | AHRS  EHRS  GHRS  QPTS  GPA | | | |
| | Spring 1992 | | | | Current  3.00  3.00  3.00  12.00  4.000 | | | | |
| | EEG 5183 SOLID STATE | B | 3.00 | 9.00 | Cumulative  48.00  33.00  30.00  102.00  3.400 | | | | |
| | EEG 5050 INSTRUMENTATION | B | 3.00 | 9.00 | | Fall 1993 | | | |
| | UNEG 5200 SELECTED TOPICS | B | 3.00 | | ELEG 5993 INDEPENDENT STUDY | | | | |
| | Repeat (excluded from GPA) | | | | DESIGN PROJECT ON SMART CIRCUITS | | A | 3.00 | 12 |
| | Good Standing | | | | UNEG 5073 ENGR ANALYSIS II | | A | 3.00 | 12.0 |
| | AHRS  EHRS  GHRS  QPTS  GPA | | | | MATH 5123 DIFF EQUATIONS | | A | 3.00 | 12.0 |
| | Current  9.00  9.00  9.00  18.00  3.000 | | | | | Good Standing | | | |
| | Cumulative  18.00  18.00  18.00  48.00  3.300 | | | | | AHRS  EHRS  GHRS  QPTS  GPA | | | |
| | Summer 1992 | | | | Current  9.00  9.00  9.00  36.00  4.000 | | | | |
| | EE 5023 OPERATIONS RESEARCH | A | 3.00 | 12.00 | Cumulative  57.00  42.00  39.00  138.00  3.462 | | | | |
| | MT 5123 QUAN ANALYSIS | WP | 3.00 | | | No Further Entries This Page | | | |
| | Good Standing | | | | | | | | |
| | AHRS  EHRS  GHRS  QPTS  GPA | | | | | **ISSUED TO THE STUDENT** | | | |
| | Current  3.00  3.00  3.00  12.00  4.000 | | | | | | | | |
| | Cumulative  3.00  21.00  13.00  60.00  3.333 | | | | | | | | |

ICIAL TRANSCRIPTS BEAR
NATURE STAMP EMBOSSED
H UNIVERSITY SEAL.

OFFICIAL SIGNATURE

FREDERICK E MAWALLA              PAGE  1    OF  2
P.O. BOX 2046
PRAIRIE VIEW     TX  77446

FEDERAL LAW PROHIBITS ACCESS TO THIS RECORD BY ANY PARTY WITHOUT WRITTEN CONSENT OF THE STUDENT

# SMART CIRCUIT FOR
# ARC TRACKING DETECTION

*Frederick E.S.Mawalla, August Kowero and John Okyere Attia*
*Department of Electrical Engineering*
*Prairie View A&M University.*

Key words: Arc tracking phenomenon, digital signal processor, and Smart circuit.

Arc tracking is a phenomenon that occur when electric arc appears between conducting wires whose insulation has broken down. During arc tracking, carbon residue is formed across insulator surface due to excessive heat. The carbon residue provide conducting path to other conductors and thereby creating a short circuit which can cause damage to the whole system.

Previous studies on the salient features of simulated arc tracking [1] have shown that the mean value of power spectral density and the standard deviation of the time domain are the two parameters that can be used to characterize arc tracking. Results obtained from the previous study are being used with digital signal processor to design a protection circuit that can be used to prevent system damage due to arc tracking.

In this work we intend to use the fast floating point digital signal processor, Texas Instruments TMS320C30 Evaluation Module (EVM) to build a 'smart' circuit. The EVM analog section consists of TLC 32044 analog interface circuit (AIC) coupled to an LM386 low-noise audio power amplifier for output drive and TL072 input amplifier. The TMS320C30 interface directly to 16 words of 35 ns SRAM. The register based interface between the host and the TMS320C30 provides a moderate transfer band width of approximately 200 K bits per second (KBPS). The interface can fully be interrupt driven. The EVM signal processing Algorithms and associated electronic circuitry are used for the design of smart circuit.

## REFERENCES

1.    August Kowero, John O. Attia, and Dwight Janoff,"Feature extraction of simulated arc tracking phenomenon".Proceedings of IASTED Modelling and Simulation   conference, page 201-204, 1993.

