home    company    services    satellites    **news**    careers

Press Center



# Intelsat



Image Gallery
Intelsat in the News
Media Download

search

[        ] go

**contact us**

## Fast Facts

### Intelsat:
Established in 1964 as the first commercial satellite services provider.

### Services:
We offer wholesale Internet, video, voice and data, and corporate network solutions to leading service providers in approximately 200 countries and territories worldwide.

### Global Network:
Our global communications network includes 21 geostationary satellites in prime orbital locations and leased capacity on 2 additional satellites.

### New Satellites:
We are expecting to launch 5 additional new satellites by 4Q 2003, expanding operations to 24 orbital locations.

### Customers:
We serve hundreds of Internet service providers, telecommunications companies, broadcasters and corporate network service providers around the world.

### Milestones:
1965 - launched the world's first commercial communications satellite
1969 - first live global television broadcast of the Apollo XI lunar landing
1974 - created the first international digital satellite voice communications service
1987 - linked 50,000 people in 70 cities for world's largest teleconference
1998 - established high-speed Internet backbone links around the world
2000 - compressed 40,000 hours of programming into two weeks for Sydney Olympics

### Total Assets:
✓ $3.5 billion in 2001

### Total Revenue:

00226

http://www.intelsat.com/news/mediakit/news_facts.asp    4/30/2002

$1.084 billion in 2001

### Revenue by Region:
Europe – 29%
North America & Caribbean – 24%
Asia & Pacific – 18%
Latin America – 13%
Middle East & Africa – 16%

### Revenue by Service Applications:
Voice and Data 38%
Internet 16%
Corporate Network 27%
Video 19%

### Employees:
Staff of more than 850

### Offices:
Intelsat has offices in Australia, Brazil, China (Hong Kong), France, Germany, India, Norway, South Africa, Singapore, the United Kingdom, and the United States. Intelsat headquarters are located in Bermuda.

### Investors:
Intelsat has more than 200 investor companies in 148 countries. Listed below are the top 20 investors, ranked by their percentage of ownership.

Lockheed Martin Corporation (beneficial owner)
Videsh Sanchar Nigam Limited
FRANCE TELECOM
Telenor Broadband Services AS
British Telecommunications plc
Teleglobe Inc.
Deutsche Telekom AG
Telecom Italia S.p.A.
Telstra Corporation Limited
EMBRATEL
Cable & Wireless plc
CHINA TELECOM
TÜRK TELEKOMÜNIKASYON A.S.
TELECOM COLOMBIA
Telecommunication Company of Iran
KPN Satcom B.V.
COMSAT General Corporation

002227

http://www.intelsat.com/news/mediakit/news_facts.asp

4/30/2002

TELKOM SA Limited
KDDI CORPORATION
CANTV

**Media Contact**: Susan Gordon
+1 (202) 944-7500
susan.gordon@intelsat.com

© 2002 Intelsat

00228

Page 1 of 2

home **company** services initial list news careers

**Investors**



## Investors

Intelsat, Ltd., the company formed in connection with the privatization of the former intergovernmental organization INTELSAT on July 18, 2001, is privately owned by an international group of over 200 shareholders; major owners include Lockheed Martin Corporation (beneficial owner), Videsh Sanchar Nigam Limited, France Telecom, Telenor Broadband Services A.S., and British Telecommunications plc. The U.S. Open-Market Reorganization for the Betterment of International Telecommunications Act ("ORBIT") required that Intelsat conduct an initial public offering ("IPO") of its equity securities no later than December 31, 2002.

Intelsat has established an Office of Investor Relations to facilitate communications with its investors. If you would like to receive news releases and other information regarding Intelsat in the future, please register.

**Annual Report**
**Board of Directors**
**Company Facts**
**Investor Contacts**
**News Releases**
**Upcoming Events**

search

go

**contact us**

### 2001 Financial Summary – US dollars in thousands[1]

| For the years ended 31 December | **2001** | 2000 | 1999 |
|---|---|---|---|
| Telecommunications revenue | $ 1,084,009 | $ 1,099,751 | $ 979,032 |
| Depreciation and amortization (2) | 340,449 | 414,250 | 441,183 |
| Other operating expenses | 238,461 | 176,637 | 151,975 |
| Income from operations | 505,099 | 508,864 | 385,874 |
| Interest expense and other income, net | (757) | (3,974) | (29,702) |
| Income before income taxes | 504,342 | 504,890 | 356,172 |
| Provision for income taxes (3) | 5,359 | - | - |
| Net income | $ 498,983 | $ 504,890 | $356,172 |

(1) The 2001 financial data includes the accounts of INTELSAT, the former intergovernmental organization prior to privatization on 18 July 2001, and the accounts of Intelsat, Ltd. and its subsidiaries subsequent to the privatization. The data for 2000 and 1999 reflects the financial information of the former intergovernmental organization.

00229

Case 1:06-cv-00584-RMC    Document 6-11    Filed 06/07/2006    Page 5 of 25

(2) As of January 1, 2001, we revised the estimated useful lives for certain satellites. The effect of these revised estimates was to increase the useful lives substantially all of our Intelsat VII and VIII series satellites and thereby decrease depreciation expense by approximately $60,507 for the year ended December 31, 2001.

(3) Prior to privatization, INTELSAT was not subject to income taxes. Upon privatization, Intelsat, Ltd. and its subsidiaries became subject to taxes in various jurisdictions. Results of operations for the period from privatization through December 31, 2001 include a provision for these taxes.

© 2002 Intelsat

00230

**MANAGEMENT'S DISCUSSION & ANALYSIS OF**                                          Intelsat
**FINANCIAL CONDITION AND RESULTS OF OPERATIONS**
Year Ended 31 December 2000 Compared to Year Ended 31 December 1999

## Overview

Intelsat achieved strong financial results in 2000 with revenue of $1.1 billion, up 12 percent over 1999 revenue of $977 million. This increase reflects continuing robust demand for Intelsat's services and the most efficient use of existing satellite capacity in the organization's history. Net income of $505 million in 2000 grew by 42 percent over the 1999 total of $356 million and Intelsat continued to maintain an industry leading EBITDA margin of 86 percent.

**2000 AND 1999 REVENUE AND NET INCOME**
(US $ in millions)



Intelsat also made significant progress during the year toward its privatization objective. In November 2000, Intelsat received formal approval from its shareholders and member governments to change from a treaty-based cooperative to a private company by mid-2001. Under the approved privatization plan, Intelsat will transfer substantially all of its assets, liabilities and operations to newly incorporated entities, which will be wholly owned by Intelsat's Bermuda-based holding company. Significant efforts were also continued during the year to enhance the organization's commercial capabilities by realigning organizational activities and recruiting key personnel with strong industry and commercial experience.

