# I-140 Processing Worksheet

Mailroom/Data Entry: If any deficiencies below are encountered, annotate worksheet in the Remarks/Action Taken column, and send for INS Review.

| MAILROOM | Check Box if Deficient | Remarks/Action Taken | Emp. I.D. # / Date |
|---|---|---|---|
| No Name Present in Part 1 or Part 3 of the petition | ☐ | | |
| More Than One or No Lettered Box Checked in Part 2 of the petition | ☐ | | |
| Missing Address in Part 1 or Part 3 of the petition | ☐ | | |
| Incorrect Jurisdiction in Part 6 | ☐ | | |
| Missing or Incomplete Signature in Part 8 | ☐ | | |
| Fee is Missing/Incorrect | ☐ | | |
| | ☐ | | TS0055 |
| Other | | | 5-16-02 |
| Supervisor Signature (If necessary) | | | |

| DATA ENTRY | Check Box if Deficient | Remarks/Action Taken | Emp. I.D. # / Date |
|---|---|---|---|
| No Name Present in Part 1 or Part 3 of the petition | ☐ | | |
| More Than One or No Lettered Box Checked in Part 2 of the petition | ☐ | | |
| Missing Address in Part 1 or Part 3 of the petition | ☐ | | |
| Missing or Incomplete Signature in Part 8 | ☐ | | |
| Fee Missing/Incorrect | ☐ | | |
| Other_____ | ☐ | | 240 5/17/02 |
| Supervisor Signature (If necessary) | | | |

| INS REVIEW | Circle One | Remarks/Action Taken | Emp. I.D. # / Date |
|---|---|---|---|
| This file originated in the *(Circle One)*: | | | |
| Mailroom | | | |
| Data Entry | | | |
| Reason for rejection: | | | |
| Accept filing? | Y    N | | |

| ADJUDICATIONS | Check Box if Deficient | Remarks/Action Taken | Emp. I.D. # / Date |
|---|---|---|---|
| CLAIMS/systems updated correctly | ☐ | | |
| Priority Dates and Classification Data Annotated Correctly | ☐ | | |
| Approval stamp signed and dated correctly | ☐ | | |
| Denial Annotated Correctly | ☐ | | |
| Missing/Incorrect Approval Phrase | ☐ | | |
| Adjustment of Status Requested | (Circle One) Y    N | | |

10/15/01

# ADJUDICATIONS WORKSHEET
REVISED 11/17/2004

PLACE BAR CODE LABEL(S) IN THIS SPACE OR WRITE IN RECEIPT NUMBER(S)

AC0601753174

| ___600S___ | ID _____ | ID _____ |
| E ___5/23/06___ | DATE | DATE |

☐ CABLE / FAX TO  A. ☐ KCC Expedite   or   B. ☐ Consulate/POE/PFI _____

☐ RELEASE  ☐ A. First Approval Notice   ☐ C. Duplicate Notice   ☐ E. Congressional interest
I140      ☐ B. Amended Notice   ☐ D. Petition to Mailroom   ☐ F. FedEx/Other Mailer

☒ REQUEST FOR EVIDENCE   ☐ ORDER # _____   ☐ 539ND.797

☐ HAND ☐ LAN   ☐ HAND ☐ LAN   ☐ MODIFIED   ☐ 129D.797 ☐ EOS / ☐ COS
Done 5-24-06

☐ SCANNING   ☐ G-1   ☐ H1   ☐ H1A

☐ RETURN I-94   ☐ COPY/RETURN DS 2019   ☐ COPY/RETURN I-20 ID

☐ RETURN ORIGINALS: _____

☐ FMU   _____   ☐ Relocate file(s) to: _____
   ☐ Consolidate: {  _____
                    _____
                    _____
                                              ☐ MFAS: No Interview Scheduled

   ☐ I-751/I-89 Hold Shelf
   ☐ I-751 Denial Shelf   ☐ I-751 Interview Transfer Shelf - MFAS: Interview on _____

☐ FOR DELETION   ☐ ORDER/CREATE A FILE:   A. VISA AVAILABLE

                                              B. VISA NOT AVAILABLE

☐ CRU:   A. FEE REFUND   B. OTHER _____

☐ AAU APPEAL   ☐ BIA APPEAL   SCAO SIGNATURE _____

☐ FCU:   EB / I-485 / TPS / C-8 / C-9 / I-131 SHELF _____ DAYS   ☐ TO RECORDS SHELF
   VAWA / I-360WW / I-751 / C-14 / I-765 Other

☐ OTHER: _____

☐ IBIS TRIAGE UNIT - Potential Approval / Denial   ☐ FDU REFERRAL   ☐ DENIAL CRATE

☐ NTA REFERRAL   - Approved to  NVC / 245 Adjustment

☐ NSEERS: Allied Group_____ Form Type_____ Intended Decision_____ FINS#_____
                                                                      (If known)

☐ RETURN TO:_____ RAFACS#_____

00252

Case 1:06-cv-01564-RMU    Document 13    Filed 06/07/2006    Page 3 of 25

09/29/2005  EAC-05-258-51274  EACSLL04

**HIS SPACE OR WRITE IN RECEIPT NUMBER(S**

Cons into A97709901

| __262WHS_____ | ID _____ | ID _____ |
| ATE _12/12/2005_ | DATE _____ | DATE _____ |

☐ CABLE / FAX TO   A. ☐ KCC Expedite    or    B. ☐ Consulate/POE/PFI _____

☐ RELEASE    ☐ A. First Approval Notice    ☐ C. Duplicate Notice    ☐ E. Congressional interest
               ☐ B. Amended Notice    ☐ D. Petition to Mailroom    ☐ F. FedEx/Other Mailer

