Case 1:00-cv-00584-RMC   Document 9-15   Filed 06/07/2006   Page 1 of 26

```
CIMEXS   PAGE 0001         CENTRAL INDEX SYSTEM - MULTIPLE FINDS FROM        10/20/05
COMMAND:                         AL INDEX SYSTEM - MULTIPLE  FINDS FROM        17:18:05
                         E X A C T   N A M E   SEARCH
TOTAL RECORDS READ = 0000001                                    LDENN  ACV
SRCH DATA: LN: MAWALLA                              DOB: 19551   AAAAA  PAI
           FN: FREDERICK                                         PCDCI  PRO
    NAME                     A-NUMBER     DOB      COB  POE FCO  SSSSL  LDL
    MAWALLA          ,FREDERICK   097709901  04251955 TANZA UNK ESC   X
```

```
      ***  END OF SEARCH DISPLAY  ***
          TO VIEW PERSON DATA PLACE CURSOR ON LINE - PRESS ENTER.
       CLEAR EXIT   PF1 PAGE AHEAD   PF2 PAGE BACK   PF4 RETURN   PF5 HELP
                PF6 MAIN MENU   PF9 ALTERNATE SEARCH
```

00327

COMMAND:            CENTRA  'DEX SYSTEM – DETAILED SE...  + DISPLAY              17:18:21

A#: 097709901 NAME: MAWALLA                    ,FREDERICK          DOB: 04251955

    LAST: MAWALLA
   FIRST: FREDERICK                                   NATZ DATE:
  MIDDLE: E S                                             COURT:
 ALIASES:                                              LOCATION:

SEX: M      POE: UNK   COB: TANZA     DOE: 08042002
FCO: ESC    COA: UU    COC:           FTC: 10112005    FATHER: SOMBIRO
PFCO: NRC   SFCO:      DFO: 07292003   BIN:            MOTHER: ELIANGICHOPASI

       SSN: 639265997          CONSOLIDATED A-NOS      --OTHER INFORMATION--
I-94 ADM #: 41059799007                                EADS-X
PASSPORT #:
     FBI #:
DRIVER LIC:
FINGER CD#:

CLEAR EXIT     PF1 NEXT CONS A#    PF2 PRIOR CONS A#     PF4 RETURN     PF5 HELP
PF6 CIS MAIN MENU    PF7 NEXT SEARCH  PF8 VIEW HISTORY   PF9 VIEW EAD  PF11 EOIR

00328

ID # (A/AA/AB/C/DA): SS639265997              A#: 097709901       DOB: 04251955
     (DL/FB/FP/I/PP/SS/TD)
     LAST: MAWALLA
    FIRST: FREDERICK                                   NATZ DATE:
   MIDDLE: E S                                            COURT:
  ALIASES:                                             LOCATION:


SEX: M      POE: UNK    COB: TANZA      DOE: 08042002
FCO: ESC    COA: UU     COC:            FTC: 10112005   FATHER: SOMBIRO
PFCO: NRC   SFCO:       DFO: 07292003   BIN:            MOTHER: ELIANGICHOPASI

        SSN: 639265997           CONSOLIDATED A-NOS     --OTHER INFORMATION--
I-94 ADM #: 41059799007                                 EADS-X
PASSPORT #:
      FBI #:
DRIVER LIC:
FINGER CD#:


OVER-KEY ID# TO DISPLAY NEW PERSON, PRESS  ENTER.  CLEAR EXIT  PF1 NEXT CONS A#
PF2 PRIOR CONS A#  PF3 REFRESH  PF4 RETURN PF5 HELP PF6 MAIN MENU  PF8 HISTORY
                                                    PF9 EAD PF11 EOIR

00329

ID # (A/AA/AB/C/DA): I41059799007                A#: 097709901      DOB: 04251955
   (DL/FB/FP/I/PP/SS/TD)
      LAST: MAWALLA
     FIRST: FREDERICK                                   NATZ DATE:
    MIDDLE: E S                                             COURT:
   ALIASES:                                             LOCATION:


SEX: M      POE: UNK   COB: TANZA     DOE: 08042002
FCO: ESC    COA: UU    COC:           FTC: 10112005   FATHER: SOMBIRO
PFCO: NRC   SFCO:      DFO: 07292003  BIN:            MOTHER: ELIANGICHOPASI

