UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREDERICK MAWALLA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>MICHAEL CHERTOFF, )<br>  SECRETARY, )<br>  U.S. Dept. of Homeland Security, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 06-0584 (RMC) |

**ORDER**

UPON CONSIDERATION of Defendants' motion for summary judgment, the grounds stated therefor, any opposition thereto, and the entire record herein, it is on this ___ day of

_____, hereby:

ORDERED that Defendants' motion should be and hereby is GRANTED; and it is

FURTHER ORDERED that this case is dismissed with prejudice.


_____
UNITED STATES DISTRICT COURT