IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREDERICK MAWALLA,<br>509 CASTLEFORD ST.,<br>ROCKVILLE, MD 20851<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary,<br>U.S. Department of Homeland Security,<br><br>EDUARDO AGUIRRE, Director,<br>United States Citizenship and Immigration<br>Service,<br><br>RICHARD CATERISANO, District Dir.,<br>United States Citizenship and Immigration<br>Service in Baltimore, MD,<br><br>    Defendants. | CIVIL ACTION NO. 06-0584 (RMC) |

## RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Plaintiff, Mr. Frederick Mawalla, by and through counsel, rejects the defendants' assertion that there are no genuine issues of material fact in dispute. On page 2 of Defendants' motion and on pages 2 and 5 of Defendants' memorandum of points, they state that the Plaintiff's Petition for Alien Worker (Form I-140) was automatically revoked *as of the date of approval* when his employer sent a letter to the USCIS. This erroneous interpretation of USCIS regulations and the Immigration and Nationality Act would render the American Competitiveness in the Twenty-First Century Act (AC21) **completely ineffective and useless**. Based on the Defendants'

1

interpretation of the laws and regulations, **ALL** eligible aliens whom the remedial statute sought to protect would be **preemptively disqualified** from the benefits of AC21. Based on the Defendant's interpretation, even if an alien's Application to Adjust Status to Permanent Resident (Form I-485) had been pending for 180, that alien would be unable to adjust his status to that of a permanent resident because the I-140 Petition will have been retroactively revoked *as of the date it was approved*, thereby leaving the alien without an available visa number.

The Plaintiff respectfully requests that this Honorable Court deny the Defendants' Motion for Summary Judgment and calendar this matter for trial.

Dated: August 3, 2006

                                      Respectfully submitted,

*/s/ Paul Shearman Allen*
Paul Shearman Allen, J.D.
DC Bar No. 167940
Paul Shearman Allen & Associates
1329 18th St. NW
Washington, DC 20036
Ph. 202-638-2777
Fax. 202-638-1677

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 3 day of August, 2006, a copy of the Plaintiff's Response to the Defendants' Motion for Summary Judgment was filed through the Court's ECF system:

Kenneth L. Wainstein
United States Attorney
555 4th Street, NW
Washington, DC 20530

Alberto Gonzales
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Eduardo Aguirre
Director, USCIS
U.S. Department of Homeland Security
425 I Street, NW
Washington, DC 20536

Richard C. Caterisano
District Director, USCIS
Fallon Federal Building
31 Hopkins Plaza, 1st Floor
Baltimore, MD 21201

_____
Paul Shearman Allen, J.D.
DC Bar No. 167940
Paul Shearman Allen & Associates
1329 18th St. NW
Washington, DC 20036
Ph. 202-638-2777
Fax. 202-638-1677