UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FREDERICK MAWALLA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-584 (RMC) |
| MICHAEL CHERTOFF, *et al.*, | ) |
| Defendants. | ) |

## ORDER

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that Defendant's Motion for Summary Judgment [Dkt. # 7] is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is dismissed from the docket of the Court. This is a final appealable order. Fed. R. App. P. 4(a).

**SO ORDERED**.

/s/
ROSEMARY M. COLLYER
United States District Judge

DATE: January 5, 2007