2.    Rulph Chassaing,"Digital signal processing with C and the TMS320C30". John Wiley & Sons, Inc., 1992

3.    Digital signal processing and applications with the TMS 320C30 EVM, Texas Instruments applications manual, revision A, 1991

# SMART CIRCUIT FOR
# ARC TRACKING DETECTION *

*Frederick E. Mawalla, August Kowero and J. Okyere Attia*
*Department of Electrical Engineering*
*Prairie View A&M University.*

* Partially supported by NASA grant NAG9-659

## ABSTRACT

Arc tarking occurs when electric arc appear between conducting wires whose insulation has broken down. Arc tracking on kapton insulators is a major problem in aerospace industry where kapton insulators are mostly used.

Previous studies has shown that the mean value and the standard deviation of power spectral density of the data are two parameters that can be used to distinguish arc tracking from non-arc tracking signals.

In this work, the design of a smart circuit for the detection of arc tracking is presented. The circuit consists of an inductive pick-up, Texas Instruments TMS320C30 Evaluation Module and a relay. The smart circuit is intended to protect sensitive equipment from damages due to arc tracking.

## 1. INTRODUCTION.

Arc tracking is a phenomenon that occurs when electric arc appear between conducting wires whose insulation has broken down. Arc tracking causes carbon residue to form across insulator surface. The carbon residue may provide conducting path to other conductors and thereby create a short circuit which can cause fire or serious damages to other equipment.

Arc tracking can occur due to line fault arcing or contact arcing. An arc due to line fault results from either a line-to-line short or a line-to-ground short. Contact arcing results from a high resistance connected in series with a load. This may occur due to loose connections, oxidized contacts or foreign non-conducting material interfering with a conducting path [1].

Test performed by Lockheed Corporation [2] indicated that:

(1) Circuit protection devices, as a rule, do not protect against arc tracking. However, no arc tracking was observed when circuit protection was provided by a 3 amps rated remote power control (RPR).

(2) Re-closing of tripped circuit protection device re-initiate the arc tracking phenomenon.

(3) Arc tracking of wires in a bundle cause damage to adjacent wiring.

Because arcing can be gradual with characteristics that are not detected by protecting devices, there is a need for a smart circuit that can be used to detect arc tracking.

## 2. PRELIMINARY STUDIES.

The data for preliminary studies were obtained from an

experiment that was ran using
kapton insulated signal cables.
Cables were made bare at the end
and brought together in a
container containing graphite and
copper powder. The power supply
voltage was set to 20 V, 30 V, 42
V and the current was varied [3].
The Welch method for direct
computation of power spectral
density using fast Fourier
transform (FFT) was used. The
parameters obtained from arc
tracking are shown on Table 1.

The results indicate that, of
all parameters shown in Table 1,
only the mean value of the power
spectral density, standard
deviation of the power spectral
density of the time domain data
and the percentage arc tracking
occurred, and can be used to
differentiate arc tracking from
non-arc tracking signals. The
percentage of time arc tracking
occurred shown on Table 2, was
found not to be useful for real
time detection of arc tracking.
From Table 1 and Figure 1, it can
be concluded that for signals to
be arc tracking, the mean value
of the power spectral density
should be greater than 30 and the
standard deviation of the time
domain data can have any value.
In addition, the signal can be
arc tracking provided the mean
value of the power spectral is
less than 30 and the standard
deviation of the time domain
signal is less than 2.0. This is
shown in Figure 1.

## TABLE 1

Parameters Obtained from Arc Tracking Data

SD - standard deviation of time domain arc tracking data
MP - peak value of power spectral density
MVP - mean value of power spectral density
SDP - standard deviation of power spectral density
MFRQ - Mean frequency content