Intelsat's commercial focus manifested itself in the form of new joint venture and alliance agreements in 2000, which were designed to increase satellite capacity and enhance service capabilities in critically important markets. An agreement with Telenor of Norway as an anchor customer resulted in the purchase of a second Intelsat X satellite to ensure greater coverage of Europe. Additionally, cooperation with SINOSAT in China for the lease of capacity at 110.5°E brought more satellite capacity over Asia in 2000. This agreement was similar to an arrangement made in 1999 with INSAT of India, which also increased satellite capacity over Asia. Furthermore, Intelsat negotiated the acquisition of another new spacecraft in 2000 to bring even more capacity to the Asian region, which culminated in a signed contract in January 2001. Pursuant to a related agreement, Intelsat will provide eight units of satellite capacity to SINOSAT in exchange for SINOSAT's payment for the satellite's launch vehicle.

Substantial progress was also made in 2000 in the construction of 10 new spacecraft on order, which will increase Intelsat's satellite capacity beginning in 2001.

MANAGEMENT'S DISCUSSION & ANALYSIS [CONTINUED]                    Intelsat

## Revenue

Telecommunications revenue grew by 12 percent to approximately $1.1 billion in 2000 from $977 million in 1999. This growth resulted from new business in both transponder agreement services and business and specialized network services.

From a geographic perspective, revenue growth occurred across all regions, with economic development and market liberalization driving accelerated demand for satellite services. Intelsat's regional breakdown of revenue for 2000 is consistent with the regional breakdown for 1999, which indicates resiliency of the revenue stream to a downturn in economic activity in any particular country or geographic region.

### REVENUE BY REGION

| | | | | | |
|---|---|---|---|---|---|
| **2000** | 28% | 16% | 19% | 23% | 14% |
| **1999** | 29% | 15% | 19% | 20% | 17% |
| | Europe | Middle East & Africa | Asia Pacific | North America & Caribbean | Latin America |

Intelsat's global distribution network provides diversity and stability to the organization's revenue base and opportunities for future growth. The long-term stability of the revenue base is also reflected by existing obligations from Intelsat's customers under agreements in place at the end of 2000 (revenue backlog) of approximately $5.5 billion, up from $5.2 billion at the end of 1999, with most agreements ranging from one to 15 years. Of this backlog, about 85 percent relates to obligations provided under non-cancelable agreements and the remaining 15 percent is cancelable only after payment of substantial cancellation penalties. Historically, no material cancellations have occurred.

Intelsat's satellite network comprises 19 satellites providing global connectivity and coverage, including capacity on two satellites leased from strategic partners. An additional 10 satellites are currently under construction with launch dates ranging from mid-2001 to mid-2003. Intelsat's rate of system utilization at the end of 2000 stood at approximately 84 percent, which represents the most efficient use of satellite capacity in the organization's history.

Intelsat's average revenue per 36 MHz equivalent transponder is approximately $1.3 million per year, though rates vary considerably based on transponder power, coverage, bandwidth and commitment term. The majority of carrier-based and transponder agreement services are offered in the $1.0 million to $2.0 million per year range for each 36 MHz equivalent transponder.

00232

MANAGEMENT'S DISCUSSION & ANALYSIS [CONTINUED]                    Intelsat

**Operating Expenses**

Operations and development expenses of $93 million in 2000 were consistent with the amount recorded in 1999. This incorporates a moderate increase in spending for growth initiatives, which was offset by a reduction in Year 2000 expenses incurred in 1999. Growth initiative expenditures were primarily related to broadband and ground network development projects. Operations and development expenses include earth station operations expenses of about $31 million for Intelsat's global tracking, telemetry, commanding & monitoring (TTC&M) network.

Selling, general and administrative expenses increased by approximately $15 million to $62 million in 2000 from $47 million in 1999, mainly due to additional marketing, promotional and other expenses associated with the commercialization and privatization of Intelsat. This includes expenses associated with expanding regional marketing support centers, recruiting marketing staff to broaden expertise, and enhancing marketing activities. Other factors in the increase include the addition of privatization-related staff and higher office and occupancy costs.

Privatization expenses increased to $22 million in 2000 from $11 million in 1999. Expenditures related to privatization efforts are projected to be substantially completed by mid-2001.

**20**

**Depreciation and Amortization**

Depreciation and amortization of $414 million in 2000 was $27 million lower than the $441 million total in 1999, mainly due to completion of depreciation for two satellites in the Intelsat fleet during 2000 and 1999.

**Interest Expense & Other Income**

Interest expense of $25 million in 2000 was $34 million lower than the 1999 total of $59 million, mainly due to additional capitalized interest associated with spacecraft under construction. Other income declined to $23 million in 2000 from $32 million in 1999, mainly due to a reduction in services provided to New Skies Satellites, N.V.

**Net Income**

Net income grew 42 percent to $505 million in 2000 from $356 million in 1999. This reflects a return on sales of 46 percent, up from 36 percent in 1999, as well as the highest level of profitability in the organization's history.

**Capital Expenditures**

Capital expenditures totaled $546 million in 2000, up from $330 million in 1999, and consisted of $393 million for seven C/Ku-band spacecraft and associated launch services under the Intelsat IX program, $26 million for two new spacecraft under the Intelsat X program, $71 million for information systems, ground segment, headquarters and other expenditures and $56 million of capitalized interest.

00233

### EBITDA and Cash Flow

Earnings before interest, taxes, depreciation and amortization (EBITDA) grew approximately 10 percent to $942 million in 2000 from $855 million in 1999. This represents an EBITDA margin of 85.8 percent for 2000, a slight reduction from the 1999 margin of 87.5 percent. The reduction is primarily due to expenses associated with the commercialization and privatization of Intelsat.

Intelsat's net operating cash flow during 2000 was more than adequate to meet the funding requirements of capital investment and to provide net distributions to shareholders of $275 million. Consequently, in January 2000, Intelsat retired $150 million in long-term Eurobond notes, reducing long-term bonds from $950 million to $800 million. In order to meet working capital requirements, Intelsat used its commercial paper program, against which $17 million of borrowings remained outstanding at the end of 2000.

### Financial Condition

At year-end 2000, Intelsat's financial condition remained strong with total assets of $3.2 billion, share-holders' equity of $1.7 billion and long-term debt of $870 million. Long-term debt consisted of $800 million in long-term bonds, $53 million in capitalized lease obligations and $17 million in commercial paper out-standing. With a long-term debt-to-total-capitalization ratio of approximately 34 percent at 31 December 2000, Intelsat is conservatively leveraged and can support additional financing in the 2001-2002 timeframe.

### Liquidity and Capital Resources

As a result of privatization and an agreement with shareholders regarding pre-privatization activity, Intelsat will neither receive capital funding from shareholders in 2001 nor make recurring cash distributions. Consequently, Intelsat plans to expand its existing $300 million commercial paper program to $1 billion in early 2001. The existing $300 million back up credit facility, put in place to support the commercial paper program, will likewise be expanded to $1 billion. The expanded commercial paper program will be used to fund working capital needs and a final distribution to shareholders of $425 million before privatization. Later in the year, Management expects to refinance outstanding borrowings under the commercial paper program with the proceeds received from longer-term financing. During 2002, Intelsat expects to obtain sub-stantial equity financing through an initial public offering.