☐ REQUEST FOR EVIDENCE ① ☒ ORDER # DI None ☐ 539ND.797

☐ HAND  ☐ LAN    ☐ HAND  ☐ LAN  ☐ MODIFIED    ☐ 129D.797 ☐ EOS / ☐ COS

☐ SCANNING    ☐ G-1    ☐ H1    ☐ H1A

☐ RETURN I-94    ☐ COPY/RETURN DS 2019    ☐ COPY/RETURN I-20 ID

☐ RETURN ORIGINALS: _____

☐ FMU                                                    ☐ Relocate file(s) to: _____
   ☐ Consolidate: { _____
                    _____
                    _____                      ☐ MFAS: No Interview Scheduled

   ☐ I-751/I-89 Hold Shelf
   ☐ I-751 Denial Shelf    ☐ I-751 Interview Transfer Shelf  - MFAS: Interview on _____

☐ FOR DELETION    ☐ ORDER/CREATE A FILE:    A. VISA AVAILABLE

                                              B. VISA NOT AVAILABLE

☐ CRU:    A. FEE REFUND    B. OTHER _____

☐ AAU APPEAL    ☐ BIA APPEAL    SCAO SIGNATURE _____

☐ FCU:  EB / I-485 / TPS / C-8 / C-9 / I-131 SHELF _____ DAYS  ☐ TO RECORDS SHELF
         VAWA / I-360WW / I-751 / C-14 / I-765 Other _____

☐ OTHER: _____

☐ IBIS TRIAGE UNIT  - Potential  Approval /  Denial    ☐ FDU REFERRAL    ☐ DENIAL CRATE

☐ NTA REFERRAL    - Approved to  NVC /  245 Adjustment

☐ NSEERS: Allied Group_____  Form Type_____  Intended Decision_____  FINS#_____
                                                                    IYT  (If known)

00253

A#: 097709901 NAME: MAWALLA                    ,FREDERICK              DOB: 04251955


          PREVIOUS FCO: NRC                FCO CREATING SUB-FILE:
          CURRENT FCO: ESC                 SUB-FILE CREATION IND:
          REQUEST FCO: ESC

     FILE LOCATED IND: C (FILE TRANSFER COMPLETE)

          DATE FTR: 09302005   (MMDDYYYY)      ACCESSION NUMBER: 0000
          DATE FTI: 10042005                   INS BOX NUMBER:
          DATE FTC: 10112005

                                               REQUEST NUMBER:
     PERSON/ACTION: I90/M&A                  2ND REQUEST DATE:
                                             3RD REQUEST DATE:

YOU MAY REQUEST A DISPLAY OF ANOTHER A-FILE BY KEYING A DIFFERENT A-NUMBER.

   CLEAR EXIT    PF3 REFRESH    PF4 FTS MENU    PF5 HELP    PF6 CIS MAIN MENU

ST. ALBANS VT 05479-0002
241

2006 APR -5  PM 6: 35

RECEIVED
DIRECTOR

4/11/06

V724398

00254



# PAUL SHEARMAN ALLEN & ASSOCIATES

ATTORNEYS AT LAW
1329 18ᵗʰ STREET, NW
WASHINGTON, DC 20036
TEL (202) 638-2777    FAX (202) 638-1677
E-MAIL: Paulallen@drgreencard.com    www.drgreencard.com/



PAUL SHEARMAN ALLEN (DC & NY)
JOEL I. GOLDMAN, J. D.

_____

OF COUNSEL
SUSAN AU ALLEN (DC & PA)
JAVED A. KHOKHAR (DC)
JAMES T. REYNOLDS (MD, NY, TX, WV)
EDWARD L. ALLEN (DC)

**HONG KONG OFFICE:**
CAUSEWAY BAY PLAZA
463 LOCKHART ROAD
2205 LIPPO HOUSE
CAUSEWAY BAY, HONG KONG
TEL (852)2311-8823    FAX (852)2369-8455

February 6, 2006

District Counsel
U.S. Department of Homeland Security
US Citizenship & Immigration Services
Fallon Federal Building
31 Hopkins Plaza, 1ˢᵗ Floor
Baltimore, Maryland 21201



**In Re: Mawalla, Frederick  A97 709 901**

ACTION COMPLETED
APPROVED FOR FILING
Initials: EW   Date: 3/25/06
BAL/EXAMS

Dear Sir or Madam:

I am writing to you in reference to my client, Mr. Frederick Mawalla. I have been instructed by my client to file an action for declaratory relief in US District Court based on USCIS' erroneous interpretation of AC21 and its portability provisions as they relate to I-485 applications that have been pending with the Service for over 180 days.

The Service denied Mr. Mawalla's adjustment application (I-485) based on the fact that his former employer had withdrawn the I-140 immigrant visa petition before the I-485 had been pending for 180 days. However, the withdrawal of the I-140 was not effective until USCIS processed it and officially revoked the petition. Both acts by the Service occurred after the I-485 had been pending for over 180 days, and, therefore, the denial of the I-485 was erroneous. The pertinent facts in the case are stated below:

## I. Background and Facts:

1) Mr. Mawalla is the recipient of an appr

Immigration L:

Baltimore MailTrack Control No:



BAL060213 144

00255

2) On April 26, 2004, he filed an I-485 to adjust his status to that of permanent resident, and the I-485 was received by USCIS on April 29, 2004 (Attachment B).

3) On March 1, 2005, Mr. Mawalla's I-140 was revoked by the Service (the I-485 had been pending for more than 10 months).

4) On March 11, 2005, the USCIS issued a Notice of Intent to Deny Mr. Mawalla's I-485 (Attachment C).1 The USCIS requested additional evidence to establish that the applicant is eligible to adjust status pursuant to § 106(c) of the AC21 Act. USCIS instructed Mr. Mawalla that for the validity of his I-140 to be preserved, he had to submit: a) a written request to have the application considered under § 106(c) of the AC21 Act, and 2) an original letter on company letterhead outlining the employment or offer of employment by a current or prospective employer containing a detailed description of the offered position, duties, remuneration, and prospect for continued employment.