       SSN: 639265997        CONSOLIDATED A-NOS     --OTHER INFORMATION--
I-94 ADM #: 41059799007                             EADS-X
 PASSPORT #:
      FBI #:
DRIVER LIC:
FINGER CD#:


OVER-KEY ID# TO DISPLAY NEW PERSON, PRESS  ENTER.  CLEAR EXIT  PF1 NEXT CONS A#
PF2 PRIOR CONS A#   PF3 REFRESH  PF4 RETURN PF5 HELP PF6 MAIN MENU  PF8 HISTORY
                                                    PF9 EAD PF11 EOIR

```
ID # (A/AA/AB/C/DA): A97709901              A#: 097709901     DOB: 04251955
    (DL/FB/FP/I/PP/SS/TD)
    LAST: MAWALLA
   FIRST: FREDERICK                                     NATZ DATE:
  MIDDLE: E S                                               COURT:
 ALIASES:                                               LOCATION:


SEX: M      POE: UNK   COB: TANZA     DOE: 08042002
FCO: ESC    COA: UU    COC:           FTC: 10112005   FATHER: SOMBIRO
PFCO: NRC   SFCO:      DFO: 07292003   BIN:           MOTHER: ELIANGICHOPASI

       SSN: 639265997          CONSOLIDATED A-NOS     --OTHER INFORMATION--
I-94 ADM #: 41059799007                              EADS-X
 PASSPORT #:
       FBI #:
 DRIVER LIC:
 FINGER CD#:


OVER-KEY ID# TO DISPLAY NEW PERSON, PRESS  ENTER.  CLEAR EXIT  PF1 NEXT CONS A#
PF2 PRIOR CONS A#   PF3 REFRESH   PF4 RETURN PF5 HELP PF6 MAIN MENU  PF8 HISTORY
                                                    PF9 EAD PF11 EOIR
```

RECEIPT NUMBER = EAC0525851274   TOTAL RECORDS SELECTED = 1    DATE PRINTED = 12/2/2005      FORM TYPE = MOTIC    RECORD OF IBIS QUERY

LAST C3 UPDATE = 20051224   LAST MANIFEST UPDATE = 20051112   USERID = EACSSJ01

Case 1:06-cv-00304-RMC   Document 6-15   Filed 06/07/2006   Page 6 of 26

| C3 LAST NAME, FIRST NAME, MIDDLE NAME | DOB | DISP | RUN DATE | IBIS LAST NAME, FIRST NAME, MIDDLE NAME |
|---|---|---|---|---|
| B- MAWALLA,FREDERICK, | 19550425 | NOHIT | 20051026 | MAWALLA,FREDERICK |

EAC0525851274

00332

NOTE TO FILE –A97709901\EAC0520951481\EAC0416350660

Motion EAC0520951481
Filed on I-485-EAC0416350660\A97709901

FACTS:

- I-140 filed by Intelstat 5\15\02
- Approved 10\31\02
- Revoked 3\01\05 in accordance with letter of 8\20\04 received 9\17\04 reflecting beneficiary no longer worked there.


- I-485 filed 4\29\04
- So pending less than four months to date of Intelstats letter stating bene no longer works there.
- Denied 6\29\05

Per Yates Memo of 5\12\05 – From Questions on Attachment to Memo – Page 6

Answer to Question 11: An I-140 is no longer valid for porting purposes when an I-140 is denied or revoked at any time except when it is revoked based on a withdrawal that was submitted after an I-485 has been pending for 180 days.

This I-485 had been pending from 4\29\04 when the letter of withdrawal (stating the bene no longer worked there) was received 9\17\04 (dated 8\20\04) so the I-485 had been pending less than four months according to the date of the letter and less than five months according to the receipt date of the letter.