| DATA | SD | MP X10⁶ | MVP | SDP X10⁶ | MFREQ |
|------|------|------|------|------|------|
| A1 | 31.9 | 1.6 | 235 | 1.51 | 102.12 |
| A2 | 30.5 | 1.47 | 222 | 1.5 | 106.77 |
| A3 | 41.7 | 1.59 | 176.7 | 1.6 | 96.6 |
| A4 | 41.7 | 1.59 | 176 | 1.4 | 224.8 |
| A5 | 19.23 | 1.7 | 232 | .23 | 86.6 |
| A6 | 38.8 | 2.7 | 476 | 2.7 | 138.9 |
| A7 | 11.47 | .27 | 161 | 0.358 | 31.28 |
| A8 | 25.67 | 1.90 | 599 | 2.28 | 45.59 |
| A9 | 22 | 1.9 | 1326 | 2.9 | 45.39 |
| A10 | 1.45 | 20.21 | 4.9 | .00372 | 226 |
| A11 | 10.3 | 7.47 | 1292.5 | 8.04 | 35 |
| A12 | 25.5 | 1.99 | 484 | 1.7 | 315 |
| A13 | 60.3 | 3.2 | 319 | 2.9 | 34.28 |
| A14 | 14 | 0.31 | 159 | .375 | 23.26 |
| B1 | 43.4 | 0.472 | 42.2 | .417 | 14.4 |
| B2 | 17.5 | 0.43 | 217 | .665 | 50.6 |
| B3 | 6.7 | 0.15 | 56.8 | .0139 | 30.6 |
| B4 | 10.6 | 0.12 | 35.8 | .124 | 79.46 |
| B5 | 9.5 | 0.71 | 229 | .83 | 136.9 |
| B6 | 7.6 | 305 | 37.3 | .005 | 83.4 |
| C1 | 45.4 | 0.16 | 14.2 | .15 | 34.28 |
| C2 | 23.7 | 0.116 | 18.19 | .002 | 70.8 |
| C3 | 5.5 | .423 | 28.8 | .078 | 113.7 |

## TABLE 2

Other Parameters of Arc Tracking Data

TARC - Percentage of Time Arc Tracking occurred
BUPT - Percentage of Time for the Current to Build-Up

| DATA | TARC | BUPT |
|------|------|------|
| A1 | 67.5 | 32.5 |
| A2 | 75 | 25 |
| A3 | 72.5 | 27.5 |
| A4 | 71 | 29 |
| A5 | 93 | 0 |
| A6 | 77 | 98 |
| A7 | 100 | 0 |
| A8 | 90 | 0 |
| A9 | 100 | 0 |
| A10 | 27.5 | 0 |
| A11 | 19 | 48 |
| A12 | 92.5 | 0 |
| A13 | 76 | 24 |
| A14 | 22.5 | 0 |
| B1 | 10 | 73 |
| B2 | 46 | 0 |
| B3 | 16 | 0 |
| B4 | 60 | 0 |
| B5 | 35 | 0 |
| B6 | 7 | 0 |
| C1 | 0 | 33 |
| C2 | 0 | 14 |
| C3 | 0 | 0 |

00220

the circuit lies in the processor and the software program of the evaluation module.



FIGURE 1 Standard deviation (SD) versus mean value of power spectral density (MVP)

~ arc tracking data
~ non-arc tracking data



1.    Inductive pick-up
2.    EVM
2.1   Analog-to-digital convertor
2.2   TMS320C30 processor
2.3   Software programs
3.    Relay assembly
3.1   Relay switch
4.    Sensitive equipment

FIGURE 2 Smart circuit for arc tracking detection

## 3.0 PROPOSED SMART CIRCUIT

The smart circuit for arc tracking detection is shown in Figure 2, it consists of Texas Instrument Digital Signal Processor TMS320C30 Evaluation Module (EVM), an inductive pick-up monitor and a relay.

The pick-up signal from the inductive coil is converted to digital signal using an analog-to-digital converter of the Evaluation Module. The digitalized signal is then analyzed by the TMS320C30 processor. If arc tracking features are detected, an interrupt signal is activated. The latter can then be used to energize a relay that will disable the power to sensitive equipment. The intelligence of

## 3.1 ARCHITECTURE OF TMS320C30 EVM.

A block diagram of the TMS320C30 EVM is shown in Figure 3. The EVM consists of a microprocessor, memory, a PC host interface and an analog to digital (A/D) and D/A converter.

The microprocessor present in the EVM is a TMS320C30 (C30). It is a 32 bit DSP floating point processor. The processor has floating point registers, address registers, internal memory, serial port, timer, and interrupt logic. The C30 has two buses. The primary bus is connected to 16 kbit x 32 of SRAM and function as local memory for the C30. The

00221

expansion bus is connected to 16 bit wide bi-directional register through which the EVM and the PC transfer commands and data. Each side can write to this register and only the other side can read it back.