Intelsat / AR / 2000

21

00234

**REPORT OF INDEPENDENT PUBLIC ACCOUNTANTS**                                    Intelsat

To the Board of Governors
International Telecommunications Satellite Organization:

We have audited the accompanying balance sheets of International Telecommunications
Satellite Organization (Intelsat) as of 31 December 2000 and 1999, and the related state-
ments of operations, changes in shareholders' equity and cash flows for each of the
three years in the period ended 31 December 2000. These financial statements are the
responsibility of Intelsat's management. Our responsibility is to express an opinion on
these financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the
United States. Those standards require that we plan and perform the audit to obtain rea-
sonable assurance about whether the financial statements are free of material misstate-
ment. An audit includes examining, on a test basis, evidence supporting the amounts and
disclosures in the financial statements. An audit also includes assessing the accounting prin-
ciples used and significant estimates made by management, as well as evaluating the over-
all financial statement presentation. We believe that our audits provide a reasonable basis
for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material
respects, the financial position of Intelsat as of 31 December 2000 and 1999, and the
results of its operations and its cash flows for each of the three years in the period ended
31 December 2000 in conformity with accounting principles generally accepted in the
United States.

*Arthur Andersen LLP*

Arthur Andersen LLP
Vienna, Virginia
2 February 2001

**22**

Intelsat | AR | 2000

From: LINDA M. HOFFMAN (202)331-9450
FREILICHER & HOFFMAN, PC
1925 K STREET, NW, SUITE 200

WASHINGTON, DC, 20006

REVENUE BARCODE



FedEx.

**To: Immigration and Naturalization Serv (202)331-9450**
**Vermont Service Center**
**75 Lower Welden Street**

SHIP DATE: 09MAY02
WEIGHT: 1 LBS

**St. Albans, VT, 05479**
Ref: 0186



DELIVERY ADDRESS BARCODE(FEDEX-EDR)

TRK # 7918 3422 8366  FORM 0201    FedEx  STANDARD OVERNIGHT

05479-VT-US      ED MVLA

BTV

FRI
AM

Deliver by:
**10MAY02**



I-140

Please fold this document in half and place it in the waybill pouch affixed to your shipment so that the barcode portion of the label can be read and scanned.
***WARNING: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

## Shipping Label

| | | |
|---|---|---|
| Schedule Courier | Find a Dropoff Location | Shipping History |
| Shipment Complete | Cancel Shipment | Edit Shipment Information |

1. Use the "Print" feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping label pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

## Shipment Details

To print a copy of the shipment information for your records, please click "Shipment Details".    Shipment Details

## Ship a New Package

| Ship Inside U.S. | Ship Outside U.S. | Ship to Same Recipient |
|---|---|---|

Use of this system constitutes your agreement to the service conditions in the current FedEx service Guide, available upon request.
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

00236

https://www.fedex.com/cgi-bin/unity?www51&gifs/66/83/7918_3422_8366S_AaqdD.html    5/9/2002

**BALANCE SHEETS** (US $ in thousands)                                      Intelsat

| As of 31 December | | 2000 | 1999 |
|---|---|---:|---:|
| **ASSETS** | | | |
| Current assets: | | | |
| Cash and cash equivalents | $ | – | $ 25,943 |
| Receivables (note 3) | | 299,348 | 276,245 |
| Note receivable from New Skies Satellites N.V. (note 4) | | – | 22,000 |
| Total current assets | | 299,348 | 324,188 |
| Satellites and other property and equipment, net (note 5) | | 2,888,654 | 2,753,076 |
| Investment in New Skies Satellites N.V. (note 4) | | – | 71,268 |
| Other assets | | 10,018 | 15,557 |
| Total assets | | **$3,198,020** | $3,164,089 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | |
| Current liabilities: | | | |
| Due to shareholders (note 6): | | | |
| Compensation for use of capital | $ | 118,802 | $ 91,655 |
| Repayments of capital | | 101,401 | 120,273 |
| Other | | 56,237 | 36,054 |
| Accounts payable and accrued liabilities | | 155,338 | 141,873 |
| Deferred satellite performance incentives | | 17,900 | 18,888 |
| Deferred revenues | | 17,066 | 13,306 |
| Capital lease obligation (note 7) | | 3,911 | 3,964 |
| Total current liabilities | | 470,655 | 426,013 |
| Long-term debt, net of current portion (note 7) | | 870,161 | 1,008,518 |
| Deferred satellite performance incentives | | 77,682 | 91,373 |
| Deferred revenues | | 12,389 | 20,985 |
| Accrued retirement benefits (note 8) | | 65,493 | 65,793 |
| Total liabilities | | 1,496,380 | 1,612,682 |
| Commitments and contingencies (notes 9 and 10) | | | |
| Shareholders' equity | | 1,701,640 | 1,551,407 |
| Total liabilities and shareholders' equity | | **$3,198,020** | $3,164,089 |

See accompanying notes to financial statements.

Intelsat / AR / 2000

23

## STATEMENTS OF OPERATIONS (US $ in thousands)                                    Intelsat

| For the years ended 31 December | 2000 | 1999 | 1998 |
|---|---|---|---|
| Telecommunications revenue (note 4) | **$1,097,296** | $977,051 | $1,020,431 |
| Operating expenses: | | | |
|     Depreciation and amortization | **414,250** | 441,183 | 482,435 |
|     Operations and development | **93,162** | 93,180 | 88,745 |
|     Selling, general and administrative | **61,900** | 47,362 | 44,877 |
|     Privatization initiative (note 1) | **21,575** | 11,433 | 2,499 |
|     Total operating expenses | **590,887** | 593,158 | 618,556 |
| Income from operations | **506,409** | 383,893 | 401,875 |
| Interest expense | **(24,859)** | (59,263) | (65,639) |
| Other income (note 4) | **23,340** | 31,542 | 14,048 |
| Net income | **$  504,890** | $356,172 | $  350,284 |

See accompanying notes to financial statements.

## STATEMENTS OF CHANGES IN SHAREHOLDERS' EQUITY (US $ in thousands)

| For the years ended 31 December | 2000 | 1999 | 1998 |
|---|---|---|---|
| Balance as of 1 January | **$1,551,407** | $1,592,668 | $2,198,842 |
|     Net income | **504,890** | 356,172 | 350,284 |
|     Capital contributions from shareholders | **580,000** | 372,000 | 504,000 |
|     Distributions to shareholders: | | | |
|       Compensation for use of capital and | | | |
|         repayments of capital | **(863,389)** | (769,433) | (819,048) |
|       Shares in New Skies Satellites N.V. (note 4) | **(71,268)** | – | (641,410) |
| Balance as of 31 December | **$1,701,640** | $1,551,407 | $1,592,668 |

See accompanying notes to financial statements.