5) On April 6, 2005, Mr. Mawalla timely and properly responded to the USCIS Notice of Intent to Deny and **submitted all additional evidence requested by the Service**. The additional evidence, including a) a written request for consideration under AC21, b) an original letter on company letterhead outlining offer of employment by prospective employer, c) a notice accepting employment, d) an original, completed Form I-508 Waiver of Rights, Privileges, Exemptions and Immunities, and e) an original, completed Form I-566 Interagency Record of Individual Requesting Change/Adjustment to or from A or G status, proved the applicant's prima facie eligibility for adjustment of status pursuant to § 106(c). (Attachment D).

6) On June 29, 2005, the USCIS denied Mr. Mawalla's I-485 application even though the applicant had provided the Service with all the requested documents that demonstrated his eligibility for adjustment (Attachment E).

7) On July 18, 2005, Mr. Mawalla, through his former counsel, filed a Motion to Reopen/Reconsider with the Vermont Service Center (Attachment F).

8) On August 29, 2005, USCIS dismissed the motion (Attachment G).

9) On September 26, 2006, an additional Motion to Reopen/Reconsider was filed by Paul Shearman Allen & Associates, and there has been no response from USCIS with regard to this motion (Attachment H).

## II. In Contradiction to its Own Promulgated Policies, USCIS has Attributed Finality to a Former Employer's Actions:

For USCIS to give final and dispositive effect under AC21 to an employer's action is inconsistent with general USCIS policy. Furthermore, to do so would be contrary to fundamental

---

1 In USCIS' March 11, 2005 notice of intent to deny Mr. Mawalla's I-485, the Service stated that "On March 1, 2005, the immigrant visa petition (Form I-140) that was filed and approved on your behalf was revoked." **This statement proves that the I-485 was pending for more than 180 days before the I-140 was revoked** (I-485 received by USCIS on April 19, 2004, and the I-140 was revoked on March 1, 2005).

00256

principles of administrative law: "Two conditions must be satisfied for agency action to be 'final:' First, the action must mark the 'consummation' of the agency's decisionmaking process… And second, the action must be one by which 'rights or obligations have been determined,' or from which legal consequences will flow." Bennet v. Spear, 520 U.S. 154, at 178 (1997)(Petitioner irrigation districts sought review of the judgment of the 9th Circuit, dismissing for lack of standing their action against the Fish and Wildlife Service and the Secretary of the Interior. The Supreme Court determined that an agency opinion was a final action because it was both the result of the agency's decision-making process and it conferred obligations on the parties), quoting Chicago & Southern Air Lines, Inc. v. Waterman S.S. Corp., 333 U.S. 103 (1948), and Port of Boston Marine Terminal Assn. v. Rederiaktiebolaget Transatlantic, 400 U.S. 62 (1970). In Mr. Mawalla's case, it is uncontested that the second requirement is met because legal consequences flowed from the agency's action; however, the first requirement is absent here. The withdrawal of Mr. Mawalla's I-140 petition by his former employer did not constitute a "consummation of the agency's decisionmaking process" (Bennet, supra).

If it is the Service's position that an I-140 is revoked as soon as the employer attempts to withdraw it, then USCIS is attributing finality to an act before it is reviewed, and before the Service has entered its own final decision on the revocation. On USCIS Form N-14, which is a request for additional evidence on an N-400 application, the Service states in pertinent part as follows:

> "You may also request, in writing, to the Service that this application (N-400) be withdrawn. If the district director consents to the withdrawal, the application will be denied… If the district director does not consent to the withdrawal, then the application shall be adjudicated on its merits." (Form N-14). (Emphasis added).

By denying Mr. Mawalla's I-485, Center Director Paul Novak is taking the inconsistent position that an individual's withdrawal of an application for naturalization is not effective until the district director consents to it, but that an I-140 can be withdrawn by a former employer and revoked *without any USCIS discretion or action*. On the one hand USCIS is saying that an individual can't withdraw his own application for naturalization, and on the other hand the Service is saying that a former employer can act unilaterally to stop a third person's adjustment process. Such an inconsistent policy places an inordinate amount of authority in the hands of a former employer and leaves the applicant at risk. Furthermore, such an interpretation undercuts the purpose and legislative intent behind AC21.

The intent of AC21 was to provide applicants for immigrant status with a cushion period to obtain new employment while their I-485 is being adjudicated. In an AILA-USCIS Liaison Meeting on September 22, 2005 (Attachment G), USCIS expressed their position that **"CIS wants to implement AC-21 as generously as possible without compromising national security."**(Minutes, Page 2). To attribute decision-making finality to an employer's attempt to withdraw an approved I-140 would serve to punish immigrant workers for seeking alternative employment or for being terminated while their I-485 is pending. Furthermore, it is unclear how the current interpretation would serve the interests of national security.

Efren Hernandez, Acting Director, USCIS Business and Trade Services Branch, has stated at multiple AILA meetings that *it is the USCIS decision that provides the effective date and*

3

00257

*makes the withdrawal final provided a decision is handed down before the I-485 has been pending for 180 days.* USCIS's policy has consistently been that the date of revocation of the I-140 is the date the Service acts on the revocation request, and not the date the request is made.

Frederick Mawalla has an approved I-140 Petition which is still viable because it was not revoked before the 180 days had tolled. **His I-485 Application had been pending for more than 10 months when the I-140 was revoked by the USCIS.** Therefore, in accordance with AC21, the I-140 Petition is still viable and Mr. Mawalla's I-485 Application should be adjudicated.

Please adjudicate Mr. Mawalla's I-485 Application.

Sincerely,

Paul Shearman Allen

PSA/JIG/ebl
Enc.: a/s

cc: Mr. F. Mawalla

P.S.  We have marked this forward for review to 2/20/06.