#262

00333

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Entry of Appearance
as Attorney or Representative**

Appearances - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. Availability of Records - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: | Date: |
|---|---|
| FREDERICK E.S. MAWALLA | File No. |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

| Name: | ☐ Petitioner | ☑ Applicant |
|---|---|---|
| FREDERICK E.S. MAWALLA | ☐ Beneficiary | |

| Address: (Apt. No.) | (Number & Street) | (City) | | (State) | | (Zip Code) |
|---|---|---|---|---|---|---|
| | 509 CASTLEFORD STREET | ROCKVILLE | | MD | | 20851 |

| Name: | ☐ Petitioner | ☐ Applicant |
|---|---|---|
| | ☐ Beneficiary | |

| Address: (Apt. No.) | (Number & Street) | (City) | (State) | (Zip Code) |
|---|---|---|---|---|

*Check Applicable Item(s) below:*

☑ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

UNITED STATES        SUPREME COURT                    and am not under a court or administrative agency
                    Name of Court
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with
the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also check item 1 or 2 whichever is appropriate.)*

☐ 4. Others (Explain Fully.)

| SIGNATURE | COMPLETE ADDRESS |
|---|---|
| *[signature]* | Law Offices of Dennis A. Baird, Esq. 1323 Fenwick Lane 100 Silver Spring MD 20910 |
| NAME (Type or Print) | TELEPHONE NUMBER |
| DENNIS A. BAIRD, ESQ. | 301-650-2030 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*

DENNIS A. BAIRD, ESQ.

(Name of Attorney or Representative)

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

| Name of Person Consenting | Signature of Person Consenting | Date |
|---|---|---|
| FREDERICK E.S. MAWALLA | *Fr Rawalla* | 4/6/05 |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09/26/00)Y

00334

# ADJUDICA INS Workshee

*REVISED 11/17/2004*

**PLACE BAR CODE LABEL(S) IN THIS SPACE OR WRITE IN RECEIPT NUMBER(S)**

I-485. Receipt # (Per M+A SOP)

EAC0416350660 Cros into A91709901

| ID 2622/HS | ID _____ | ID _____ |
|---|---|---|
| DATE 8/17/05 | DATE _____ | DATE _____ |

☐ **CABLE / FAX TO**  A. KCC Expedite  or  B. **Consulate/POE/PFI** _____

☐ **RELEASE**  ☐A. First Approval Notice  ☐C. Duplicate Notice  ☐E. Congressional interest
☐B. Amended Notice  ☐D. Petition to Mailroom  ☐F. FedEx/Other Mailer

☐ **REQUEST FOR EVIDENCE** (1) ☒ **ORDER #** D7  ☐ 539ND.797
☐HAND **COMPLETED** ☐HAND ☒LAN ☐MODIFIED ☐ 129D.797 ☐ EOS /☐ COS

**| AUG 29 2005**

☐ **SCANNING**  ☐ G-1  ☐ H1  ☐ H1A

**230**

☐ **RETURN I-94** ☐ COPY/RETURN DS 2019  ☐ COPY/RETURN I-20 ID

☐ **RETURN ORIGINALS:** _____

☐ **FMU**  ☐ Relocate file(s) to: _____
☐ Consolidate: _____

☐ MFAS: No Interview Scheduled

☐ I-751/I-89 Hold Shelf
☐ I-751 Denial Shelf  ☐ I-751 Interview Transfer Shelf - MFAS: Interview on _____

☐ **FOR DELETION**  ☐ ORDER/CREATE A FILE:  A. VISA AVAILABLE
B. VISA NOT AVAILABLE

☐ **CRU:**  A. FEE REFUND  B. OTHER _____

☐ **AAU APPEAL**  ☐ BIA APPEAL  SCAO SIGNATURE _____

☐ **FCU:** EB / I-485 / TPS / C-8 / C-9 / I-131 SHELF ____ DAYS ☐ TO RECORDS SHELF
VAWA / I-360WW / I-751 / C-14 / I-765 Other

☐ **OTHER:** _____

☐ **IBIS TRIAGE UNIT** - Potential Approval / Denial  ☐ FDU REFERRAL  ☐ DENIAL CRATE

☐ **NTA REFERRAL** - Approved to NVC / 245 Adjustment

☐ **NSEERS:** Allied Group ____ Form Type ____ Intended Decision ____ FINS# ____
(If known)

00335

Case 1:04-cv-05151-JMR  Document 6-15  Filed 06/07/2006  Page 10 of 26

| C3 LAST NAME, FIRST NAME, MIDDLE NAME | DOB | DISP | RUN DATE | IBIS LAST NAME, FIRST NAME, MIDDLE NAME |
|---|---|---|---|---|
| B- MAWALLA,FREDERICK,E S | 19550425 | NOHIT | 20050723 | MAWALLA,FREDERICK |