The EVM is installed into a PC as an I/O device. The EVM data and command register are at different address in the PC's I/O, with the command register looking like an 8 bit I/O, and data transfer register looking like 16 bit I/O. The PC can send or receive or command information simply by reading or writing different I/O addresses on its bus even though it is physically the same register.

The EVM analog section consists of TLC 32044 Analog interface circuit coupled to an LM 386 low noise audio power amplifier for output drive, and TL 072 input amplifier. The ability to provide emulation support within target system [embedded emulation] is enabled by the SN 74ACT8990 Test bus control and the TMS320C30 emulation port.



## FIGURE 3 Block diagram for TMS320C30 EVM

## 3.2 SOFTWARE FOR ARC TRACKING DETECTION

From previous studies, it seem that the mean value of power spectral density and the standard deviation of the power spectral estimates are two of the salient features that can be used to distinguish arc tracking signals from non- arc tracking signals. The processor of the EVM uses Welch method to obtain a power spectral estimates of digitalyzed signal. The processor computes the mean value and the standard deviation of the power spectral estimates. When mean value of the power spectral density is less than 30, and the standard deviation of the power spectral density is greater than 2 the processor is assumed to have detected a non-arc tracking signal. Any other condition implies arc tracking. The processor then activates an interrupt. The latter can then be used to energize a relay.

## CONCLUSION

Arc tracking occurs when electric arc appears between conducting wires, whose insulation has broken down. Previous studies has indicated that ordinary circuit protection devices seem to be ineffective for arc tracking detection. The mean value and the standard deviation of the power spectral density are the two salient features which can distinguish arc tracking from non-arc tracking signals. A smart circuit, consisting of an inductive pick-up coil, digital signal processor and a relay, is been built for arc tracking detection.

00222

# REFERENCE

[1]   Blades F.K.," Method and
apparatus for detecting arcing by
monitoring high frequency noise
by monitoring".    U.S.Patent
no.5,223,795 Filed Jul. 30,1992.

[2]   Power Distribution Control
Section, Lockheed ESC, "Kapton
wire arc tracking test report".
January 23 1990.

[3] August kowaro, John O. Attia
and Dwight Janoff, "Feature
extraction of simulated arc
tracking phenomenon".
Proceedings of IASTED Modelling
and Simulation conference, page
201 - 204, 1993.

[4]   Digital Signal processing
and applications with the
TMS320C30   Evaluation   Module",
Texas instrument application
manual,revision A, 1991.

[5]   Rulph Chassaing,"Digital
Signal processing with C and the
TMS320C30".  John Wiley & Sons,
Inc., 1992.



# Intelsat

| Mission |

## Mission

### Connecting with Customers

As a pioneer in satellite communications and a leading global communications provider, Intelsat connects people and businesses everywhere with a global satellite fleet. We offer wholesale satellite communications services to customers in approximately 200 countries and territories, for voice and data communications, corporate networks, Internet access and video services.

Operating since 1964, our global coverage and proven track record of superior satellite fleet reliability span over three decades. Our customers include the world's leading telecommunications carriers, Internet service providers, network integrators and broadcasting companies. In 2001, we generated US$ 1.084 billion in revenue and we began a major nine-satellite launch program that is intended to increase the flexibility and broaden the capabilities of our global satellite fleet.

In response to customer demand for end-to-end services, Intelsat is seeking to expand beyond the offering satellite capacity alone. We intend to create a global, integrated communications network comprising satellites, earth station facilities, terrestrial cable and network termination elements, for the delivery of new connectivity solutions to the worldwide marketplace. Our ultimate goal: to help customers better succeed in their own markets, inspiring connections around the globe.

View our corporate video (7.1Mb)

search

[      ] go

**contact us**

© 2002 Intelsat

00224

customer login                         home    company    services    **satellites**    news    careers

**Fleet**



Intelsat

search
[          ] go

**contact us**

# Fleet

## Global Coverage

For nearly four decades, we have led the industry in launch and operation of state-of-the-art, geostationary spacecraft. Today, our fleet of over 20 satellites offer more power, greater flexibility, and wider beam coverage than ever before. To maintain unsurpassed reliability, our dedicated engineers monitor and control our system 24 hours a day.

Five more satellite launches scheduled in the next two years will expand our system to 24 orbital locations around the world. With more capacity, we should be able to offer more options to all our customers, from narrowband-on-demand services to value-added broadband services.

© 2002 Intelsat