**STATEMENTS OF CASH FLOWS** (US $ in thousands)                                          Intelsat

| For the years ended 31 December | 2000 | 1999 | 1998 |
|---|---|---|---|
| Cash flows from operating activities: | | | |
| Net income | $ 504,890 | $ 356,172 | $ 350,284 |
| Adjustments for non-cash items: | | | |
| Depreciation and amortization | 414,250 | 441,183 | 482,435 |
| Changes in operating assets and liabilities: | | | |
| Receivables | (1,103) | (8,520) | (11,650) |
| Other assets | 5,539 | 3,097 | 14,854 |
| Accounts payable and accrued liabilities | 13,465 | 34,089 | 9,900 |
| Deferred revenues | (4,836) | (5,662) | (8,454) |
| Accrued retirement benefits | (300) | 527 | 2,678 |
| Net cash provided by operating activities | 931,905 | 820,886 | 840,047 |
| | | | |
| Cash flows from investing activities: | | | |
| Payments for satellites and other property and equipment | (546,020) | (330,327) | (453,611) |
| Insurance proceeds | – | – | 33,348 |
| Cash contributed to New Skies Satellites N.V. | – | – | (66,986) |
| Net cash used in investing activities | (546,020) | (330,327) | (487,249) |
| | | | |
| Cash flows from financing activities: | | | |
| Capital contributions from shareholders | 580,000 | 372,000 | 504,000 |
| Distributions to shareholders | (855,114) | (751,616) | (812,136) |
| Repayment of notes payable | (150,000) | – | – |
| Proceeds from commercial paper borrowings, net | 16,588 | – | – |
| Due to shareholders – other | 20,183 | (60,940) | (44,503) |
| Principal payments on deferred satellite performance incentives | (18,487) | (21,024) | (21,857) |
| Principal payments on capital lease obligation | (4,998) | (3,275) | – |
| Net cash used in financing activities | (411,828) | (464,855) | (374,496) |
| | | | |
| Net (decrease) increase in cash and cash equivalents | (25,943) | 25,704 | (21,698) |
| Cash and cash equivalents, beginning of year | 25,943 | 239 | 21,937 |
| Cash and cash equivalents, end of year | $        – | $ 25,943 | $      239 |
| | | | |
| Supplemental cash flow information: | | | |
| Interest paid, net of amount capitalized | $  33,189 | $ 58,381 | $ 63,843 |

See accompanying notes to financial statements.

00239

**NOTES TO FINANCIAL STATEMENTS**  (US $ in thousands)                                    **Intelsat**
31 December 2000, 1999 and 1998

*Note 1*  **General**

The International Telecommunications Satellite Organization (Intelsat or the Organization) was established on 12 February 1973 in accordance with the provisions of an Intergovernmental Agreement (Intelsat Agreement) and an Operating Agreement. Through its global system of 17 geostationary satellites (excluding the five satellites transferred to New Skies Satellites N.V. as described below) and related ground segment facilities, Intelsat provides the capacity required for public telecommunications services to various customers in approximately 200 countries throughout the world. These services include public switched telecommunications services, business and private network services, Internet services, and video services.

The parties to the Intelsat Agreement are Intelsat's 144 member countries. The Signatories to the Operating Agreement (Signatories) are either the member countries or their designated telecommunications entities, public or private. Signatories may authorize other entities within their country to access the Intelsat space segment and to invest in Intelsat. Signatories and non-Signatory investors are referred to collectively as Intelsat's shareholders. Intelsat's Signatories are also its principal customers and accounted for approximately 73 percent of total telecommunications revenue in 2000.

In April 1998, Intelsat established a wholly owned subsidiary called New Skies Satellites N.V. (NSS). On 30 November 1998, Intelsat contributed working capital, five in-orbit satellites with their associated orbital slots and the construction-in-progress for a sixth satellite to NSS. The assets and associated liabilities were transferred at their net book values in exchange for all of the NSS outstanding common stock. Subsequent to the transfer, Intelsat distributed the NSS shares to shareholders in proportion to their investments in Intelsat in two separate transactions. These transactions are discussed further in note 4.

In November 2000, Intelsat's member governments decided that Intelsat should transform itself from an intergovernmental organization to a private commercial entity by as early as July 2001. Consequently, upon privatization, Intelsat will transfer substantially all of its assets, liabilities and operations, including its customer and supplier contracts, to newly incorporated entities (collectively called Intelsat) that will be wholly owned by Intelsat's Bermuda-based holding company. Intelsat's existing shareholders will hold 100 percent of the common stock of the holding company. Intelsat may be subject to certain new costs as a private company, including various taxes (see note 2).

In connection with the privatization initiative, expenses of $21,575, $11,433 and $2,499 were incurred in 2000, 1999 and 1998, respectively, and are included in the accompanying statements of operations.

*Note 2*  **Summary of significant accounting policies**

(a) Basis of presentation

The financial statements have been prepared in accordance with U.S. generally accepted accounting principles (U.S. GAAP). Prior to 1999, Intelsat issued financial statements that had been prepared on the basis of principles contained in the Operating Agreement. Certain adjustments and reclassifications were made retroactively in order to conform to U.S. GAAP or to otherwise conform to the current year's presentation.

The preparation of financial statements requires management to make estimates and assumptions that affect (1) the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and (2) the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

**NOTES TO FINANCIAL STATEMENTS**  (US $ in thousands)                    Intelsat
    31 December 2000, 1999 and 1998

*Note 2*  **Summary of significant accounting policies** [CONTINUED]

(b) Telecommunications revenue recognition

Telecommunications revenue results from utilization charges, which are recognized as revenue over the period during which the satellite services are provided. Amounts received from customers pursuant to satellite capacity prepayment options are recorded in the financial statements as deferred revenues. These deferred amounts are recognized as revenues on a straight-line basis over the respective agreement terms.

(c) Cash and cash equivalents

Cash and cash equivalents include Eurodollar time deposits and other financial instruments which have original terms to maturity of 90 days or less. Carrying amounts approximate market value.

(d) Satellites and other property and equipment

Satellites and other property and equipment are stated at cost and consist primarily of the costs of spacecraft construction and launch, including insurance premiums, the net present value of performance incentives payable to the spacecraft manufacturers, management expenses directly associated with the monitoring and support of spacecraft construction, and interest costs incurred during the period of spacecraft construction.

Spacecraft and launch services are generally procured under long-term, multi-satellite contracts, which provide for payments by Intelsat over the contract periods. Spacecraft and launch services costs are capitalized to reflect progress toward completion, which typically coincides with contract milestone payment schedules. Insurance premiums related to satellite launches and subsequent in-orbit testing are capitalized and amortized over the lives of the related satellites. Performance incentives payable in future periods are dependent on the continued satisfactory performance of the satellites in service.

Satellites and other property and equipment are depreciated and amortized on a straight-line basis over the following estimated useful lives:

|  | Years |
| --- | --- |
| Satellites | 7–11 |
| Satellite series program costs | 10–13 |
| Ground segment equipment and software | 10 |
| Furniture, equipment, computer hardware and software | 2–12 |
| Intelsat headquarters building | 40 |

The cost of retired satellites, related assets and the related accumulated depreciation and amortization are removed from the property accounts as the satellites are decommissioned. The satellite series program costs are carried in the property accounts until the last satellite in the series is decommissioned.