4

00258

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE I140 |
|---|---|
| EAC-02-192-50905 | IMMIGRANT PETITION FOR ALIEN WORKER |

| RECEIPT DATE | PRIORITY DATE | PETITIONER |
|---|---|---|
| May 17, 2002 | October 25, 2001 | INTELSAT GLOBAL SERV |

| NOTICE DATE | PAGE | BENEFICIARY |
|---|---|---|
| November 1, 2002 | 1 of 1 | MAWALLA, FREDERICK E. |

LINDA M. HOFFMAN
FREILICHER & HOFFMAN PC
1925 K ST NW STE 200
WASHINGTON DC 20006

Notice Type: Approval Notice
Section: Mem of Profession w/Adv Deg,or
of Exceptn'l Ability
Sec.203(b)(2)

The above petition has been approved. The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status. He or she should contact the local INS office to obtain Form I-485, Application for Permanent Residence. A copy of this notice should be submitted with the application, with appropriate fee, to this Service Center. Additional information about eligibility for adjustment of status may be obtained from the local INS office serving the area where he or she lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based on this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

CLIENT COPY

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
5 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (802) 527-4913



Form I-797 (Rev. 09/07/93)N

00259

Immigration and Naturalization Service    **Notice of Action**

## THE UNITED STATES OF AMERICA

| | |
|---|---|
| **RECEIPT NUMBER** EAC-04-163-50660 | **CASE TYPE** I485    APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
| **RECEIVED DATE** April 29, 2004 | **PRIORITY DATE** |  **APPLICANT** A97 709 991 MAWALLA, FREDERICK E. |
| **NOTICE DATE** May 11, 2004 | **PAGE** 1 of 1 | |

DENNIS A. BAIRD ESQ
LAW OFFICES OF DENNIS A BAIRD ESQ
1323 FENWICK LANE 100
SILVER SPRING MD 20910

**Notice Type:** Receipt Notice

**Amount received:** $ 305.00
**Section:** Adjustment as direct
beneficiary of immigrant
petition

The above application or petition has been received. It usually takes 365 to 540 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (800) 375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call our TDD at **1-800-767-1833**.

You can also visit the INS on the internet at www.bcis.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (800) 375-5283



00260

U.S. Department of Homeland Security
75 Lower Welden Street
St. Albans, VT 05479



**U.S. Citizenship
and Immigration
Services**

March 11, 2005

FREDERICK E S MAWALLA
C/O DENNIS A BAIRD ESQ
1323 FENWICK LANE 100
SILVER SPRING MD 20910

A Number: A97709901
File Receipt Number: EAC0416350660

Dear Sir/Madam:

Pursuant to Title 8, Code of Federal Regulations, part 103.2(b)(16)(i), you are hereby notified of the United States Citizenship and Immigration Services' intent to deny the Application to Register Permanent Residence or Adjust Status (Form I-485) that you filed under section 245 of the Immigration and Nationality Act (the Act).

This letter is being sent to you because you do not appear to be eligible to adjust your status to that of a lawful permanent resident, <u>unless you submit certain additional material</u>. An explanation follows.

Section 245(a) of the Act as amended provides that adjustment of status may be approved for an applicant only if the applicant was inspected and admitted or paroled into the United States and if the applicant meets all of the following three criteria:

    1)  the alien makes an application for such adjustment,
    2)  the alien is eligible to receive an immigrant visa and is admissible to the United States,
    3)  an immigrant visa is immediately available to him at the time his application is approved.

On March 1, 2005, the immigrant visa petition (Form I-140) that was filed and approved on your behalf was revoked. Based on the current record, you do not appear to be eligible to adjust status to Lawful Permanent Resident since there is no longer an immigrant visa immediately available to you.

However, section 106(c) of The American Competitiveness in the Twenty First Century Act (AC21) provides that you may still adjust status, despite the grounds of ineligibility listed above, if your application has been pending for <u>180 days</u> or more and you can establish that you have a bona fide offer of employment from a new employer in a same or similar occupation.

www.uscis.gov

00261
S

Page 2
A97709901
EAC0416350660

In order for the validity of the revoked immigrant visa petition (Form I-140) to be preserved for adjustment of status based upon a new offer of employment pursuant to section 106(c) of the AC21 Act, you must submit the following:

1) A written request to have your application considered under section 106(c) of the AC21 Act.

2) An original letter on company letterhead outlining your employment or offer of employment by your current or prospective employer containing a detailed description of the offered position, duties, remuneration and prospect for continued employment.

Should you establish that you are eligible to adjust status pursuant to section 106(c) of the AC21 Act, provide the following additional supporting documents.

Please submit **an original**, completed Form I-508, Waiver of Rights, Privileges, Exemptions, and Immunities. Form I-508 must be submitted for aliens who hold A, E, or G status. As indicated on the directions for the Application to Register Permanent Residence or Adjust Status (Form I-485), due to your claimed nonimmigrant status, "you are not eligible for adjustment of status...unless you complete Form I-508 (I-508F for French Nationals) to waive diplomatic rights, privileges and immunities..." Form I-508 must be submitted by all applicants who were admitted as an A, E, or G nonimmigrant and have not changed status to another nonimmigrant classification. This form is required regardless of whether you continue to maintain A, E, or G status.

• Please submit **an original** completed Form I-566, Interagency Record of Individual Requesting Change/Adjustment to or from A or G status. Form I-566 must be submitted for aliens who hold A or G status. As indicated on the directions for the Application to Register Permanent Residence or Adjust Status (Form I-485), due to your claimed nonimmigrant status, "you are not eligible for adjustment of status...unless you submit a completed Form I-566."

❋ Under Step 1, the appropriate reason would be *Adjustment from A, G, or NATO nonimmigrant to immigrant status*. Complete Parts 1, 3 (check box "2d"), 4, and 5. Also complete Part 2 if you are not applying to be the principal alien.

Along with your response, please attach the following supporting documents (if not previously submitted with your I-485 application):

• Form I-94,
• Form I-508,
• Form I-508F, if you are a French National.

A final decision will not be made on your application for 30 days. During that time, you may submit the additional item(s) requested above. In the alternative, you may submit evidence showing you are not ineligible to adjust status on the basis of any of the grounds cited above.