00336

# -485 Processing Worksheet

Note: If you complete consecutive lines, you can draw a line through the corresponding boxes in the "Emp I.D. #/Date" column and initial the bottom box.

| MAILROOM | Circle One | Remarks | Emp. I.D. # / Date |
|---|---|---|---|
| I-485 - Fee is correct, receipted elsewhere or not req? | Y N N/A | | VT24401 5/4/04 |
| Fee Waiver Submitted? | Y N N/A | If yes, route to SCAO via BCIS Review | |
| The fingerprint fee is present at time of filing | Y N N/A | | |
| I-485 - Penalty Fee Submitted ($1000) | Y N N/A | If yes, flag for BCIS Review | |
| I-485 - Signature is correct, complete, or signed by the applicant | Y N N/A | | |
| Is the G-28 Acceptable? | Y N N/A | | |
| The I-797 is present, an I-130, I-140 or I-360 is concurrently filed, OR it meets the basis of eligibility for one of the special programs. (See Basis for Eligibility section below). | Y N N/A | If no, flag for BCIS Review | VT34019 5-5-04 |
| Basis of Eligibility (Circle One): Employment Family Asylee Refugee Syrian Indochina Cuban NACARA HRIFA DV LIFE Other | | | |
| Underlying Visa Petition Number # EAC02M2009105 | | | |
| Proper jurisdiction | Y N N/A | If no, flag for BCIS Review | |
| I-693 submitted in sealed envelope | Y N N/A | Open if I-485 is to be accepted and assemble into the ROP | VT24401 5/4/04 |
| Priority Processing Required - Age Out/DV | Y N N/A | If yes, flag for BCIS Review | VT34019S 5-5-04 |
| Visa immediately available | Y N N/A | If yes, flag for BCIS Review | |

| BCIS REVIEW | Circle One | Remarks | Emp. I.D. # / Date |
|---|---|---|---|
| Eligible for 245(i) | Y N N/A | | |
| Accept I-485 Filing? | Y N N/A | If no, route the file for production of a reject notice. **REJECT CALL UP:** | |
| Fee waiver granted? | Y N N/A | | |

| CENTRAL INDEX SYSTEM/DATA ENTRY | Circle One | Remarks | Emp. I.D. # / Date |
|---|---|---|---|
| CIS search Done | Y N N/A | Applicant A# 97709901  File location HBG | VT34372 5/5/04 |
| Multiple A#'s found | Y N N/A | List A#'s | |
| A/T Files of Family Members Total number of I-485's ___5___ List A#s: | Y N N/A | List Additional A#'s  72422313    98364706  98364707    98364708 | VT34521 5/10/04 |
| G-325A processing required and sent | Y N N/A | | |
| Receipting completed | Y N N/A | Concurrently Filed Forms (Circle): 765 131 601 212 140 130 360 826 246 SuppA Other ___ | |
| External request performed | Y N N/A | Date request made | |

| FILE MAINTENANCE | Circle One | Remarks | Emp. I.D. # / Date |
|---|---|---|---|
| Underlying petition (130, 140, 360, 526) requested | Y N N/A | Date request made 5-5-04 | 05-04 VT34010 |
| 2nd. Underlying IV petition request | Y N N/A | Date request made | |
| Consolidate Receipt/T into A file | Y N N/A | Verify A-file relates | VT24129 5-14-04 |
| Visa Petition consolidated | Y N N/A | | VT24129 5-14-04 |
| 1st Request for Fingerprints | Y N N/A | Control # ___  Processing date | |
| 2nd. Request for Fingerprints | Y N N/A | Control # ___  Processing date | |