*Intelsat / AR / 2000*

27

**NOTES TO FINANCIAL STATEMENTS** (US $ in thousands)                                         **Intelsat**
31 December 2000, 1999 and 1998

*Note 2*   **Summary of significant accounting policies** [CONTINUED]

(e) Shareholders' equity

Intelsat operates on a commercial basis as a cost-sharing cooperative. Each shareholder contributes to Intelsat and receives capital repayments and compensation for the use of capital in proportion to its investment share. Capital repayments are calculated to return all surplus cash to shareholders. In 1998, an additional repayment of capital was made following the receipt of insurance proceeds for the Intelsat 801 solar array damage (see note 5).

Each shareholder's investment share is calculated annually based on its percentage of use of the satellite capacity. However, shareholders may elect to change their investment share, subject to certain limitations and the availability of other shareholders willing to increase or decrease their shares. Adjustments to investment shares are also made at the time of a Signatory's entry into or withdrawal from Intelsat.

The Operating Agreement includes a provision under which a target range for rate of return on shareholders' invested capital is established annually. The actual rate of return on shareholders' invested capital fell within the target range in 2000, 1999 and 1998.

(f) Tax status

Intelsat is exempt from United States and District of Columbia taxes under the terms of the Headquarters Agreement, dated 24 November 1976, between the government of the United States and Intelsat. Upon privatization, Intelsat will become subject to certain taxes in various jurisdictions in which it will operate.

(g) Concentration of credit risk

Intelsat provides satellite services and extends credit to numerous customers in the telecommunications industry. Management monitors its exposure to credit losses and maintains allowances for anticipated losses, if any. All customer contracts and substantially all supplier contracts are denominated in U.S. dollars.

*Note 3*   **Receivables**

Receivables as of 31 December comprised:

|                                   | 2000       | 1999       |
|-----------------------------------|------------|------------|
| Satellite utilization charges:    |            |            |
| Unbilled                          | **$255,116** | $250,635 |
| Billed                            | **37,048**   | 20,787   |
| Other                             | **7,184**    | 4,823    |
| Total                             | **$299,348** | $276,245 |

The unbilled satellite utilization charges as of each year-end represent the amounts earned and accrued as receivable from customers for their usage of the Intelsat space segment in the fourth quarter of the year. These amounts are billed in January of the following year.

**NOTES TO FINANCIAL STATEMENTS** (US $ in thousands)                    Intelsat
31 December 2000, 1999 and 1998

*Note 4*   **Investment in and note receivable from New Skies Satellites N.V.**

In April 1998, Intelsat established NSS as a wholly owned subsidiary. On 30 November 1998, Intelsat contributed working capital and five in-orbit satellites with their associated orbital slots to NSS. In addition, Intelsat contributed the construction-in-progress for a sixth satellite and assigned the underlying contract to NSS. The six satellites included the Intelsat 513, 703, 803, 806, K, and the under construction KTV. Intelsat also assigned certain customer agreements related to the contributed satellites to NSS. The assets transferred totaled $734,678. In addition, Intelsat received a note in the amount of $22,000 from NSS bearing interest at six percent, resulting in net assets transferred of $712,678. In exchange for the contributed net assets, ten million shares of NSS common stock were received. The investment in NSS was recorded at the net book value of the contributed net assets.

Also on 30 November 1998, Intelsat distributed nine million of the NSS shares to shareholders in proportion to their investments in Intelsat. The distribution was recorded at the pro rata net book value of the contributed net assets in the amount of $641,410. In February 2000, Intelsat distributed the remaining one million shares to shareholders in proportion to their investments in Intelsat. The $71,268 distribution was accounted for as a return of capital at the recorded value of the investment. The $22,000 note was paid in full by NSS in December 2000.

In connection with the transfer of net assets to NSS, Intelsat entered into operational services and transition services agreements with NSS. These agreements require Intelsat to perform satellite tracking, telemetry and command services and other operating activities for NSS through May 2001 for three of the satellites and through the end of the satellite lives for two of the satellites. The services performed for NSS are priced at rates which management believes approximate market rates. During 2000, 1999 and 1998, $11,849, $20,875 and $1,752, respectively, was recognized as other income for these services in the accompanying statements of operations. Revenue recognized by Intelsat on the transferred satellites totaled $106,452 in 1998.



Intelsat obtains satellite capacity from NSS under a Transponder Leasing Agreement for certain customers whose services are provided on the satellites transferred to NSS, but whose service contracts cannot be performed by NSS due to local licensing requirements or other legal impediments. Intelsat bills customers for such services and remits all amounts collected to NSS, less an administrative fee, as full payment for the capacity obtained. With respect to each service contract covered thereunder, this agreement expires when such contract is terminated, its assignment to NSS is no longer prevented by legal requirements, or upon NSS's removal from service of the satellite providing the capacity.

NOTES TO FINANCIAL STATEMENTS  (US $ in thousands)                                        Intelsat
31 December 2000, 1999 and 1998

### Note 5  Satellites and other property and equipment

Satellites and other property and equipment as of 31 December comprised:

|  | 2000 | 1999 |
|---|---|---|
| Satellites, launch vehicles and services | $ 5,737,392 | $ 5,255,362 |
| Information systems and ground segment | 429,917 | 385,132 |
| Intelsat headquarters and other | 221,578 | 203,861 |
| Total cost | 6,388,887 | 5,844,355 |
| Less accumulated depreciation and amortization | (3,500,233) | (3,091,279) |
| Total | $ 2,888,654 | $ 2,753,076 |



Satellites and other property and equipment as of 31 December 2000 and 1999 included construction-in-progress of $1,033,237 and $535,330, respectively. These amounts relate primarily to spacecraft under construction and related launch services. Interest costs of $56,501, $27,578 and $24,617 were capitalized in 2000, 1999 and 1998, respectively. During 2000, performance incentive payments previously withheld on series VII satellites totaling $3,808 were recorded. These amounts become due and payable when one or more of the satellites in the series exceed their orbital design lives.

On 18 March 1997, a solar array on the Intelsat 801 was damaged during in-orbit testing. The anomaly caused a reduction in the satellite's orbital life. Insurance proceeds of $33,348 were received from the insurers during 1998 as a result of the reduced orbital life.

Research and development costs of $5,393, $4,565 and $3,630 were charged to expense in 2000, 1999 and 1998, respectively.

### Note 6  Due to shareholders

Balances due to shareholders include amounts accrued during the fourth quarter relating to undistributed compensation for, and repayments of, capital. Other amounts due include funds held by Intelsat for certain shareholders at their request.