Page 3
A 97709901
EAC0416350660

Send your response and a copy of this letter to:

      United States Citizenship and Immigration Services
      Vermont Service Center
      75 Lower Welden Street
      St. Albans, VT  05479

Sincerely,

Paul E. Novak, Jr.
Center Director

Enclosure(s)

DRAIN TILE
SPRAY COATINGS

*Bethesda Asphalt & Bituminous Co.*

DAMPPROOFING
SILCONE
ELASTOMERIC

WATERPROOFING CONTRACTORS
1090 TAFT STREET
ROCKVILLE, MARYLAND 20850
Phone (301) 424-7213
Fax (301) 424-4127

Mr. Frederick E. Mawalla
509 Castleford Street
Rockville, MD-20851

02rd.0February.05

## EMPLOYMENT OFFER

Dear Mr. Mawalla:

As we discussed in our recent telephone call, I was very impressed with your credentials and background when we met in my office at 1090 Taft Street in Rockville Maryland. We need an engineer to consult with us. I am pleased to offer you a regular appointment with the Bethesda Asphalt & Bituminous Co., and your employment prospect is good and and exspect you to start at 22nd August 2005

Much of your work will be done at the head quarters, on 1090 Taft Street, Rockville MD-20850, and occasionaly on new testing site in Virginia and D.C area This appointment is offered on the basis, inter alia, of provision of a letter of acceptance of this position stating that you will continuously be with us..

Initial Appointment

- Title:              Testing Engineer
- Salary:             $ 49075.00.00 to 67,710.00 per annum.
- Effective Date:     22 August 2005.

Job description

- Develop testing and analytical tools to support the electronics elastomeric, silicone and damp roofing electrical testing equipment and process.
- Evaluate the test results and prepare a report presenting data on the outcome of the tests
- Provide technical input for the further expansion of the product line
- Drafting instruction for use of the product by the consumers
- Monitoring and review product use and  Consult with the management on the performance of the system

The salary shown above does not include any travel and future relocation benefits to which you may be entitled. As a staff member on regular appointment, you are entitled to all the regular staff benefits described in the McCarthy Medical Marketing, Inc. Administration Procedure Manual. Deduction will be made for premium for any group life, accident and health insurance you may elect.

The Bethesda Asphalt & Bituminous Co. Administration Procedure Manual with detailed benefit package, action forms etc, will be provided to you after the confirmation of your employment.

If you accept appointed to the position described above, please sign and return to me the original of this letter and retain the enclosed copy for you records.

Sincerely,

Roger Weeks
President

I hereby accept the appointment described in this letter, subjected to the terms and conditions herein specified.

Signature: _Mawalla_                 Date: 06Th APRIL 2005

Subscribed and sworn to before me. in my presence,
this 6th day of APRIL ✝ 2005 a Notary Public
in and for the STATE of MARYLAND.

_Cilindy Balancourt_
Notary Public

My commission expires MARCH. 01 ✝ 2006

Telephone: 1 301-424-4213 Fax: 301-424-4127
1090 Taft Street
Rockville
MD-20850

002064

LAW OFFICES

# DENNIS A. BAIRD, ESQ., P.C.

1323 FENWICK LANE, SUITE 100
SILVER SPRING, MD 20910

TEL: (301) 650-2030
FAX: (301) 650-2033

EMAIL: dbairdlaw@verizon.net
Admitted in MD, PA, & DC

April 6, 2005

Paul E. Novak, Jr.
U.S. Citizenship & Immigration Services
75 Lower Welden Street
St. Albans, VT 05479

**RE:  FREDERICK E S MAWALLA**
      **ALIEN NO.: A97 709 901**
      **EAC NO.:   EAC0416350660**

Dear Mr. Novak, Jr.:

Pursuant to your letter dated March 11, 2005, please construe this as a response to the revocation of the Form I-140 Petition. Allegedly based upon the current record the beneficiary/applicant does not appear to be eligible to adjust his status.

However, we would like to invoke section 106 (c) of the American Competitiveness in the Twenty First Century Act (AC21) which provides that a person may still adjust status, despite the grounds of any ineligibility listed above, if the application has been pending for 180 days or more and he can establish that he has a bona fide offer of employment from a new employer in the same or similar occupation.

Based on the foregoing, we are requesting validity of the revoked immigrant visa petition (Form I-140) to be preserved for adjustment of status based upon a new offer of employment pursuant to Section 106 (c) of the AC21 Act.

Accordingly, we attach hereto and incorporate by reference herein the following documentation.

1.   A written request for consideration under section 106 (c) of the AC21.
2.   An original letter on company letterhead outlining employment or offer of employment by prospective employer.
3.   Letter accepting Employment;

00265



4.      Original, completed Form I-508 – Waiver of Rights, Privileges, Exemptions and Immunities;

5.      Original, completed Form I-566 – Interagency Record of Individual Requesting Change/Adjustment to or from A or G Status;

6.      Form G-28 – Notice of appearance as Attorney

Please note that his wife who is a G-4 is a derivative beneficiary's and has been assigned Alien number A72 422 313.  The three children are also derivative beneficiaries and they have been assigned EAC Numbers, Koichi K. Mawalla EAC-04-163-50721, Sombiro K. Mawalla Jr., EAC-04-163-50736 and Wene F. Mawalla EAC-04-163-50699.

Thank you for your cooperation in this regard.

Sincerely,

Dennis A. Baird, Esq.
DAB/mo

April 6, 2005

District Director
U.S. Citizenship & Immigration Services
75 Lower Welden Street
St. Albans, VT 05479

**RE:    REQUEST LETTER FOR CONSIDERATION**
**A97 709 907**
**EAC01-163-50660**

Dear District Director:

This is to confirm that I would like to be considered under section 106 (C) of the AC21
Act.

Thank you for your consideration in this regard.