CAO # ___
Date: ___

00337
03/31/2003

| SPECIAL PROGRAMS | Circle One | Remarks | Emp. I.D. # / Date |
|---|---|---|---|
| Systems Searches Completed | Y   N   N/A | **Records Found (Circle All That Apply):** <br><br> CAF    RAPS    NIIS    None - | |

| ADJUDICATIONS <br> Complete for Principal or Derivative | Is it in the file & acceptable? (Circle One) | Remarks | Emp. I.D. # / Date |
|---|---|---|---|
| **Principal** | | | |
| I-797 | Y   (N)   N/A | | |
| Approved Underlying Petition | Y   N   (N/A) | EAC 0192 50905 - - Revoked *K21 | |
| Concurrent Filing | (Y) N   N/A | A9770990 1 | |
| Special Programs | Y   N   (N/A) | | |
| **Derivative** | | | |
| Evidence of relationship to principal | Y   N   N/A   INC | | |
| Evidence of principal's status | Y   N   N/A   INC | | |
| Dependent riding with principal | Y   N   N/A | | |
| **Adjudications Continued** | | | |
| Visa availability confirmed | (Y)   N   N/A   INC | If no, route to visa hold shelf | |
| G-325A (14 and over, under 79) | (Y)   N   N/A   INC | | |
| Public Charge (Employment Letter) I-864/I-134 | (Y)   N   N/A   INC | | |
| Evidence of Admission (I-94, passport stamp, NIIS, etc.) | (Y)   N   N/A   INC | 8/04/02 (G-4) | |
| Statutorily eligible to adjust under: (Circle One)  209   245(a)  (245(K)) 245(i)  other  ineligible | (Y)   N   N/A   INC | | |
| Medical (I-693/Vaccination Supplement) | (Y)   N   N/A   INC | | |
| Fingerprint Clearance/FP Response Valid | Y   N   N/A   INC | Ensure FP results results within 15 months | |
| Country of Chargeability (Birth Certificate, Passport) | (Y)   N   N/A   INC | Tanzania - Affidavits | |
| Special Requirements - Health Care Credentials, I-508/I-566, INA 212(e), HRIFA | Y   (N)   N/A   INC | Explain <br> G Status | #262  3/01/05 |
| File Type (A-file required for approval) | (A)   T | | |
| Security Checks Complete | Y   N   N/A | Ensure results still valid | |

| ADJUDICATIVE DECISION (cont.) | | Remarks | Emp. I.D. # / Date |
|---|---|---|---|
| Request for Evidence (RFE) (purged 12 weeks from date mailed) | | | |
| Intent to Deny (purged 33 days from date mailed) | | On Low Under EAC04 16350660 | #262  3/81/05 |
| I-485 Denied  748  6/7/05 | | I485 on Low under EAC04 16350660 | #262  6/8/05 |
| Recommend Approval? | | Interview Waiver Criteria Met? | |
| I-485 Approved Update approval in CLAIMS | | Visa requested & number in file / I-181 printed | |
| Relocate I-485 to _____ | | Complete I-181s and attach relocation memo | |
| Other_____ | | | |

| WORKLOAD DISTRIBUTION | Circle One | Remarks | Emp. I.D. # / Date |
|---|---|---|---|
| Update Relocation in CLAIMS | Y   N   N/A | | |
| Electronically Transferred | Y   N   N/A | | |

| CLERICAL | Circle One | Remarks | Emp. I.D. # / Date |
|---|---|---|---|
| I-89 Processing | Y   N   N/A | | |

**Key: INC = Incomplete (or Insufficient)**

CAO # _____
Date:_____

00338

03/31/2003

| C3 LAST NAME, FIRST NAME, MIDDLE NAME | DOB | DISP | RUN DATE | IBIS LAST NAME, FIRST NAME, MIDDLE NAME |
|---|---|---|---|---|
| B- MAWALLA,FREDERICK,E S | 19550425 | NOHIT | 20050526 | MAWALLA,FREDERICK |

00339

Case 1:06-cv-00584-RMC    Document 6-15    Filed 06/07/2006    Page 14 of 26

                              SEARCH CRITERIA:
    CIDN      : A097709901              ORI: USINS0000
    A-NUMBER  : 097709901
    NAME (L/F): MAWALLA                 FREDERICK E S