NOTES TO FINANCIAL STATEMENTS  (US $ in thousands)                          Intelsat
  31 December 2000, 1999 and 1998

*Note 7*   **Long-term debt and other financing arrangements**

As of 31 December, the carrying amounts and the estimated fair values of Intelsat's long-term debt were as follows:

| | 2000 | | 1999 | |
|---|---|---|---|---|
| | Amount | Fair Value | Amount | Fair Value |
| Eurobond 6.75% notes due 19 January 2000 | $          – | $          – | $ 150,000 | $ 150,000 |
| Eurobond 7.375% notes due 6 August 2002 | **200,000** | **203,754** | 200,000 | 200,820 |
| Dragon bond 6.625% notes due 22 March 2004 | **200,000** | **201,430** | 200,000 | 194,380 |
| Eurobond 8.375% notes due 14 October 2004 | **200,000** | **212,720** | 200,000 | 206,420 |
| Eurobond 8.125% notes due 28 February 2005 | **200,000** | **213,956** | 200,000 | 205,840 |
| Capital lease obligation | **53,573** | **53,573** | 58,518 | 58,518 |
| Commercial paper | **16,588** | **16,588** | – | – |
| Total | **$870,161** | **$902,021** | $1,008,518 | $1,015,978 |

Intelsat maintains a commercial paper program. During 2000, the average daily balance of commercial paper outstanding was approximately $104,059 at an average effective borrowing rate of 6.41 percent per annum. During 1999, the average daily balance of commercial paper outstanding was approximately $25,754 at an average effective borrowing rate of 5.35 percent per annum.

To support its commercial paper program, Intelsat maintains a revolving credit facility of $300,000 with five banks. Any borrowings under the credit facility, which expires on the earlier of 26 October 2001 or the date of privatization, are convertible at the borrower's option to term loans which would be due up to one year after the conversion date. As of 31 December 2000 and 1999, there were no borrowings outstanding under Intelsat's revolving credit facilities.

Intelsat refinanced the Eurobond that matured on 19 January 2000 by issuing commercial paper under its commercial paper program. Intelsat's policy is to classify borrowings supported by its revolving credit facility as long-term debt because Intelsat has the ability and the intent to maintain these obligations for longer than one year.

During 1999, Intelsat incurred a capital lease obligation of $65,757 in connection with a lease agreement to acquire additional satellite capacity. As of 31 December 2000, the remaining capital lease obligation was $57,484, of which $53,573 was long term and $3,911 was current.

*Note 8*   **Retirement plans and other retiree benefits**

(a) Pension and other postretirement benefits

Intelsat maintains a noncontributory defined benefit retirement plan covering substantially all employees. The cost under this plan is calculated by an actuary using a formula based upon the employees' remuneration, dates of hire and years of eligible service. Intelsat funds the plan based on actuarial advice using the projected unit credit cost method.

Intelsat / AR / 2000
31

00245

NOTES TO FINANCIAL STATEMENTS (US $ in thousands)                           Intelsat
   31 December 2000, 1999 and 1998

*Note 8*   **Retirement plans and other retiree benefits** [CONTINUED]

In addition, Intelsat provides health benefits for employees who retire at or after age 60 with five years of consecutive service or before age 60 with ten years of consecutive service. The cost under this unfunded plan is calculated by an actuary based on the level of benefits provided, years of service and certain other factors.

The following tables provide summaries of the projected benefit obligations, plan assets, and funded status of the plans as of 31 December 2000 and 1999 based on valuation dates of 30 September 2000 and 1999.

| | Pension Benefits | | Other Postretirement Benefits | |
|---|---|---|---|---|
| | **2000** | 1999 | **2000** | 1999 |
| **Change in benefit obligation** | | | | |
| Benefit obligation, 1 January | **$219,388** | $223,267 | **$31,990** | $30,076 |
| Service cost | **8,465** | 8,849 | **2,294** | 2,044 |
| Interest cost | **16,084** | 14,753 | **2,333** | 1,989 |
| Benefits paid | **(10,830)** | (11,307) | **(1,818)** | (1,957) |
| Actuarial (gain) loss | **(10,017)** | (16,174) | **10,016** | (162) |
| Benefit obligation, 31 December | **$223,090** | $219,388 | **$44,815** | $31,990 |

| | Pension Benefits | | Other Postretirement Benefits | |
|---|---|---|---|---|
| | **2000** | 1999 | **2000** | 1999 |
| **Change in plan assets** | | | | |
| Plan assets at fair value, 1 October | **$250,893** | $219,669 | **$ –** | $ – |
| Actual return on plan assets | **38,658** | 39,093 | **–** | – |
| Contributions by Intelsat | **3,715** | 3,438 | **–** | – |
| Benefits paid | **(10,830)** | (11,307) | **–** | – |
| Plan assets at fair value, 30 September | **$282,436** | $250,893 | **$ –** | $ – |

00246

**NOTES TO FINANCIAL STATEMENTS** (US $ in thousands)                    Intelsat
31 December 2000, 1999 and 1998

*Note 8*  **Retirement plans and other retiree benefits** [CONTINUED]

|  | Pension Benefits | | Other Postretirement Benefits | |
|---|---|---|---|---|
|  | **2000** | 1999 | **2000** | 1999 |
| Funded status of the plans |  |  |  |  |
| Funded status of the plans | **$ 59,346** | $ 31,505 | **$ (44,815)** | $ (31,990) |
| Unrecognized net gains | **(63,986)** | (37,562) | **(14,499)** | (26,294) |
| Unrecognized prior service cost | **(1,723)** | (1,941) | **–** | – |
| Unrecognized transition obligation | **448** | 489 | **–** | – |
| Fourth-quarter contributions to the plans | **929** | 928 | **342** | 283 |
| Accrued benefits costs, 31 December | **$ (4,986)** | $ (6,581) | **$ (58,972)** | $ (58,001) |
| Discount rate | **7.75%** | 7.50% | **7.75%** | 7.50% |
| Expected rate of return on plan assets | **9.00%** | 9.00% | **–** | – |
| Rate of compensation increase | **5.00%** | 5.00% | **–** | – |

Plan assets include investments in equity and bond funds, U.S. government securities and liquid reserve funds.



Net periodic pension and other postretirement benefits costs included the following components for 2000, 1999 and 1998:

|  | Pension Benefits | | | Other Postretirement Benefits | | |
|---|---|---|---|---|---|---|
|  | **2000** | 1999 | 1998 | **2000** | 1999 | 1998 |
| Service cost | **$ 8,465** | $ 8,849 | $ 7,910 | **$ 2,294** | $ 2,044 | $1,907 |
| Interest cost | **16,084** | 14,753 | 14,275 | **2,332** | 1,989 | 3,039 |
| Expected return on plan assets | **(21,619)** | (18,723) | (18,450) | **–** | – | – |
| Amortization of unrecognized transition asset | **41** | (119) | (1,403) | **–** | – | – |
| Amortization of unrecognized prior service cost | **(218)** | (202) | (218) | **–** | – | – |
| Amortization of unrecognized net gain | **(633)** | (41) | (34) | **(2,029)** | (2,287) | (501) |
| Total costs | **$ 2,120** | $ 4,517 | $ 2,080 | **$ 2,597** | $ 1,746 | $4,445 |

**NOTES TO FINANCIAL STATEMENTS**  (US $ in thousands)                    Intelsat
31 December 2000, 1999 and 1998

*Note 8*    **Retirement plans and other retiree benefits** [CONTINUED]

Depending upon actual future health care claims experience, Intelsat's actual costs may vary significantly from those projected above. As of 30 September 2000 and 1999, the assumed health care cost trend rate was a constant seven percent.