Sincerely,

Frederick Mawalla

**WAIVER OF RIGHTS, PRIVILEGES, EXEMPTIONS AND IMMUNITIES**
(Under Section 247(b) of the Immigration & Nationality Act)

The authority for collection of the information requested on this form is contained in 8 U. S. C. 1257(b). Submission of the information by an alien to request that he be permitted to retain status as an immigrant lawfully admitted for permanent residence is voluntary. The solicited information will be used principally by the Service to determine whether the status of the alien applicant shall be adjusted under the provision of section 247(a) of the Immigration and Nationality Act, 8 U. S. C. 1257(a), to that of a nonimmigrant as described by section 101(a)(15)(A), (E), or (G) of the Immigration and Nationality Act, 8 U. S. C. 1101(a)(15)(A), (E), or (G). The information solicited may also, as a matter of routine use, be disclosed to other federal, state, local, or foreign law enforcement and regulatory agencies, the Department of Defense including any component thereof (if the applicant has served in the Armed Forces of the United States), the Department of State, Central Intelligence Agency, Interpol and individuals and organizations during the course of investigation to elicit further information required by this Service to carry out its functions. Failure to provide any or all of the solicited information may result in the alien's adjustment of status from that of a lawful permanent resident to that of a nonimmigrant classification under paragraph 15(A), 15(E) or 15(G) of section 101(a) of the Immigration and Nationality Act.

FORM I-508 (Rev. 10-1-80) Y             (Tear off this sheet before executing form)

---

(Under Section 247(b) of the Immigration & Nationality Act)

File No. A47 709 901

I, (name) Frederick E.S. Mawalla believing that I

have an occupational status entitling me to a nonimmigrant classification under paragraph 15(A) (Government official) 15(E) (Treaty Trader) or 15(G) (International Organizations Representative), of Section 101(a) of the Immigration and Nationality Act and desiring to acquire and/or retain the status of an alien lawfully admitted for permanent residence, do hereby waive all rights, privileges, exemptions and immunities which would otherwise accrue to me under any law or executive order by reason of such occupational status. French Nationals receiving salary from French Republic are required to execute additional waiver on Form I-508F)

| I WAS BORN ON: (Month, Day, Year) | AT: (City and Country) |
| 4-25-1955 | Moshi Tanzania |

I AM EMPLOYED BY: (Name and Address of Mission or Organization)
Job Offer Medical Marketing Inc McCarthy 1661 Lincoln Av. WA

SIGNATURE _[signature]_            DATE 04/01/05

FOR GOVERNMENT USE ONLY (FRENCH NATIONALS PAID BY FRENCH REPUBLIC)
☐ FORM I-508F EXECUTED.    ☐ EXEMPT    ☐ NOT EXEMPT FROM U.S. TAXES

Form I-508 A (Rev. 10-1-80) Y            FILE COPY

Dept. of Justice Immigration and Naturalization Service

OMB No. 1615-0027; Expires 1/31/07

U.S. Department of Homeland Security
Bureau of Citizenship and Immigration Services

**I-566, Interagency Record of Request –**
A, G or NATO Dependent Employment Authorization
or Change/Adjustment to/from A, G or NATO Status

---

**START HERE - Please Type or Print in Black Ink.**

**Part 1.    Information about you.** *(The person seeking employment authorization or change/adjustment of status.)*

**1.** Family Name: MAWALLA    Given Name: FREDERICK    Middle Name: ELIAMPENZI SOMBIRO

**2.** Home Address - Street Number and Name: 509 CASTLEFORD STREET    Apt.#

City: ROCKVILLE    State: MD    Zip Code: 20851

**3.** Mailing Address - Street Number and Name: 509 CASTLEFORD STREET    Apt. #    C/O (in care of):

City: ROCKVILLE    State: MD    Zip Code: 20851    Daytime Phone # (with area code): 240-388-7107

**4.** Date of Birth (mm/dd/yyyy): 04/25/1955    **5.** Country of Birth: TANZANIA    **6.** Country of Citizenship: TANZANIA

**7.** Gender: [✓] Male  [ ] Female    **8.** Marital Status: [✓] Married  [ ] Not Married    **9.** A # (if any): 97 709 901

**10.** Social Security # (if any): 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    **11.** I-94 # (Arrival/Departure Document): 41059799007    **12.** DOS Personal Identification # (PID): EAC0416350660

**13.** Date of Last Entry into the U.S. (mm/dd/yyyy): 08/04/2002    **14.** Current Immigration Status: G-4    **15.** Relationship to Principal (if applicable): SELF

**Part 2.    Information about principal alien.**

**1.** Family Name:    Given Name:    Middle Name:

**2.** Home Address - Street Number and Name:    Apt.#    City:    State:    Zip Code:

**3.** Date Tour of Duty Expected to End (mm/dd/yyyy):    **4.** Country of Citizenship:    **5.** Marital Status: [ ] Married  [ ] Not Married

**6.** Job Title:    **7.** I-94 # (Arrival/Departure Document):    **8.** DOS Personal Identification # (PID):

**Part 3.    Type of request.** *(See instructions for complete information on the different types of requests.)*

**1.** [✓] I am requesting employment authorization as a:
  **a.** [✓] spouse.   **b.** [ ] son or daughter, age: _____ , who: [ ] is a full-time, post-secondary student.   [ ] is disabled.

**2.** [✓] I am requesting change/adjustment of status. *(Select one.)*
  **a.** [ ] Change of nonimmigrant status to A, G or NATO nonimmigrant - specifically to: _____
  **b.** [ ] Section 247(a), immigrant to A or G nonimmigrant.
  **c.** [ ] Change to other nonimmigrant status from A, G or NATO - specifically to: _____
  **d.** [✓] Adjustment from A, G or NATO nonimmigrant to immigrant.
  **e.** [ ] A-1, A-2, G-1 or G-2 nonimmigrant applying under Section 13 of the Act of September 11, 1957.

**Part 4.    Certification - Submit 2 copies with original signatures - "For Official Use Only" page must also be attached.**

I certify under penalty of perjury that the foregoing is true and correct. I understand false information is a basis for denial or termination of the benefit requested and for other penalties provided by law and regulation. If I am requesting employment authorization, I further certify that I do not have a criminal record. I have not violated United States immigration and/or visa laws, I have not worked illegally in the United States, and I have paid Social Security and all applicable taxes on all employment in the United States.