    DATE OF BIRTH  : 04/25/1955
    NC REQUEST SENT: 05/13/2004
    PLACE OF BIRTH : TANZ


    ********************* FBI RESPONSE INFORMATION ***************************

    FBI RESPONSE DESC    : NO RECORD
    DATE PROCESSED BY FBI: 08/30/2004
    DATE/TIME LOADED AT INS: 09/03/2004  12:24:30

    FBI NAME: MAWALLA,FREDERICK E S          FBI DATE OF BIRTH: 04/25/1955


                         PF6              PF8
                    PRIOR SCREEN        LOGOFF


                                                               00340

FBI NAME CHECK RESPONSE

SEARCH CRITERIA:
CIDN      : A097709901                    ORI: USINS0000
A-NUMBER  : 097709901
NAME (L/F): MAWALLA                       FREDERICK E S

DATE OF BIRTH  : 04/25/1955
NC REQUEST SENT: 05/13/2004
PLACE OF BIRTH : TANZ

********************** FBI RESPONSE INFORMATION **************************

FBI RESPONSE DESC   : NO RECORD
DATE PROCESSED BY FBI: 08/30/2004
DATE/TIME LOADED AT INS: 09/03/2004  12:24:30

FBI NAME: MAWALLA,FREDERICK E S           FBI DATE OF BIRTH: 04/25/1955

              PF6             PF8
         PRIOR SCREEN      LOGOFF

# Concurrent RFE/~~Denial~~

*Renewton\ Intent*

A97709901- QIW-A72422313\A98364707/708/706

| ID   262WHS | ID | ID |
|---|---|---|
| DATE  101\05 | DATE | DATE |

① ☒ I-140 RFE/~~Denial~~    *Renewton*

*Renewton*    A10    EAC0219250905

**TRANSFER OUT/~~DENIAL~~** (4)

**HAND** (LAN)

COMPLETED
748

### I-140 RFE Requested/~~Sent~~ ------------
### (CLERICAL)

### I-140 Response Received -------------------
### (SCOT)

② ☒ I-485 RFE/~~Denial~~    *Sent to Jung/ B3 BAC21*
*EAC0416350660*

**TRANSFER OUT/~~DENIAL~~**    *Sent*

**HAND** (LAN)

COMPLETED
748

I-485 RFE Requested/Sent ------------
(CLERICAL)

I-485 Response Received -------------------
(SCOT)

*(Place on Front of P/A's A file)*

00342

Document 6-5   Filed 08/07/2006   Page 17 of 26

| C3 LAST NAME, FIRST NAME, MIDDLE NAME | DOB | DISP | RUN DATE | IBIS LAST NAME, FIRST NAME, MIDDLE NAME |
|---|---|---|---|---|
| * THE NAME SENT TO IBIS DOES NOT MATCH C3 * | 19550415 | NOHIT | 20050302 | KILEMI,FREDERIRK |
| * THE NAME SENT TO IBIS DOES NOT MATCH C3 * | 19550415 | NOHIT | 20050302 | MAWALLA,FREDERICK,E |
| B- MAWALLA,FREDERICK,E | 19550415 | NOHIT | 20050302 | MAWALLA,FREDERICK,E |

00343

| C3 LAST NAME, FIRST NAME, MIDDLE NAME | DOB | DISP | RUN DATE | IBIS LAST NAME, FIRST NAME, MIDDLE NAME |
|---|---|---|---|---|
| B- MAWALLA,FREDERICK | 19550415 | | | |
| A- KILEMI,FREDERIRK | 19550415 | | | |
| A- MAWALLA,FREDERICK | 19550415 | | | |

00341

A#: 097709901 NAME: MAWALLA                    ,FREDERICK              DOB: 04251955

      LAST: MAWALLA
     FIRST: FREDERICK                                    NATZ DATE:
    MIDDLE: ELIAMPENZI SOMBIRO                              COURT:
   ALIASES:                                              LOCATION:

SEX: M      POE:        COB: TANZA      DOE: 00000000
FCO: HBG    COA:        COC:                      FATHER: SOMBIRO
PFCO:       SFCO:       DFO: 07292003   BIN:      MOTHER: ELIANGICHOPASI

       SSN: 639265997           CONSOLIDATED A-NOS    --OTHER INFORMATION--
I-94 ADM #: 41059799007
PASSPORT #:
      FBI #:
DRIVER LIC:
FINGER CD#:

        OVER-KEY A-NUMBER TO DISPLAY NEW PERSON.  PRESS ENTER.
CLEAR EXIT PF4 RETURN PF5 HELP PF6 MAIN MENU PF8 HISTORY PF10 NAILS  PF11 EOIR
PF10 REQUIRES A SPECIAL SECURITY CLASS.