Increasing the assumed health care cost trend rates by one percent each year would increase the other postretirement benefits obligation as of 30 September 2000 by $5,757. Decreasing these trend rates by one percent each year would reduce the other postretirement benefits obligation as of 30 September 2000 by $4,855. A one percent increase or decrease in the assumed health care cost trend rate would increase or decrease the aggregate service and interest cost components of net periodic other postretirement benefits cost for 2000 by $1,004 and $828, respectively.

(b) Other Retirement Plans

Intelsat maintains a supplemental contributory defined contribution retirement plan, which is available to substantially all employees, and an unfunded supplemental pension plan for executives. The expense for these plans was $1,859, $1,684 and $1,564 in 2000, 1999 and 1998, respectively. The Organization's accrued liability for these plans was $1,535 and $1,211 as of 31 December 2000 and 1999, respectively.

*Note 9*    **Contractual commitments**

In the further development and operation of the global commercial communications satellite system, significant additional expenditures are anticipated. The portion of these additional expenditures represented by contractual commitments as of 31 December 2000 and the expected year of payment are as follows:

|  | Capital | Expense | Total |
|---|---|---|---|
| 2001 | $  642,450 | $26,908 | $  669,358 |
| 2002 | 391,347 | 13,187 | 404,534 |
| 2003 | 125,313 | 10,239 | 135,552 |
| 2004 | 36,294 | 10,217 | 46,511 |
| 2005 | 26,211 | 8,871 | 35,082 |
| Thereafter | 136,336 | 2,549 | 138,885 |
|  | 1,357,951 | 71,971 | 1,429,922 |
| Less amount representing interest on capital lease obligation and deferred satellite performance incentives | (77,507) | – | (77,507) |
| Total net commitments | $1,280,444 | $71,971 | $1,352,415 |

Due to the nature of its business, Intelsat has large contracts for satellite construction and launch services. The organization pays significant amounts to a limited number of suppliers for assets and services scheduled for future delivery.

**34**
*Intelsat | AR | 2000*

**NOTES TO FINANCIAL STATEMENTS**  (US $ in thousands)                    Intelsat
31 December 2000, 1999 and 1998

*Note 9*  **Contractual commitments** [CONTINUED]

Intelsat offers its customers long-term commitments of varying lengths up to 15 years for a range of services at reduced monthly tariff rates which are progressively lower for the longer commitment periods. As of 31 December 2000, certain customers had long-term commitments in effect, representing approximately 69 percent and 87 percent of the total analog and digital service traffic, respectively. Intelsat also provides transponder capacity to customers to meet their domestic and international requirements pursuant to agreements which cover periods of up to 15 years.

Intelsat leases space in its headquarters building to various tenants. The minimum rental income anticipated with respect to these leases is approximately $11,813, of which $11,446 is expected to be received during the next five years.

*Note 10*  **Contingencies**

Intelsat's policy is to obtain satellite insurance coverage for possible losses that may occur during the launch and subsequent in-orbit test period. Intelsat does not maintain insurance coverage beyond the first year a satellite is in orbit because of the significant reduction in risk of loss at that point in time.

*Note 11*  **Business segment and geographic information**

Intelsat operates in a single industry segment, in which it provides satellite services to its telecommunications customers around the world. The geographic distribution of the Organization's revenues for 2000, 1999 and 1998 was as follows:

|  | **2000** | 1999 | 1998 |
|---|---|---|---|
| Europe | **28%** | 29% | 31% |
| North America and Caribbean | **23%** | 20% | 19% |
| Asia Pacific | **19%** | 19% | 18% |
| Latin America | **14%** | 17% | 16% |
| Middle East and North Africa | **8%** | 7% | 8% |
| Sub-Saharan Africa | **8%** | 8% | 8% |

Approximately 16 percent, 15 percent and 15 percent of Intelsat's revenue was derived from its largest customer, the U.S. Signatory, in 2000, 1999 and 1998, respectively. No other single customer accounted for more than five percent of revenue in any of those years. The 10 largest customers accounted for approximately 43 percent of Intelsat's revenue in 2000, 1999 and 1998. Revenue by region is based on the locations of customers to which services are billed.

Intelsat's satellites are in geosynchronous orbit, and consequently are not attributable to any geographic location. Of the Organization's remaining assets, substantially all are U.S. based.

INTELSAT / AR / 2000
**35**

## Intelsat Investors

Intelsat

as of 2 April 2001

(ranked in descending order according to percentage of ownership)