Signature: *F. Mawalla*    Date (mm/dd/yyyy): 04/01/2005

Copy 1: CIS    Copy 2: DOS/NATO/HQ SACT/USUN/VISA OFFICE    Form I-566 (Rev. 02/23/04) N

00269

## Part 5.    Your personal information.

| Your Name *(family, given, middle)* | Date of Birth *(mm/dd/yyyy)* | DOS Personal Identification # *(PID)* |
|---|---|---|
| MAWALLA, FREDERICK E.S. | 04/25/1955 | EAC-04-163-50660 |

### For Official Use Only

## Part 6.    Certification by Diplomatic Mission, International Organization, NATO/HQ SACT or NATO Member State.  *(Certifying official must have this information and page to complete process.)*

☐ I certify that the information provided on the first page of this Form I-566 is true and correct to the best of my knowledge and according to our official records.

☐ As an applicant for employment authorization, I further certify that his or her eligibility has been verified under the provisions of:

☐ A bilateral agreement with:                         ☐ A *de facto* agreement with:

Check each of the following that apply:

☐ Without a numerical limit.              ☐ With a numerical limit and this applicant is within the limit; and

☐ Schedule B eligibility        ☐ Based on principal alien's G-4 status

☐ As an applicant for status as a principal alien, I further
certify that he or she is being offered the position of:          and was notified to the DOS on *(date)*:

| Signature of Certifying Officer or Official | Printed Name | Official Seal |
|---|---|---|

**Name and Address of Diplomatic Mission, International Organization, NATO/HQ SACT or
NATO Member State**

| Duty/Title | Phone Number *(include area code)* | Date *(mm/dd/yyyy)* | |
|---|---|---|---|

## Part 7.    DOS, NATO/HQ SACT and/or USUN use only.

1.  The Department of State, NATO/HQ SACT and/or USUN:
    ☐ Recommends the request be granted.          ☐ Recommends the request be denied.
    If the recommendation is for denial, provide a reason(s) for such recommendation:

2.  Date *(mm/dd/yyyy)*    Phone Number *(include area code)*    3.  Office:
    ☐ Protocol  ☐ USUN  ☐ NATO/HQ SACT  ☐ Visa

4.  Signature 1                                    Signature 2

## Part 8.    CIS use only.

1.  From:
    Adjudicator's Identification #    CIS Office    Office Phone Number *(with area code)*    A # / File #

2.  To:
    ☐ Protocol  ☐ USUN  ☐ NATO/HQ SACT  ☐ Visa Office *(Subject filed under Section 13.  Please advise CIS of your findings.)*

3.  Adjustment or Change of Status:    Date of Decision *(mm/dd/yyyy)*    If change of status granted, give new status:
    ☐ Granted  ☐ Denied

4.  Request for Employment Authorization:    Date of Decision *(mm/dd/yyyy)*:    Valid to *(mm/dd/yyyy)*:    Classification:
    ☐ Granted  ☐ Denied

5.  DOS/NATO/HQ SACT/USUN/Visa    Date of Notification *(mm/dd/yyyy)*:
    Office Notified:
    ☐ Yes    ☐ No

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Entry of Appearance
as Attorney or Representative**

Appearances - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. Availability of Records - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: FREDERICK E.S. MAWALLA | Date: |
| | File No. |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

| Name: FREDERICK E.S. MAWALLA | ☐ Petitioner   ☑ Applicant |
| | ☐ Beneficiary |

| Address: (Apt. No.)   (Number & Street)   (City)   (State)   (Zip Code) |
| 509 CASTLEFORD STREET   ROCKVILLE   MD   20851 |

| Name: | ☐ Petitioner   ☐ Applicant |
| | ☐ Beneficiary |

| Address: (Apt. No.)   (Number & Street)   (City)   (State)   (Zip Code) |

*Check Applicable Item(s) below:*

☑ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

UNITED STATES _____ SUPREME COURT _____ and am not under a court or administrative agency
_____ Name of Court
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with _____
the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also check item 1 or 2 whichever is appropriate.)*

☐ 4. Others (Explain Fully.)

| SIGNATURE | COMPLETE ADDRESS |
| *(signature)* | Law Offices of Dennis A. Baird, Esq. 1323 Fenwick Lane 100 Silver Spring MD 20910 |
| NAME (Type or Print) DENNIS A. BAIRD, ESQ. | TELEPHONE NUMBER 301-650-2030 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*

DENNIS A. BAIRD, ESQ.

(Name of Attorney or Representative)

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

| Name of Person Consenting FREDERICK E.S. MAWALLA | Signature of Person Consenting *(signature)* | Date 5/16/05 |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09/26/00)Y

00271

WATERPROOFING
DRAIN TILE
SPRAY COATINGS

DAMPPROOFING
SILCONE
ELASTOMERIC

# Bethesda Asphalt & Bituminous Co.

### WATERPROOFING CONTRACTORS
1090 TAFT STREET
ROCKVILLE, MARYLAND 20850
Phone (301) 424-7213
Fax (301) 424-4127

Mr. Frederick E. Mawalla
509 Castleford Street
Rockville, MD-20851

02rd.0February.05

## EMPLOYMENT OFFER

Dear Mr. Mawalla:

As we discussed in our recent telephone call, I was very impressed with your credentials and background when we met in my office at 1090 Taft Street in Rockville Maryland. We need an engineer to consult with us. I am pleased to offer you a regular appointment with the Bethesda Asphalt & Bituminous Co., and your employment prospect is good and and exspect you to start at 22nd August 2005

Much of your work will be done at the head quarters, on 1090 Taft Street, Rockville MD-20850, and occasionally on new testing site in Virginia and D.C area This appointment is offered on the basis, <u>inter alia</u>, of provision of a letter of acceptance of this position stating that you will continuously be with us..

<u>Initial Appointment</u>

- Title:                    Testing Engineer
- Salary:                 $ 49075.00.00 to 67,710.00 per annum.
- Effective Date:      22 August 2005.