00345

```
CIMIDN            IMMIGRATION AND NATURALIZATION SERVICE       05/10/04
COMMAND:        CENTRAL INDEX SYSTEM - ID # SEARCH/ DSPLAY       07:13:21

ID # (A/AA/AB/C/DA): SS639265997          A#: 097709901    DOB: 04251955
    (DL/FB/FP/I/PP/SS/TD)
     LAST: MAWALLA
    FIRST: FREDERICK                              NATZ DATE:
   MIDDLE: ELIAMPENZI SOMBIRO                         COURT:
  ALIASES:                                         LOCATION:


  SEX: M      POE:        COB: TANZA    DOE: 00000000
  FCO: HBG    COA:        COC:                    FATHER: SOMBIRO
 PFCO:        SFCO:       DFO: 07292003  BIN:     MOTHER: ELIANGICHOPASI

       SSN: 639265997          CONSOLIDATED A-NOS   --OTHER INFORMATION--
I-94 ADM #: 41059799007
PASSPORT #:
     FBI #:
DRIVER LIC:
FINGER CD#:


          OVER-KEY ID NUMBER TO DISPLAY NEW PERSON.  PRESS ENTER.
CLEAR EXIT  PF3 REFRESH  PF4 RETURN PF5 HELP PF6 MAIN MENU  PF8 HISTORY PF9 EAD
PF10 REQUIRES A SPECIAL SECURITY CLASS.              PF10 NAILS PF11 EOIR
```

00346

```
CIMEXS     PAGE 1005       I M M I G R A T I O N   A N D   N A T U R A L I Z A T I O N   S E R V I C E        05/10/04
COMMAND:                   C   I   _   INDEX SYSTEM - M   TIF      NDS FROM          07:13:38
                                E X A C T   N A M E   SEARCH
TOTAL RECORDS READ = 0000001                                                        LDENN ACV
SRCH DATA: LN: MAWALLA                                           DOB: 19551         AAAAA PAI
           FN: FREDERICK                                                            PCDCI PRO
   NAME                          A-NUMBER    DOB       COB   POE FCO SSSSL LDL
   MAWALLA              ,FREDERICK  097709901 04251955 TANZA     HBG
```

```
  ***  END OF SEARCH DISPLAY ***
        TO VIEW PERSON DATA PLACE CURSOR ON LINE - PRESS ENTER.
     CLEAR EXIT    PF1 PAGE AHEAD    PF2 PAGE BACK    PF4 RETURN    PF5 HELP
                   PF6 MAIN MENU    PF9 ALTERNATE SEARCH
```

00347

COMMAND:              CENTRAL INDEX SYSTEM - DETAIL   S. RC  DISPLAY              07:13:44

A#: 097709901 NAME: MAWALLA                     ,FREDERICK              DOB: 04251955

      LAST: MAWALLA
     FIRST: FREDERICK                                      NATZ DATE:
    MIDDLE: ELIAMPENZI SOMBIRO                                 COURT:
   ALIASES:                                                LOCATION:

SEX: M      POE:        COB: TANZA     DOE: 00000000
FCO: HBG    COA:        COC:                         FATHER: SOMBIRO
PFCO:       SFCO:       DFO: 07292003  BIN:          MOTHER: ELIANGICHOPASI

       SSN: 639265997           CONSOLIDATED A-NOS     --OTHER INFORMATION--
I-94 ADM #: 41059799007
PASSPORT #:
      FBI #:
DRIVER LIC:
FINGER CD#:

      CLEAR EXIT        PF4 RETURN       PF5 HELP       PF6 CIS MAIN MENU
   PF7 NEXT SEARCH      PF8 VIEW HISTORY PF9 VIEW EAD   PF10 NAILS    PF11 EOIR
PF10 REQUIRES A SPECIAL SECURITY CLASS.