Lockheed Martin Global Telecommunications
Videsh Sanchar Nigam Limited
FRANCE TELECOM
Telenor Broadband Services AS †
British Telecommunications plc
Teleglobe Inc.
Deutsche Telekom AG
Telecom Italia S.p.A.
Telstra Corporation Limited
Empresa Brasileira de Telecomunicações S.A. (EMBRATEL)
Cable & Wireless plc
CHINA TELECOM
TÜRK TELEKOMÜNIKASYON A.S.
EMPRESA NACIONAL DE TELECOMUNICACIONES - TELECOM (COLOMBIA)
Telecommunication Company of Iran
KPN Satcom B.V.
COMSAT General Corporation
TELKOM SA Limited
KDDI Corporation †
Compañía Anónima Nacional Teléfonos de Venezuela (CANTV)
Tiba S.A.
COMSAT Argentina S.A.
Singapore Telecommunications Limited
Telefónica del Perú, S.A.
Saudi Telecom Company (STC)
Ministry of Communications of the Government of the United Arab Emirates
Swisscom AG
"BEZEQ" The Israel Telecommunication Corporation Limited
Telefónica de España, S.A.
Korea Telecom Corp.
Pakistan Telecommunication Company Limited (PTCL) †
Empresa Nacional de Telecomunicaciones S.A. (ENTEL)
Ministry of Communications, The State of Kuwait
Reach Networks Hong Kong Limited
Companhia Portuguesa Rádio Marconi
Nigerian Telecommunications Limited (NITEL)
Central Bank Of Russia
Telekom Malaysia Berhad (128740-P)
Telecom Corporation of New Zealand Ltd
The Communications Authority of Thailand (CAT)
TELECOM EGYPT
Impsat S.A.
TELECOMUNICACIONES DE MÉXICO (TELECOMM)
PT INDOSAT
Bahrain Telecommunications Company (BATELCO)
Telkom Kenya Limited
Telia AB
Government of the Democratic and Popular Republic of Algeria
TELE Greenland A/S
Cable & Wireless Panamá
Government of the Great Socialist People's Libyan Arab Jamahiriya
Telecomunicaciones de Guatemala S.A.
Kazak Telecom
Vietnam Posts and Telecommunications Corporation
The Polish Telecommunication Company
BELGACOM
Sri Lanka Telecom
Philippine Communications Satellite Corporation (PHILCOMSAT)
Hellenic Telecommunications Organization (OTE) S.A.
Empresa de Telecomunicações de Angola, ANGOLA TELECOM, E.P.
Société Nationale des Télécommunications (SONATEL)
Cable & Wireless Jamaica Limited †
Spacelink International LLC
Compañía Dominicana de Teléfonos, C. por A.
Telegraph and Telephone Board of Bangladesh
Government of the Republic of Iraq
Ghana Telecommunications Company Limited
Russian Satellite Communication Company (RSCC)
Jordan Telecommunications Company
L'Agence des Télécommunications de Côte d'Ivoire (ATCI)
Telekom Austria Aktiengesellschaft
Mauritius Telecom Limited
Empresa Nacional de Telecomunicaciones (ENTEL)
Tele Danmark A/S
Cameroon Telecommunications (CAMTEL)
Qatar Telecom Q.S.C. (Q-TEL) †
Government of Lebanon
Oman Telecommunications Company S.A.O.C. (Omantel)
ITISSALAT AL MAGHRIB
Telecom Argentina STET – FRANCE TELECOM S.A.
Offices des Postes et Télécommunications de Polynésie Française
Tecoar, S.A.
Societatea Naţională de Radiocomunicaţii S.A.
Empresa Nacional de Telecomunicações de Moçambique, E.P-TDM
Andinatel S.A.
Office Congolais des Postes et Télécommunications (OCPT)
Comisión Nacional de Telecomunicaciones (CONATEL)
Tanzania Telecommunications Company Limited
GENSAT
Ethiopian Telecommunications Corporation
Department of Telecommunications, Ministry of Communications
Iceland Telecom Limited
JSC TNS- Plus
Telefónica de Argentina
The Bahamas Telecommunication Corporation  (BATELCO)
Cote-d'Ivoire Telecom (CI Telecom)
TELECOM MALAGASY S.A.
MONACO TELECOM, S.A.M.
Hungarian Satellite Communications Association (HUNSAT)
Société des Télécommunications du Mali (SOTELMA)
Société des Télécommunications du Togo (TOGO TELECOM)
Government of the Syrian Arab Republic

Advance Telecomunicaciones S.A
Cable & Wireless BET Limited
Government of the Republic of Yemen
Radio Telefís Éireann
Office des Postes et Télécommunications (OPT)
Zambia Telecommunications Company Limited
Government of the Republic of the Sudan
Nepal Telecommunications Corporation
Pacificnet S.A
Datasat Communications
Société Nigérienne des Télécommunications (SONITEL)
Télécom Haiti
Fiji International Telecommunications Limited (FINTEL)
Telikom PNG Limited
Telecommunications Services of Trinidad and Tobago Limited
MALTACOM plc
ČESKÉ RADIOKOMUNIKACE a.s
Compañía de Telecomunicaciones de El Salvador, S.A. de C.V.
Public Enterprise PTT Bosnia and Herzegovina
Office National des Télécommunications (ONATEL)
Kingston TLI Ltd.
Compañía de Teléfonos de Chile Transmisiones Regionales S.A.
Société Centrafricaine de Télécommunications (SOCATEL)
Ministry of Maritime Affairs, Transport and Communications of Croatia
Cyprus Telecommunications Authority
Malawi Telecoms Limited †
Community of the Yugoslav Posts, Telegraphs and Telephones
Ministère des Postes et Télécommunications de Guinée
Office des Postes et Télécommunications de la République du Bénin
Redwing Satellite Solutions Ltd
Instituto Nicaragüense de Telecomunicaciones y Correos (TELCOR)
Société Mauritanienne des Télécommunications (MAURITEL) †
Administración Nacional de Telecomunicaciones de Uruguay
Botswana Telecommunications Corporation
Bulgarian Telecommunications Company Ltd.
Cabo Verde Telecom, SARL
Department of Telecommunications, Ministry of Communications of Bhutan
Empresa de Telecomunicaciones de Cuba, S.A. (ETECSA)
Empresa Hondureña de Telecomunicaciones (HONDUTEL)
Federated States of Micronesia Telecommunications Corporation
Government of Luxembourg
Government of Zimbabwe
Government of the Hashemite Kingdom of Jordan
Government of the Principality of Liechtenstein
Government of the Republic of Congo
Government of the Vatican City State
Ministère des Transports et des Communications de Tunisie
Ministry of Communication of Azerbaijan Republic
Ministry of Communications of the Islamic State of Afghanistan
Ministry of Communications, Public of Pakistan
Ministry of Posts and Telecommunications of the Somali Democratic Republic
Ministry of Telecommunications of Armenia
Ministry of Transport and Communications of Kyrgyzstan
Ministry of Transportation and Communications of the Republic of Equatorial Guinea
Mongolia Telecom
Posts and Telecommunications Agency of the Republic of Uzbekistan
Posts and Telecommunications Corporation (Public) of Swaziland
RWANDATEL, S.A.
Secretaría de Comunicaciones de Argentina
Société des Télécommunications du Tchad (SOTEL TCHAD)
Société Nationale des Postes et Télécommunications des Comores
Sonera Carrier Networks Ltd.
TELECOM NAMIBIA (LTD)
Uganda Telecom Limited
Excom plc
Bellsouth Chile S.A.
Spacetel International UK
Globecast Northern Europe Ltd
Newsforce (UK) Ltd.
Satellite Media Services
Western Telesystems (Ghana) Ltd.
Servicios para el Transporte de Información S.A. (SPTI)
GTECH Corporation
SOTELGUI
Pramer S.C.A.
AT&T Chile Long Distance S.A.
Hartel S.A.
Comsat Brazil Ltda.
DeTeSat Deutsche Telekom
Data Marine Systems Ltd
Teleglobe Brazil – Tgo Do Brasil Ltda.
WOLD International, S.A.
Television New Zealand Ltd
Outremer TELECOM
Spacetel Benin
Beednet Group
ST Teleport PTE Ltd.
Servicios SateRlates S.A.
M-S Electroteks Ltd.
Caprock UK Ltd.
COMSAT International Ventures
Flowline Communications Ltd
International Telecommunications & Networks Inc.
Loral Cyberstar Inc.
MULTICOMS
Multipoint Communications Ltd.
Muslim Television
National Transcommunications Ltd (NTL)
Orblynx UK Ltd.
Primus Telecommunications UK Ltd.
Spaceline Communication Services
TELE2 AB
Teleglobe International Inc.
Williams Communication Group Ltd.

† diplomatic notification pending

© 2001 Intelsat    Design by Addison www.addison.com    Executive photography by Hannes Schmid    Major photography by Den Bigelow

36

Intelsat | AR | 2000

00250