<u>Job description</u>

- Develop testing and analytical tools to support the electronics elastomeric, silicone and damp roofing electrical testing equipment and process.
- Evaluate the test results and prepare a report presenting data on the outcome of the tests
- Provide technical input for the further expansion of the product line
- Drafting instruction for use of the product by the consumers
- Monitoring and review product use and  Consult with the management on the performance of the system

The salary shown above does not include any travel and future relocation benefits to which you may be entitled. As a staff member on regular appointment, you are entitled to all the regular staff benefits described in the McCarthy Medical Marketing, Inc. Administration Procedure Manual. Deduction will be made for premium for any group life, accident and health insurance you may elect.

The Bethesda Asphalt & Bituminous Co. Administration Procedure Manual with detailed benefit package, action forms etc, will be provided to you after the confirmation of your employment.

If you accept appointed to the position described above, please sign and return to me the original of this letter and retain the enclosed copy for you records.

Sincerely,

Roger Weeks
President

I hereby accept the appointment described in this letter, subjected to the terms and conditions herein specified.

Signature: _____          Date: 06Th APRIL 2005

Subscribed and sworn to before me. in my presence,
this 6th day of APRIL  2005 a Notary Public
in and for the  STATE  of MARYLAND.

_____
Notary Public

My commission expires  MARCH  01  2006

Telephone: I 301-424-4213 Fax: 301-424-4127
1090 Taft Street.
Rockville
MD-20850

00272

U.S. Department of Homeland Security
75 Lower Welden Street
St. Albans, VT 05479



**U.S. Citizenship
and Immigration
Services**

August 29, 2005

FREDERICK MAWALLA
C/O DENNIS A BAIRD ESQ
1323 FENWICK LANE SUITE 100
SILVER SPRING MD  20910

A Number: A97709901
File Receipt Number: EAC0416350660
Motion Number: EAC0520951481

Dear Sir/Madam:

This refers to your motion filed on July 18, 2005.  You seek the reopening or reconsideration of the decision rendered by the United States Citizenship and Immigration Services (the Service) on June 29, 2005, denying or revoking the Application to Register Permanent Residence or Adjust Status (Form I-485) filed by you on April 29, 2004.

Title 8, Code of Federal Regulations, part 103.5 provides that a motion to reopen must state the new facts to be proved in the reopened proceeding and be supported by affidavits or other documentary evidence.  Further, a motion to reconsider must state the reasons for reconsideration and be supported by any pertinent precedent decisions to establish that the decision was based on an incorrect application of law or Service policy.

Your motion does not provide new facts to be proved nor does it give reasons for reconsideration.  Therefore, your motion is hereby dismissed per 8 CFR 103.5(a)(4).

Sincerely,

*Paul E. Novak J.*

Paul E. Novak, Jr.
Center Director

CC:  FREDERICK MAWALLA
        509 CASTLEFORD STREET
        ROCKVILLE MD  20851

S 00273



U.S. Department of Homeland Security
75 Lower Welden Street
St. Albans, VT 05479

**U.S. Citizenship
and Immigration
Services**

August 29, 2005

FREDERICK MAWALLA
C/O DENNIS A BAIRD ESQ
1323 FENWICK LANE SUITE 100
SILVER SPRING MD 20910

A Number: A97709901
File Receipt Number: EAC0416350660
Motion Number: EAC0520951481

Dear Sir/Madam:

This refers to your motion filed on July 18, 2005. You seek the reopening or reconsideration of the decision rendered by the United States Citizenship and Immigration Services (the Service) on June 29, 2005, denying or revoking the Application to Register Permanent Residence or Adjust Status (Form I-485) filed by you on April 29, 2004.

Title 8, Code of Federal Regulations, part 103.5 provides that a motion to reopen must state the new facts to be proved in the reopened proceeding and be supported by affidavits or other documentary evidence. Further, a motion to reconsider must state the reasons for reconsideration and be supported by any pertinent precedent decisions to establish that the decision was based on an incorrect application of law or Service policy.

Your motion does not provide new facts to be proved nor does it give reasons for reconsideration. Therefore, your motion is hereby dismissed per 8 CFR 103.5(a)(4).

Sincerely,

*Paul E. Novak J.*

Paul E. Novak, Jr.
Center Director

CC: FREDERICK MAWALLA
    509 CASTLEFORD STREET
    ROCKVILLE MD 20851

S 00274



U.S. Department of Homeland Security
75 Lower Welden Street

**U.S. Citizenship and Immigration Services**

JUN 2 9 2005

FREDERICK E S MAWALLA
C/O DENNIS A BAIRD ESQ
1323 FENWICK LANE 100
SILVER SPRING MD 20910

A Number: A97709901
File Receipt Number: EAC0416350660

Dear Sir/Madam:

On April 29, 2005, you filed an Application to Register Permanent Residence or Adjust Status (Form I-485) under section 245 of the Immigration and Nationality Act.

Title 8, Code of Federal Regulations, in part 245.2(a)(2)(i) states:

*Under section 245.* (A) An immigrant visa must be immediately available in order for an alien to properly file an adjustment application under section 245 of the Act. (B) If, at the time of filing, approval of a visa petition filed for classification under section 201(b)(2)(A)(i), section 203(a) or section 203(b)(1), (2) or (3) of the Act would make a visa immediately available to the alien beneficiary, the alien beneficiary's adjustment application will be considered properly filed whether submitted concurrently with or subsequent to the visa petition, provided that it meets the filing requirements contained in parts 103 and 245. For any other classification, the alien beneficiary may file the adjustment application only after the Service has approved the visa petition.

On May 15, 2002, Intelsat Global Service Corporation filed an Immigrant Petition for Alien Worker (Form I-140) on your behalf and that petition was approved on October 31, 2002. In a letter dated August 20, 2004 and received September 17, 2004, Intelsat advised this Service that you were no longer employed by them and requested withdrawal of the petition. Accordingly, the I-140 was revoked March 1, 2005. Your Application to Register Permanent Residence or Adjust Status (Form I-485) was filed on April 29, 2004, and therefore had been pending for a period of less than 180 days at the time the withdrawal of the I-140 was requested by Intelsat and you therefore, are ineligible to adjust status under the provisions of AC21.

S
00275