00348

Case 1:06-cv-00584-RMC    Document 15    Filed 06/07/2006    Page 23 of 26

CIMSIN                                     CENTRAL INDEX SYSTEM - DETAIL / SRC DISPLAY         05/10/04
COMMAND:                                                                                       07:13:58

A#: 097709901 NAME: MAWALLA                        ,FREDERICK                DOB: 04251955

      LAST: MAWALLA
     FIRST: FREDERICK                                          NATZ DATE:
    MIDDLE: ELIAMPENZI SOMBIRO                                     COURT:
   ALIASES:                                                    LOCATION:

   SEX: M      POE:        COB: TANZA      DOE: 00000000
   FCO: HBG    COA:        COC:                        FATHER: SOMBIRO
   PFCO:       SFCO:       DFO: 07292003   BIN:        MOTHER: ELIANGICHOPASI

        SSN: 639265997           CONSOLIDATED A-NOS      --OTHER INFORMATION--
   I-94 ADM #: 41059799007
   PASSPORT #:
        FBI #:
   DRIVER LIC:
   FINGER CD#:

      CLEAR EXIT       PF4 RETURN       PF5 HELP        PF6 CIS MAIN MENU
   PF7 NEXT SEARCH     PF8 VIEW HISTORY  PF9 VIEW EAD    PF10 NAILS     PF11 EOIR
   PF10 REQUIRES A SPECIAL SECURITY CLASS.

00349

CIMSIN                                                                02/09/04
COMMAND:        CENTR        EX SYSTEM - DETAILED SE    DISPLAY        11:46:52

A#: 097709901 NAME: MAW LLA                    , FREDERICK        DOB: 04151955

        LAST: MAWALLA
       FIRST: FREDERICK                              NATZ DATE:
      MIDDLE: ELIAMPENZI SOMBIRO                         COURT:
     ALIASES:                                        LOCATION:

SEX: M     POE:      COB: TANZA     DOE: 00000000
FCO: HBG   COA:      COC:                           FATHER:
PFCO:      SFCO:     DFO: 07292003  BIN:            MOTHER:

        SSN: 639265997           CONSOLIDATED A-NOS    --OTHER INFORMATION--
I-94 ADM #: 41059799007
PASSPORT #:
       FBI #:
DRIVER LIC:
FINGER CD#:

        CLEAR EXIT      PF4 RETURN      PF5 HELP       PF6 CIS MAIN MENU
    PF7 NEXT SEARCH    PF8 VIEW HISTORY PF9 VIEW EAD   PF10 NAILS   PF11 EOIR
PF10 REQUIRES A SPECIAL SECURITY CLASS - 9106 SOUNDS LIKE/DOB SEARCH USED

00350

CIMSAS     P... IMMIGRATION AND NATURALIZATION SERVICE    02/09/04
COMMAND:      C... INDEX SYSTEM - MULTIPL... NDS FROM      11:47:52
           A L I A S   N A M E   SEARCH

TOTAL RECORDS READ = 0 00040                    LDENN ACV
SRCH DATA: FN/LEN: FREDER CK        /0      DOB: 04151955   AAAAA PAI
        LN/LEN: MAWALLA                 /0        PCDCI PRO
   NAME                 A-NUMBER    DOB     COB   POE FCO SSSSL LDL

\*\*\*   END OF SEARCH DISPLAY   \*\*\*
     TO VIEW PERSON DATA PLACE CURSOR ON LINE - PRESS ENTER.
    CLEAR EXIT    PF1 PAGE AHEAD           PF4 RETURN     PF5 HELP
             PF6 MAIN MENU     PF9 ALTERNATE SEARCH
SOUNDEX CODES ARE M4     F636,

00351

COMMAND:          CEN     INDEX SYSTEM - MULTIPL  NDS FROM              11:48:10
                          A L I A S   N A M E   SEARCH

TOTAL RECORDS READ = 0000005                                          LDENN ACV
SRCH DATA: FN/LEN: FREDERICK            /0          DOB: 19550         AAAAA PAI
           LN/LEN: MAWALLA                            /0               PCDCI PRO
    NAME                        A-NUMBER    DOB      COB  POE FCO SSSSL LDL


*** END OF SEARCH DISPLAY ***
     TO VIEW PERSON DATA PLACE CURSOR ON LINE - PRESS ENTER.
     CLEAR EXIT    PF1 PAGE AHEAD                  PF4 RETURN    PF5 HELP
                   PF6 MAIN MENU    PF9 ALTERNATE SEARCH
SOUNDEX CODES ARE M4      F636,